UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.<br>29160 Intervet Lane<br>Millsboro, DE 19966<br><br>*Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED<br>27 Knightbridge,<br>London SW1X 7QT<br>United Kingdom;<br><br>MERIAL SAS<br>27, Avenue Tony Garnier<br>69007 Lyon<br>France;<br><br>*Defendants.* | Civil Action No. _____ |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Intervet, Inc. ("Intervet"), hereby brings this action for declaratory judgment against Defendants Merial Limited and Merial SAS (collectively "Merial") and states as follows:

### PARTIES

1. Intervet is a corporation organized and existing under the laws of the State of Delaware and maintains its U.S. headquarters at 29160 Intervet Lane, Millsboro, Delaware, 19966.

2. On information and belief, Defendant Merial Limited is a company limited by shares registered in England and Wales with a registered office in England, domesticated in the state of

Delaware as Merial LLC, with its North American headquarters at 3239 Satellite Boulevard, Building 500, Duluth, Georgia, 30096. On information and belief, Merial Limited sells and/or offers for sale veterinary pharmaceuticals or vaccines in this judicial district.

3. On information and belief, Merial SAS is a French corporation affiliated with Merial Limited and has a principal place of business at 29, Avenue Tony Garnier, 69007 Lyon, France.

## NATURE OF THE ACTION

4. This is an action for a declaratory judgment of patent noninfringement and invalidity. Intervet seeks a declaration that the manufacture, importation, use, offer for sale, or sale of Intervet's Porcine Circovirus Vaccine Type 2 ("Intervet's Circovirus Vaccine") does not infringe any claim of U.S. Patent No. 7,192,594 ("the '594 patent") under 35 U.S.C. § 271, and that the claims of the '594 patent are invalid under 35 U.S.C. §§ 101 *et seq*.

## JURISDICTION AND VENUE

5. This action for a declaratory judgment arises under Title 35 of the United States Code with a specific remedy sought based upon the laws authorizing actions for declaratory judgment in the courts of the United States, 28 U.S.C. §§ 2201 and 2202.

6. This Court has subject matter jurisdiction over this action, which arises under the patent laws of the United States, pursuant to 28 U.S.C. §§ 1331, 1338(a), and 2201.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c). Upon information and belief, defendant Merial Limited has conducted continuous and systematic commercial activity in this judicial district. Defendant Merial SAS is subject to jurisdiction in this judicial district pursuant to 35 U.S.C. § 293.

## BACKGROUND

8.  Porcine Circovirus has been associated with post-weaning multisystemic wasting syndrome (PMWS) in pigs. PMWS is widely considered the most significant health problem of the last decade in nursery and young feeder pigs around the world, and it can have significant economic consequences.

9.  Intervet is dedicated to the research, development, manufacture and sale of animal health products. Intervet is one of the world's largest animal health companies and is a leader in research and development of veterinary vaccines and pharmaceutical products. Intervet's products include vaccines for use in pets, livestock, poultry and aquaculture, as well as antiparasitics, anti-infectives, endocrine products, diagnostics, feed additives and productivity enhancers. Of particular relevance here, Intervet is an industry leader in the area of swine immunology and produces products, including vaccines, for preventing, treating and controlling diseases in pigs. Intervet's Circovirus Vaccine can be used to immunize pigs susceptible to PMWS.

10. On October 13, 2005, the USDA's Center for Veterinary Biologics issued to Intervet a Conditional License to produce and distribute Intervet's Circovirus Vaccine.

11. On information and belief, the '594 patent, entitled POSTWEANING MULTISYSTEMIC WASTING SYNDROME AND PORCINE CIRCOVIRUS FROM PIGS, issued March 20, 2007, and is assigned to Merial Limited and Merial SAS.

## EXISTENCE OF AN ACTUAL CONTROVERSY

12. There is an actual and justiciable controversy between Intervet and Merial regarding whether the commercial manufacture, use, sale, offer for sale, or importation into the United

3

States of Intervet's Circovirus Vaccine infringes one or more claims of the '594 patent. It is clear that there are clear and adverse legal interests between Intervet and its vaccine, on the one hand, and Merial and its patents relating to PMWS and porcine circovirus, including the '594 patent, on the other.

