CO-386-online
10/03

# United States District Court
# For the District of Columbia

Intervet Inc. )
)
)
)
 vs   Plaintiff )   Civil Action No._____
)
Merial Limited and Merial SAS )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Intervet, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Intervet, Inc.  which have any outstanding securities in the hands of the public:

Akzo Nobel, Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

456749
BAR IDENTIFICATION NO.

John R. Hutchins, Esq.
Print Name

Kenyon & Kenyon LLP - 1500 K Street N.W., Suite 700
Address

Washington, DC 20005-1257
City          State          Zip Code

(202) 220-4201
Phone Number