UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br>    Defendants. | Civil Action No.1:07-cv-00559 (HHK) |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR MERIAL LIMITED
AND MERDIAL SAS TO RESPOND TO INTERVET'S COMPLAINT**

   Defendants Merial Limited and Merial SAS (collectively "Merial") hereby move this Court for an order extending their deadline for answering or otherwise responding to Intervet's Complaint by thirty (30) days. Merial's response is currently due on April 30, 2007. A thirty-day extension would provide that Merial's response is due on May 30, 2007. Merial has conferred with Intervet, and Intervet has agreed to grant Merial this requested extension.


Dated: April 26, 2007

   */s/ Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Of Counsel:

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

LEGAL02/30345206v1

- 2 -

Thomas J. Kowalski
Steve Admunson
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Merial Limited and Merial SAS

LEGAL02/30345206v1

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERIAL LIMITED and MERIAL SAS,<br>　　　　Defendants. | Civil Action No. 1:07-cv-00559 (HHK) |

### **[PROPOSED] ORDER**

　　This Court hereby grants Merial Limited's and Merial SAS's Unopposed Motion for An Extension of Time to Respond to Intervet's Complaint.  Merial shall have up to and including May 30, 2006 to respond to Intervet's Complaint.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge