UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc.<br><br>  Plaintiff,<br><br>    v.<br><br>Merial Limited,<br>Merial SAS<br><br>  Defendants. | Case No. 1:07CV00559<br>Judge: Henry H. Kennedy |

### NOTICE OF APPEARANCE OF COUNSEL
### FOR MERIAL LIMITED AND MERIAL SAS

PLEASE TAKE NOTICE THAT Steven M. Amundson (D.C. Bar No. 412196) of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, N.Y. 10151, tel. 212-588-0800, fax 212-588-0500, and 1667 K Street NW, Suite 500, Washington, DC 2006, tel. 202-292-1530, fax 202-292-1531, hereby enters his appearance, in the above-captioned Action, as counsel of record for Defendants Merial Limited and Merial SAS.

Respectfully submitted this 4th day of June, 2007.

            /s/ Steven M Amundson
            Steven M. Amundson, Esq.
            (samundson@FLHLaw.com) DC Bar # 412196
            **FROMMER LAWRENCE & HAUG LLP**
            745 Fifth Avenue
            New York, New York 10151
            Tel.: (212) 588-0800; Fax: (212) 588-0500

            Counsel for Merial Limited and Merial SAS

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc.<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>Merial Limited,<br>Merial SAS<br><br>　　　　Defendants. | Case No. 1:07CV00559<br>Judge: Henry H. Kennedy |

The undersigned hereby certifies that on this 4th day of June 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

John R. Hutchins, Esq.
DC Bar # 456749
Kenyon & Kenyon
1500 K Street NW, Suite 700
Washington, DC
Tel 202-220-4200, fax 202-220-4201
Attorney for Plaintiff, Intervet, Inc.

　　　　　　　　　　　　　　　　/s/ Steven M. Amundson
　　　　　　　　　　　　　　　　Steven M. Amundson, Esq.
　　　　　　　　　　　　　　　　(samundson@FLHLaw.com) DC Bar #. 412196
　　　　　　　　　　　　　　　　**FROMMER LAWRENCE & HAUG LLP**
　　　　　　　　　　　　　　　　745 Fifth Avenue
　　　　　　　　　　　　　　　　New York, New York 10151
　　　　　　　　　　　　　　　　Tel.: (212) 588-0800; Fax: (212) 588-0500