UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc.,<br><br>    Plaintiff,<br><br>            v.<br><br>Merial Limited,<br>Merial SAS<br><br>    Defendants. | Case No. 1:07CV00559<br>Judge: Henry H. Kennedy |

## MOTION TO APPEAR PRO HAC VICE FOR THOMAS J. KOWALSKI

PLEASE TAKE NOTICE, that pursuant to D. Columbia L. Civ. R. 83.2(d) and upon the annexed declaration of Thomas J. Kowalski, declared to on June 4, 2007, the undersigned, Steven M. Amundson, a member of the bar of this Court, respectfully moves this Court to permit Thomas J. Kowalski to appear *pro hac vice* in the subject case filed in the United States District Court for the District of Columbia for defendants Merial Limited and Merial SAS (individually and collectively). A proposed Order is attached for the convenience of the Court.

Respectfully submitted this 4th day of June, 2007.

/s/ Steven M. Amundson
Steven M. Amundson, Esq.
(samundson@FLHLaw.com) DC Bar # 412196
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800; Fax: (212) 588-0500

Counsel for Merial Limited and Merial SAS

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc.,<br><br>    Plaintiff,<br><br>        v.<br><br>Merial Limited,<br>Merial SAS<br><br>    Defendants. | Case No. 1:07CV00559<br>Judge: Henry H. Kennedy |

### DECLARATION OF THOMAS J. KOWALSKI
### IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Thomas J. Kowalski, hereby declare as follows:

1. I am a partner at the law firm of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, New York 10151, Tel. (212) 588-0800.

2. I am a member in good standing of the Bar of the State of New York and the Bars following United States Courts: the United States District Courts for the Southern, Eastern and Western Districts of New York, the Federal Circuit, and the United States Supreme Court.

3. I have never been held in contempt of any court or convicted of any crime, or publicly reprimanded, censured, suspended, disciplined or disbarred by any court.

4. I have been admitted *pro hac vice* in this Court within the last two years (1:06CV00658 and 1:07CV00630).

5. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar or have an application for membership pending.

Dated: June 4, 2007

_____
THOMAS J. KOWALSKI

3

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc.<br><br>    Plaintiff,<br><br>        v.<br><br>Merial Limited,<br>Merial SAS<br><br>    Defendants. | Case No. 1:07CV00559<br>Judge: Henry H. Kennedy |

## ORDER OF ADMISSION

Upon consideration of the motion by defendants Merial Limited and Merial SAS (individually and collectively), pursuant to Local Rule 83.2(d) for an order permitting Thomas J. Kowalski to appear *pro hac vice* in this action, the motion is granted, and it is hereby;

**SO ORDERED** this _____ day of _____ 2007

_____
Judge, United States District Court
For the District of Columbia

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc.<br><br>    Plaintiff,<br><br>        v.<br><br>Merial Limited,<br>Merial SAS<br><br>    Defendants. | Case No. 1:07CV00559<br>Judge: Henry H. Kennedy |

The undersigned hereby certifies that on this 4th day of June 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John R. Hutchins, Esq.
DC Bar # 456749
Kenyon & Kenyon
1500 K Street NW, Suite 700
Washington, DC
Tel 202-220-4200, fax 202-220-4201
Attorney for Plaintiff, Intervet, Inc.

                                  /s/ Steven M. Amundson
                                  Steven M. Amundson, Esq.
                                  (samundson@FLHLaw.com) DC Bar #. 412196
                                  **FROMMER LAWRENCE & HAUG LLP**
                                  745 Fifth Avenue
                                  New York, New York 10151
                                  Tel.: (212) 588-0800; Fax: (212) 588-0500