UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Intervet, Inc.

    Plaintiff,

        v.

Merial Limited,
Merial SAS

    Defendants.

Case No. 1:07CV00559
Judge: Henry H. Kennedy

## MOTION TO APPEAR PRO HAC VICE FOR VICKI FRANKS

PLEASE TAKE NOTICE, that pursuant to D. Columbia L. Civ. R. 83.2(d) and upon the annexed declaration of Vicki Franks, declared to on June 4, 2007, the undersigned, Steven M. Amundson, a member of the bar of this Court, respectfully moves this Court to permit Vicki Franks to appear *pro hac vice* in the subject case filed in the United States District Court for the District of Columbia for defendants Merial Limited and Merial SAS (individually and collectively). A proposed Order is attached for the convenience of the Court.

Respectfully submitted this 4th day of June, 2007.

/s/ Steven M. Amundson
Steven M. Amundson, Esq.
(samundson@FLHLaw.com) DC Bar # 412196
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800; Fax: (212) 588-0500

Counsel for Merial Limited and Merial SAS

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:07CV00559 |
| : | Judge: Henry H. Kennedy |
| Merial Limited, : | |
| Merial SAS : | |
| : | |
| Defendants. : | |

## DECLARATION OF VICKI FRANKS
### IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Vicki Franks, hereby declare as follows:

1. I am an associate at the law firm of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, New York 10151, Tel. (212) 588-0800.

2. I am a member in good standing of Federal and State Court Bar, among which are the Bar of the State of New York, and the Bars of the United States District Court for the Eastern and Southern Districts of New York and the Federal Circuit.

3. I have never been held in contempt of any court or convicted of any crime, or publicly reprimanded, censured, suspended, disciplined or disbarred by any court.

4. I have been admitted *pro hac vice* in this Court within the last two years (1:06CV00658 and 1:07CV00630).

5. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar or have an application for membership pending.

Dated: June 4, 2007

_____
VICKI FRANKS

3

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc. | : |
|     Plaintiff, | : |
|         v. | : Case No. 1:07CV00559 |
| | : Judge: Henry H. Kennedy |
| Merial Limited, | : |
| Merial SAS | : |
|     Defendants. | : |

**ORDER OF ADMISSION**

Upon consideration of the motion by defendants Merial Limited and Merial SAS (individually and collectively), pursuant to Local Rule 83.2(d) for an order permitting Vicki Franks to appear *pro hac vice* in this action, the motion is granted, and it is hereby;

**SO ORDERED** this _____ day of _____ 2007

_____
Judge, United States District Court
For the District of Columbia

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Intervet, Inc.<br><br>    Plaintiff,<br><br>        v.<br><br>Merial Limited,<br>Merial SAS<br><br>    Defendants. | Case No. 1:07CV00559<br>Judge: Henry H. Kennedy |

The undersigned hereby certifies that on this 4th day of June 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John R. Hutchins, Esq.
DC Bar # 456749
Kenyon & Kenyon
1500 K Street NW, Suite 700
Washington, DC
Tel 202-220-4200, fax 202-220-4201
Attorney for Plaintiff, Intervet, Inc.

                                         /s/ Steven M. Amundson
                                         Steven M. Amundson, Esq.
                                         (samundson@FLHLaw.com) DC Bar #. 412196
                                         **FROMMER LAWRENCE & HAUG LLP**
                                         745 Fifth Avenue
                                         New York, New York 10151
                                         Tel.: (212) 588-0800; Fax: (212) 588-0500