# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC. | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. |
| v. | : |
| | : 1:07-cv-00559 (HHK) |
| MERIAL LIMITED and | : |
| MERIAL SAS | : |
| | : |
| Defendants. | : |
| | : |

## MOTION FOR ADMISSION
## OF ATTORNEYS *PRO HAC VICE*

Pursuant to LCvR 83.2(d), Timothy A. Ngau, a member in good standing of the Bar of this Court and counsel of record for Defendants, Merial Limited and Merial SAS, respectfully requests this Court to permit the following non-members of this Court's Bar to participate in the Court's proceedings in this matter *pro hac vice*:

> Frank G. Smith, III
> J. Patrick Elsevier, Ph.D.
> Elizabeth K. Haynes

The declaration of each of these attorneys, setting forth the information required by LCvR 83.2(d), accompanies this motion as an exhibit.

[SIGNATURE ON NEXT PAGE]

LEGAL02/30410072v1

2

Dated:  June 15, 2007	Respectfully submitted,

<u>/s/ Timothy A. Ngau</u>
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Counsel for Merial Limited
and Merial SAS

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC. : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | |
| : | 1:07-cv-00559 (HHK) |
| MERIAL LIMITED and : | |
| MERIAL SAS : | |
| : | |
| Defendants. : | |
| : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of June, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record. In addition, the following was served by U.S. Mail on the following:

> John R. Hutchins
> Cedric C.Y. Tan
> Michael Loughnane
> Patrice Jean
> William James, II
> Kenyon & Kenyon
> 1500 K Street N.W., Suite 700
> Washington, D.C. 20005

[SIGNATURE ON NEXT PAGE]

LEGAL02/30410072v1

- 4 -

/s/ Timothy A. Ngau_____
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Counsel for Merial Limited
and Merial SAS

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC. | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. |
| v. | : |
| | : 1:07-cv-00559 (HHK) |
| MERIAL LIMITED and | : |
| MERIAL SAS | : |
| | : |
| Defendants. | : |
| | : |

**DECLARATION OF FRANK G. SMITH, III**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Frank G. Smith, III declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am counsel for Defendants Merial Limited and Merial SAS in this action.

2. I am a partner of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3. I am a member in good standing of the Bar of the State of Georgia. I am admitted to practice in the following courts: Superior Court, Court of Appeals and Supreme Court of the State of Georgia; the United States District Courts of the Northern District of Georgia, Middle District of Georgia, and Southern District of Georgia; as well as the United States Court of Appeals for the Fifth and Eleventh Circuits.

LEGAL02/30410030v1

4.  I hereby certify that I have never been disciplined by any bar; that I have been admitted twice *pro hac vice* before this Honorable Court in the past two years, which was in the related cases, Civil Action No. 1:06-cv-00658 (HHK-JMF) and 1:07-cv-00630 (HHK); that, although Alston & Bird has an office in the District of Columbia, I do not engage in the practice of law from that office, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: 6/15/07

Frank G. Smith, III

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET, INC. | : |
| Plaintiff, | : |
| | : Civil Action No. |
| v. | : |
| | : 1:07-cv-00559 (HHK) |
| MERIAL LIMITED and MERIAL SAS | : |
| Defendants. | : |

DECLARATION OF J. PATRICK ELSEVIER, Ph.D.
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

J. Patrick Elsevier, Ph.D. declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am counsel for Defendants, Merial Limited and Merial SAS in this action.

2. I am a partner of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3. I am a member in good standing of the Bar of the State of Georgia. I am admitted to practice in the following courts: all state courts of Georgia; U. S. District Court for the Northern District of Georgia; U. S.

District Court for the Middle District of Georgia; and U.S. Court of Appeals for the Sixth Circuit, Cincinnati, Ohio.

4. I hereby certify that I have never been disciplined by any bar; that I have been admitted twice *pro hac vice* before this Honorable Court in the past two years, which was in the related cases, Civil Action No. 1:06-cv-00658 (HHK-JMF) and 1:07-cv-00630 (HHK); that, although Alston & Bird has an office in the District of Columbia, I do not engage in the practice of law from that office, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: 6/15/07

J. Patrick Elsevier, Ph.D.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

INTERVET, INC. :
:
      Plaintiff, :
:
                                                   : Civil Action No.
v. :
                                                   : 1:07-cv-00559 (HHK)
MERIAL LIMITED and :
MERIAL SAS :
:
      Defendants. :
:

**DECLARATION OF ELIZABETH K. HAYNES
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Elizabeth K. Haynes declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1.    I am counsel for Defendants, Merial Limited and Merial SAS in this action.

2.    I am an associate of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3.    I am a member in good standing of the Bar of the State of Georgia. I am admitted to practice in the following courts: All State and Superior Courts in Georgia, Supreme Court of the State of Georgia; the United States District Courts of the Northern District of Georgia.

4.  I hereby certify that I have never been disciplined by any bar; that I have been admitted twice *pro hac vice* before this Honorable Court in the past two years, which was in the related cases, Civil Action Nos. 1:06-cv-00658 (HHK-JMF) and 1:07-cv-00630 (HHK); that, although Alston & Bird has an office in the District of Columbia, I do not engage in the practice of law from that office, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: June 15, 2007          *Elizabeth K. Haynes*
                              Elizabeth K. Haynes