AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Intervet Inc. | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | CASE NUMBER  1:07-cv-00559-HHK |
| | ) | |
| Merial Limited and Merial SAS | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Yariv Waks  as counsel in this
              (Attorney's Name)

case for: Intervet Inc.
              (Name of party or parties)

October 5, 2007
Date

Signature

Yariv Waks
Print Name

491729
BAR IDENTIFICATION

Kenyon & Kenyon LLP   1500 K Street NW
Address

Washington   DC            20005
City        State          Zip Code

202-220-4200
Phone Number