UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTERVET, INC.,**<br>    **Plaintiff,**<br><br>   v.<br><br>**MERIAL LIMITED and**<br>**MERIAL SAS,**<br>    **Defendants.** | Civil Action 07-00559 (HHK) |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion docketed this same day, it is this 29th day of February 2008 hereby

**ORDERED** that Merial's motion to dismiss [#5] is **DENIED**.

                   Henry H. Kennedy, Jr.
                   United States District Judge