UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIAL LIMITED <br><br> and <br><br> MERIAL SAS <br><br> Defendants. <br><br> MERIAL LIMITED <br><br> and <br><br> MERIAL SAS, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> INTERVET INC., <br><br> Counterclaim Defendant. | Civil Action No. 1:07-cv-559 |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendants Merial Limited and Merial SAS, certify to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Merial Limited and Merial SAS, which have any outstanding securities in the hands of the public:

Merck & Co., Inc.; and

Sanofi-Aventis SA

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ Timothy A. Ngau
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Vicki Franks
DC Bar No. 412196
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Jessica Jacob
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for Merial Limited and Merial SAS.
