# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    Defendants.<br><br>MERIAL LIMITED<br>27 Knightsbridge<br>London SW1X 7QT<br>United Kingdom;<br>3239 Satellite Blvd.<br>Duluth, GA  30096-4640<br><br>and<br><br>MERIAL SAS,<br>29 Avenue Tony Garnier<br>69007 Lyon<br>France,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>INTERVET INTERNATIONAL B.V.,<br><br>    Third-Party Defendants. | Civil Action No. 1:07-cv-559 |

### MERIAL LIMITED'S AND MERIAL SAS' THIRD-PARTY COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 14(a), Defendants Merial Limited and Merial

SAS, (collectively "Merial"), hereinafter "Third-Party Plaintiffs," hereby bring this Third-Party

- 2 -

Complaint for Patent Infringement against Intervet International B.V. ("Intervet International"), hereinafter "Third-Party Defendant," and allege as follows:

## NATURE OF ACTION

1.   This is an action for which Merial seeks damages and injunctive relief under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, from Intervet International's infringement of Merial's U.S. Patent No. 7,192,594, entitled POSTWEANING MULTISYTEMIC WASTING SYNDROME AND PORCINE CIRCOVIRUS FROM PIGS ("the '594 patent").

## PARTIES

2.   Merial is one of the world's leading animal healthcare companies. Merial develops, produces and sells veterinary pharmaceuticals and vaccines for livestock, pets and wildlife. Of particular relevance here, Merial has contributed to and continues to contribute to research in the Swine Health field. Merial has products for treating diseases in pigs, products for preventing diseases in pigs, and other products for controlling and preventing diseases in pigs and for alleviating pain and inflammation in pigs. Merial Limited is a company limited by shares registered in England and Wales with a registered office in England, and domesticated in the state of Delaware as Merial LLC. Merial Limited's North American Operational Headquarters is located in Duluth, Georgia. Merial SAS (a société par actions simplifiée of France) is located in Lyon, France. Merial SAS is wholly-owned by Merial Limited.

3.   Upon information and belief, Intervet International is a corporation, having its principal place of business in Boxmeer in the Netherlands.

## JURISDICTION AND VENUE

4.   This Court has subject-matter jurisdiction over this matter pursuant to Title 28, United States Code, Sections 1331 and 1338(a).

- 3 -

5. On information and belief, Intervet International offers for sale, sells or causes to be sold veterinary pharmaceuticals or vaccines in this District and is thereby doing business in this District.

6. This Court has personal jurisdiction over Intervet International by virtue of its actions and those of its agents which directly infringe or which induce or knowingly contribute in the infringement of the '594 patent within this district and/or its systematic and continuous contact with this district.

7. Venue is proper in this District under Title 28, United States Code, Sections 1391 and 1400(b).

## UNDERLYING FACTS

8. The United States Patent and Trademark Office ("USPTO") duly and legally issued the '594 patent on March 20, 2007.

9. By virtue of assignments recorded at the USPTO all rights in, to, and under the '594 patent have been assigned to Merial, and Merial has the exclusive worldwide right to enforce the '594 patent.

10. The '594 patent generally relates to Postweaning Multisystemic Wasting Syndrome (PMWS) and Porcine Circovirus (PCV) vaccines. PMWS is an infection of young pigs (usually 8-16 weeks old). PMWS tends to be a slow and progressive disease with a high fatality rate in affected pigs. PMWS can have devastating economic consequences. Mortality in acutely infected herds varies from 5 to 50%, and chronically infected herds may sustain losses of 15% from weaning to slaughter, on average. PCV is a causative agent of PMWS in pigs.

11. Merial's business activities include PCV vaccines for preventing PMWS in pigs. Indeed, Merial has been and continues to be involved in research involving PCV and PMWS.

Merial publishes a quarterly Swine Bibliographical Bulletin and has also sponsored the publication of a book on Porcine Circovirus and PMWS. Furthermore, Merial owns or has the exclusive rights under numerous patents worldwide in the field of Porcine Circovirus and PMWS.

## COUNT 1

## Claim For Infringement of U.S. Patent No. 7,192,594

12. The allegations in Paragraphs 1 through 9 of this Counterclaim are incorporated by reference as if set forth in their entirety.

13. Upon information and belief, Intervet International contributed to the infringement of and/or actively induced the infringement of claims of the '594 patent by inducing or contributing to the making, using, selling, and/or offering for of sale products, including but not limited to a PCV vaccine, including but not limited to the product formerly known as "Porcine Circovirus Vaccine, Type 2, Killed Baculovirus Vector" and now known as "CIRCUMVENT" and products that contain immunogenic, antigenic, or epitopic material of the product formerly known as "Porcine Circovirus Vaccine, Type 2, Killed Baculovirus Vector" and now known as "CIRCUMVENT", and precursors thereto including without limitation precursors of that immunogenic, antigenic or epitopic material (Intervet Internatinal's "infringing acts")

14. Upon information and belief, Intervet International has had notice of the '594 patent and its infringement of the '594 patent has been deliberate and willful.

15. Intervet International's infringing acts have not been authorized by Merial and are in violation of Merial's patent rights.

16. As a direct result of Intervet International's infringing acts, Merial has suffered and continues to suffer damages and irreparable harm.

17. Merial has no adequate remedy at law for Intervet International's infringing acts. Unless and until Intervet International's infringing acts are enjoined by this Court, Merial will continue to be damaged and irreparably harmed.

**WHEREFORE**, Merial prays that the Court:

(a) Enter a judgment that Intervet International has infringed by contributing to direct infringement and/or inducing direct infringement of one or more claims of the '594 patent;

(b) Permanently enjoin Intervet International and those in privity with it from further acts of direct infringement, contributory infringement and inducement of infringement of the '594 patent;

(c) Award Merial damages adequate to compensate it for Intervet International's infringement of the '594 patent;

(d) Declare that Intervet International's infringement of the '594 patent has been knowing and willful;

(e) Treble the award of damages pursuant to 35 U.S.C. § 284 and in view of the willful nature of Intervet International's infringement;

(f) Declare this to be an exceptional case pursuant to 35 U.S.C. § 285;

(g) Award Merial its attorneys' fees, costs and expenses in this action; and

(h) Award Merial prejudgment interest, and such further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Merial requests a trial by jury of all issues so triable to a jury raised in its Third-Party Complaint for Patent Infringement.

Dated: March 14, 2008.

          Respectfully submitted,

          */s/ Timothy A. Ngau*
          ALSTON & BIRD, LLP
          Timothy A. Ngau
          DC Bar No. 339333
          950 F Street, NW
          Washington, DC  20004
          Phone: 202-756-3300
          Fax: 202-756-3333

          Judy Jarecki-Black, Ph.D.
          Merial Limited
          3239 Satellite Blvd.
          Duluth, GA  30096-4640
          Tel.: (678) 638-3805
          Fax: (678) 638-3350

          Thomas J. Kowalski
          Vicki Franks
          DC Bar No. 412196
          Frommer Lawrence & Haug LLP
          745 Fifth Avenue
          New York, New York 10151
          Tel.: (212) 588-0800
          Fax: (212) 588-0500

          Frank G. Smith, III
          J. Patrick Elsevier, Ph.D.
          Kristen L. Melton
          Jessica Jacob
          Alston & Bird LLP
          1201 West Peachtree Street
          Atlanta, Georgia 30309-3424
          Tel.: (404) 881-7000
          Fax: (404) 881-7777

                                      Counsel for Merial Limited and Merial SAS.