UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants.* <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> *Counterclaim Plaintiffs*, <br><br> v. <br><br> INTERVET INC., <br><br> *Counterclaim Defendant.* <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> v. <br><br> INTERVET INTERNATIONAL B.V., <br><br> *Third-Party Defendant.* | Civil Action No. 07-00559 (HHK) |

**JOINT MOTION TO EXTEND INTERVET INC.'S DEADLINE TO ANSWER MERIAL LIMITED'S AND MERIAL SAS'S COUNTERCLAIMS AND TO EXTEND DISCOVERY DEADLINES**

Plaintiff Intervet Inc. ("Intervet Inc.") and Defendants Merial Limited and Merial SAS (collectively "Merial") hereby jointly move to extend the deadline for Intervet Inc. to answer Merial's counterclaims (D.I. 19) in the above-captioned matter. Merial recently filed a third-party complaint on Intervet International BV ("Intervet International"), a foreign corporation, and Intervet Inc. and Kenyon and Kenyon LLP, counsel for Intervet International, has agreed to

accept service of the complaint on Intervet International on behalf of Intervet International pursuant to Fed R. Civ. P. 4(d).  Intervet International and Merial agree that Intervet International's deadline to answer the complaint or otherwise move will be June 12, 2008. Intervet Inc.'s deadline to answer Merial's counterclaims (D.I. 19), which is currently set for April 3, will also be June 12, 2008.

      The parties also jointly move, pursuant to Fed. R. Civ. P. 16(b)(4), to extend the deadlines for the start of discovery.  The parties believe that good cause exists for such an extension because it would be impractical and wasteful to start discovery before Intervet International has responded to Merial's third-party complaint and before Intervet Inc. has responded to Merial's counterclaim.  Accordingly, the parties jointly move to extend the deadline for the initial scheduling conference pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3 to a date to be set by the Court after June 12, 2008.

Respectfully submitted this 3rd day of April, 2008.

| | |
|---|---|
| /s/ Yariv Waks | /s/ Frank G. Smith |
| John R. Hutchins (D.C. Bar # 456749) | ALSTON & BIRD, LLP |
| William G. James, II (D.C. Bar # 503162) | Timothy A. Ngau |
| Yariv Waks (D.C. Bar # 491729) | DC Bar No. 339333 |
| KENYON & KENYON LLP | 950 F Street, NW |
| 1500 K Street N.W., Suite 700 | Washington, DC 20004 |
| Washington, DC 20005 | Phone: 202-756-3300 |
| (202) 220-4200 (telephone) | Fax: 202-756-3333 |
| (202) 220-4201 (facsimile) | |
| | Judy Jarecki-Black, Ph.D. |
| Richard L. DeLucia | Merial Limited |
| Michael D. Loughnane | 3239 Satellite Blvd. |
| Patrice P. Jean, Ph.D. (D.C. Bar # 482968) | Duluth, GA 30096-4640 |
| KENYON & KENYON LLP | Tel.: (678) 638-3805 |
| One Broadway | Fax: (678) 638-3350 |
| New York, NY 10004 | |
| (212) 425-7200 (telephone) | Thomas J. Kowalski |
| (212) 425-5288 (facsimile) | Steven M. Amundson |
| | DC Bar No. 412196 |
| *Counsel for Intervet Inc. and Intervet International* | Vicki Franks |
| | DC Bar No. 412196 |
| | Frommer Lawrence & Haug LLP |
| | 745 Fifth Avenue |
| | New York, New York 10151 |
| | Tel.: (212) 588-0800 |
| | Fax: (212) 588-0500 |
| | |
| | Frank G. Smith, III |
| | J. Patrick Elsevier, Ph.D. |
| | Kristen L. Melton |
| | Jessica Jacob |
| | Alston & Bird LLP |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| | *Counsel for Merial Limited and Merial SAS* |

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS *Defendants.* MERIAL LIMITED and MERIAL SAS, *Counterclaim Plaintiffs*, v. INTERVET INC., *Counterclaim Defendant*. MERIAL LIMITED and MERIAL SAS, v. INTERVET INTERNATIONAL B.V., *Third-Party Defendant*. | Civil Action No. 07-00559 (HHK) |

## [PROPOSED] ORDER

Now before the Court is the Parties' Joint Motion to Extend Intervet Inc.'s Deadline To Answer Merial Limited's and Merial SAS's Counterclaims and To Extend Discovery Deadlines. In light of this joint motion, it is hereby ordered that:

1.  Intervet International's deadline to answer the complaint or otherwise move will be June 12, 2008. Intervet Inc.'s deadline to answer Merial's counterclaims (D.I. 19) will also be June 12, 2008.

2

     2.       The initial scheduling conference will be set by the Court for a date after June 12, 2008.

**SO ORDERED.**

Date: _____                                    _____
                                                                    United States District Judge

Case 1:07-cv-00559-HHK   Document 22-2   Filed 04/03/2008   Page 2 of 2