UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>   *Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Defendants.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Counterclaim Plaintiffs,*<br><br>v.<br><br>INTERVET INC.,<br><br>   *Counterclaim Defendant.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Plaintiffs,*<br><br>v.<br><br>INTERVET INTERNATIONAL B.V.,<br><br>   *Third-Party Defendant.* | Civil Action No. 1:07-cv-559 (HHK) |

**CONSENT MOTION TO EXTEND MERIAL LIMITED AND MERIAL SAS'
DEADLINE TO RESPOND TO THIRD-PARTY DEFENDANT INTERVET
INTERNATIONAL  B.V.'S MOTION TO DISMISS FOR LACK OF PERSONAL
<u>JURISDICTION</u>**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Merial Limited and Merial

SAS (collectively "Merial"), with the consent of Third-Party Defendant Intervet International

B.V., hereby move this Court for an order extending their deadline to respond to Intervet International B.V.'s Motion to Dismiss For Lack of Personal Jurisdiction (D.I. 24) in the above-captioned matter.  Merial's response is currently due on June 26, 2008.  Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Intervet International B.V. has agreed to an extension of the time for Merial to respond to Intervet International B.V.'s Motion to Dismiss until July 3, 2008.

**WHEREFORE**, Merial respectfully requests that the Court grant this unopposed motion permitting Merial through and including July 3, 2008 to respond to Intervet International B.V.'s Motion to Dismiss (D.I. 24) pursuant to Rule 5(d)(1) of the Federal Rules of Civil Procedure.

Dated:  June 19, 2008                                        Respectfully submitted,

*/s/ Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steve Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

- 3 -

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial Limited and Merial SAS.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>   *Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Defendants.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Counterclaim Plaintiffs,*<br><br>v.<br><br>INTERVET INC.,<br><br>   *Counterclaim Defendant.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Plaintiffs,*<br><br>v.<br><br>INTERVET INTERNATIONAL B.V.,<br><br>   *Third-Party Defendant.* | Civil Action No. 1:07-cv-559 (HHK) |

## [PROPOSED] ORDER

     Merial Limited and Merial SAS' ("Merial") motion for an extension of time to respond to Intervet International B.V.'s Motion to Dismiss For Lack of Personal Jurisdiction (D.I. 24) is hereby GRANTED. Merial shall have up to and including Thursday, July 3, 2008 to respond to

- 2 -

Intervet International B.V.'s Motion to Dismiss (D.I. 24) pursuant to Rule 5(d)(1) of the Federal Rules of Civil Procedure.

    **SO ORDERED**

Date: _____                              _____
                                                                  United States District Judge