UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>   *Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Defendants.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Counterclaim Plaintiffs,*<br><br>v.<br><br>INTERVET INC.,<br><br>   *Counterclaim Defendant.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Plaintiffs,*<br><br>v.<br><br>INTERVET INTERNATIONAL B.V.,<br><br>   *Third-Party Defendant.* | Civil Action No. 1:07-cv-559 (HHK) |

**UNOPPOSED MOTION TO EXTEND MERIAL LIMITED AND
MERIAL SAS' DEADLINE TO RESPOND TO THIRD-PARTY
DEFENDANT INTERVET INTERNATIONAL B.V.'S MOTION TO DISMISS
<u>FOR LACK OF PERSONAL JURISDICTION</u>**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Merial Limited and Merial

SAS (collectively "Merial"), with the consent of Third-Party Defendant Intervet International

B.V., hereby move this Court for an order extending their deadline to respond to Intervet International B.V.'s Motion to Dismiss For Lack of Personal Jurisdiction (D.I. 24) in the above-captioned matter.  Merial's response is currently due on July 3, 2008.  Counsel for the parties have conferred in accordance with LCvR 7(m), and counsel for Intervet International B.V. has agreed to an extension of the time for Merial to respond to Intervet International B.V.'s Motion to Dismiss until July 10, 2008.

**WHEREFORE**, Merial respectfully requests that the Court grant this unopposed motion permitting Merial through and including July 10, 2008 to respond to Intervet International B.V.'s Motion to Dismiss (D.I. 24) pursuant to Rule 5(d)(1) of the Federal Rules of Civil Procedure.

Dated:  July 2, 2008                              Respectfully submitted,

*/s/ Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steve Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

- 3 -

        Frank G. Smith, III
        J. Patrick Elsevier, Ph.D.
        Kristen L. Melton
        Alston & Bird LLP
        1201 West Peachtree Street
        Atlanta, Georgia 30309-3424
        Tel.: (404) 881-7000
        Fax: (404) 881-7777

        *Counsel for Merial Limited and Merial SAS.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>   *Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Defendants.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Counterclaim Plaintiffs,*<br><br>v.<br><br>INTERVET INC.,<br><br>   *Counterclaim Defendant.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Plaintiffs,*<br><br>v.<br><br>INTERVET INTERNATIONAL B.V.,<br><br>   *Third-Party Defendant.* | Civil Action No. 1:07-cv-559 (HHK) |

**[PROPOSED] ORDER**

     Merial Limited and Merial SAS' ("Merial") motion for an extension of time to respond to Intervet International B.V.'s Motion to Dismiss For Lack of Personal Jurisdiction (D.I. 24) is hereby GRANTED.  Merial shall have up to and including Thursday, July 10, 2008 to respond to

Intervet International B.V.'s Motion to Dismiss (D.I. 24) pursuant to Rule 5(d)(1) of the Federal Rules of Civil Procedure.

**SO ORDERED**

Date: _____                        _____
                                                                United States District Judge