13. On December 15, 2005, Merial Limited ("Merial") filed suit in the United States District Court for the Northern District of Georgia (05-CV-3168) against Intervet alleging that Intervet has infringed, contributed to the infringement of, and/or actively induced the infringement of claims of United States Patent No. 6,368,601 ("the '601 patent") by making, using, selling, and/or offering to sell Intervet's Circovirus Vaccine. The 05-CV-3168 action was dismissed by the Georgia District Court on April 27, 2006 for failure to join two of the owners of the '601 patent, in particular the University of Saskatchewan and The Queen's University of Belfast ("the Universities").

14. On April 11, 2006, Intervet filed suit against Merial and the Universities in this Court (06-CV-00658-HHK/JMF), seeking a declaration of noninfringement, invalidity, and unenforceability of the '601 patent. That litigation is still active and pending in this Court. Merial has informed Intervet that it is not interested in settlement of the ongoing litigation on the '601 patent unless such settlement includes Intervet removing its product from the U.S. market.

15. The '594 and '601 patents present common subject matter. The '594 patent arises, in part, from an application that was a continuation-in-part of the line of applications that resulted in the '601 patent. In addition to this familial link between Merial's '601 and '594 patents, both patents purport to relate to certain isolated "PCV II" or "PCV 2" viruses, the DNA sequences of the isolated viruses, proteins encoded by the DNA sequences, and vaccines created from the isolated viruses. There is also a significant overlap between the inventors on the two patents: all

ten of the purported inventors of the '601 patent are listed as inventors on the '594 patent. In addition, both patents were prosecuted by the same attorneys. Based on Merial's past actions regarding the '601 patent and the common subject matter presented by the '601 and '594 patents, a case or controversy exists between Intervet and Merial with respect to the '594 patent such that this Court has subject matter jurisdiction over the present action.

## FIRST COUNT

### DECLARATORY JUDGMENT OF PATENT NONINFRINGEMENT

16. Plaintiff hereby restates and realleges the allegations set forth in paragraphs 1 through 15 and incorporates them by reference.

17. Intervet's Circovirus Vaccine does not infringe any of the claims of the '594 patent either literally or under the doctrine of equivalents, nor does Intervet's sale of or offer to sell its vaccine induce or contribute to the infringement of the '594 patent by any third party.

## SECOND COUNT

### DECLARATORY JUDGMENT OF PATENT INVALIDITY

18. Intervet hereby restates and realleges the allegations set forth in paragraphs 1 through 17 and incorporates them by reference.

19. The claims of the '594 patent are invalid because the claimed invention does not satisfy the requirements for patentability under Title 35 of the United States Code, including without limitation, 35 U.S.C. §§ 101, 102, 103, 112 and 116.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF requests that the Court enter judgment:

(a)    Declaring that Intervet does not infringe any claim of the '594 patent;

(b)    Declaring invalid the claims of the '594 patent;

(c)    Finding that, pursuant to 35 U.S.C. § 285 and/or other applicable laws, Merial's conduct renders this an exceptional case and that Intervet be awarded costs of this action and its attorneys' fees to the extent permitted by law; and

(d)    Granting such other and further relief as the Court deems just and proper.


Dated: March 20, 2007                                    Respectfully Submitted,


                                                         /s/ John R. Hutchins
                                                         John R. Hutchins (D.C. Bar # 456749)
                                                         KENYON & KENYON LLP
                                                         1500 K Street N.W., Suite 700
                                                         Washington, DC. 20005
                                                         (202) 220-4200 (telephone)
                                                         (202) 220-4201 (facsimile)
                                                         Attorneys for Plaintiff
                                                         Intervet, Inc.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
INTERVET, INC.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Kenyon & Kenyon LLP
1500 K Street, N.W., Suite 700
Washington, D.C. 20005-1257
202.220.4200

## DEFENDANTS
MERIAL LIMITED, MERIAL SAS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  99999
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ● E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☒ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. §§ 2201 and 2202. Plaintiff seeks Declaratory Judgment of invalidity and non-infringement of patent-in-suit.

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint
JURY DEMAND: YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒   NO ☐   If yes, please complete related case form.

DATE March 20, 2007    SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.