## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                   Civil Action No. 1:07-cv-559 (HHK)


MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*


MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*


## MERIAL LIMITED AND MERIAL SAS' BRIEF
## IN OPPOSITION TO THIRD PARTY DEFENDANT
## INTERVET INTERNATIONAL B.V.'S MOTION TO
## DISMISS FOR LACK OF PERSONAL JURISDICTION

# <u>TABLE OF CONTENTS</u>

Introduction.................................................................................................1

Statement of Facts........................................................................................1

Procedural Background..................................................................................4

Argument and Authorities..............................................................................5

    I.      Principles of Personal Jurisdiction.................................................5

    II.     Specific Jurisdiction Exists over International in this District....................7

          A.     Specific Jurisdiction Exists Because International has Induced Infringement on the '594 Patent .......................................................7

          B.     Specific Jurisdiction Exists Because Employees of International Have Participated in Litigation in this Court in the Closely Related '601 Case. ........................................................................12

          C.     Summary ............................................................................13

    III.    General Jurisdiction Exists over International in this District.................13

          A.     International offers animal pharmaceutical products for sale in the District of Columbia and that subjects it to the general jurisdiction in this district ..............................................................14

          B.     International has obtained patents and trademarks that subject it to general jurisdiction in the district ...........................................17

          C.     International's other contacts with this district and close affiliation with Intervet Inc. established general jurisdiction in this district...............................................................................20

               1.     International's contacts with regulatory agencies in and about this district................................................................20

               2.     International's control of and direction over Intervet Inc. .......................................................................21

                     i.     Numerous documents confirm International's control over Intervet Inc.........................................21

ii.     Recent Press Releases confirm International's control over Intervet's management ......................26

iii.    The *Energy Transportation Group* decision provides guidance as to how this Court should rule on International's Motion to Dismiss .............28

3.    Other evidence of International's control over Intervet Inc and contact with this country .......................................29

D.    Summary ........................................................................................30

IV.    Should There Be Any Question As To Whether This Court Has Jurisdiction Over International, Merial Should be Afforded The Opportunity to Conduct Discovery To Establish All Facts That Support This Court's Jurisdiction Over International.................................30

Conclusion ..........................................................................................................31

# TABLE OF AUTOHRITIES

## Cases

*Akro Corp. v. Luker*,
    45 F.3d at 1541 (Fed. Cir. 1995) .................................................................. 6

*Asahi Metal Indus. Co. v. Superior Court*,
    480 U.S. 102 (1987) .................................................................................... 15

*Bancroft & Masters, Inc. v. Augusta Nat'l, Inc.*,
    223 F.3d 1082 (9th Cir. 2000) ..................................................................... 6

*Barcamerica Int'l USA Trust v. Tyfield Importers, Inc.*,
    289 F.3d 589 (9th Cir. 2002) ...................................................................... 10

*Benjamin Obdyke Inc. v. Owens Corning*,
    No. 02-CV-8408, 2004 WL 870701 (E.D. Pa.. Mar. 29, 2004) .............................. 10

*Bennett Marine, Inc. v. Lenco Marine, Inc.*,
    No. 04-60326-CIV, 2008 WL 906766 (S.D. Fla. Apr. 3, 2008) ............................. 9

*Beverly Hills Fan Co. v. Royal Sovereign Corp.*,
    21 F.3d 1558 (Fed. Cir. 1994) ................................................................ 5, 8

*Blumenthal v. Drudge*,
    992 F. Supp. 44 (D.D.C. 1998) ................................................................... 16

*Burger King Corp. v. Rudzewicz*,
    471 U.S. 462 (1985) ...................................................................................... 6

*Deprenyl Animal Health, Inc. v. University of Toronto Innovations Foundation*,
    297 F.3d 1343 (Fed. Cir. 2002) .................................................................. 18

*Elemary v. Philipp Holzmann A.G.*,
    533 F. Supp. 2d 116 (D.D.C. 2008) ............................................................. 6

*El-Fadl v. Cent. Bank of Jordan*,
    75 F.3d 668 (D.C. Cir. 1996) ..................................................................... 30

*Energy Transp. Group, Inc. v. William Demant Holding A/S*,
    No. 05-422, 2008 WL 78748 (D. Del. Jan. 4, 2008) ..................................... 8, 28, 29

*Genetic Implant Sys., Inc. v. Core-Vent Corp.*,
    123 F.3d 1455 (Fed. Cir. 1997) .................................................................. 10

*GTE New Media Servs. Inc. v. Ameritech Corp.*,
  21 F. Supp. 2d 27 (D.D.C. 1998) ........................................................................ 16

*Helicopteros Nacionales de Colombia, S.A. v. Hall*,
  466 U.S. 408, 415 (1984) ...................................................................................... 6

*Honeywell, Inc. v. Metz Apparatewerke*,
  509 F.2d 1137 (7th Cir. 1975) ............................................................................... 8

*Ideal Instruments, Inc. v. Rivard Instruments, Inc.*,
  434 F. Supp. 2d 598 (N.D. Iowa 2006)................................................................... 8

*In re Magnetic Audiotape Antitrust Litigation*,
  334 F.3d 204 (2d Cir. 2003) ................................................................................. 31

*Inamed Corp. v. Kuzmak*,
  249 F.3d 1356 (Fed. Cir. 2001) ......................................................................... 5, 6

*Int'l Shoe Co. v. Washington*,
  326 U.S. 310 (1945)................................................................................................ 5

*International Manufacturing & Engineering. Services Co. v.*
  *Semiconductor Energy Laboratory. Co.*,
  No. 06-1230, 2007 WL 2059768 (D.D.C. July 16, 2007) ...................................... 18

*Intervet Inc. v. Merial Ltd., et al.*,
  Case No. 1:06-cv-00658 (D.D.C.) .......................................................................... 2

*Intervet International v. Schering-Plough*,
  2:03-cv-04883-KSH-PS (D.N.J.)...................................................................... 3, 30

*Intervet, Inc. v. Merial Ltd.*,
  535 F. Supp. 2d 112 (D.D.C. 2008)........................................................................ 4

*Kinetic COncepts, Inc. v. BlueSky Med. Corp.*,
  No. SA-03-CA-832-RF, 2004 WL 2550586 (W.D. Tex. Sept. 24, 2004)........................... 9, 29

*Merial Ltd. v. Intervet Inc.*,
  430 F. Supp. 2d 1357 (N.D. Ga. 2006) ................................................................... 4

*Moore Bus. Forms, Inc. v. Ryu*,
  960 F.2d 486 (5th Cir. 1992) ............................................................................... 10

*National Patent Development Corp. v. T.J. Smith & Nephew Ltd.*,
  877 F.2d 1003 (D.D.C. 1989) ........................................................................ 17, 18

*NAWA USA Inc. v. Bottler*,
  533 F. Supp. 2d 52 (D.D.C. 2008) ......................................................................... 5

*Oakley, Inc. v. JOFA AB,*
  287 F. Supp. 2d 1111 (C.D. Cal. 2003) .......................................................... 8, 29

*Red Wing Shoe Co. v. Hockerson-Halberstadt, Inc.,*
  148 F.3d 1355 (Fed. Cir. 1998) ...................................................................... 5, 6

*Silent Drive, Inc. v. Strong Indus., Inc.,*
  326 F.3d 1194 (Fed. Cir. 2003) ......................................................................... 6

*Stabilisierungsfonds Fur Wein v. Kaiser Stuhl Wine Distributors Pty. Ltd.,*
  647 F.2d 200 (D.C. Cir. 1981) ........................................................................ 15

*Symantec Corp. v. Computer Assocs. Int'l, Inc.,*
  522 F.3d 1279 (Fed. Cir. 2008) ........................................................................ 7

*Thomas v. Disabled Veterans Ass'n.,*
  930 A.2d 997 (D.C. 2007) ................................................................................ 8

*Tower Mfg. Corp., v. Shanghai Mfg. Corp.,*
  533 F. Supp. 2d 255 (D.R.I. 2008) .................................................................... 9

*Trintec Indus., Inc. v. Pedre Promotional Prods., Inc.,*
  395 F.3d 1275 (Fed. Cir. 2005) ......................................................................... 5

*Twentieth Century Fox Film Corp. v. Marvel Enters., Inc.,*
  220 F. Supp. 2d 289 (S.D.N.Y. 2002) .............................................................. 19

*Viam Corp. v. Iowa Export-Import Trading Co.,*
  84 F.3d 424 (Fed. Cir. 1996) .......................................................................... 15

*Water Techs. Corp. v. Calco, Ltd.,*
  850 F.2d 660 (Fed. Cir. 1988) ........................................................................ 10

*World-Wide Volkswagen Corp. v. Woodson,*
  444 U.S. 286 (1980) ....................................................................................... 15

*Zippo Mfg. Co. v. Zippo Dot Com, Inc.,*
  952 F. Supp. 1119 (W.D. Pa. 1997) ................................................................ 16

## Statutes

15 U.S.C. § 1055 ............................................................................................ 19

35 U.S.C. § 271(a) .......................................................................................... 14

35 U.S.C. § 271(b) ....................................................................................... 7, 10

35 U.S.C. § 293 ..................................................................................... 17, 18, 19

**Other Authorities**

J.J. Thomas McCarthy on Trademarks and Unfair Competition § 18:52 (4th Ed. 2008).............. 19

**Rules**

Fed. R. Civ. P. 4(e) ................................................................................................. 5

Fed. R. Civ. P. 4(k) ................................................................................................. 5

## INTRODUCTION

Third-Party Defendant Intervet International B.V. ("International") attempts to portray itself as a company whose presence is limited to The Netherlands and which has no contact with the District of Columbia, specifically, or the United States, generally. This is not so. As set forth in detail below, International has ample contacts with this district to subject it to the authority of this Court pursuant to principles of both specific and general personal jurisdiction that fully comport with Constitutional due process. Should there be any doubt about this – and Merial Limited and Merial SAS (collectively "Merial") respectfully submit that there should not be – the Court should order International to submit to discovery for the purpose of permitting Merial the opportunity to adduce facts sufficient to confirm the propriety of jurisdiction over International in this district.

## STATEMENT OF FACTS

International's recitation of the facts with respect to its contacts with this district is remarkable primarily for what it fails to address. Indeed, International does not mention, much less discuss the significance, of the many contacts it has with this jurisdiction, which include, but are not necessarily limited to, the following:

- International has acted in concert with and has actively induced co-defendant Intervet Inc.[1] to infringe the patent-in-suit, Merial's U.S. Patent 7,192,594 (the

---

[1] In its moving papers, International avoids stating the precise relationship between it and Intervet Inc., referring to Intervet Inc. as "a wholly-owned indirect subsidiary of Schering-Plough Corporation." (Docket Entry ("D.E.") 24 at 5). Other official and/or publicly available sources characterize Intervet Inc. as (i) the "wholly owned subsidiary of … Intervet International, B.V." (July 5, 2006 Response to Office Action in Examination of U.S. Trademark Application No. 7,851,213 (application now issued as U.S. Trademark Reg. No. 3,210,284)), (ii) the "US operating division" of International (Hoovers Report; Google Finance Article), (iii) an "affiliate of" International (www.intervetusa.com), (iv) the "immediate subsidiary" of International (Directory of Corporate Affiliations) or (v) a subsidiary of Schering-Plough (Exhibit 21 to Schering-Plough Corporation's Form 10-K/A, for the Year ended Dec. 31, 2007, filed March 3, 2008 with the SEC). (See Haynes Decl. Exhs. 1(a)-1(f).

'594 patent) via the accused Circumvent™ PCV vaccine, which is offered for sale in this district and throughout the United States.

- International has participated in, if not directed, Intervet Inc.'s attempts to invalidate Merial's patents.  At least one employee of International has appeared in this Court as the corporate representative of Intervet Inc. in the closely related '601 patent infringement litigation,[2] representatives of International submitted to document discovery directed at Intervet Inc. in that litigation, and employees of International have come to this district and attended a meeting with Intervet Inc.'s claim construction expert in that litigation.

- International manufactures other animal pharmaceutical products which are available for sale in this district (and throughout the United States) including several sold through Intervet Inc.

- International owns the interactive web sites <www.intervet.com> and <www.intervetusa.com> through which, among other things, the accused Circumvent™ PCV vaccine is advertised to persons within this district, and through which persons within this district are invited to contact International regarding its vaccines in the United States, including the accused Circumvent™ PCV vaccine.

- International has twelve U.S. patents and at least eight other U.S. patent applications pending, thereby signifying that there is nothing "unfair" about requiring it to submit to jurisdiction in this country, and particularly in this

---

[2]  *See Intervet Inc. v. Merial Ltd., et al.*, Case No. 1:06-cv-00658 (D.D.C.).

district, for purposes of patent infringement litigation.  Many of these patents were prosecuted by an in-house attorney employed by Intervet Inc.

- International owns numerous trademarks in this country, including the trademarks INTERVET and CIRCUMVENT, under which Intervet Inc. does business in this district and under which Intervet Inc.'s accused PCV-2 vaccine is offered for sale in this district; International derives substantial goodwill from the sale of animal health care products in this country, including the accused Circumvent™ PCV vaccine, which use these trademarks.

- There is, and has been, direction and control by International over Intervet Inc. including overlap between International's management and Intervet Inc.'s management and exercise of control over Intervet Inc.'s management by International.

- International has itself filed at least one lawsuit in this country.[3]

In summary, this Court has specific personal jurisdiction over International because of International's active inducement of infringement of the '594 patent, its concerted action with and control over Intervet Inc., and its participation in, if not control over, the closely related '601 patent infringement litigation.  Further, this Court has general personal jurisdiction over International as a result of International's numerous contacts with this district stemming from, *inter alia*, International's (i) offering animal vaccine products for sale throughout the United States, including in this district, (ii) advertising of its animal vaccine products in this district through interactive web sites owned by International, (iii) receipt of U.S. patents and trademarks for its vaccines and licensing those rights to others for use to sell products throughout the United

---

[3]  International sued Schering Plough in Civil Case No. 2:03-cv-04583-KSH-PS in the United States District Court for the District of New Jersey.

States, including this district, and (iv) International's control over, and direction of, Intervet Inc. as well as other contacts with this district by International.

<div align="center">

**PROCEDURAL BACKGROUND**

</div>

The dispute between the Merial parties and the Intervet parties over Merial's PCV-2 related patents[4] began in late 2005 when the Merial parties sued Intervet Inc. for infringement of the '601 patent in the United States District Court for the Northern District of Georgia.[5]  With the filing of Intervet Inc.'s declaratory judgment action over the '601 patent and the dismissal of the Georgia case on a standing technicality, the litigation battlefield shifted to this Court in the second quarter of 2006.  Matters thereafter escalated when Intervet Inc. filed a second declaratory judgment action in this Court on the day that the '594 patent issued seeking, among other things, a declaration that the same vaccine that is the subject of the '601 litigation does not infringe the '594 patent.[6]  When Intervet Inc. failed to serve its complaint in the '594 suit, Merial filed its own suit against Intervet Inc. (for direct infringement of the '594 patent) as well as against International (for inducement to infringe the '594 patent), contending that the same PCV-2 products that infringe the '601 patent also infringe the '594 patent.[7]

---

[4]  The two Merial PCV-2 patents that have issued to date are U.S. Patent Nos. 6,368,601 ("the '601 patent") and 7,192,594 ("the '594 patent").  Both patents are generally directed to a Porcine Circovirus Type II vaccine and take their priorities from French Application No. 97 12382.

[5]  *Merial Ltd. v. Intervet Inc.*, 430 F. Supp. 2d 1357 (N.D. Ga. 2006).

[6]  Intervet Inc.'s suit over the '594 patent was filed as a related case to the suit over the '601 patent on the basis that it "involves common issues of fact" and "grows out of the same event or transaction." (*See* D.E. 2, Notice of Related Case).

[7]  This Court granted Intervet's Motion to Dismiss the related No. 07-00630 case and denied Merial's Motion to Dismiss this action (Motion, Memorandum and Order, D.E.s 5,17, 18); *Intervet, Inc. v. Merial Ltd.*, 535 F. Supp. 2d 112 (D.D.C. 2008).

<div align="center">4</div>

## ARGUMENT AND AUTHORITIES

### I.    Principles of Personal Jurisdiction

In patent cases, including complaints for declaratory judgments, district courts apply Federal Circuit law to determine personal jurisdiction. *See, e.g., Red Wing Shoe Co. v. Hockerson-Halberstadt, Inc.*, 148 F.3d 1355, 1358 (Fed. Cir. 1998); *Beverly Hills Fan Co. v. Royal Sovereign Corp.*, 21 F.3d 1558, 1564-65 (Fed. Cir. 1994).  The Federal Circuit uses a two-part inquiry to decide whether personal jurisdiction exists over a non-resident defendant. *Red Wing Shoe*, 148 F.3d at 1358; *see also Inamed Corp. v. Kuzmak*, 249 F.3d 1356, 1359-60 (Fed. Cir. 2001). The first inquiry is whether the defendant is amenable to process from the court. *Red Wing Shoe,* 148 F.3d at 1358.  If the defendant is amenable to process, the district court must next ensure that the exercise of personal jurisdiction "'does not offend "traditional notions of fair play and substantial justice"' that are embodied in the Due Process Clause." *Red Wing Shoe*, 148 F.3d at 1358  (quoting *Int'l Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945)).

With respect to the first inquiry, federal district courts exercise personal jurisdiction to the extent authorized by the long-arm statute of the district in which the court sits. Fed. R. Civ. P. (4)(e), 4(k) .  As International has acknowledged, (D.E. 24 at 11), the jurisdictional reach of this "district's long arm statute is co-extensive with that of Constitutional due process."  Thus, for district courts in the District of Columbia, the Federal Circuit's "two inquiries coalesce into one," *i.e.*, whether jurisdiction comports with due process.  *Trintec Indus., Inc. v. Pedre Promotional Prods., Inc.,* 395 F.3d 1275, 1279 (Fed. Cir. 2005); *see also NAWA USA Inc. v. Bottler*, 533 F. Supp. 2d 52, 55 (D.D.C. 2008); *see also Red Wing Shoe*, 148 F.3d at 1358  (under analogous Minnesota long-arm statute, "the two-step inquiry folds into one: whether an exercise of personal jurisdiction over [an out-of-state defendant] would offend Due Process").

In order to determine whether the exercise of personal jurisdiction over a non-resident defendant complies with due process, the Federal Circuit "directs district courts to examine three factors":

> (1) whether the defendant "purposefully directed" its activities at residents of the forum; (2) whether the claim "arises out of or relates to" the defendant's activities within the forum; and (3) whether the assertion of personal jurisdiction is "reasonable and fair."

*Silent Drive, Inc. v. Strong Indus., Inc.*, 326 F.3d 1194, 1202 (Fed. Cir. 2003). The party seeking to assert jurisdiction bears the burden of proof to establish that the non-resident party has "minimum contacts" with the forum. *Id.* (quoting *Inamed*, 249 F.3d at 1360; *Akro Corp. v. Luker*, 45 F.3d at 1541, 1546 (Fed. Cir. 1995)). If minimum contacts are established, the party seeking to avoid jurisdiction then bears the burden of proof "to present a compelling case that the presence of some other considerations would render jurisdiction unreasonable." *Inamed*, 249 F.3d 1360 (quoting *Burger King Corp. v. Rudzewicz*, 471 U.S. 462, 476-77 (1985)).

Personal jurisdiction may be either "general" or "specific." *Elemary v. Philipp Holzmann A.G.,* 533 F. Supp. 2d 116, 123 (D.D.C. 2008). Courts can exercise specific jurisdiction over a foreign entity if the cause of action at issue "'arises out of or relates to'" the foreign entity's contacts with the forum. *Red Wing Shoe*, 148 F.3d at 1359; *see also Burger King,* 471 U.S. at 472-73. In order to assert general jurisdiction, a plaintiff must show that a defendant's contacts with the state are "substantial" or "continuous and systematic." *Bancroft & Masters, Inc. v. Augusta Nat'l, Inc.*, 223 F.3d 1082, 1086 (9th Cir. 2000) (quoting *Helicopteros Nacionales de Colombia, S.A. v. Hall,* 466 U.S. 408, 415 (1984)). Unlike specific jurisdiction, a defendant may be subject to general jurisdiction "even when the cause of action has no relation to [its] contacts" within the state. *Red Wing Shoe*, 148 F.3d at 1359.

## II.    Specific Jurisdiction Exists over International in this District

### A.    Specific Jurisdiction Exists Because International has Induced Infringement of the '594 Patent.

Here, Merial's Third Party Complaint alleges that International has induced the

infringement of the '594 patent in this district:[8]

> 5.    On information and belief, Intervet International offers for sale, sells or *causes to be sold* veterinary pharmaceuticals or vaccines in this District and is thereby doing business *in this District*.

> 6.  This Court has personal jurisdiction over Intervet International by virtue of its actions and those of its agents which directly infringe or which *induce* or knowingly contribute in the infringement of the '594 patent *within this district* and/or its systematic and continuous contact with this district.

> 13.    Upon information and belief, Intervet International contributed to the infringement of and/or *actively induced* the infringement of claims of the '594 patent by *inducing* or contributing to the making, using, selling, and/or offering for sale products, including but not limited to a PCV vaccine, including but not limited to the product formerly known as "Porcine Circovirus Vaccine, Type 2, Killed Baculovirus Vector" and now known as "CIRCUMVENT" and products that contain immunogenic, antigenic, or epitopic material of the product formerly known as "Porcine Circovirus Vaccine, Type 2, Killed Baculovirus Vector" and now known as "CIRCUMVENT", and precursors thereto including without limitation precursors of that immunogenic, antigenic or epitopic material (Intervet International's "infringing acts").

(D.E. 21 at 3-4, ¶¶ 5, 6, 13 (emphasis added)).  On a motion to dismiss, a Court "construe[s] the

pleadings and affidavits in the light most favorable to [the party opposing a motion to dismiss],

resolving all doubts in his favor."  *Thomas v. Disabled Veterans Ass'n.*, 930 A.2d 997, 1002

---

[8]   35 U.S.C. § 271(b), imposes liability for inducing another to infringe a U.S. Patent.  The elements of inducement are a showing of (i) direct infringement, and (ii) the indirect infringer knowingly inducing infringement and possessing specific intent to encourage another's infringement.  *Symantec Corp. v. Computer Assocs. Int'l, Inc.*, 522 F.3d 1279, 1292 (Fed. Cir. 2008).

(D.C. 2007).  Accordingly, Merial's allegations that International induced direct infringement of the '594 patent in this district is sufficient to confer personal jurisdiction over International.

A litany of cases hold that where, as here, there are well-pled allegations that a foreign entity has induced a domestic entity to infringe a U.S. patent, there is jurisdiction over the foreign entity.  "'[A]ctive inducement' may be found in events outside the United States if they result in a direct infringement here." *Honeywell, Inc. v. Metz Apparatewerke*, 509 F.2d 1137, 1141 (7th Cir. 1975); *see also Beverly Hills Fan,* 21 F.3d 1558 (finding foreign defendants were subject to personal jurisdiction where plaintiff alleged claim of inducing infringement even though foreign defendant's sole contact with the forum resulted from foreign activities).  Where a foreign defendant actively induces infringement by another in a particular forum, the foreign defendant is subject to personal jurisdiction in the forum.  *See, e.g., Energy Transp. Group, Inc. v. William Demant Holding A/S,* No. 05-422, 2008 WL 78748, at *3 (D. Del. Jan. 4, 2008) (denying foreign defendant's motion to dismiss for lack of personal jurisdiction where plaintiff alleged that the foreign defendant acted in concert with its subsidiaries to develop the allegedly infringing products, then induced its subsidiaries to manufacture, sell, and distribute the infringing products throughout the United States, including Delaware); *Oakley, Inc. v. JOFA AB*, 287 F. Supp. 2d 1111, 1114-17(C.D. Cal. 2003) (denying foreign defendant's motion to dismiss for lack of personal jurisdiction where foreign defendant was responsible for development of infringing product and actively induced the manufacture and sale of the infringing product by its subsidiary); *Ideal Instruments, Inc. v. Rivard Instruments, Inc.*, 434 F. Supp. 2d 598, 614 (N.D. Iowa 2006) ("[W]here 'indirect infringement' or 'inducement of infringement' involves the defendant's own actions in directing or encouraging infringement by another in a particular forum, it follows that the inducer has directed his activities at the forum just as certainly as the

infringer has")(citation omitted); *Bennett Marine, Inc. v. Lenco Marine, Inc.*, No. 04-60326-CIV, 2008 WL 906766, at *4 (S.D. Fla. Apr. 3, 2008) ("Surely if [the foreign defendant] knowingly induced and encouraged [the direct infringer's] alleged infringement, minimum contacts with Florida could be established given [the direct infringer's] presence in Florida"); *Kinetic COncepts, Inc. v. BlueSky Med. Corp.*, No. SA-03-CA-832-RF, 2004 WL 2550586, at *6 (W.D. Tex. Sept. 24, 2004) (finding plaintiffs established a prima facie case establishing personal jurisdiction over a foreign defendant in Texas where "[p]laintiffs allege that [the foreign defendant] has actively worked with [the direct infringer] in ways that, if proven, could establish infringement of [p]laintiff's patents in Texas"); *Tower Mfg. Corp., v. Shanghai Mfg. Corp.*, 533 F. Supp. 2d 255, 269-70 (D.R.I. 2008)(finding personal jurisdiction exists over foreign defendant in Rhode Island where "because [the plaintiff] has alleged not only direct infringement but also contributory and inducement of infringement for acts that have resulted in direct infringement in Rhode Island, the cause of action for this suit arises in Rhode Island")

Publicly available information substantiates Merial's allegations that International induced and acted in concert with Intervet Inc. to infringe the '594 patent in this district through the offering for sale of the accused Circumvent™ PCV vaccine.[9]  For example, International owns the United States trademarks INTERVET and CIRCUMVENT under which the accused Circumvent™ PCV vaccine is sold.  (Haynes Decl. Exhs. 28(a) – (c)).  Because International is

---

[9]  In addition to these publicly available facts, Intervet Inc. has produced documents in the '601 case that confirm Internationals' inducement of infringement of Merial's patent rights.  However, the documents and testimony at issue were designated by Intervet Inc. in the '601 case as "Confidential" or "Attorneys' Eyes Only" pursuant to the protective order entered in that case, and that protective order (Case No. 1:06-cv-00658, D.E. 87 at ¶ 5) limits the use of such materials to that case.  Counsel for Merial has asked counsel for Intervet Inc. in the '601 case (who are also counsel for Intervet Inc. and International in this case) to permit the use of discovery from the '601 case in this case.  Despite multiple inquiries by Merial's counsel in this regard, counsel for Intervet Inc. has failed to respond.  Should this Court entertain any doubts with respect to jurisdiction over International, Merial requests that the Court modify the protective order in the '601 case to permit the use in this case of materials produced pursuant to the protective order in the '601 case; and permit Merial to introduce those materials into the record in this case through a supplemental Opposition.

the owner of these trademarks, International must exercise quality control over products bearing those marks (including the Circumvent™ PCV vaccine).  *See Barcamerica Int'l USA Trust v. Tyfield Importers, Inc.*, 289 F.3d 589, 595-96 (9th Cir. 2002) ("[i]t is well-established that '[a] trademark owner may grant a license and remain protected provided quality control of the goods and services sold under the trademark by the licensee is maintained")(quoting *Moore Bus. Forms, Inc. v. Ryu,* 960 F.2d 486, 489 (5th Cir. 1992).  This provides a basis for a finding that International infringes the '594 patent by inducement, in violation of 35 U.S.C. § 271(b).  *See, Water Techs. Corp. v. Calco, Ltd.*, 850 F.2d 660, 668 (Fed. Cir. 1988) (owner of trademark had some control over trademark licensee's manufacture of infringing products, which constituted evidence of infringement); *Genetic Implant Sys., Inc. v. Core-Vent Corp.*, 123 F.3d 1455, 1459 (Fed. Cir. 1997) (foreign defendant's authorization of a domestic company to use the foreign company's trademarks in marketing and distributing its products was basis for jurisdiction over foreign entity); *Benjamin Obdyke Inc. v. Owens Corning*, No. 02-CV-8408, 2004 WL 870701, at *4 (E.D. Pa.. Mar. 29, 2004) (trademark owner could be held liable for inducing infringement under 35 U.S.C. § 271(b).)[10]

In addition, and as discussed in more detail below, International has acted in concert with Intervet Inc. to promote the sale of the accused Circumvent™ PCV vaccine throughout the United States, including this district.  International owns both the web site at <www.intervet.com>, as well as the United States specific web site, at <www.intervetusa.com>, which advertise the accused Circumvent™ PCV vaccine, and permit persons, including persons in this district, to request information about the company's vaccines, including the accused

---

[10]  Neither Intervet Inc. nor International have produced to Merial a copy of any license agreements pursuant to which International provides Intervet Inc. with the license to use such marks.  Should this Court entertain any doubts with respect to jurisdiction over International, Merial respectfully requests that the Court permit Merial discovery of

Circumvent™ PCV vaccine. (*See* Haynes Decl. Exhs. 2(a)-2(b); 3(a)-3(e), 3(g), 3(y)).  Indeed, a page on International's web site at <www.intervet.com> states that the United States-specific web site, <www.intervetusa.com>, is "devoted to serving *our customers in the United States with information about locally available products.*"  (Haynes Decl. Exh. 3(f) (emphasis added)).  Another page on the <www.intervet.com> web site states as follows:

---

### Intervet on the Web

**Intervet International bv is a company focused on the research, development, manufacturing and marketing of animal health products worldwide.**



| | |
|---|---|
| **Intervet International Site** | **Intervet USA site** |

        

**To provide customers with the most relevant information for their region or country a number of specific websites have been developed, dedicated to serving local customers, in the local language.  Please select the website which best matches your geographic location.**

---

(Haynes Decl. Exh. 3(g)).

Other documents, as discussed below at II.C.2., confirm that International is not a disinterested, corporate affiliate of Intervet Inc., as International would have this Court believe.  Rather, International actively directs and controls the activities of Intervet Inc.  Based on this documentation, International's control over Intervet Inc. extends to virtually all of Intervet Inc.'s activities, including the offering for sale of the accused Circumvent™ PCV vaccine, thus further substantiating Merial's allegations of inducement of infringement against International.

---

International and Intervet Inc. regarding any such license agreements, which may provide further evidence of the control that International has over Intervet Inc.

**B.**    **Specific Jurisdiction Exists Because Employees of International Have Participated in Litigation in this Court in the Closely Related '601 Case.**

In addition to the above contacts, this Court has jurisdiction over International by virtue of International's participation in the closely related litigation over the '601 patent. First, employees of International have appeared before this Court in litigation over the '601 patent. In particular, counsel for Intervet Inc. represented at the August 6, 2007, *Markman* hearing in the '601 patent litigation that "representatives" of "the client" "flew over here from The Netherlands" for the hearing. (Haynes Decl. Exh. 10, p. 11-12). One of these representatives – Dr. Marieke Van Gent – sat at counsel table during the hearing and, according to Intervet Inc.'s lawyer, was there "as my corporate representative, and also a technical advisor with a Ph.D."[11] (Haynes Decl. Exh. 10, p. 48). Accordingly, International has, through Dr. Van Gent, appeared in this very Court in connection with a legal proceeding that Intervet Inc. has itself described as "involving common issues of fact" and "grow[ing] out of the same event or transaction" as this litigation. (*See* D.E. 2, Notice of Related Case).

Second, Intervet's Inc.'s claim construction expert testified that lawyers from International came from The Netherlands to the office of Intervet's U.S. counsel in Washington, D.C. and attended a meeting he had with Intervet Inc.'s U.S. Counsel which related to his engagement in the '601 patent suit. (Haynes Decl. Exh. 12, Rowland 5/16/07 Depo. Transcript at 203:4-6; 204:18-205:14). Such "related case" contacts obviously constitute contacts that "arise out of or relate to" allegations that International has infringed the '594 patent since in both cases the same products are alleged to infringe the patents-in-suit.

---

[11] Dr. Van Gent also appeared at the hearing on Merial's Motion for a preliminary injunction in the Georgia '601 case along with Hans Maestrom and Mark van Heuman from International. (Haynes Decl. Exh. 11).

Third, in responding to discovery in the '601 case, Intervet Inc. and Merial agreed to search the email of fourteen "relevant custodians within their own companies" for potential keyword searching for documents responsive to Rule 34 discovery. (Haynes Decl. Exh. 13). Of the fourteen persons identified by Intervet Inc. and whose email files were searched in that case, it appears that at least five were employees of International.[12] (Haynes Decl. Exh. 14). In addition, of the four persons Intervet Inc. identified in its mandatory disclosures in the '601 case as "persons with knowledge" and who are also associated with Intervet Inc. or its related entities, at least one, Peter Van Woensel, is an employee of International. (Haynes Decl. Exh. 15). Clearly, then, International has even more contacts with this district that "arise out of or relate to" allegations of infringement of the closely related '601 and '594 patents. International's direct involvement in the closely related litigation over the accused product in this district is sufficient to confer personal jurisdiction over it in this Court.

### C.    Summary.

Specific jurisdiction over International exists as a result of these contacts with this district, since Merial's cause of action for inducement to infringe the '594 patent against International "arises out of [and] relates to" these contacts.

## II.    General Jurisdiction Exists over International in this District.

It is also beyond serious dispute that International has a multitude of "substantial" or "continuous and systematic" contacts with this district that support a finding of general personal jurisdiction that fully comports with due process. In addition to the above "specific" contacts, International offers its animal vaccines for sale in this district (through Intervet Inc., other

---

[12] Intervet's "list of custodians" included Peter Van Woensel, who Intervet has confirmed is an employee of International (*see* Haynes Decl. Exh. 15), and Nico Visser, Christa Drexler, Dieter Lutticken, and Klaus Olbers, all of whom Merial believes to be employed, or to have been employed, by International. (Haynes Decl. Exh. 14).

distributors, and over the internet), has obtained patents and trademarks here, and has other contacts with this district that demonstrate there is nothing about subjecting International to the jurisdiction of this Court that offends "traditional notions of fair play and substantial justice."

   A.    **International offers animal pharmaceutical products for sale in the District of Columbia and that subjects it to the general jurisdiction in this District.**

   As discussed above, International acts in concert with Intervet Inc. to offer for sale vaccines and other animal pharmaceuticals, including the accused Circumvent™ PCV vaccine, throughout the United States, including this district.[13]  In addition to the above contacts, International's web site, <www.intervet.com>, under the headline "Innovax™ successfully launched in the US," trumpets International's successful launch of a new family of vaccines at a convention in Washington, D.C. in July 2007.  (Haynes Decl. Exh. 3(u)).  International manufactures animal pharmaceuticals for Intervet Inc. such as Chorulon®, which is used to treat a variety of issues in fish and cattle.  (*See* Haynes Decl. Exh. 16(a) (Official Chorulon® label stating "For Animal Use Only, Manufactured for: Intervet Inc., Millsboro, DE 19966 by: INTERVET INTERNATIONAL B.V., BOXMEER – HOLLAND"); *see also* Haynes Decl. Exhs. 16(b) and 16(c) (official labels for Dolorex® and Fertagyl®, indicating manufacture for Intervet Inc. by International).  In addition, an article issued by the U.S. Department of Agriculture, published July 1, 2007, in Agriculture Today, states that certain "patented vaccines [for vaccinating farm raised catfish] have been licensed to Intervet International, of Boxmeer, The Netherlands, and are commercially available in the United States."  (Haynes Decl. Exh. 17)

---

[13]  Infringement under 35 U.S.C. § 271(a) extends to situations in which one "makes, uses, offers to sell, or sells any patented invention".  While International asserts in its brief that it "does not manufacture, sell, or distribute any product in the District of Columbia nor does it manufacture, sell or distribute the accused product anywhere in the United States," (*See* D.E. 24, p. 5), it never argues that it does not *offer to sell* products in this district.  Further, International's argument that it does not sell any product in this district is false in light of, *inter alia*, Haynes Decl. Exhs. 3, 16-18.

International also offers for sale throughout the United States other animal pharmaceuticals through other channels of distribution.  For example, a recent S.E.C. filing by Heska Corporation[14] states that one of its subsidiaries, Diamond Animal Health, distributes some of its animal vaccines through Agri Laboratories, Ltd., which "has an arrangement with Intervet International B.V. . . . for the joint distribution of these vaccines in North America."  (Haynes Decl. Exh. 18, p.7).  When an entity "delivers its products into the stream of commerce with the expectation that they will be purchased by consumers in the forum State," that entity is subject to personal jurisdiction in that forum.[15]  *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286, 298 (1980).

International's regular course of placing products into the stream of commerce throughout this country via established distribution channels subjects it to personal jurisdiction in this district.  *See Beverly Hills Fan*, 21 F.3d at 1565-66 (finding personal jurisdiction existed where product arrived in forum through defendants' purposeful shipment through an established distribution channel); *see also Viam Corp. v. Iowa Export-Import Trading Co.*, 84 F.3d 424, 429 (Fed. Cir. 1996).  The "transacting any business" prong of D.C.'s long-arm statute "encompasses a case … where a nonresident defendant ships goods to an intermediary with the expectation that the intermediary will distribute the goods in a region that includes the District of Columbia." *Stabilisierungsfonds Fur Wein v. Kaiser Stuhl Wine Distributors Pty. Ltd.*, 647 F.2d 200, 205 (D.C. Cir. 1981).

---

[14] Heska Corporation sells advanced veterinary diagnostic and other specialty veterinary products, diagnostic instruments and supplies, as well as single use, point-of-care tests, vaccines and pharmaceuticals to veterinarians. *See http://www.heska.com/company/IR_main.asp*.

[15] The Supreme Court has affirmed that the "stream of commerce" theory is a valid basis for finding minimum contacts with a forum, despite a split over the exact requirements for an application of the theory.  *See Asahi Metal Indus. Co. v. Superior Court*, 480 U.S. 102 (1987).

International also markets its vaccines in this country and this district over the internet. When an internet user enters International's web site at <www.intervet.com>, he or she can obtain information about International's products in different countries.  Persons who want information about sales of International's products in this country are directed to <www.intervetusa.com>, another interactive web site owned by International, through which users can request information about specific products, including the accused vaccine. International's <www.intervet.com> web site also permits the user to visit other of its web sites that have information about specific products.  One such web page on <www.intervet.com>, specifically located at:  http://www.intervet.com/websites/circumventpcv_com.asp, is directed to the accused Circumvent™ PCV product.  (Haynes Decl. Exh. 3(v)).  This web page describes the accused Circumvent™ PCV product, stating that this product is sold in the United States, and then provides a hyperlink to another website, http://www.circumventpcv.com, that is devoted to marketing of the accused Circumvent™ PCV product.  (Haynes Decl. Exh. 19(a)).  This Circumvent™ PCV-specific web site provides an interactive form for potential customers, including potential customers in this district, to complete to request additional information about the accused Circumvent™ PCV product.[16]  (Haynes Decl. Exh. 19(b)).  Under the leading internet personal jurisdiction case, *Zippo Mfg. Co. v. Zippo Dot Com, Inc.*, 952 F. Supp. 1119 (W.D. Pa. 1997), as well as authorities from this district, (*see GTE New Media Servs. Inc. v. Ameritech Corp.*, 21 F. Supp. 2d 27 (D.D.C. 1998); *Blumenthal v. Drudge*, 992 F. Supp. 44 (D.D.C. 1998)), such web sites are typically classified as "mid-range" on the "interactivity scale" and provide a basis, when coupled with other contacts with the forum, for personal jurisdiction.

---

[16] This web site also provides a toll free number that a customer can call to reach a "Customer Relation Agent." (Haynes Decl. Exh. 19(b)).

**B.    International has obtained patents and trademarks that subject it to general jurisdiction in the district.**

International has also availed itself of intellectual property rights in this country that provide a basis for general jurisdiction in this Court.  The United States Patent and Trademark Office's ("USPTO's") web site states that International is the assignee of twelve U.S. patents and at least eight published U.S. patent applications.  (*See* Haynes Decl. Exh. 20(a) and (b)).[17]  A number of cases have strongly suggested, albeit in dicta, that it is not at all unfair to subject foreign businesses which obtain United States patents to jurisdiction in the courts of this country, and particularly in this district, with respect to patent disputes.  Three decisions stand out:

First, in construing 35 U.S.C. § 293,[18] Judge (now Justice) Ginsburg wrote in *National Patent Development Corp. v. T.J. Smith & Nephew Ltd.*, 877 F.2d 1003, 1007-09 (D.D.C. 1989), that:

> The statutory language [of 35 U.S.C. § 293] broadly authorizes the assertion of jurisdiction over a nonresident owner of a U.S. patent in cases "respecting the patent *or rights thereunder.*" … The Department [of State] understands that this provision has been added for the benefit of American residents desiring to bring action against foreign owners of United States patents.

She also noted later in that opinion:

> By registering a patent in the United States Patent and Trademark Office, a party residing abroad purposefully avails itself of the benefits and protections patent registration in this country affords.  It is therefore fair and reasonable to require such a party to respond here – *i.e.*, in federal

---

[17] William Blackstone, an in-house attorney at Intervet Inc. is named as the prosecuting attorney on six of these patents.  *See* Haynes Decl. Exhs. 20(a) (specifically U.S. Patents Nos. 7,335,366; 7,279,167; 7,230,075; 7,207,289; 7,150,873; and 5,885,589) and 20(c).

[18] 35 U.S.C. § 293 provides:  "Every patentee not residing in the United States may file in the Patent and Trademark Office a written designation stating the name and address of a person residing within the United States on whom may be served process or notice of proceedings affecting the patent or rights thereunder.  If the person designated cannot be found at the address given in the last designation, or if no person has been designated, the United States District Court for the District of Columbia shall have jurisdiction and summons shall be served by publication or otherwise as the court directs.  The court shall have the same jurisdiction to take any action respecting the patent or rights thereunder that it would have if the patentee were personally within the jurisdiction of the court."

court in our nation's capital, where the party has registered its patents – in proceedings, whether arising under federal or state law, concerning the U.S.-registered patent.

*Id*. at 1009 – 10 (citations omitted).

Second, in *Deprenyl Animal Health, Inc. v. University of Toronto Innovations Foundation*, 297 F.3d 1343, 1353 (Fed. Cir. 2002), the Federal Circuit stated:

> Obtaining such a patent is a meaningful contact with the United States; it requires a patentee purposefully to avail him or herself of a significant benefit of United States law. *Nat'l Patent Dev.*, 877 F.2d at 1010 ("By registering a patent in the United States Patent Office, a party residing abroad purposefully avails itself of the benefits and protections patent registration in this country affords"). Section 293 of Title 35 of the United States Code underscores the significance of the benefit of the patent right. Section 293 is a special long-arm statute that require patentees residing outside the United States either to designate an agent residing somewhere within the United States for service of process or to submit to jurisdiction in the United States District Court for the District of Columbia. 35 U.S.C. § 293 (2000). Although § 293 does not directly authorize the exercise of jurisdiction over UTIF, the statute represents an important Congressional judgment that in exchange for obtaining the benefits of a Untied States patent, it is appropriate to require foreign patentees to submit to broader jurisdiction in United States Federal Court than that to which they would otherwise be subject.

Finally, the Court *International Manufacturing & Engineering. Services Co. v. Semiconductor Energy Laboratory. Co.*, No. 06-1230, 2007 WL 2059768, *4 (D.D.C. July 16, 2007), while ruling that § 293 does not extend to patent applicants (but only to recipients of issued patents), nevertheless noted:

> IMES relies upon *Nat'l Patent Dev. Corp. v. T.J. Smith & Nephew Ltd.*, 877 F.2d 1003 (D.C. Cir. 1989) (en banc), which explained that "due process would not have inhibited the district court's assertion of personal jurisdiction" over the patent-owning foreign defendant because "[b]y registering a patent in the [PTO], a party residing abroad purposefully avails itself of the benefits and protections patent registration in this country affords."

18

Here, the point of these decisions is not, of course, that they hold 35 U.S.C. § 293 confers jurisdiction over International in this Court. On its face, the statute does not. But what these decisions do demonstrate – and what is of significance here – is that because International has purposefully and repeatedly availed itself of the protection and benefits afforded by the patent laws of the country, there is nothing offensive to traditional notions of due process about requiring International to litigate a patent infringement case in this Court.

International's U.S. intellectual property rights do not end with patents, however. As noted above, it also owns the United States trademarks for INTERVET and CIRCUMVENT (the name of its accused vaccine), which it apparently licenses to Intervet Inc. for distribution of products, including the accused Circumvent™ PCV vaccine, in the United States. As the owner of these marks, International benefits directly from the goodwill associated with the sale of products bearing these marks. *See* J.J. Thomas McCarthy on Trademarks and Unfair Competition § 18:52 (4th Ed. 2008) ("A licensee's use inures to the benefit of the licensor-owner of the mark and the licensee acquires no ownership rights in the mark itself"); 15 U.S.C. § 1055 ("Where a registered mark or a mark sought to be registered is or may be used legitimately by related companies, such use shall inure to the benefit of the registrant or applicant for registration"); *Twentieth Century Fox Film Corp. v. Marvel Enters.*, *Inc.,* 220 F. Supp. 2d 289, 294 (S.D.N.Y. 2002) ("any goodwill developed by the licensee through its use of the mark inures solely to the benefit of the licensor"). International's ownership of these trademarks and the benefit it derives from the use of these marks in this district are additional contacts with this forum.

C.   **International's other contacts with this district and close affiliation with Intervet Inc. established general jurisdiction in this district.**

1.   **International's contacts with regulatory agencies in and about this district.**

International has a myriad of contacts with regulatory agencies in this district and the United States that further substantiate the conclusion that there is nothing unfair about subjecting it to the jurisdiction of this Court.  For instance, International was a registered participant for the 2008 International Conference on Biocontainment Facilities, which was held on April 21– 22, 2008 in Washington, D.C. (Haynes Decl. Exh. 21).  Press releases by International state that "Intervet International Bv announced that an equine vaccine developed by the company, which is indicated for use in horses at risk from West Nile virus has been approved by the United States Department of Agriculture (USDA) for use in the United States."  (Haynes Decl. Exhs. 22; *see also* Haynes Decl. Exh. 3(w)).  In addition, the United States Department of Agriculture's ("USDA's") web site states that the USDA's Agricultural Research Service has entered into an Interagency Agreement with Intervet International to conduct research into antimicrobial drugs. (Haynes Decl. Exh. 23).  A transcript from a FDA meeting held in Rockville, Maryland, shows that an employee of Intervet International attended and participated in the meeting.  (Haynes Decl. Exh. 24).  The United States Food and Drug Administration's ("USDA's") Center for Veterinary Medicine listing of Veterinary Master Files dated April 7, 2008 shows that International applied for and received an active Veterinary Master File with the agency.  (Haynes Decl. Exh. 25).[19]

---

[19] "A master file (MF) is a voluntary submission to the Food and Drug Administration (FDA) that may be used to provide confidential, detailed information about facilities, processes, or articles used in the manufacturing, processing, packaging, and storing of one or more veterinary drugs." (*See* Haynes Decl. Exh. 26).

2.    **International's control of and direction over Intervet Inc.**

i.    **Numerous documents confirm International's control over Intervet Inc.**

Numerous documents demonstrate that International closely controls and directs Intervet Inc.'s activities in this country and potentially conducts its own activities as well.  Among these documents are the following:

- "Intervet Inc. (www.intervetusa.com) is an affiliate of Intervet International B.V., the world's leading manufacturer of veterinary vaccines and currently ranked third among global animal health suppliers. … Intervet International B.V. currently employs approximately 5,000 personnel and *maintains a global distribution network of subsidiary companies* and agents in 120 countries." (Haynes Decl. Exh. 3(c)).

- "Intervet Inc. is part of an international company that is dynamic and fast-growing, currently employing over 5,000 people worldwide."  (Haynes Decl. Exh. 3(h)).

- "[Intervet Inc.] is the US operating division of Intervet International, a leading animal health company.  (Haynes Decl. Exh. 1b),

- "Intervet Inc. is the U.S. operating division of Intervet International, the world's third leading animal health company. Our company is a leader in research and development of veterinary vaccines and pharmaceutical products. Our portfolio includes vaccines for use in pets, livestock, poultry and aquaculture; antiparasitics, anti-infectives, endocrine products, diagnostics, feed additives and productivity enhancers. We have more than 4,800 employees worldwide and maintain a global distribution network of subsidiary companies and agents in 120

21

countries. Intervet is a division of Akzo Nobel and maintains its US headquarters in Millsboro, Delaware, and its international headquarters in Boxmeer, The Netherlands." (Haynes Decl. Exh. 4)

- "Intervet's broad product portfolio and comprehensive global distribution network mean the company is well positioned to expand its business in core markets and strengthen its focus on core species interests. … Elsewhere, positive developments in the North American market boosted demand for Intervet's antiparasitic and small animal ranges, and the company's overall performance in the US market was encouraging. … Following FDA approval, Vetsulin–-the first insulin to treat diabetes in dogs–-was launched in the U.S. market. Canine and equine wormers were launched in the OTC market segment in the US, where the business also benefited from the reintroduction of some established companion animal and livestock vaccines. … Intervet, a business unit of Akzo Nobel, based in Boxmeer, the Netherlands." (Haynes Decl. Exh. 3(i)).

- "As part of the agreement [to purchase the North American Bayer Animal Health Biologicals Business], Intervet will acquire a production facility in Worthington, Minn, and a research facility in De Soto, Kan. []  A total of 150 employees will be gained in the United States as a result of the acquisition.  Intervet International, based in Boxmeer, Netherlands, is one of the leading animal health companies." (Haynes Dec. Exh. 29).

- "With global revenues in 2005 of €1,094m, Intervetis the world's third largest animal health company. We've grown to our current status through a combination of organic development and strategic acquisition. Additions or developments are

always undertaken with the objective of strengthening our position in one or more of our key markets or product segments." (Haynes Decl. Exh. 3(x)).

- "We now have offices in more than 50 countries and sell our products in over 140 markets. We operate a network of manufacturing sites and research and development facilities around the world. (Haynes Decl. Exh. 3(k)).

- "Intervet International is an animal health company based in Boxmeer, The Netherlands. The company maintains local companies in 50 countries." (Haynes Decl. Exh. 5)

- "With our comprehensive research and manufacturing capabilities, and a distribution network covering more than 100 countries, Intervet and its subsidiaries employ more than 5,300 people and operate in over 50 countries." (Haynes Decl. Exh. 3(j)).

- "[Intervet and Schering-Plough] became successes in their home markets, and increasingly internationally." (Haynes Decl. Exh. 3(l)).

- "Intervet's share of the world market is now close to 10%. Markets in Western Europe and North America generate approximately two-thirds of global animal health sales. Intervet enjoys a leadership position in Europe, and has strengthened its North American business in recent years through product launches and strategic acquisitions." (Haynes Decl. Exh. 6., p.4).

- "Global thinking delivers business strength. We operate 14 R&D sites around the world. … Bacterial, viral, antiparasitic vaccine research is undertaken at our Boxmeer facility in The Netherlands, Milton Keynes in the UK and Millsboro [Delaware] and DeSoto [Kansas] in the USA. … We have regulatory affairs

23

specialists at Boxmeer, Schwabenheim, Millsboro and Desoto.  Their job is to shepherd new products from development through the regulatory review process …" (*id.* at p. 8).

- "Orlando, February 27, 2008 – As part of its global program to encourage continuing education and research in the field of veterinary internal medicine, Intervet International, a part of Schering-Plough, sponsored a full day program on endocrinology under the American Board of Veterinary Practitioners (ABVP) at the North American Veterinary Conference (NAVC) in Orlando (USA). … This sponsored day was one of the many events organized by the Schering-Plough Animal Health and Intervet teams. Intervet and Schering-Plough are combining efforts to bring to the companion animal community a flow of science-based solutions and services as a promise of our combination: "Together for Better Care". (Haynes Decl. Exh. 3(m)).

- "In 2001, Intervet placed a stronger focus on strengthening its presence in key country markets, notably the United States. With approximately 46 percent of the sales, Europe, the home market of Intervet, is still a major region, while United States with 22 percent of sales in 2001 is growing continuously. … As companion animal pharmaceuticals remain the key driver in the US animal health market, Intervet expects further growth of this segment, which now accounts for close to 20 percent of sales. … Early 2001, Intervet embarked on a EUR 40 million project to construct a state-of-the-art facility at its DeSoto site, in Kansas, USA. This site will serve as the regional R&D, production and administrative center in

the Mid-West. The completion of this integrated facility will significantly streamline US operations."  (Haynes Decl. Exh. 3(n)).

- "Intervet's excellent global coverage and its broad range of products for farm and companion animals put the company in a stable position to weather the year's dips in the veterinary market and compensate for the challenging market conditions in some parts of the world. … Sales in North America (21 % of sales) developed in line with the flat animal health market in that region and were influenced by Euro/Dollar currency development." (Haynes Decl. 3(o)).

- "With total sales in 2003 of EUR 1,010 million, Intervet is well positioned to maintain its No. 3 position in the global animal health market despite the economic headwinds that the veterinary sector has been experiencing for the past two years. … On other continents results were impacted by currency effects. In North America this was aggravated by flat market conditions. In the United States, developments in the anti-parasitic segment were encouraging."  (Haynes Decl. Exh. (3(p)).

- "In 2005, the company's development in North America was characterized by growth in key segments. The region contributes with 16% to Intervet sales. Sales in North America grew substantially, driven by new product introductions in the companion animal segment, including Vetsulin® (the first insulin to treat diabetes in dogs) and Continuum® (combination vaccine with long-lasting immunity), and in the cattle segment, where the recently introduced cattle bio line Vista® received very positive response. Intervet's vaccine segment covers around 50% of

total sales, which underlines the company's leading position." (Haynes Decl. Exh. 3(q)).

- "Elsewhere, positive developments in the North American market boosted demand for Intervet's antiparasitic and small animal ranges, and the company's overall performance in the US market was encouraging." (Haynes Decl. Exh. 3(i)).

To be sure, these documents taken individually do not confirm International's direct presence in this district. Collectively, however, they confirm International's control over the business affairs of Intervet Inc. throughout this county, including this district.

### ii. Recent Press Releases confirm International's control over Intervet Inc.'s management.

Recent press releases describe the global nature of International's business and the management team that it has put in place to supervise its global operations, including its operations in the United States. For example, a May 14, 2008 press release states that International and its parent, Schering-Plough Animal Health, have formed "worldwide region teams" that will support specific regional market needs. (Haynes Decl. Exh. 3(r)). The press release further states that Paul Casady was appointed as Region Head of the North American region. (*id.*) A July 11, 2005 Press Release, entitled "Paul Casady Appointed by Intervet International BV Area Director, Americas" describes that "Paul Casady will assume management responsibility for the commercial activities in all Intervet businesses in North, Central, and South America, [and] Paul will assume direct supervisory oversight for each of the General Managers of the American businesses and will be based out of the De Soto, Kansas site." (Haynes Decl. Exh. 7). A news article, dated March 14, 2007, notes that "Paul Casady,

vice president of Intervet International, a veterinary medicine company with offices in De Soto"

made a trip to Washington, D.C. to meet with "leaders from the U.S. Department of Agriculture

and the Department of Homeland Security" to lobby for Kansas to be selected as the site of a

planned $450 million biosecurity lab." (Haynes Decl. Exh. 8) An August 2005 news article

states that Paul Casady, Area Director – Americas, and Intervet Inc. President Chris Ragland

were present at a regional meeting hosted by Intervet in Coronado, Colorado, to introduce a new

vaccine line. (Haynes Decl. Exh. 9).

Another recent press releases, dated May 8, 2008, states that International, and its parent

Schering-Plough, announced the appointment of the Executive Team over its animal health unit,

which included a Vice President, *Global* Animal Health Regions, Vice President, *Global*

Finance, Animal Health, Vice President *Global* Supply Chain Animal Health, Law Lead *Global*

Animal Health, and a Vice President, *Global* Quality Operations, Animal Health. (emphasis

added). (Haynes Decl. Exh. 3(s)). Likewise, a press release dated May 28, 2008, entitled

"Intervet/Schering-Plough Animal Health appoints Heads of Global Species teams for swine,

poultry and aquaculture," describes, among others, the appointment of Marc Dickie as the Head

of Global Swine, noting that "Mr. Dickie has been Head of Global Marketing-Swine for Intervet

based in Boxmeer since March 2006." (Haynes Decl. Exh. 3(t)). Accordingly, the above makes

evident that, far from being a disinterested, distinct company from Intervet Inc., International is

acting in concert with, if not directing, Intervet Inc. to develop, manufacture, offer for sale,

market, and distribute vaccine products throughout the United States, including this district; and,

particularly swine products – one of which is the accused Circumvent™ PCV vaccine that is the

subject of this lawsuit.

### iii. The *Energy Transportation Group* decision provides guidance as to how this Court should rule on International's Motion to Dismiss.

The facts in this case are very similar to those in *Energy Transportation Group, Inc. v. William Demant Holding A/S*, No. 05-422, 2008 WL 78748, at *3 (D. Del. Jan. 4, 2008). In that case, the patentee asserted that the Delaware court should exercise personal jurisdiction over a Danish holding company that did not manufacture, sell, advertise, offer to sell, trade, or import any goods or services in the United States or anywhere in the world, but that had subsidiaries who manufactured and offered for sale the infringing products throughout the United States. The patentee asserted that the court should exercise jurisdiction over the Danish holding company because it acted in concert with its subsidiaries to develop the allegedly infringing hearing aid products, then induced its subsidiaries to manufacture, sell, and distribute the infringing products in the United States and Delaware, thereby causing the allegedly infringing products to be injected into the steam of commerce. The patentee cited a number of documents, including annual reports, press releases or announcements, and licensing agreements, as well as the accused infringer's web site that stated that the Danish holding company "'develops, manufactures and sells products and equipment designed to aid the hearing and communication of individuals.'" *Id.*

In light of the evidence, the Court rejected the Danish holding company's argument that "as a holding company, it had nothing to do with the accused products, it had no knowledge of the patents-in-suit, and it did not purposefully induce infringement in the United States, let alone purposefully direct activities to Delaware residents." *Id.* at *4. The Court concluded that:

> that [plaintiff] has stated the necessary ingredients for an exercise of jurisdiction over [the foreign defendant]: [The Danish holding company] acted in consort [sic] with its subsidiaries to place the accused products in the stream of commerce; it knew that the accused products foreseeably would be sold in the United States and Delaware; and [the Danish holding company's] conduct and

28

connections with the forum state were such that it should reasonably have anticipated being brought to court here.

*Id.* at *3.   *See also Oakley*, 287 F. Supp. 2d at 1115-17 (denying Canadian holding company's motion to dismiss for lack of personal jurisdiction where plaintiff alleged Canadian holding company induced its wholly-owned subsidiary to manufacture, sell, and distribute the infringing product); *Kinetic COncepts*, 2004 WL 2550586, at * 6 ("[W]hen a foreign defendant's marketing strategy involves the creation of a subsidiary to serve the U.S. market, the defendant directly engages in marketing efforts in the United States.")  Because International has acted in concert with Intervet Inc. by advertising the accused products, obtaining and licensing to its subsidiary the trademark rights to the accused products, and having executives and employees oversee the operations, supply, quality, manufacture and regulatory approval of the accused products,  International has placed the accused products in the stream of commerce, knowing that the accused products foreseeably would be offered for sale in the United States, including the District of Columbia.  In light of the above contacts, International should reasonably have anticipated being brought into court here.

### 3.    Other evidence of International's control over Intervet Inc. and contact with this country.

Contrary to International's suggestion (D.E. 24 at 5-6), there has also been overlap between Intervet Inc.'s management and International's management, as well as an element of control over Intervet Inc.'s management by International.  By way of example only, Intervet Inc.'s former CEO, Dr. Klaus Olbers, sat on International's board, and more recently, as noted above, International has exercised control over Intervet Inc. by appointing new members to Intervet Inc.'s management team.  (Haynes Decl. Exh. 27).  International has also used to its

advantage this country's court system on at least one prior occasion.  (*See*, *Intervet International v. Schering-Plough*, 2:03-cv-04883-KSH-PS (D.N.J.).)

### D.    Summary.

While a number of International's many and varied contacts with this district specifically, and the United States generally, are sufficient in and of themselves to confer general jurisdiction over International in this Court, the more salient point is that the confluence of all of these contacts – as well as the contacts that provide for specific jurisdiction in this Court – demonstrates beyond serious dispute that (i) International is anything but a company that is, or should be, insulated from the patent laws of this country and (ii) there is nothing unfair about subjecting International to the jurisdiction of this Court.

### III.    <u>Should There Be Any Question As To Whether This Court Has Jurisdiction Over International, Merial Should Be Afforded The Opportunity To Conduct Discovery To Establish All Facts That Support This Court's Jurisdiction Over International.</u>

While Merial believes that there are more than enough facts to support the denial of International's Motion to Dismiss, should this Court entertain any doubts with respect to jurisdiction over International, Merial respectfully requests the right to conduct such discovery. Specifically, Merial would request the right to obtain documents from International (as well as other entities including co-defendant Intervet Inc.) with regard to International's activities in this district, its relationship with Intervet Inc., and its activities with respect to the development, manufacture, use, selling and offering to sell of the infringing Circumvent™ PCV vaccine (including any licenses to sell the infringing vaccine in the District of Columbia), and thereafter to conduct deposition discovery of International through a Rule 30(b)(6) witness and, if appropriate, specific individuals.  Numerous courts have, under these circumstances, authorized such discovery.  *See, e.g., El-Fadl v. Cent. Bank of Jordan,* 75 F.3d 668, 676 (D.C. Cir. 1996)

("A plaintiff faced with a motion to dismiss for lack of personal jurisdiction is entitled to reasonable discovery, lest the defendant defeat the jurisdiction of a federal court by withholding information on its contacts with the forum"); *In re Magnetic Audiotape Antitrust Litigation*, 334 F.3d 204, 207-08 (2d Cir. 2003) (finding that lower Court improperly dismissed a defendant for lack of personal jurisdiction without first allowing plaintiff to engage in limited discovery).

## CONCLUSION

For the reasons set forth herein and on the authorities cited, International's Motion to Dismiss should be denied.  In the alternative, Merial should be permitted the opportunity to conduct discovery with respect to jurisdiction over International in this district.

Dated:  July 10, 2008                          Respectfully submitted,

                                               */s/ Timothy A. Ngau*
                                               ALSTON & BIRD, LLP
                                               Timothy A. Ngau
                                               DC Bar No. 339333
                                               950 F Street, NW
                                               Washington, DC  20004
                                               Phone: 202-756-3300
                                               Fax: 202-756-3333

                                               Judy Jarecki-Black, Ph.D.
                                               Merial Limited
                                               3239 Satellite Blvd.
                                               Duluth, GA  30096-4640
                                               Tel.: (678) 638-3805
                                               Fax: (678) 638-3350

                                               Thomas J. Kowalski
                                               Steve Amundson
                                               DC Bar No. 412196
                                               Vicki Franks
                                               Frommer Lawrence & Haug LLP
                                               745 Fifth Avenue
                                               New York, New York 10151
                                               Tel.: (212) 588-0800
                                               Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Kristen L. Melton
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial Limited and Merial SAS.*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

## [PROPOSED] ORDER

Upon consideration of Third-Party Intervet International B.V.'s Motion to Dismiss
for Lack of Personal Jurisdiction, and Merial Limited and Merial SAS' Opposition, as
well as all the supporting documents, IT IS HEREBY ORDERED that Third-Party

Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction is

DENIED.


_____          _____
Date                                                          United States District Court Judge

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

 

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

 

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

## DECLARATION OF ELIZABETH K. HAYNES IN SUPPORT OF
## MERIAL LIMITED AND MERIAL SAS' BRIEF
## IN OPPOSITION TO THIRD PARTY DEFENDANT
## INTERVET INTERNATIONAL B.V.'S MOTION TO
## <u>DISMISS FOR LACK OF PERSONAL JURISDICTION</u>

I, Elizabeth K. Haynes, state that:

1.    I am an associate at Alston & Bird, LLP and represent Merial Limited and Merial SAS (collectively, "Merial") in the above case. I make this declaration on personal knowledge of the facts set forth.

2.    I submit this declaration in support of Merial Limited and Merial SAS' Opposition to Intervet's Motion to Dismiss in the above captioned case.

3.    Attached hereto as Exhibit 1 are true and correct copies of documents which describe the relationship between Intervet International ("International") and Intervet Inc.

   a.    Exhibit 1(a) is a Response to Office Action, dated July 5, 2006, in the examination of Trademark Application Serial No. 78651213 (now registered as Reg. No. 3,210,284).

   b.    Exhibit 1(b) is a Hoover's article by Elizabeth Cornell, *Intervet Inc.*, http://premium.hoovers.com/subscribe/co/factsheet.xhtml?ID=ryxktjfykjk xtrj (last visited June 25, 2008).

   c.    Exhibit 1(c) is a Google Finance report for Intervet, Inc., http://finance.google.com/finance?cid=3130984 (last visited July 8, 2008).

   d.    Exhibit 1(d) is a web page: The World of Intervet, http://www.intervetusa.com/ (last visited July 1, 2008).

   e.    Exhibit 1(e) is a Directory of Corporate Affiliations for Intervet, Inc., dated March 25, 2008.

   f.    Exhibit 1(f) is Exhibit 21 to Schering-Plough Corporation's Form 10-K/A, for the Year ended Dec. 31, 2007, filed March 3, 2008 with the Securities and Exchange Commission (SEC).

4.    Attached hereto as Exhibit 2 are the results of a WHOIS search conducted

at www.networksolutions.com.

   a.    Exhibit 2(a) is WHOIS Search Results for Intervet.com,

          http://www.networksolutions.com/WHOIS/results.jsp?domain=intervet.co

          m (last visited July 7, 2008).

   b.    Exhibit 2(b) is WHOIS Search Results for IntervetUSA.com,

          http://www.networksolutions.com/WHOIS/results.jsp?domain=intervetusa

          .com (last visited July 7, 2008).

5.    Attached hereto as Exhibit 3 are true and correct copies of web pages,

including press releases and other information, available from the web site

<www.intervet.com> and/or its country-specific page links.

   a.    Exhibit 3(a) is an intervet.com web page: Intervet-Find Products for your

          Country, http://www.intervet.com/security/idxlogin.asp (last visited July

          1, 2008).

   b.    Exhibit 3(b) is an intervet.com web page: Intervet-Contact Us,

          http://www.intervetusa.com/company/Email_Us.asp (last visited June 23,

          2008).

   c.    Exhibit 3(c) is a Press Release, Intervet Schering-Plough Animal Health,

          *Circumvent PCV Vaccine-New PCV2 Vaccine License* (Oct. 16, 2007),

          *available at* http://www.intervetusa.com/news/2008-05-

          07_circumvent_pcv_vaccine_new_pcv2_vaccine_license.asp.

    d.  Exhibit 3(d) is a web page: Intervet-021-Vaccines,

        http://www.intervet.com/species/pigs/vaccines.asp (last visited July 1,

        2008).

    e.  Exhibit 3(e) is an Intervetusa.com web page: Intervet USA, Swine-

        Promoting Good Health and Sound Growth,

        http://www.intervetusa.com/species/swine/index.asp (last visited July 1,

        2008).

    f.  Exhibit 3(f) is an Intervet.com web page: Intervet USA,

        http://www.intervet.com/websites/intervetusa_com.asp, (last visited July

        1, 2008).

    g.  Exhibit 3(g) is an Intervet.com web page: Intervet on the Web,

        http://www.intervet.com/intervet-on-the-web.asp (last visited July 2,

        2008).

    h.  Exhibit 3(h) is a web page: Intervet-Careers,

        http://www.intervetusa.com/company/careers.asp (last visited July 1,

        2008).

    i.  Exhibit 3(i) is a Press Release, Intervet Schering-Plough Animal Health,

        *Success Through Focus-Intervet Sales Release* (Feb. 4, 2005), *available at*

        http://www.intervet.com/news/2005-02-04_-_success_through_focus_-

        _intervet_sales_release.asp.

    j.  Exhibit 3(j) is a Company Profile: Intervet Company Profile,

        http://www.intervet.com/Company/media-room/company-profile.asp (last

        visited June 13, 2008).

k.  Exhibit 3(k) is a Company Profile: Intervet Company Profile,

http://www.intervet.com/Company/media-room/company-profile.asp (last

visited July 3, 2008).

l.  Exhibit 3(l) is a Company History: Intervet Company History,

http://www.intervet.com/Company/media-room/company-history.asp (last

visited July 1, 2008).

m.  Exhibit 3(m) is a Press Release, Intervet Schering-Plough Animal Health,

*Intervet Takes the Lead in Veterinary Endocrinology at NAVC* (Feb 27,

2008), *available at* http://www.intervet.com/news/2008-01-27-

intervet_takes_the_lead_in_veterinary_endocrinology_at_navc.asp.

n.  Exhibit 3(n) is a Press Release, Intervet Schering-Plough Animal Health,

*Intervet Closes 2001 in Excellent Shape*, (Mar. 21, 2002), *available at*

http://www.intervet.com/news/2002-03-21_-

_intervet_closes_2001_in_excellent_shape.asp.

o.  Exhibit 3(o) is a Press Release, Intervet Schering-Plough Animal Health,

*Intervet Weathered Market Challenges in 2002* (Mar. 13, 2003), *available

at* http://www.intervet.com/news/2003-03-13_-

_intervet_weathered_market_challenges_in_2002.asp.

p.  Exhibit 3(p) is a Press Release, Intervet Schering-Plough Animal Health,

*Intervet Maintains Course Despite Economic Headwinds* (Feb 19, 2004),

*available at* http://www.intervet.com/news/2004-02-19_-

_intervet_maintains_course_despite_economic_headwinds.asp.

q.  Exhibit 3(q) is a Press Release, Intervet Schering-Plough Animal Health, *Strategic Initiatives Deliver Strong Growth and Basis for New Platform Organon Biosciences* (Feb 7, 2006), *available at* http://www.intervet.com/news/2006-02-07_-_strategic_initiatives_fy_2005.asp.

r.  Exhibit 3(r) is a Press Release, Intervet Schering-Plough Animal Health, *Intervet/Schering-Plough Animal Health Formed Worldwide Region Teams to Support Specific Regional Market Needs* (May 14, 2008), *available at* http://www.intervet.com/news/2008-05-14-ispah_formed_worldwide_region_teams.asp.

s.  Exhibit 3(s) is a Press Release, Intervet Schering-Plough Animal Health, *Intervet/Schering-Plough Animal Health Appoints Executive Team* (May 8, 2008), *available at* http://www.intervet.com/news/2008-05-08-ispah_appoints_executive_team.asp.

t.  Exhibit 3(t) is a Press Release, Intervet Schering-Plough Animal Health, *Intervet/Schering-Plough Animal Health Appoints Heads of Global Species Teams for Swine, Poultry and Aquaculture* (May 28, 2008), *available at* http://www.intervet.com/news/2008-05-28-ispah_appoints_heads_species_teams.asp.

u.  Exhibit 3(u) is a web page: Intervet What's New, http://www.intervet.com/species/poultry/index.asp (last visited July 2, 2008).

    v.  Exhibit 3(v) is a web page: Circumvent PCV,

       http://www.intervet.com/websites/circumventpcv_com.asp (last visited

       July 1, 2008).

    w.  Exhibit 3(w) is a Press Release, Intervet Schering-Plough Animal Health,

       *Intervet's Equine West Nile Vaccine Approved by USDA* (Sept. 14, 2006),

       *available at* http://www.intervet.com/news/2006-09-14_-

       _intervet_s_equine_west_nile_vaccine_approved_by_usda.asp.

    x.  Exhibit 3(x) is a web page: Intervet – About Us,

       http://www.intervetusa.com/company/about-us.asp (last visited July 9,

       2008).

    y.  Exhibit 3(y) is a web page: Intervet – Contact Form,

       http://www.intervet.com/email.asp (last visited July 10, 2008).

6.    Attached hereto as Exhibit 4 is a true and correct copy of Intervet's

company description web page: FAEP Trustees,

http://www.faep.net/faep_trustees.htm (last visited July 1, 2008).

7.    Attached hereto as Exhibit 5 is a true and correct copy of a web page:

About Intervet/Schering-Plough Animal Health,

http://www.caninsulin.com/about-us-Intervet.asp (last visited July 1, 2008).

8.    Attached hereto as Exhibit 6 is a true and correct copy of an Intervet

Animal health solutions for professionals brochure.

9.    Attached hereto as Exhibit 7 is a true and correct copy of a press release

titled, "Paul Casady Appointed by Intervet International BV Area Director,

Americas," dated July 11, 2005.

10.     Attached hereto as Exhibit 8 is a true and correct copy of the article

Kansans Lobby for Defense Facility, Lawrence Journal-World & News,

March 14, 2007, also available at:

http://www2.ljworld.com/news/2007/mar/14/kansans_lobby_defense_facility/

11.     Attached hereto as Exhibit 9 is a true and correct copy of an article: Betty

Jo Gigot, Elevating Expectations, Calf News, Aug.-Sept. 2005,

http://www.calfnews.com/issue/aug2005/feature3.htm.

12.     Attached hereto as Exhibit 10 is a true and correct copy of selected pages

from the transcript of the Markman Hearing Proceedings, dated August 6,

2007, specifically pgs. 11-14, and 46-50.

13.     Attached hereto as Exhibit 11 is a true and correct copy of selected pages

from the transcript of the Hearing on Various Motions, dated April 24, 2006,

specifically page 2.

14.     Attached hereto as Exhibit 12 is a true and correct copy of excerpts from

the transcript of the deposition of Raymond Rowland, dated May 16, 2007,

specifically pages 202-206.

15.     Attached hereto as Exhibit 13 is a true and correct copy of an email to

Patrick Elsevier, counsel for Merial, from William James, counsel for Intervet,

dated October 31, 2006.

16.     Attached hereto as Exhibit 14 is a true and correct copy of an email to

Patrick Elsevier, counsel for Merial, from William James, counsel for Intervet,

dated January 5, 2007.

17.    Attached hereto as Exhibit 15 is a true and correct copy of Intervet's

Supplemental Rule 26 Disclosures, filed July 25, 2007.

18.    Attached hereto as Exhibit 16 are true and correct copies of product labels

from the Intervet web site.

a.    Exhibit 16(a) is for Chorulon: Chorulon,

http://intervetus.naccvp.com/view_label.php?print=1&prodnum=1106032

(last viewed July 7, 2008).

b.    Exhibit 16(b) is for Dorolex: Dolorex,

http://intervetus.naccvp.com/view_label.php?print=1&prodnum=1106041

(last viewed July 7, 2008)

c.    Exhibit 16(c) is for Fertagyl: Fertagyl,

http://intervetus.naccvp.com/view_label.php?print=1&prodnum=1106053

(last viewed July 7, 2008)

19.    Attached hereto as Exhibit 17 is a true and correct copy of an article from

the US Fed News dated July 1, 2007.

20.    Attached hereto as Exhibit 18 is a true and correct copy of a 10-K SEC

filing for Heska Corporation.

21.    Attached hereto as Exhibit 19 are true and correct copies of pages

available from the web site <www.circumventpcv.com>.

a.    Exhibit 19(a) is the Circumvent PCV home page: Circumvent PCV-

Porcine Vaccine, http://www.circumventpcv.com/ (last visited July 1,

2008).

      b.  Exhibit 19(b) is a Circumvent PCV web page: Circumvent PCV, Contact

         Us, http://www.circumventpcv.com/contact_us.asp (last visited July 1,

         2008).

22.     Attached hereto as Exhibit 20 are true and correct copies of search results

from the United States Patent and Trademark Office.

      a.  Exhibit 20(a) is the result page of a search of issued patents for "Intervet"

         and "international" in the "assignee name" field and attaches the first page

         of each patent returned in the search.

      b.  Exhibit 20(b) is the result page of a search of issued patents for "Intervet"

         and "international" in the "assignee name" field and attaches the first page

         of each published application returned in the search.

      c.  Exhibit 20(c) is a copy of a December 7, 2007 Amendment After Final

         Action from the prosecution of Intervet International's US Patent No.

         7,335,336 (US application Serial No. 11/112,261) as an example of

         William M. Blackstone, as "Chief Patent Counsel, Patent Department,

         Intervet, Inc." prosecuted Intervet International's US patents.

23.     Attached hereto as Exhibit 21 is a true and correct copy of the 2008

International Conference on Biocontainment Facilities List of Participating

Firms and Institutions: Tradeline, Inc., The 2008 International Conference on

Biocontainment Facilities: Participating Firms and Institutions,

http://www.tradelineinc.com/conferences/60D264E6-2B3B-B525-

82CB9D30FF487EC1/corplist (last visited July 7, 2008).

24.    Attached hereto as Exhibit 22 is a true and correct copy of a company

overview for Intervet International B.V. in Business Week, dated July 2,

2008: Intervet International B.V., Business Week,

http://investing.businessweek.com/research/stocks/private/snapshot.asp?privc

apId=4780522 (last visited July 2, 2008).

25.    Attached hereto as Exhibit 23 is a true and correct copy of a printout from

the USDA website regarding research on the development of resistance to 4th

generation Cephalosporin, available at:

http://www.ars.usda.gov/research/projects/projects.htm?ACCN_NO=411533

26.    Attached hereto as Exhibit 24 is a true and correct copy of selected pages

from the transcript of the Antimicrobial Resistance public meeting held

February 23, 2000, in Rockville, Maryland.

27.    Attached hereto as Exhibit 25 is a true and correct copy of the Center for

Veterinary Medicine Veterinary Master Files, dated April 7, 2008.

28.    Attached hereto as Exhibit 26 is a true and correct copy of FDA Guideline

No. 57: Master Files – Guidance for Industry for the Preparation and

Submission of Veterinary Master Files, available at

http://www.fda.gov.cvm/guidance/guideline57.htm.

29.    Attached hereto as Exhibit 27 is a true and correct copy of an article from

Agri-Marketing, dated November, 2000.

30.    Attached hereto as Exhibit 28 are true and correct copies of documents

available from the web site of the United States Patent and Trademark Office,

located at www.uspto.gov.

   a.  Exhibit 28(a) is a true and correct copy of the results of a search for "Intervet International" as the owner of U.S. Trademarks.

   b.  Exhibit 28(b) is a true and correct copy of the registration information for the mark INTERVET (Reg. No. 2,754,862), showing International as the owner.

   c.  Exhibit 28(c) is a true and correct copy of the registration information for the mark CIRCUMVENT (Reg. No. 3,415,351), showing International as the owner.

31.    Attached hereto as Exhibit 29 is a true and correct copy of the article *Veterinary Companies Expand Operations,* Journal of the American Veterinary Medical Association, December 1, 2000, also available at: http://www.avma.org/onlnews/javma/dec00/s1201001.asp.

I declare under penalty of perjury that the foregoing is true and correct.

This 10th day of July, 2008.

Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial SAS and Merial Limited*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 1(a)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

PTO Form 1957 (Rev 5/2006)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78651213 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 109 |
| **MARK SECTION (current)** | |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | NO |
| **MARK SECTION (proposed)** | |
| MARK FILE NAME | \\TICRS\EXPORT4\IMAGEOUT4 \786\512\78651213\xml1\RO A0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | INTERVET |
| COLOR MARK | NO |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 640 x 294 |
| **ARGUMENT(S)** | |
| The Examiner has cited Reg. Nos. 3011718; 2754862 and 1218830 as potential bars to registration.  In this regard, applicant advises that Reg. Nos. 3011718 and 1218830 are owned by Intervet, Inc., which is a wholly owned subsidiary of the applicant, Intervet International B.V.  In addition, Reg. No. 2754862 is owned by applicant, Internvet International B.V.  Applicant is submitting herewith a claim of ownership for Reg. No. 2754862.  In view of the foregoing, withdrawal of the 2(d) citations is respectfully requested. | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 005 |
| DESCRIPTION | Pharmaceutical Preparations for Veterinary Use |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/31/2000 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/31/2000 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 005 |
| DESCRIPTION | |
| pharmaceutical preparations for veterinary use, namely, for the treatment of livestock, domestic pets, fish and shellfish | |

| | |
|---|---|
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/31/2000 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/31/2000 |
| **ADDITIONAL STATEMENTS SECTION** | |
| PRIOR REGISTRATION(S) | "Applicant claims ownership of U.S. Registration Number(s) 2754862." |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /James E. Rosini/ |
| SIGNATORY NAME | James E. Rosini, Esq. |
| SIGNATORY POSITION | Attorney of Record |
| SIGNATURE DATE | 07/05/2006 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Jul 05 12:49:18 EDT 2006 |
| TEAS STAMP | USPTO/ROA-65.246.216.100-20060705124918916763-7865 1213-33278ff4d765a351cf7a 6ed3bff47d525-N/A-N/A-200 60705124449253141 |

PTO Form 1957 (Rev 5/2006)

OMB No. 0651-0050 (Exp. 04/2009)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **78651213** has been amended as follows:
**Mark**
Applicant proposes to amend the mark as follows:
Original: (Stylized and/or with Design)
Proposed: INTERVET (Stylized and/or with Design, see mark)
**Argument(s)**
In response to the substantive refusal(s), please note the following:

The Examiner has cited Reg. Nos. 3011718; 2754862 and 1218830 as potential bars to registration. In this regard, applicant advises that Reg. Nos. 3011718 and 1218830 are owned by Intervet, Inc., which is a wholly owned subsidiary of the applicant, Intervet International B.V. In addition, Reg. No. 2754862 is owned by applicant, Internvet International B.V. Applicant is submitting herewith a claim of ownership for Reg. No. 2754862. In view of the foregoing, withdrawal of the 2(d) citations is respectfully requested.

**Classification and Listing of Goods/Services**
**Applicant hereby amends the following class of goods/services in the application as follows:**
Current: Class 005 for Pharmaceutical Preparations for Veterinary Use
Original Filing Basis: 1(a).
Proposed: Class 005 for pharmaceutical preparations for veterinary use, namely, for the treatment of livestock, domestic pets, fish and shellfish
**Additional Statements**
"Applicant claims ownership of U.S. Registration Number(s) 2754862."
**Response Signature**
Signature: /James E. Rosini/    Date: 07/05/2006
Signatory's Name: James E. Rosini, Esq.

Signatory's Position: Attorney of Record

Serial Number: 78651213
Internet Transmission Date: Wed Jul 05 12:49:18 EDT 2006
TEAS Stamp: USPTO/ROA-65.246.216.100-200607051249189
16763-78651213-33278ff4d765a351cf7a6ed3b
ff47d525-N/A-N/A-20060705124449253141



**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                 Civil Action No. 1:07-cv-559 (HHK)


MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*


MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 1(b)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

# Intervet Inc.

29160 Intervet Ln.
Millsboro, DE 19966 United
States (Map)

Phone: 302-934-8051

http://www.intervetusa.com
Covered by Elizabeth Cornell

## OVERVIEW

Intervet hopes to reduce the number of trips to the vet you'll have to make. The company researches and develops veterinary vaccines and pharmaceutical products. Intervet's product portfolio includes vaccines for use in pets, livestock, poultry and aquaculture; treatment lines include antiparasitics, anti-infectives, and endocrine products. It also develops feed additives and animal productivity enhancers. The company is the US operating division of Intervet International, a leading provider of animal health products. Formerly a division of Akzo Nobel, Intervet was bundled with its sister company Organon and sold to Schering-Plough in 2007.

## KEY INFORMATION

| | |
|---|---|
| **D-U-N-S Number** | 037678216 |
| | Buy a D&B credit report. |
| **Company Type** | Subsidiary |

## KEY NUMBERS

| | |
|---|---|
| **Fiscal Year-End** | December |
| **2007 Sales (mil.)** | $48.4 (est.) |
| **2007 Employees** | 800 |

## KEY PEOPLE

**4 People** ⓘ
Listed for Intervet Inc.

**7 People** ⓘ
Listed for Intervet Inc., its subsidiaries and all of their subsidiaries.

| | | | |
|---|---|---|---|
| **President** | Chris Ragland | Network \| E-mail | |
| **CFO** | Marsha Rigsby | Network \| E-mail | |
| **VP Human Resources** | Patrick Townsend | Network \| E-mail | |
| **Executive Director** | Julie Marshall | Network \| E-mail | |

## PEOPLE PROFILES PROVIDED BY INTERVET INC. EMPLOYEES

There are currently no people listed with this company. Be the first:

**Add yourself to this company record**

## INDUSTRY INFORMATION

First Research Industry Profiles

Pharmaceutical Manufacture and Sale **(primary)**

Hoover's Industries

Pharmaceuticals

Pharmaceuticals Manufacturers **(primary)**

Primary SIC Code

2833: Medicinals and botanicals

Primary NAICS Code

32541: Pharmaceutical and Medicine Manufacturing

INDUSTRY WATCH

Rx For Cheap Drugs (4:04)

07/23/07 5:20PM ET - Miller Tabak & Co. Pharmaceuticals Analyst Les Fundleyder and Bain & Company Partner Tim Van Biesen discuss patent expirations affecting U.S. drug costs.

TOP COMPETITORS

Alpharma

Pfizer

Roche

Copyright © 2008, Hoover's, Inc., All Rights Reserved

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 1(c)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
<u>DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

Web   Images   Maps   News   Shopping   Gmail   more ▼                    Portfolios | Sign In

e.g. "CSCO" or "Google"                                              Stock screener **New!**

# Intervet Inc.  - Discuss Intervet Inc.

## Summary

Intervet hopes to reduce the number of trips to the vet you'll have to make. The company researches and develops veterinary vaccines and pharmaceutical products. Intervet's product portfolio includes vaccines for use in pets, livestock, poultry and aquaculture; treatment lines include antiparasitics, anti-infectives, and endocrine products. It also develops feed additives and animal productivity enhancers. The company is the US operating division of Intervet International, a leading provider of animal health products. Formerly a division of Akzo Nobel, Intervet was bundled with its sister company Organon and sold to Schering-Plough in 2007. More from Hoovers »

29160 Intervet Ln.              Company website:
Millsboro, DE 19966             http://www.intervetusa.com
USA
+1-302-934-8051 (Phone)

## Key Stats & Ratios

|  | Quarterly | Annual (1969) | Annual (TTM) |
|---|---|---|---|
| Net Profit Margin | - | - | - |
| Operating Margin | - | - | - |
| EBITD Margin | - | - | - |
| Return on Average Assets | - | - | - |
| Return on Average Equity | - | - | - |
| Employees | 800 | - | - |

## Related Companies

| Name | Exchange | Symbol | Last Trade | Change | Mkt Cap |
|---|---|---|---|---|---|
| Diosynth RTP Inc. | | | | | |
| Voyager Pharmaceutical Corporation | | | | | |
| Luitpold Pharmaceuticals, Inc. | | | | | |
| PureTek Corporation | | | | | |
| Bayer Corporation | | | | | |

## News

TheHorse.com and Intervet Present Live Webinar: How to Keep Your ...
Equestrianmag.com - Jul 1, 2008

Intervet hope a solution to the vaccine impasse is near
Farmers Guardian - Jun 19, 2008

Intervet/Schering-Plough Animal Health at IPVS
PigProgress.net - Jun 9, 2008

Intervet / Schering-Plough Animal Health at IPVS 2008
ThePigSite.com - Jun 5, 2008

Intervet/Schering-Plough Animal Health Appoints Heads of Global Swine
ThePigSite.com - May 28, 2008

Jim Miles, Intervet: Revalor-XS Demand, Savings
CattleNetwork.com - May 22, 2008

Jim Miles, Intervet: Advantages Of Delivering Trenbolone & ...
CattleNetwork.com - May 21, 2008

Jim Miles, Intervet: Revalor-XS Real Time Usage Information
CattleNetwork.com - May 20, 2008

View all news »

## Officers and directors

Chris Ragland    President

Marsha Rigsby    CFO

## Discussions

Start a discussion about Intervet Inc. »

Teva
Neuroscience,
Inc.

Tishcon
Corporation

Genzyme
Pharmaceuticals

Organon
Pharmaceuticals
USA Inc.

GlaxoSmithKline
Research &
Development

International Google Finance:    Canada - UK - China

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2008 Google    Google Home - Help - Privacy Policy - Terms of Service

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*               Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 1(d)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



 Search

About Us    Contact Us    Careers    Species    What's New?



## Help save lives in Serengeti

As Americans, we often take our own health—and that of our pets—for granted. It's easy to go down the road to the local veterinarian for pet checkups and vaccinations.  Not so in developing parts of the world like Africa's Serengeti where infectious diseases are daily threats and pet vaccination a luxury.
With your support, Intervet/Schering-Plough Animal Health will donate up to 150,000 doses of Intervet rabies vaccine to the Afya Serengeti program.



## PreveNile™ West Nile Virus vaccine

For the vaccination of healthy horses to prevent viremia and as an aid in the prevention of disease and encephalitis caused by West Nile virus infection.
For more information visit the PreveNile™ website

  

Intervet
is now part of
Schering-Plough

## The World of Intervet

Intervet Inc. is an affiliate of Intervet International bv, the world's leading manufacturer of veterinary vaccines and currently ranked third among global animal health suppliers. The company is a leader in research and is dedicated to the development, production and marketing of innovative, high-quality animal-health products and feed additives.

Our portfolio includes vaccines for use in pets, livestock, poultry and aquaculture; antiparasitics, anti-infectives, endocrine products, diagnostics, feed additives and productivity enhancers.

Intervet International have more than 4,800 employees worldwide and maintain a global distribution network of subsidiary companies and agents in 120 countries.

## What's New?

Intervet/Schering-Plough Animal Health Introduces EquiRab™ Vaccine

It's time to declare open season on intestinal parasites

Schering-Plough Announces Planned Divestiture of Select Animal Health Products in Europe

Intervet Receives Combination Approvals for Zilmax®

Intervet Introduces Rev-X™ Universal Implant Tool



## A unique perspective...

Learn more about Intevet in the United States and our commitment to animal health professionals.



## A global mindset...

Intervet, a part of Schering-Plough, maintains its US headquarters in Millsboro, Delaware, and its international headquarters in Boxmeer, The Netherlands.
To visit the Intervet International website click here

## Continuum® DAP

For the vaccination of healthy dogs as an aid in the prevention of disease caused by canine distemper virus, canine adenovirus type-1, and canine parvovirus for up to 3 years following initial and booster vaccinations. Protection against CAV-2 was demonstrated by serological responses in dogs at 36 months following vaccination.

Learn more about this product...

© 2008 Intervet/Schering-Plough Animal Health

Home    Careers    Privacy    Site Map    Disclaimer

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 1(e)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

1 of 10 DOCUMENTS

Copyright 2008 Reed Elsevier Inc. All rights reserved.
Published by National Register Publishing.
Directory of Corporate Affiliations

March 25, 2008

Intervet Inc.

29160 Intervet Ln
Millsboro,  DE 19966
United States

**MAILING ADDRESS:**
PO Box 318 , Millsboro, DE 19966, United States
**CBSA:** 42580-Seaford, DE

**\* \* \* \* \* \* \* \* \* COMMUNICATIONS \* \* \* \* \* \* \* \* \***
**TELEPHONE:** (302) 934-8051
**FAX:** (302) 934-4203

**OTHER NUMBERS:** (800) 922-8051

**\* \* \* \* \* \* \* \* \* COMPANY IDENTIFIERS \* \* \* \* \* \* \* \* \***
**DCA NUMBER:** 020324-103

**\* \* \* \* \* \* \* \* \* COMPANY INFORMATION \* \* \* \* \* \* \* \* \***
**PLACE OF INCORPORATION:** Delaware
**LEGAL STATUS:** Private
**ORGANIZATION TYPE:** Subsidiary
**EMPLOYEES:** 500 (at this location)

**IMPORT/EXPORT:** Importer and Exporter

**\* \* \* \* \* \* \* \* \* CORPORATE STRUCTURE \* \* \* \* \* \* \* \* \***

**ULTIMATE PARENT:** Akzo Nobel N.V. Velperweg 76, Arnhem, 6824 BM, Netherlands
**IMMEDIATE PARENT:** Intervet International B.V. Wim De Korverstraat 35, Boxmeer, 5831 AN, Netherlands

.     Corporate Hierarchy

.

**\* \* \* \* \* \* \* \* \* EXECUTIVES \* \* \* \* \* \* \* \* \***

| Name | Title | Role |
| --- | --- | --- |
| Mogens C. Bay | Chm & CEO | Chairman of the Board |
|  |  | Chief Executive Officer |
| John E. Jones | Pres | President |
| Chris Ragland | VP | Vice President |

Directory of Corporate Affiliations.,, Intervet Inc.

| Name | Title | Role |
|------|-------|------|
| | | Marketing |
| Terry Sheehan | VP-Mktg | Marketing Vice President |
| Brett Whitehead | Dir-Mktg | Marketing Director Marketing Director |
| Judy Myers | Mgr-Mktg-Swine Biologicals | Manager Marketing |
| Garnet O'Marrow | Mgr-Sls-Poultry Biologicals | Sales Manager |

**BOARD OF DIRECTORS**

- Mogens C. Bay
- Glen A. Barton
- Kaj Den Daas
- John E. Jones
- Stephen R. Lewis Jr.
- Thomas F. Madison
- Daniel P. Neary
- Charles D. Peebler
- Walter Scott, Jr.
- Kenneth E. Stinson

\* \* \* \* \* \* \* \* \* **DESCRIPTION** \* \* \* \* \* \* \* \* \* \*
**INDUSTRY TYPE:** Animal Vaccine Researcher, Mfr & Marketer

\* \* \* \* \* \* \* \* \* **MARKET AND INDUSTRY** \* \* \* \* \* \* \* \* \* \*
**SIC CODES:**
5084 - Industrial Machinery and Equipment
2836 - Biological Products, Except Diagnostic Substance
3841 - Surgical and Medical Instruments and Apparatus
\* \* \* \* \* \* \* \* \* **PRODUCTS** \* \* \* \* \* \* \* \* \* \*

| BRAND NAME | BUSINESS TYPE |
|------------|---------------|
| END FLUENCE | Swine Vaccine |
| END FLUENCE 2 | Swine Vaccine |
| IMUGEN | Swine Vaccine |
| IMUGEN II | Swine Vaccine |
| PANACUR | Horse Dewormer |

**LOAD-DATE:** March 25, 2008

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 1(f)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
<u>DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

6 of 8 DOCUMENTS

Copyright 2008 EDGAR Online, Inc.
EDGAR Online

SCHERING PLOUGH CORP

**EXHIBIT TYPE:** EXHIBIT 21 - Subsidiaries of the Registrant

**FILING DATE:** March 3, 2008

* * * * * * * * * * **COMPANY INFORMATION** * * * * * * * * * *

**SIC CODES:**
2834 - Pharmaceutical preparations
**INDUSTRY TYPE:** Major Drugs
**SECTOR ID:** Healthcare

* * * * * * * * * * **CONTENTS** * * * * * * * * * *

Retrieve All - Form and Exhibits
Retrieve Filing

* * * * * * * * * * **TEXT** * * * * * * * * * *

Exhibit 21 Schering-Plough Corporation and Subsidiaries


Subsidiaries of the Registrant As of


December 31, 2007

| Subsidiaries of Registrant | State or Country of Incorporation or Organization |
|---|---|
| AESCA Pharma GmbH | Austria |
| Avondale Chemical Co. Ltd. | Ireland |
| Beneficiadora e Industrializadora S.A. de C.V. | Mexico |
| Dashtag | United Kingdom |
| Diosynth RTP Inc. | U.S.A. |
| DNAX Research, Inc. | California |
| Douglas Industries, Inc. | Delaware |
| Essex Asia Limited | Hong Kong |
| Essex Chemie A.G. | Switzerland |
| Essex Holdings GmbH | Germany |
| Essex Italia S.p.A. | Italy |
| Essex Pharma GmbH | Germany |
| Fulford (India) Limited | India |
| Global Animal Management Inc. | Delaware |
| Hydrochemie GmbH | Germany |
| Intervet Deutschland GmbH | Germany |
| Intervet do Brasil Veterinaria Ltda | Brazil |
| Intervet Holding B.V. | Netherlands |
| Intervet Inc. | U.S.A |
| Intervet Innovation GmbH | Germany |
| **Intervet International B.V.** | Netherlands |
| Intervet International GmbH | Germany |
| **Intervet International Inc.** | U.S.A. |
| Intervet Mexico S.A. de C.V. | Mexico |
| Intervet Nederland B.V. | Netherlands |
| Intervet Pharma R&D S.A. | France |
| Intervet Productions SA | France |
| Intervet Productions Srl | Italy |
| Intervet UK Ltd | United Kingdom |
| Intervet UK Production Ltd | United Kingdom |
| Interveterinaria SA de CV | Mexico |
| Laboratorios Intervet S.A. | Spain |
| MSP Technology (US) Company LLC | Delaware |
| Multilan AG | Switzerland |
| N.V. Organon | Netherlands |
| Nanjing Organon Pharmaceutical Co., Ltd. | China |
| Nippon Organon K.K. | Japan |

| | |
|---|---|
| Nobilon International B.V. | Netherlands |
| Organon (Ireland) Ltd. | Ireland |
| Organon AG | Switzerland |

138

| Subsidiaries of Registrant | State or Country of Incorporation or Organization |
|---|---|
| Organon Agencies B.V. | Netherlands |
| Organon Belgie NV | Belgium |
| Organon BioSciences International B.V. | Netherlands |
| Organon BioSciences Nederland B.V. | Netherlands |
| Organon BioSciences N.V. | Netherlands |
| Organon BioSciences Reinsurance Limited | Ireland |
| Organon China B.V. | Netherlands |
| Organon Development GmbH | Germany |
| Organon Europe B.V. | Netherlands |
| Organon Holding B.V. | Netherlands |
| Organon International B.V. | Netherlands |
| Organon International Inc. | U.S.A. |
| Organon Laboratories Ltd. | United Kingdom |
| Organon Mexicana S.A. de C.V. | Mexico |
| Organon Middle East Ltd. Cyprus | Cyprus |
| Organon Nederland B.V. | Netherlands |
| Organon Participations B.V. | Netherlands |
| Organon Polska Sp. z.o.o. | Poland |
| Organon S.A. | France |
| Organon USA Inc. | U.S.A. |
| P.T. Schering-Plough Indonesia | Indonesia |
| Sherico, Ltd. | Switzerland |
| Schering Bermuda Ltd | Bermuda |
| Schering Corporation | New Jersey |
| Schering-Plough (China), Ltd. | Bermuda |
| Schering-Plough (Ireland) Company | Ireland |
| Schering-Plough (Proprietary) Limited | South Africa |
| Schering-Plough (Singapore) Pte. Ltd. | Singapore |
| Schering-Plough (Singapore) Research Pte. Ltd. | Singapore |
| Schering-Plough A/S | Denmark |
| Schering-Plough AB | Sweden |
| Schering-Plough Animal Health Corporation | Delaware |
| Schering-Plough Animal Health Kabushiki Kaisha | Japan |
| Schering-Plough Animal Health Limited | Thailand |
| Schering-Plough B.V. | Netherlands |
| Schering-Plough C.A. | Venezuela |
| Schering-Plough Canada, Inc. | Canada |
| Schering-Plough Central East A.G. | Switzerland |
| Schering-Plough Compania Limitada | Chile |
| Schering-Plough Corporation | Philippines |
| Schering-Plough del Caribe, Inc. | New Jersey |
| Schering-Plough del Ecuador, S.A. | Ecuador |
| Schering-Plough del Peru S.A. | Peru |
| Schering-Plough Farma Lda. | Portugal |
| Schering-Plough HealthCare Products, Inc. | Delaware |
| Schering-Plough Holdings (Ireland) Company | Ireland |

139

| Subsidiaries of Registrant | State or Country of Incorporation or Organization |
|---|---|
| Schering-Plough Holdings France, SAS | France |
| Schering-Plough Holdings Limited | United Kingdom |
| Schering-Plough Home Again LLC | Delaware |
| Schering-Plough II -- Veterinaria, Lda. | Portugal |
| Schering-Plough International C.V. | Netherlands |
| Schering-Plough International Finance Company B.V. | Netherlands |
| Schering-Plough International Holdings B.V. | Netherlands |
| Schering-Plough International, Inc. | Delaware |
| Schering-Plough Investments Company GmbH | Switzerland |
| Schering-Plough Israel A.G. | Switzerland |
| Schering-Plough Kabushiki Kaisha | Japan |
| Schering-Plough Korea | Korea |
| Schering-Plough Labo N.V. | Belgium |
| Schering-Plough Legislative Resources, L.L.C. | Delaware |

| | |
|---|---|
| Schering-Plough Limited | Taiwan |
| Schering-Plough Limited | Thailand |
| Schering-Plough Limited | United Kingdom |
| Schering-Plough Ltd. | Switzerland |
| Schering-Plough N.V./S.A. | Belgium |
| Schering-Plough Pharmaceutical Industrial and Commercial S.A. | Greece |
| Schering-Plough Products Caribe, Inc. | Cayman Islands |
| Schering-Plough Products LLC | Delaware |
| Schering-Plough Products, Inc. | Delaware |
| Schering-Plough Produtos Farmacuticos Ltda. | Brazil |
| Schering-Plough Pty. Limited | Australia |
| Schering-Plough S.A. | Panama |
| Schering-Plough S.A. | France |
| Schering-Plough S.A. | Argentina |
| Schering-Plough S.A. | Colombia |
| Schering-Plough S.A. | Spain |
| Schering-Plough S.A. de C.V. | Mexico |
| Schering-Plough S.p.A. | Italy |
| Schering-Plough Saude Animal Industria E Comercio Ltda. | Brazil |
| Schering-Plough Sdn. Bhd. | Malaysia |
| Schering-Plough Technologies Pte. Ltd | Singapore |
| Schering-Plough Tibbi Urunler Ticaret, A.S. | Turkey |
| Schering-Plough Veterinaire | France |
| Sentipharm A.G. | Switzerland |
| Shanghai Schering-Plough Pharmaceutical Company, Ltd. | China |
| SOL Limited | Bermuda |
| SP Flight Operations, Inc. | Delaware |
| SP Healthcare Products Corp. | Delaware |
| S-P Holding GmbH | Austria |
| Summit Property Company LLC, The | Delaware |
| Theriak B.V. | Netherlands |
| Vetrex B.V. | Netherlands |

140

| Subsidiaries of Registrant | State or Country of Incorporation or Organization |
|---|---|
| Warrick Pharmaceuticals Corporation | Delaware |
| Werthenstein Chemie A.G. | Switzerland |
| White Laboratories, Inc. | New Jersey |
| Zao Organon A/O | Russian Federation |

In accordance with Item 601(b)(21) of Regulation S-K, the Registrant has omitted the names of particular subsidiaries because the unnamed subsidiaries, considered in the aggregate as a single subsidiary, would not have constituted a significant subsidiary as of December 31, 2007.

141

**ACCESSION NUMBER:** 0000950123-08-002423

**LANGUAGE:** ENGLISH

**LOAD-DATE:** March 3, 2008

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                   Civil Action No. 1:07-cv-559 (HHK)


MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*


MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 2(a)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
<u>DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

 Network**Solutions**.

Call us 1-800-333-7680 (U.S. Only)    Shopping Cart

Login | Help

## WHOIS Search Results

Available **intervet** extensions:

.bz
☐

[ Order Selected Domain(s) ≫ ]

### Your WHOIS Search Results



**intervet.com**

**Make an instant, anonymous offer to the current domain registrant.** Learn More

[ Make an offer to buy this domain ≫ ]

=-=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: INTERVET.COM

Registrant Contact:
  Intervet International B.V.
  Edith Denen



If the world is my domain, how in the world do I get a domain name that's taken?

[ Learn How ≫ ]

**DOMAIN OPTIONS**

**Premium Names** ⓘ

☐ interred.net
  **$2,788**

☐ georgiavet.com
  **$699**

☐ radiohaitiinter.com

  **$420**

☐ interes.net
  **$3,588**

☐ inlandvet.com
  **$449**

☐ interholding.net
  **$300**

Wim de Korverstraat 35
Boxmeer,  5831 AN,  5831 AN
NL

Administrative Contact:
   Intervet International B.V.
   Edith Denen (DomainNames@intervet.com)
   +31.485587301
   Fax: +31.485585287
   Wim de Korverstraat 35
   Boxmeer,  5831 AN,  5831 AN
   NL

Technical Contact:
   Intervet International B.V.
   Hans Theunissen (it-emea-infrastructurerequests.inb@intervet.com)
   +31.31485587142
   Fax: +31.485585287
   Wim de Korverstraat 35
   Boxmeer,  5831 AN
   NL

Status: Locked

Name Servers:
   ns1.intervet.com
   ns2.intervet.com
   ns3.intervet.com

Creation date: 03 Nov 1995 00:00:00
Expiration date: 02 Nov 2010 00:00:00
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.

☐ intere.net
   **$688**

**Misspellings**

☐ intarvet.com

☐ intorvet.com

☐ int3rvet.com

☐ intrvet.com

☐ intervot.com

☐ interv3t.com

☐ intervt.com

☐ intervett.com

**Similar Names**

☐ naplesinternationaldoc.com

☐ naplesintervet.com

☐ international-vet.com

☐ inter-doc.com

☐ international-doc.com

☐ bestintervet.com

☐ bestinternationalvet.com

☐ bestinterdoc.com

**Add Domain(s) to Cart ≫**

SEARCH AGAIN

Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 80.84.236.211 (ARIN & RIPE IP search) |
| **IP Location:** | NL(NETHERLANDS)-NOORD-HOLLAND-AMSTERDAM |
| **Record Type:** | Domain Name |
| **Server Type:** | Other |
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | 1 listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Intervet - Intervet/Schering-Plough Animal Health |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 3 |
| **Data as of:** | 22-Apr-2008 |

**Enter a search term:**

e.g. networksolutions.com

**Search by:**
- ● **Domain Name**
- ○ **IP Address**

 Sear

 

**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99 one time set-up fee**



**SOLUTIONS TO GET ONLINE**
Domain Names
Web Hosting
Web Site Builder
Professional Web Design
Email Hosting

**SOLUTIONS TO SELL ONLINE**
Ecommerce Hosting
Ecommerce Web Design
Merchant Accounts

**SOLUTIONS TO GET CUSTOMERS**
Online Marketing
PPC Advertising
SEO Services

**SOLUTIONS FOR ONLINE SECURITY**
SSL Certificates
Private Domain Registration
Email Security

**SOLUTIONS TO SAVE MONEY**
Promotions & Free Offers
Earn Airline Offers

**COMPANY INFORMATION**
Network Solutions Labs
Reseller Programs
Affiliates
SEO Training
Resources and Learning Center
Small Business Blog
About Us
Jobs
WHOIS Search
Site Map
Privacy Policy
Terms of Use

SEARCH FOR A DOMAIN:  .com  Search



      



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 2(b)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

**Network**Solutions.

## WHOIS Search Results



Available **intervetusa** extensions:

| .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Order Selected Domain(s) »**

**Your WHOIS Search Results**



IMAGE NOT AVAILABLE

### intervetusa.com

**Make an instant, anonymous offer to the current domain registrant.** Learn More

**Make an offer to buy this domain »**

=-=-=-=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: INTERVETUSA.COM

Registrant Contact:
  Intervet International B.V.
  Edith Denen

**DOMAIN OPTIONS**

**Premium Names** ❓

☐ vetusa.com
   **$3,388**

☐ georgiavet.com
   **$699**

☐ screenprintingusainc.com

   **$560**

☐ interusa.com
   **$2,700**

☐ inlandvet.com
   **$449**

☐ atme-usa.com
   **$300**

Wim de Korverstraat 35
Boxmeer,  5831 AN,  5831 AN
NL

Administrative Contact:
   Intervet International B.V.
   Edith Denen (DomainNames@intervet.com)
   +31.485587301
   Fax: +31.485585287
   Wim de Korverstraat 35
   Boxmeer,  5831 AN,  5831 AN
   NL

Technical Contact:
   Intervet International B.V.
   Hans Theunissen (it-emea-infrastructurerequests.inb@intervet.com)
   +31.31485587142
   Fax: +31.485585287
   Wim de Korverstraat 35
   Boxmeer,  5831 AN
   NL

Status: Locked

Name Servers:
   dns1.intervet.com
   dns2.intervet.com
   dns3.intervet.com

Creation date: 20 Sep 2000 08:48:12
Expiration date: 20 Sep 2008 00:00:00
=-=-=-=

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.

interred.net
**$2,788**

**Misspellings**

☐ intarvetusa.com

☐ intorvetusa.com

☐ int3rvetusa.com

☐ intervatusa.com

☐ intervotusa.com

☐ interv3tusa.com

☐ intervtusa.com

☐ intervetsa.com

**Similar Names**

☐ naplesinterdocusa.com

☐ naplesinterdoctorusa.com

☐ naplesinterdoctoramerica.com

☐ inter-vet-usa.com

☐ internationalvetusa.com

☐ international-vet-usa.com

☐ interdocusa.com

☐ inter-doc-usa.com

**Add Domain(s) to Cart »**

**SEARCH AGAIN**

Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

  Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 80.84.236.211 (ARIN & RIPE IP search) |
| **IP Location:** | NL(NETHERLANDS)-NOORD-HOLLAND-AMSTERDAM |
| **Record Type:** | Domain Name |
| **Server Type:** | Indeterminate |
| **Lock Status:** | clientTransferProhibited |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Intervet - Intervet Inc. - Home Page |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 1 |
| **Data as of:** | 15-May-2007 |

**Enter a search term:**



e.g. networksolutions.com

**Search by:**
- ● **Domain Name**
- ○ **IP Address**

Sear


**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee
Go


**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99 one time set-up fee**
Go

**SOLUTIONS TO GET ONLINE**
Domain Names
Web Hosting
Web Site Builder
Professional Web Design
Email Hosting

**SOLUTIONS TO SELL ONLINE**
Ecommerce Hosting
Ecommerce Web Design
Merchant Accounts

**SOLUTIONS TO GET CUSTOMERS**
Online Marketing
PPC Advertising
SEO Services

**SOLUTIONS FOR ONLINE SECURITY**
SSL Certificates
Private Domain Registration
Email Security

**SOLUTIONS TO SAVE MONEY**
Promotions & Free Offers
Earn Airline Offers

**COMPANY INFORMATION**
Network Solutions Labs
Reseller Programs
Affiliates
SEO Training
Resources and Learning Center
Small Business Blog
About Us
Jobs
WHOIS Search
Site Map
Privacy Policy
Terms of Use

SEARCH FOR A DOMAIN:  .com      

      



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(a)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search 

**About Us**     **Species**     **Country Sites**     **Other Sites**     **What's New?**

## Products

Our family of registered products differs from country to country. To find out more information about the Intervet/Schering-Plough Animal Health products available to you, please select your location from the list of countries below.

        

Select a country ▾

Case 1:07-cv-00559-HHK     Document 27-6     Filed 07/10/2008     Page 3 of 36

© 2008 Intervet/Schering-Plough Animal Health          Search     Careers     Media     Disclaimer     Sitemap     Privacy policy

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(b)

**TO THE DECLARATION IN SUPPORT OF**
**MERIAL LIMITED AND MERIAL SAS' BRIEF**
**IN OPPOSITION TO THIRD PARTY DEFENDANT**
**INTERVET INTERNATIONAL B.V.'S MOTION TO**
**DISMISS FOR LACK OF PERSONAL JURISDICTION**



Searc

**About Us**    **Contact Us**    **Careers**    **Species**    **What's New?**

## Contact Us

**If you would like to have more information on any of the subjects on the Intervet web-site, please fill in the form below.**

(Fields marked with "*" are mandatory)

**Personal Information**

Last Name: *

First Name / Initial(s): *

E-Mail Address: *

Phone number:

**Address Information**

Address: *

City: *

Zip Code: *

State: *    -- choose one --

**Your message**

Subject: *    -- choose one --

Question or Comment: *

[Send E-mail]

## For Immediate Assistance

Do you need to contact Intervet immediately?

Please call 1-800-441-8272 to reach a Customer Relation Agent.
Support is available at that number from 8:00 AM ET to 5:00 PM ET.

© 2008 Intervet/Schering-Plough Animal Health

Home    C

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                 Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 3(c)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
<u>DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**



Search



**About Us**     **Contact Us**     **Careers**     **Species**     **What's New?**

## Circumvent™ PCV vaccine - new PCV2 vaccine license



**16 October 2007**

**Millsboro, Delaware** -

<div align="center">

**Circumvent™ PCV vaccine - new PCV2 vaccine license**
**Intervet receives full USDA license for first two-dose Porcine Circovirus, Type 2 vaccine**

</div>

MILLSBORO, Del. (Oct.16, 2007) – Intervet Inc. announces the full USDA license for Circumvent™ PCV (Porcine Circovirus Vaccine, Type 2, Killed Baculovirus Vector), which provides a superior solution for the control and management of Porcine Circovirus Associated Disease (PCVAD). The vaccine is labelled as "For use in healthy swine, 3 weeks of age or older, as an aid in the prevention of viremia and as an aid in the prevention of virus shedding caused by Porcine Circovirus." Under field conditions, with tens of millions of doses used to date, the
vaccine has been shown to reduce mortality substantially and of equal or greater importance to provide consistently superior growth performance through processing versus non-vaccinates.

Circumvent PCV can be used in pigs as early as three weeks of age. For optimal immune response pigs should receive two 2 cc (millilitre) doses given through intramuscular injection three weeks apart, with vaccinations suggested at three and six weeks of age.

"This vaccine has proven effective in field studies to significantly reduce mortality, morbidity and medication costs, while improving growth performance versus non-vaccinates," says John Foxx, Intervet Marketing Manager.

Circumvent PCV was the first PCV2 vaccine to receive a USDA license, obtaining its conditional license in October 2005. A limited supply of the vaccine was made available to veterinarians beginning in April 2006. Due to unexpected demand manufacturing scale-up activities continued into 2007 when significant quantities of the vaccine started becoming available.

While single-dose vaccines may reduce mortality from PCVAD, the Circumvent two-dose regimen helps reduce morbidity, and allow pigs to maintain normal growth performance in addition to reducing mortality. Field studies involving Circumvent PCV vaccination at 3 and 6 weeks of age indicate that improved growth metrics in vaccinates versus controls may prove more economically significant for producers than the reduction in mortality. Circumvent PCV contains Microsol Diluvac Forte® (MDF) adjuvant, a highly effective dual adjuvant proven safe in millions of vaccinates. MDF has been proven effective and safe over several years in other Intervet vaccines, such as End-FLUence® 2 and MycoSilencer® ONCE.

In efficacy studies conducted by Intervet Inc. for licensure, vaccination with Circumvent PCV was shown to prevent PCV2 viremia (virus in the blood) as well as nasal and fecal shedding in a dual challenge model (PCV2 and PRRS) while PCV2 challenged controls were 100% positive.

"The North American swine industry has vaccinated millions of pigs with Circumvent PCV and the consensus is that it is a highly efficacious and cost effective vaccine," says Foxx.

**About Intervet**
Intervet Inc. (www.intervetusa.com) is an affiliate of Intervet International B.V., the world's leading manufacturer of veterinary vaccines and currently ranked third among global animal health suppliers. The company is a leader in research and dedicated to the development, production and marketing of innovative, high-quality animal-health products. Intervet International B.V. currently employs approximately 5,000 personnel and maintains a global distribution network of subsidiary companies and agents in 120 countries. End-FLUence, Myco Silencer and Diluvac Forte are registered trademarks and Circumvent is a trade mark of Intervet Inc. or an affiliate. © 2007 Intervet Inc. All rights reserved.

<div align="center">

###

</div>

<div align="right">

For more information, contact:
John Foxx, (302) 934-4366, or
john.foxx@Intervet.com
Tyler Kelley, 816-410-5152, or
kelleyt@osborn-barr.com

</div>

© 2008 Intervet/Schering-Plough Animal Health

Home     Careers     Privacy     Site Map

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

 

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

 

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 3(d)

## TO THE DECLARATION IN SUPPORT OF
## MERIAL LIMITED AND MERIAL SAS' BRIEF
## IN OPPOSITION TO THIRD PARTY DEFENDANT
## INTERVET INTERNATIONAL B.V.'S MOTION TO
## DISMISS FOR LACK OF PERSONAL JURISDICTION



Search    

About Us    Species    Country Sites    Other Sites    What's New?

## Pigs



**What's New?**

**Products**
  Vaccines
  Anti-bacterials
  Hormones
  Anti-parasitics

**Events**

**Websites**

The trademarks indicated by CAPITAL LETTERS in this publication are the property of, licensed to, promoted or distributed by Schering-Plough Corporation, its subsidiaries or related companies. As used in this publication, the terms "Schering-Plough" and the "company" refer collectively to Schering-Plough Corporation, the publicly held parent company, and its domestic and international subsidiaries, which are engaged in the discovery, development, manufacturing and marketing of pharmaceutical, animal health and consumer products worldwide.

# Vaccines





### Porcilis® M Hyo

Porcilis® M Hyo is an inactivated vaccine for active immunization of swine to protect them against *Mycoplasma hyopneumoniae* during the whole nursery and fattening period.

### Porcilis® APP

Porcilis® APP is a subunit vaccine based on the outer membrane protein (OMP) and three toxoids (APXI, APXII and APXIII) produced by *Actinobacillus pleuropneumoniae* strains. With these components the vaccines protects against nearly all serotypes of APP worldwide. The active components are suspended in Diluvac Forte.

| Product name | Product description |
| --- | --- |
| ARGUS SC/ST | A virulent-live *Salmonella choleraesuis* vaccine. For the immunization of swine against diseases caused by Salmonella cholaerasuis and *Salmonella typhimurium*. |
| CIRCUMVENT PCV | An inactivated vaccine containing a killed baculovirus vector carrying protective antigen against Porcine Circovirus 2 (PCV2) in Microsol Diluvac Forte® adjuvant. The vaccine is for the immunization of pigs against PCV2 infection |
| DECIVAC FMD DOE | An inactivated oil adjuvanted vaccine for the immunization of pigs, cattle, buffalo, sheep and goats against Foot and Mouth Disease (FMD). FMD strains included in the vaccine are dependent on the local situation where the vaccine is required. |
| END-FLUENCE 2 | An inactivated vaccine containing type A Swine Influenza Viruses, subtypes H1N1 and H3N2. Microsol Diluvac Forte® is the adjuvant. The vaccine is for the prevention of swine Influenza infections caused by subtypes H1N1 and H3N2 in pigs. |
| M+ RHUSIGEN | A bacterin vaccine for use as an aid in the prevention of disease and mortality associated with *Erysipelothrix rhusiopathiae* and to aid in the prevention of pneumonia caused by *Mycoplasma hyopneumoniae* infection in swine. |
| M+PAC | *Mycoplasma hyopneumoniae* bacterin. An aid in the prevention of pneumonia caused by *Mycoplasma hyopneumoniae* infection in swine. |
| MAXIVAC EXCELL3 | An inactivated virus vaccine for use in healthy pigs 5 weeks of age or older as an aid in the prevention of disease associated with swine influenza virus subtypes H1N1 and H3N2. |
| MAXIVAC PLATINUM | An inactivated virus vaccine indicated for use in healthy pigs 5 weeks of age or older as an aid in the prevention of pneumonia caused by *Mycoplasma hyopneumoniae* and in the reduction of disease due to swine influenza virus type A, H1N1 and H3N2. |

| | |
|---|---|
| **MYCO SILENCER ONCE** | An inactivated bacterin vaccine containing *Mycoplasma hyopneumoniae* strain 11. The bacterin is adjuvanted with Microsol Diluvac Forte®. The vaccine is for the immunization of pigs against pneumonia caused by *M. hyopneumoniae* infection. |
| **PARAPAC** | *Haemophilus parasuis* bacterin vaccine. For use in healthy swine 9-10 days of age or older as an aid in the prevention of Glässer's disease caused by *Haemophilus parasuis*. |
| **PNEU PAC** | *Actinobacillus pleuropneumoniae* bacterin, Serotypes 1, 5 and 7. For the vaccination of healthy swine over four weeks of age against pneumonia caused by *Actinobacillus pleuropneumoniae* organisms. |
| **PNEU PAC-ER** | *Actinobacillus pleuropneumoniae-Erysipelothrix rhusiopathiae* bacterin vaccine. For the immunization of healthy swine four weeks of age or older as an aid in the prevention of pneumonia caused by *Actinobacillus pleuropneumoniae* and erysipelas caused by *Erysipelothrix rhusiopathiae* infection in swine |
| **PORCILIS AD BEGONIA** | A live attenuated vaccine for the immunization of pigs against Aujeszky's disease virus infections (Pseudorabies). The vaccine based on the virus strain NIA-3(tk- and gE-). Diluvac Forte® is used as a diluent. The gE deletion allows field infections to be differentiated from vaccination responses. |
| **PORCILIS APP** | An inactivated vaccine for the immunization of weaner pigs as an aid to control pleuropneumonia caused by *Actinobacillus pleuropneumoniae*. The vaccine is is based on the outer membrane protein (OMP) and three toxoids ApxI, ApxII and ApxIII, produced by *Actinobacillus pleuropneumoniae strains*. |
| **PORCILIS AR-T** | An inactivated vaccine against Atrophic Rhinitis in pigs. It contains the toxoid of *Pasteurella multocida* dermo-necrotic toxin (DNT) and inactivated *Bordetella bronchiseptica* cells, in a water-in-oil adjuvant. Protection is transferred from the vaccinated sow or gilt to the piglets by maternally derived antibodies (MDA) through the intake of colostrum. |
| **PORCILIS CSF LIVE** | A live vaccine for the immunization of pigs of pigs as an aid in protection against Hog Cholera (classical swine fever). The vaccine contains live attenuated classical swine fever virus strain GPE-. |
| **PORCILIS ERY** | An inactivated vaccine for the immunization of pigs to prevent clinical signs of Erysipelas disease caused by all relevant *Erysipelothrix rhusiopathiae* serotypes (serotype 1 and 2). The active component is *Erysipelothrix rhusiopathiae* strain M2 (serotype 2) suspended in Diluvac Forte®. |
| **PORCILIS ERY & PARVO** | An inactivated combination vaccine containing inactivated Porcine Parvo virus strain 014 and an inactivated lysate of *E. rhusiopathiae*, strain M2 (serotype 2), dissolved in Diluvac Forte as adjuvant. For the immunization of sows and gilts, as an aid to the control of swine erysipelas and for the protection of embryos and foetuses against PPV infection. |
| **PORCILIS GLÄSSER** | An inactivated vaccine for the immunization of pigs against *Haemophilus parasuis* infections the cause of Glässer's disease. The vaccine contains inactivated cells of *Haemophilus parasuis* bacteria suspended in Diluvac Forte®. |
| **PORCILIS M HYO** | An inactivated bacterial vaccine for the immunization of pigs to reduce pulmonary lesions caused by *Mycoplasma hyopneumoniae* infection. Contains whole cell concentrate of *Mycoplasma hyopneumoniae* strain 11 suspended in Diluvac Forte®. |
| **PORCILIS PARVO** | An inactivated vaccine for the immunization of sows and gilts for the protection of embryos and foetuses against Porcine Parvo Virus infection. The vaccine contains inactivated PPV strain 014. The active component is dissolved in Diluvac Forte®. |
| **PORCILIS PCV** | An inactivated vaccine containing a killed baculovirus vector carrying protective antigen against Porcine Circovirus 2 (PCV2) in Microsol Diluvac Forte® adjuvant. The vaccine is for the immunization of pigs against PCV2 infection |
| **PORCILIS PESTI** | An inactivated water-in-oil emulsion "marker" vaccine for the immunization of pigs to priotect against Classical Swine Fever. The vaccine contains the CSFV-E2 antigen. The corresponding test kit makes it possible to differentiate between marker vaccine vaccinated and infected animals. |

**PORCILIS PORCOLI**

An inactivated vaccine for the vaccination of sows and gilts to give piglets protection against neonatal enterotoxicosis caused by *E. coli* via colostrum intake. The vaccine contains *E. coli* LT toxoid and *E. coli* fimbrial antigens F4ab (K88ab), F4ac (K88ac), F5 (K99) and F6 (987 P) in a water-in-oil emulsion.

**PORCILIS PORCOLI DILUVAC FORTE**

An inactivated vaccine for the vaccination of sows and gilts to give piglets protection against neonatal enterotoxicosis caused by E. coli via colostrum intake. The vaccine contains E. coli LT toxoid and E. coli fimbrial antigens F4ab (K88ab), F4ac (K88ac), F5 (K99) and F6 (987 P) with Diluvac Forte® adjuvant.

**PORCILIS PRRS**

A live vaccine for the immunization of pigs against Porcine Reproductive and Respiratory Syndrome. The vaccine contains PRRS virus strain DV dissolved in Diluvac Forte.

**PROSYSTEM RCE**

A live vaccine for the vaccination of pregnant sows and gilts as an aid in the prevention of rotaviral diarrhea, enterotoxemia and colibacillosis in nursing piglets. Contains two major Rotavirus serotypes, four major *E. coli* pilus antigens (K88, K99, F41 and 987P) and *C. perfringens* type C toxoid.

**PROSYSTEM TREC**

A live vaccine for the vaccination of pregnant sows and gilts as an aid in the prevention of rotaviral diarrhea, TGE enterotoxemia and colibacillos infections in nursing piglets. Contains TGE, two major Rotavirus serotypes, four major E. coli plus antigens and C. perfringens type C toxoid.

**PRV/MARKER GOLD**

Modified live virus pseudorabies vaccine. For the immunization of healthy pigs 3 days of age or older as an aid in the prevention of disease caused by pseudorabies virus, including the respiratory form of the disease.

**RHUSIGEN**

*Erysipelothrix rhusiopathiae* bacterin vaccine. For use in healthy swine at 3-4 weeks of age or older as an aid in the prevention of disease and mortality associated with *Erysipelothrix rhusiopathiae* in swine.

**SCOURMUNE**

*Escherichia coli* bacterin vaccine. For use in healthy pregnant gilts and sows to aid in the prevention of neonatal pig diarrhea caused by *E. coli* expressing pili types K88, K99, 987P and Type 1.

**SCOURMUNE-C**

*Clostridium perfringens* Type C-*Escherichia coli* bacterin-toxoid vaccine. For use in healthy pregnant gilts and sows to aid in the prevention of colibacillosis caused by *E. coli* expressing pili types K88, K99, 987P and Type 1 and enterotoxemia caused by *C. perfringens* Type C.

**SS PAC**

*Streptococcus suis* bacterin vaccine. For vaccination of healthy pigs to aid in the prevention of meningitis, arthritis, pneumonia and septicemia caused by *Streptococcus suis* Serotype 2.

---

© 2008 Intervet/Schering-Plough Animal Health

Search    Careers    Media    Disclaimer    Sitemap    Privacy policy

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(e)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search 

About Us      Contact Us      Careers      Species      What's New?

## Swine

**What's New?**

**All Products**

**Technical Information**

**Websites**

### Swine - Promoting Good Health and Sound Growth

Intervet is an industry leader and a solution provider in the areas of swine immunology, reproduction, parasitology and performance. Circumvent®PCV, Myco Silencer®, Argus® and the ProSystem® family of vaccines combine with P.G. 600®, Safe-Guard® and Matrix® to offer one of the industry's broadest swine product portfolios. Intervet was proud to add End-FLUence® 2 to its portfolio in 2001, the industry's first bivalent influenza vaccine fully licensed by the USDA.

| Date | Description |
|------|-------------|
| 23 Apr 2008 | **Schering-Plough Announces Planned Divestiture of Select Animal Health Products in Europe**<br>Schering-Plough Announces Planned Divestiture of Select Animal Health Products in EuropeKENILWORTH, N.J., April 23 /PRNewswire-FirstCall/ -- Schering-Plough Corporation (NYSE: SGP) today announced two ... |
| 16 Oct 2007 | **Circumvent™ PCV vaccine - new PCV2 vaccine license**<br>Circumvent™ PCV vaccine - new PCV2 vaccine license Intervet receives full USDA license for first two-dose Porcine Circovirus, Type 2 vaccineMILLSBORO, Del. (Oct.16, 2007) – Intervet Inc. announces ... |
| 29 Aug 2007 | **Intervet Sponsors Veterinary Symposium at the 2007 Therio/ACT/AETA Annual Convention**<br>Intervet Sponsors Veterinary Symposium at the 2007 Therio/ACT/AETA Annual ConventionMillsboro, DE—July 16, 2007.  Intervet Inc. announced today that it is proud to sponsor the Senior Vet Student Survival ... |
| 12 Jun 2006 | **Intervet Launches Swine Parasite Evaluation Program**<br>Free parasite analysis offers insight to help reclaim gains, profitabilityInternal parasites can seriously decrease swine performance, while robbing producers of hard-earned profits. Even a light internal ... |
| 27 Jan 2006 | **Schering-Plough Animal Health Corporation Introduces New Product Application to Control Swine Respiratory Disease**<br>Schering-Plough Animal Health Corporation has introduced Nuflor® Oral 2.3% Concentrate Solution, the broadest spectrum oral antibiotic available for the treatment of several major causes of swine respiratory ... |

© 2008 Intervet/Schering-Plough Animal Health

Home     Careers     Privacy     Site Map     Disclaimer

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(f)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search    

**About Us**    **Species**    **Country Sites**    **Other Sites**    **What's New?**

## Intervet USA

| | |
|---|---|
| **Description** | A website devoted to serving our customers in the United States with information about locally available products. |
| **Web Address** | http://www.intervetusa.com/ |
| **Relevant Species** |  |
| **Relevant Geographic Area** | North America |
| **Language** | English |
| **Relevant Country** | United States |

© 2008 Intervet/Schering-Plough Animal Health

Search    Careers    Media    Disclaimer    Sitemap    Privacy policy

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(g)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search    

About Us      Species      Country Sites      Other Sites      What's New?

## Intervet on the Web

Intervet International bv is a company focused on the research, development, manufacturing and marketing of animal health products worldwide.

## Intervet International Site

## Intervet USA site





To provide customers with the most relevant information for their region or country a number of specific websites have been developed, dedicated to serving local customers, in the local language.  Please select the website which best matches your geographic location.

**Asia - Pacific**

Asian Regional Site
India
Korea
New Zealand

**North America**

Canada
Mexico
United States

**South America**

Brazil
Chile
Colombia
Ecuador
Peru
Venezuela

**Africa**

South Africa
West Africa Regional Site

**Europe**

Baltic States
Belgium
Bulgaria
Denmark
Germany
Hungary
Italy
Netherlands
Norway (Norbio)
Romania
Portugal
Russia
Spain
Switzerland
Turkey
United Kingdom

If you do not see your country listed above, click here.

Case 1:07-cv-00559-HHK      Document 27-6      Filed 07/10/2008      Page 22 of 36

© 2008 Intervet/Schering-Plough Animal Health

Search      Careers      Media      Disclaimer      Sitemap      Privacy policy

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(h)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

Case 1:07-cv-00559-HHK       Document 27-6       Filed 07/10/2008       Page 24 of 36



Search       

**About Us**     **Contact Us**     **Careers**     **Species**     **What's New?**

# Careers

Intervet Inc. is part of an international company that is dynamic and fast-growing, currently employing over 5,000 people worldwide. Intervet employees strongly believe that each of their tasks or actions must be primarily aimed at adding value to Intervet products or services.

Intervet's core values: Research, Performance and Integrity, are reflected in the skills we look for in our new employees. Within Intervet, we are always looking for innovative talents who wish to focus on constant improvement of our products and on constant improvement of the way we work. We're looking for new colleagues who are entrepreneurs and result driven. Not just the results matter, but also how you achieve your results is crucial to be successful within Intervet.

Intervet offers competitive wages, excellent working environment and outstanding benefits that are effective on the date of hire, this includes: paid time off, holidays, 401k with Company match, medical, dental, disability and life insurance. Intervet is an Equal Opportunity Employer.

**Job List** ⓘ

Use the job search options below to identify the job you are looking for and click **Search**.



▼ **Job Search**

**Job:** Job Family

| All ▼ |

**Location:** State/Province

| All ▼ |

Keyword  *or*  Job Number Search

| |

Search

▼ **Job List**

| | **Jobs 1 to 19 of 19 at Organon** ⏮ ◀ ▶ ⏭ |

| Job Title △ | Location | Schedule |
|---|---|---|
| Laboratory Technician I - Media Production | Delaware | Full-time |
| Laboratory Technician I - Sterile Fill | Kansas | Full-time |
| Laboratory Technician I - TCP Production | Delaware | Full-time |
| Laboratory Technician II - Cell Fermentation Production | Delaware | Full-time |
| Laboratory Technician II - Central Services | Kansas | Full-time |
| Laboratory Technician II - CEO Production | Delaware | Full-time |
| Laboratory Technician II - Lyophilization Production | Delaware | Full-time |
| Laboratory Technician II - Production - Bacterin | Minnesota | Full-time |
| Laboratory Technician II - QC | Minnesota | Full-time |
| Laboratory Technician II - QC | Kansas | Full-time |
| Laboratory Technician II - Quality Control | Delaware | Full-time |
| Laboratory Technician II - Quality Control | Delaware | Full-time |
| Laboratory Technician IV - QC | Kansas | Full-time |
| Maintenance Mechanic A | Delaware | Full-time |
| Maintenance Mechanic A | Delaware | Full-time |
| Packaging Technician III-Production | Kansas | Full-time |
| Production Supervisor | Delaware | Full-time |
| QA Supervisor | Kansas | Full-time |
| Warehouse Clerk I | Kansas | Full-time |

Submit your profile

If none of the jobs currently available interest you.

 Powered by Taleo

© 2008 Intervet/Schering-Plough Animal Health

Home    Careers    Privacy    Site Map    Disclaimer

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*           Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 3(i)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search ▶

About Us    Species    Country Sites    Other Sites    What's New?

## Success through focus - Intervet sales release

**4 February 2005**

**Boxmeer, February 4, 2005 - With net sales of EUR 1,024 million Intervet met its targets for 2004, consolidating its position as one of the world's three biggest animal health companies. Sales as reported were 1.4% ahead of year-earlier figures, but revenues grew by 4% in local currency terms.**

Intervet's broad product portfolio and comprehensive global distribution network mean the company is well positioned to expand its business in core markets and strengthen its focus on core species interests.

In 2004 Intervet received approval to market several new vaccines and pharmaceuticals. Some have already been launched, while others will be introduced in 2005, contributing to further sales growth. Further improvements in the company's operating performance will also be pursued through a combination of portfolio rationalization, investment in manufacturing and strengthening support for the development of new products.

In Europe the company reinforced its strong position, boosting its share in this mature market region. Elsewhere, positive developments in the North American market boosted demand for Intervet's antiparasitic and small animal ranges, and the company's overall performance in the US market was encouraging. Respectable sales growth was also achieved in Latin America, where markets are recovering from the recent economic downturn, but conditions were more challenging in the Asia-Pacific region. Double-digit growth was reported in some Asia-Pacific markets, but those excellent results were not enough to offset the impact of exchange rate fluctuations and the avian influenza crisis on regional sales, which were down on year-earlier levels.

Intervet's pharmaceutical portfolio performed strongly, generating autonomous growth at near-double-digit levels, while the company maintained its strong position in the veterinary vaccines market. Development of the aquaculture vaccines segment is encouraging despite challenging market conditions in the European salmon market.

Intervet received approval to market several new products in Europe during 2004, including an innovative vaccine against Glässer's disease in pigs and a novel vaccine against strangles, a painful and debilitating disease of horses. Following FDA approval, Vetsulin—the first insulin to treat diabetes in dogs—was launched in the U.S. market. Canine and equine wormers were launched in the OTC market segment in the US, where the business also benefited from the reintroduction of some established companion animal and livestock vaccines.

**Note**
Intervet, a business unit of Akzo Nobel, based in Boxmeer, the Netherlands, with sales of EUR 1,024 million in 2004, is dedicated to research and development, production and marketing of innovative animal health products and feed additives. Intervet's product range for use in livestock, companion animals, poultry and fish includes vaccines, antiparasitics, anti-infectives, endocrine products,other pharmaceutical specialties and feed additives. Intervet operates globally with its own marketing organizations. The company currently employs around 5,000 people.

Internet: www.intervet.com

Akzo Nobel, based in the Netherlands, serves customers throughout the world with healthcare products, coatings and chemicals. Consolidated sales for 2004 totaled EUR 12.7 billion. The Company currently employs some 61,500 people in more than 80 countries. The financial results for the first quarter will be published on April 19, 2005.

Internet: www.akzonobel.com

For more information please contact:
Sabine Schueller   Tel:  +31 (0)485 587085
Communications & Public Affairs Fax: +31 (0)485 585392
Intervet International bv   communications@intervet.com

Safe Harbor Statement*

This press release may contain statements which address such key issues as Akzo Nobel's growth strategy, future financial results, market positions, product development, pharmaceutical products in the pipeline, and product approvals. Such statements, including but not limited to the "Outlook", should be carefully considered, and it should be understood that many factors could cause forecasted and actual results to differ from these statements. These factors include, but are not limited to, price fluctuations, currency fluctuations, developments in raw material and personnel costs, pensions, physical and environmental risks, legal issues, and legislative, fiscal, and other regulatory measures. Stated competitive positions are based on management estimates supported by information provided by specialized external agencies. For a more complete discussion of the risk factors affecting our business please refer to our Annual Report on Form 20-F filed with the United States Securities and Exchange Commission. A copy of which can be found on the Company's website www.akzonobel.com.

*Pursuant to the U.S. Private Securities Litigation Reform Act 1995.

© 2008 Intervet/Schering-Plough Animal Health     Search     Careers     Media     Disclaimer     Sitemap     Privacy policy

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(j)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

About Intervet | Species | Country Sites | Other Sites | What's New?

## Media Room

### Press Releases

2006

2005

pre-2005

### Company Profile

### Company History

### News in your Country

### Featured Stories

**Contact Information**
Intervet International bv
Global Communications
Media Relations
+31 485 587 600
communications@intervet.com

**Schering-Plough**
About The Company
Schering-Plough News & Media
Schering-Plough Animal Health
Investor Relations
Corporate Responsibility

**Management**
Ruurd Stolp, President

# Company Profile

Intervet specializes in the development, manufacture and sale of animal health products. With global revenues in 2006 of €1,125 million, Intervet is the world's third largest animal health company.

With our comprehensive research and manufacturing capabilities, and a distribution network covering more than 100 countries, Intervet and its subsidiaries employ more than 5,300 people and operate in over 50 countries. Across this entire infrastructure, our single-minded ambition is to be viewed as professionals working for professionals in the animal health industry.

Intervet is part of Schering-Plough, an innovation-driven, science-centered global health care company. Through its own biopharmaceutical research and collaborations with partners, Schering-Plough creates therapies that help save and improve lives around the world. The company applies its research-and-development platform to human prescription and consumer products as well as to animal health products. Schering-Plough's vision is to "Earn Trust, Every Day" with the doctors, patients, customers and other stakeholders served by its approximately 50,000 people around the world. The company is based in Kenilworth, N.J., and its Web site is www.schering-plough.com.

**Intervet - Animal Health Solutions for Professionals** (841Kb)
View | Download



**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(k)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Searc

**About Us**     **Species**     **Country Sites**     **Other Sites**     **What's New?**

## Media Room

**Press Releases**

**2006**

**2005**

**pre-2005**

**Company Profile**

**Company History**

**News in your Country**

**Featured Stories**

**Contact Information**
Intervet
Schering-Plough Animal Health
Global Communications
Media Relations
+31 485 587 600
communications@intervet.com

**Schering-Plough**
About The Company
Schering-Plough News & Media
Investor Relations
Corporate Responsibility

**Management**
Ruurd Stolp, President

## Company Profile

Intervet/Schering-Plough Animal Health is a global leader in the discovery, development, manufacture and sale of veterinary medicines. The result of the combination of two major companies in the animal health sector, our company offers customers one of the industry's broadest, most innovative portfolios, spanning products to support performance and to prevent, treat and control disease in all major farm and companion animal species.

The combination of Intervet and Schering-Plough Animal Health (SPAH) has married two complementary product ranges, strengthening our portfolio and broadening our global reach. We now have offices in more than 50 countries and sell our products in over 140 markets. We operate a network of manufacturing sites and research and development facilities around the world.

Schering-Plough is an innovation-driven, science-centered global health care company. Through its own biopharmaceutical research and collaborations with partners, Schering-Plough creates therapies that help save and improve lives around the world. The company applies its research-and-development platform to human prescription and consumer products as well as to animal health products. Schering-Plough's vision is to "Earn Trust, Every Day" with the doctors, patients, customers and other stakeholders served by its approximately 50,000 people around the world. The company is based in Kenilworth, N.J., and its Web site is www.schering-plough.com.



Case 1:07-cv-00559-HHK     Document 27-6     Filed 07/10/2008     Page 33 of 36

© 2008 Intervet/Schering-Plough Animal Health

Search     Careers     Media

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(l)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search    

About Us     Species     Country Sites     Other Sites     What's New?

## Media Room

**Press Releases**

**2006**

**2005**

**pre-2005**

**Company Profile**

**Company History**

**News in your Country**

**Featured Stories**

**Contact Information**
Intervet
Schering-Plough Animal Health
Global Communications
Media Relations
+31 485 587 600
communications@intervet.com

**Schering-Plough**
About The Company
Schering-Plough News & Media
Investor Relations
Corporate Responsibility

**Management**
Ruurd Stolp, President

## Company History

As dedicated animal health companies, Intervet and Schering-Plough have existed since the 1950s. Now a single company, Intervet/Schering-Plough Animal Health has combined sales exceeding U.S.$ 2,700 / €1,800 million in 2007 and is one of the leading companies in animal health. Already leaders in cattle, sheep, poultry, and aquaculture health, we are at the forefront of both recombinant and vaccine marker technologies. However this company is about more; it is a story of innovation, commitment to research and entrepreneurship in animal health reaching back over 50 years.



**Inspired entrepreneurship**
Despite disparate locations, both companies have similar roots, being built on inspired entrepreneurship. Lateral thinking by a Netherlands-based animal feed company helped create Intervet, and Schering-Plough leveraged human medicine into animal health. Both companies quickly became commercial successes in their home markets, and increasingly internationally.

**Laying the foundations for the modern day**
Intervet began life in the late 1940s, in Boxmeer, where the animal health unit headquarters remains today. Laboratoria Nobilis, founded by animal feed manufacturer Wim Hendrix, was researching poultry vaccines. Hendrix observed that "sick chickens don't eat" – hardly ideal for feed sales. Vaccinated, healthy birds would be better for business. Addressing his primary concern of Fowl Pox, Professor Jac Jansen of the University of Utrecht veterinary faculty agreed to help, suggesting he employ one of his assistants, J.H.M. Richter. Richter developed the first inoculum for Fowl Pox in 1950, 'Fowl Pox OVO DIPHTERIN, quickly followed by other vaccines and laying the foundations for the modern-day Intervet.

**New identity**
By 1961, Nobilis was exporting vaccines, its growth attracting a takeover by Netherlands-based pharmaceutical manufacturer KZO (Koninklijke Zwanenberg Organon). Further acquisitions broadened the company's scope beyond vaccines, and also brought the name Intervet, (although the group did not formally adopt this until 1969). However, the name 'Nobilis' still remains, for a range of Intervet poultry vaccines.

**Increased tenfold in two years**
Meanwhile in the U.S., Schering-Plough Animal Health was taking root. The parent company had existed since the 1860s; their Veterinary Division, was formally established in the 1950s in Bloomfield, New Jersey. It was designed to service a demand for the corticosteroid prednisone – originally a human medicine - to treat ketosis in cattle. From an initial sales team of three, it increased tenfold in two years, entering the vaccine market in 1959 by acquiring American Scientific Laboratories.

**Continuing growth and diversity**
Subsequent decades brought further change; both companies assuming the identities we now know; Nobilis becoming Intervet in 1969; Schering merged with Plough, Inc., in 1971, becoming the Schering-Plough Corporation. By the 1970s, Intervet already had a strong European presence. Looking for global reach, the company bought Inter-Continental Biologicals, which became Intervet Inc. With a Marek's Disease vaccine as the first U.S. product, Intervet was going on to market 17 vaccines in a single year, firmly establishing the company in the U.S.

**Enhanced European presence**
Schering-Plough's animal health acquisitions also continued, purchasing vaccine makers Douglas



Industries in 1981, and French company Rigaux in 1982, which provided European manufacturing facilities and a range of European-oriented products. Reflecting this, the company became the worldwide Animal Health division within the international pharmaceutical business. The European presence was further augmented by the acquisition of Byk Gulden in Germany.

**Largest veterinary medicine company in Europe**
Intervet was already Europe's largest animal health company; in the 1990s they became the 3rd largest in the world, acquiring companies such as Norbio, Hoechst Roussel Vet and Bayer's U.S. veterinary biologicals operations. Innovation flowed, through products including broad-spectrum anthelmintic PANACUR, the COBACTAN range of anti-infectives, and SCALIBOR, a dog-collar to prevent Leishmaniasis from sandfly bites. They also introduced the first-ever recombinant vaccine – for E. coli –followed by the first-ever monoclonal parenteral product, a marker vaccine against classical swine fever and a vaccine for Aujeszky's disease. Recombinants now account for 45% of annual turnover.



Meanwhile, Schering-Plough Animal Health built stakes in key markets, via new products, including the injectable bovine antibiotic NUFLOR, via acquisition - Fisons, Fujisawa and Aquaculture - and joint venture - including Takeda, Japan's largest animal health company. In 2005, they took control of Takeda's entire Japanese animal health operations.

**Parallel cultures of innovation**
In 2007, Schering-Plough acquired Organon BioSciences, creating Intervet /Schering-Plough Animal Health. The historical symmetries suggest symbiosis - parallel cultures of innovation, entrepreneurship and cU.S.tomer service and track records in positively assimilating talent and resources. The sum of the knowledge of these two companies can be greater than the individual parts, providing the foundation to become the world leader in animal health.

*The trademarks indicated by CAPITAL LETTERS in this publication are the property of, licensed to, promoted or distributed by Schering-Plough Corporation, its subsidiaries or related companies. As used in this publication, the terms "Schering-Plough" and the "company" refer collectively to Schering-Plough Corporation, the publicly held parent company, and its domestic and international subsidiaries, which are engaged in the discovery, development, manufacturing and marketing of pharmaceutical, animal health and consumer products worldwide.*

© 2008 Intervet/Schering-Plough Animal Health

Search    Careers    Media    Disclaimer    Sitemap    Privacy policy

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 3(m)

## TO THE DECLARATION IN SUPPORT OF
## MERIAL LIMITED AND MERIAL SAS' BRIEF
## IN OPPOSITION TO THIRD PARTY DEFENDANT
## INTERVET INTERNATIONAL B.V.'S MOTION TO
## DISMISS FOR LACK OF PERSONAL JURISDICTION



Search    

About Us     Species     Country Sites     Other Sites     What's New?

## Intervet takes the lead in veterinary endocrinology at NAVC     

**27 February 2008**

**Orlando, February 27, 2008 – As part of its global program to encourage continuing education and research in the field of veterinary internal medicine, Intervet International, a part of Schering-Plough, sponsored a full day program on endocrinology under the American Board of Veterinary Practitioners (ABVP) at the North American Veterinary Conference (NAVC) in Orlando (USA).**

The 2008 NAVC (North American Veterinary Conference) congress was held from January 19 to 23, 2007 in Orlando, Florida, USA. Once again, this congress was remarkably successful in terms of participation and remains one the most renowned veterinary events of the year with more than 15,000 participants.

As one of the largest animal health companies in the world, Intervet holds a leading position in veterinary endocrinology with products such as VETSULIN®* (porcine insulin zinc suspension) - for the treatment of diabetes mellitus in dogs - and LEVENTA® (levothyroxine sodium) – for the treatment of hypothyroidism in dogs. As part of its global program to encourage continuing education, Intervet sponsored a full day program on veterinary endocrinology in collaboration with the American Board of Veterinary Practitioners (ABVP).

The lectures were presented by Dr. J Catharine Scott Moncrieff (School of Veterinary Medicine, Purdue University) and Dr. Joseph Taboada (Louisiana State University, School of Veterinary Medicine). The topics covered a wide range of subjects including: update on insulin therapy, diagnostic approach to hypoglycemia in dogs, challenging endocrine cases, management of diabetic ketoacidosis, and more. More than 1700 practitioners attended these lectures.

The endocrinology day was a great success both in terms of the quality of the lectures and the number of attendees. "Intervet International is proud to be associated with the NAVC congress and looks forward to continue to support international scientific events as part of its dedication in support of companion animal internal medicine", says Hubert Trentesaux, head of Global Companion Animal.

This sponsored day was one of the many events organized by the Schering-Plough Animal Health and Intervet teams. Intervet and Schering-Plough are combining efforts to bring to the companion animal community a flow of science-based solutions and services as a promise of our combination: "Together for Better Care".

*Vetsulin is marketed outside the U.S. as CANINSULIN®.  CANINSULIN is approved for the treatment of diabetes mellitus in cats in several countries, excluding the U.S.

---

Note for the editor
Schering-Plough is an innovation-driven, science-centered global health care company. Through its own biopharmaceutical research and collaborations with partners, Schering-Plough creates therapies that help save and improve lives around the world. The company applies its research-and-development platform to human prescription and consumer products as well as to animal health products. In November 2007, Schering-Plough acquired Organon BioSciences, with its Organon human health and Intervet animal health businesses, marking a pivotal step in the company's ongoing transformation. Schering-Plough's vision is to "Earn Trust, Every Day" with the doctors, patients, customers and other stakeholders served by its approximately 50,000 people around the world. The company is based in Kenilworth, N.J., and its website is www.schering-plough.com."

For more information about Intervet visit the following website:  www.intervet.com

Intervet is a leader in research and dedicated to the development, production and marketing of innovative, high-quality animal-health products, such as Continuum®, Vetsulin®, Panacur®, Leventa® and more.  For more information visit the following Web sites:  www.Intervetusa.com and www.Vetsulin.com, www.Leventa.com
Continuum, Vetsulin, Panacur, Leventa and Caninsulin are registered trademarks of Intervet Inc. or an affiliate.
© 2008 Intervet Inc. All rights reserved.

Case 1:07-cv-00559-HHK     Document 27-7     Filed 07/10/2008     Page 3 of 39

© 2008 Intervet/Schering-Plough Animal Health

Search     Careers     Media     Disclaimer     Sitemap     Privacy policy

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                    Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 3(n)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search    

About Us    Species    Country Sites    Other Sites    What's New?

## Intervet closes 2001 in excellent shape

**21 March 2002**

In 2001, Intervet placed a stronger focus on strengthening its presence in key country markets, notably the United States. With approximately 46 percent of the sales, Europe, the home market of Intervet, is still a major region, while United States with 22 percent of sales in 2001 is growing continuously. Around 13 percent of sales derive from South America and the remaining 19 percent from the rest of the world. As companion animal pharmaceuticals remain the key driver in the US animal health market, Intervet expects further growth of this segment, which now accounts for close to 20 percent of sales.

The spread of BSE in Western Europe and the foot and mouth disease (FMD) outbreak in the first half of 2001 put significant pressure on the European market. In the United States, which now accounts for 40 percent of the world animal health market, the slowdown in the US economy did not affect Intervet's sales.

Due to numerous species and indications, the animal health market is highly segmented. This is mirrored in the number of product groups and products sold by Intervet. Vaccine development technology has been the basis of Intervet's success and will continue to provide a platform for future growth. In total, nearly 20 new vaccine and pharmaceutical products were successfully launched during 2001. Biologicals represent 44 percent of Intervet's product range.

As an important product with regard to European policy controlling important livestock infectious diseases, Intervet developed a new FMD diagnostic tool that permits more effective routine testing and makes it possible to distinguish between infected and vaccinated animals. Current objectives for the product portfolio world wide are to complete the extensive viral and bacterial vaccines programs for all economically relevant species and to intensify R&D efforts aimed at anti-parasitic vaccines. The opening in March 2001 of a modern research center for pharmaceuticals in Schwabenheim, Germany, has laid the basis for further expansion of R&D-activities aimed at combating priority infections and diseases caused by parasites.

Early 2001, Intervet embarked on a EUR 40 million project to construct a state-of-the-art facility at its DeSoto site, in Kansas, USA. This site will serve as the regional R&D, production and administrative center in the Mid-West. The completion of this integrated facility will significantly streamline US operations. Further, new subsidiaries have been set up in Eastern Europe. Intervet now has a presence in 55 countries.

--------------------------------------------------------------------------------

Note for the editor:

Intervet, a business unit of Akzo Nobel, headquartered in Boxmeer, the Netherlands, with sales in 2001 of EUR 1,096 million, is focused on the research and development, manufacturing and marketing of veterinary products. Products include vaccines for the prevention of infectious diseases, anti-infectives, anti-parasitics, feed additives and products for fertility management. All of these products are intended for use in a variety of animal species, including poultry, pigs, cattle, sheep, goats, horses, fish and companion animals. Intervet operates globally through its own marketing organizations. The company currently employs around 5,000 people.

Internet: http://www.intervet.com/

Akzo Nobel, based in the Netherlands, serves customers throughout the world with healthcare products, coatings and chemicals. Consolidated sales for 2001 totaled EUR 14 billion. The Company currently employs approximately 66,000 people in 80 countries. Financial results for the first quarter will be published on April 23, 2002.

Internet: http://www.akzonobel.com

For further information please contact:

Sabine Schueller, DVM, PhD
Communications & Public Affairs
Intervet International bv
Tel: +31 (0)485-587085
Fax: +31 (0)485-587083
communications@intervet.com

© 2008 Intervet/Schering-Plough Animal Health

Search     Careers     Media     Disclaimer     Sitemap     Privacy policy

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(o)

**TO THE DECLARATION IN SUPPORT OF**
**MERIAL LIMITED AND MERIAL SAS' BRIEF**
**IN OPPOSITION TO THIRD PARTY DEFENDANT**
**INTERVET INTERNATIONAL B.V.'S MOTION TO**
**DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search        

About Us        Species        Country Sites        Other Sites        What's New?

## Intervet weathered market challenges in 2002

**13 March 2003**

**Boxmeer, March 07, 2003 – Intervet's excellent global coverage and its broad range of products for farm and companion animals put the company in a stable position to weather the year's dips in the veterinary market and compensate for the challenging market conditions in some parts of the world. Intervet closed the year 2002 with EUR 1,081 million.**

With EUR 1,081 million Intervet's sales remained below the previous year's level. Excluding the considerable effect of exchange rates, sales increased by 4,3% (price/volume) for the year. A substantially lower second quarter due to the weak economy in Latin America and significant one-off charges affected the earnings.

Accounting for approximately 53 percent of sales, the home market of Intervet showed a healthy growth. The Asian/Pacific region (12% of sales) had a mixed country by country development with an overall sound performance. Sales in North America (21 % of sales) developed in line with the flat animal health market in that region and were influenced by Euro/Dollar currency development. Sales deriving from Latin America, making 14 percent of total sales, were strongly affected by the macro economic situation in this region.

In 2002 Intervet International bv continued the business consolidation and streamlining of the company structure. Intervet's efforts to optimize value creation are driven by innovation and application of state-of-the-art technology. Annual investment in R&D exceeds 10% of sales and more than 15% of Intervet's total workforce is engaged in R&D activities. In 2002, a new project management system for R&D was implemented, creating an information interface for all functions involved in the development of new products.

Intervet's research strategy focuses on the development of a proprietary antiparasitic drug by managing its drug discovery program and new antiparasitic vaccines. The modern pharmaceuticals research facility in Germany, is now completely staffed and fully operational for further expansion of R&D activities. In April 2002, after a 15-month construction period, modern virology research facilities were opened in the Netherlands. The construction of a state-of-the-art facility at the Kansas site was completed on schedule in the fall of 2002. The addition of a molecular laboratory in the United States in 2003 will enable researchers to take novel approaches in product innovation.

Intervet strives to respond quickly to a fast-changing, highly competitive business environment. For marketing purposes, extensive knowledge management databases have been launched to connect those involved in the global marketing process. The global roll-out of the customer-oriented ordering and forecasting system introduced in 2001 was successfully finalized in June 2002. A major logistics and manufacturing initiative was started, to design and implement the next generation of business system platforms within Intervet's larger subsidiaries.
_____
Note for the editor:
Intervet, a business unit of Akzo Nobel, headquartered in Boxmeer, the Netherlands, with sales in 2002 of EUR 1,081 million, is focused on the research and development, manufacturing and marketing of veterinary products. Products include vaccines for the prevention of infectious diseases, anti-infectives, anti-parasitics, feed additives and products for fertility management. All of these products are intended for use in a variety of animal species, including poultry, pigs, cattle, sheep, goats, horses, fish and companion animals. Intervet operates globally through its own marketing organizations. The company currently employs around 5,000 people.

Internet: http://www.intervet.com

Akzo Nobel, based in the Netherlands, serves customers throughout the world with healthcare products, coatings and chemicals. Consolidated sales for 2002 totaled EUR 14 billion. The Company currently employs approximately 68,000 people in more than 80 countries. Financial results for the first quarter will be published on April 16, 2003.

Internet: http://www.akzonobel.com

Voor nadere informatie gelieve contact op te nemen met:

Intervet International bv
Sabine Schüller
Communicatie en Public Affairs
Tel: +31 (0)485-587085
Fax: +31 (0)485-585..
communications@intervet.com

© 2008 Intervet/Schering-Plough Animal Health

Search　　　Careers　　　Media　　　Disclaimer　　　Sitemap　　　Privacy policy

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(p)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
<u>DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**



Search     

About Us     Species     Country Sites     Other Sites     What's New?

## Intervet maintains course despite economic headwinds

**19 February 2004**

Boxmeer, Netherlands, February 19, 2004 – With total sales in 2003 of EUR 1,010 million, Intervet is well positioned to maintain its No. 3 position in the global animal health market despite the economic headwinds that the veterinary sector has been experiencing for the past two years. While full-year 2003 sales trailed those of 2002, excluding the impact of exchange rates Intervet sales actually grew by just under 2%.

In 2003 Intervet maintained its position as a leading animal healthcare company in the European market, where it generated slightly more than 50% of sales. Business performance in Northern Europe was adversely affected by a flat aquaculture market, mainly the salmon market in Norway, and suffered from the effects of an outbreak of Avian Influenza, which temporarily decimated poultry stocks in the Netherlands. A continuing downward trend in the Polish economy and the European pig market further complicated the picture. Intervet performed better than the European industry average in Southern Europe.
On other continents results were impacted by currency effects. In North America this was aggravated by flat market conditions. In the United States, developments in the anti-parasitic segment were encouraging. In Canada the domestic cattle markets were affected by the consequences of BSE, which was in part compensated for by the strong performance of the pig vaccine segment. Markets in Latin America showed encouraging improvement, especially in the second half of 2003, while in Asia the picture was mixed, generally reflecting positive and negative developments in the various national agricultural markets.

Intervet's R&D strategy continues to focus on product-based innovation. In 2003, Intervet brought numerous new products to the livestock and companion animal health markets. One highlight was the launch of a new vaccine (Nobivac® Bb for cats) against cat flu with proven protection against the respiratory signs associated with Bordetella bronchiseptica. Another milestone was the introduction of a vaccine targeting salmonella, representing a major advancement in efforts to make poultry and eggs safer for the human consumption.

Intervet's leading position in marker vaccine technology was strengthened with the positive evaluation by the European Commission of our discriminatory test for Classical Swine Fever (CSF) in December 2003. Now an essential tool for use in combination with the corresponding marker vaccines is available should vaccination campaigns be initiated in Europe to combat outbreaks of CSF.


Note for the editor:

Intervet, a business unit of Akzo Nobel, headquartered in Boxmeer, the Netherlands, with sales of EUR 1,010 million in 2003, is dedicated to research and development, production and marketing of innovative animal health products and feed additives. Intervet's product range for use in livestock, companion animals, poultry and fish includes vaccines, anti-parasitics, anti-infectives, endocrine products and other pharmaceutical specialities, diagnostics and feed additives. Intervet operates globally with its own marketing organizations. The company currently employs around 5,000 people.

Internet: www.intervet.com

Akzo Nobel, based in the Netherlands, serves customers throughout the world with healthcare products, coatings and chemicals. Consolidated sales for 2003 totaled EUR 13 billion. The Company currently employs approximately 64,500 people in more than 80 countries. The 2003 annual report in English will be available on the internet from February 9, 2004. Financial results for the first quarter will be published on April 20, 2004.

Internet: www.akzonobel.com

For further information please contact:
Sabine Schueller
Communications & Public Affairs
Intervet International bv
Tel:  +31 (0)485 587085
Fax: +31 (0)485 585392
communications@intervet.com

© 2008 Intervet/Schering-Plough Animal Health

Search          Careers          Media          Disclaimer          Sitemap          Privacy policy

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 3(q)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search

About Us     Species     Country Sites     Other Sites     What's New?

## Strategic initiatives deliver strong growth and basis for new platform Organon Biosciences

**7 February 2006**

**Boxmeer, the Netherlands, February 7, 2006 – Akzo Nobel NV has announced today that it intends to separate its pharmaceutical activities from its chemicals and coatings businesses. The aim is to create two independent companies that are each a platform for growth in their own segments. 'The separation of the human and animal healthcare businesses of our company – Organon, Intervet and Nobilon - will put us into a strong position building on our expertise in both fields', emphasized Ruurd Stolp, President of Intervet International bv. The strategic initiatives pursued by Intervet in recent years began to pay dividends in 2005, contributing to a strong set of results, and create an excellent basis for the intended new pharma business. Intervet sales increased by 7% to EUR 1,094 million\*, with volume growth the main contributor to higher revenues. Intervet delivered an EBIT of EUR 238 million – up by 29%, and equivalent to an operating income margin of 21.8%. The definitive decision on the separation into the two companies is subject to approval by an (extraordinary) meeting of shareholders and consultation with relevant employee representative bodies.**

Intervet continues to sharpen the strategic focus on major food and companion animal species markets, and expects to deliver similarly positive results beyond 2005, when the fruits of the extensive research and development programs will enhance the company's existing portfolio.

Stronger growth was delivered in spite of recent divestments in non-core areas. During 2005, Intervet completed the sale of larger parts of the feed additive business and Vetstream, a provider of clinical information services in the veterinary market; activities which no longer fit with the core business operations.

During the year, Intervet benefited from efficiency improvements in manufacturing with a major investment program at the multifunctional sites in the Netherlands, UK, India and Australia.

Intervet further expanded the strong market position in Europe, due to improved supplies and strong growth of Cobactan®, the innovative range of anti-infective formulations, based on the proprietary molecule cefquinome. Intervet generates more than 50% of its sales in Europe. In 2005, the company's development in North America was characterized by growth in key segments. The region contributes with 16% to Intervet sales. Sales in North America grew substantially, driven by new product introductions in the companion animal segment, including Vetsulin® (the first insulin to treat diabetes in dogs) and Continuum® (combination vaccine with long-lasting immunity), and in the cattle segment, where the recently introduced cattle bio line Vista® received very positive response. Intervet's vaccine segment covers around 50% of total sales, which underlines the company's leading position. Sales in Latin America were boosted by substantial growth in Brazil in various product segments and Chile mainly by increased sales of fish vaccines. The region contributes with 13% to the company's sales. Although large parts of Asia are still severely affected by avian influenza outbreaks, business is improving. The acquisition of AgVax Developments Ltd. in New Zealand will further boost the strong growth in Oceania. During 2005 sales growth could be realized in all species segments. Intervet's ruminant product range covers with around 40% the largest share. The strong performance underlines the company's leading position which Intervet is holding in various markets and species or product segments.

In September the Dutch Ministry signed a contract with Intervet about a vaccine bank for emergency vaccination with Porcilis® Pesti, Intervet's marker vaccine against Classical Swine Fever. End of 2005 marketing authorization for a range of Intervet's Nobilis® Influenza vaccines has been granted to Intervet UK by the UK authorities. The vaccine range is for the active immunization of chickens, ducks and other avian species as an aid in the control of outbreaks of Avian Influenza type A, subtype H5 (the type causing the current outbreak), and also subtypes H7 and H9. Intervet interprets these developments as a signal within Europe making vaccination part of the preparedness plan of countries against highly infectious diseases.

\* For further details see Akzo Nobel Press Release, 7 February 2006, www.akzonobel.com

**Note for the editor**
Intervet, a business unit of Akzo Nobel, based in Boxmeer, the Netherlands, with sales of EUR 1,094 million in 2005, is dedicated to research and development, production and marketing of innovative animal health products. Intervet's product range for use in livestock, companion animals, poultry and fish includes vaccines, antiparasitics, anti-infectives, endocrine products and other pharmaceutical specialties. Intervet operates globally with its own marketing organizations. The company currently employs around 5,000 people.

Internet: www.intervet.com

Akzo Nobel is a global 500 company and is listed on both the Euronext Amsterdam and NASDAQ stock exchanges. It is also listed on the Dow Jones Sustainability Indexes. Based in the Netherlands, we are a multicultural organization serving customers throughout the world with human and animal healthcare products, coatings and chemicals. We employ around 61,500 people and conduct our activities in four segments, human and animal health, coatings and chemicals, subdivided into 13 business units, with operating subsidiaries in more than 80 countries. Consolidated revenues for 2005 totaled EUR 13.0 billion. The financial results for the first quarter will be published on April 20, 2006.

Internet: www.akzonobel.com

**Not for publication - for more information:**
Sabine Schueller
Intervet International bv
Communications & Public Affairs
Tel:  +31 (0)485 587085
Fax: +31 (0)485 585392
communications@intervet.com

**Safe Harbor Statement***
This report contains statements which address such key issues as Akzo Nobel's growth strategy, future financial results, market positions, product development, pharmaceutical products in the pipeline, and product approvals. Such statements should be carefully considered, and it should be understood that many factors could cause forecasted and actual results to differ from these statements. These factors include, but are not limited to, price fluctuations, currency fluctuations, progress of drug development, clinical testing and regulatory approval, developments in raw material and personnel costs, pensions, physical and environmental risks, legal issues, and legislative, fiscal, and other regulatory measures. Stated competitive positions are based on management estimates supported by information provided by specialized external agencies. For a more comprehensive discussion of the risk factors affecting our business please see our Annual Report on Form 20-F filed with the United States Securities and Exchange Commission, a copy of which can be found on the company's corporate website www.akzonobel.com. The 2005 Annual Report on Form 20-F will be available in the second quarter of 2006.

* Pursuant to the U.S. Private Securities Litigation Reform Act 1995.

This document does not constitute an offering of any securities in Organon Biosciences.
No definitive decision has been made in respect of such offering. The terms and conditions of an offering of securities in Organon Biosciences will be contained in a prospectus, approved by the Dutch Authority for the Financial markets. Prospective investors are urged to read the prospectus, which, in the event that it becomes available, will contain important information that prospective investors should consider before making any investment decision.

---

© 2008 Intervet/Schering-Plough Animal Health          Search     Careers     Media     Disclaimer     Sitemap     Privacy policy

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*               Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 3(r)

**TO THE DECLARATION IN SUPPORT OF**
**MERIAL LIMITED AND MERIAL SAS' BRIEF**
**IN OPPOSITION TO THIRD PARTY DEFENDANT**
**INTERVET INTERNATIONAL B.V.'S MOTION TO**
**DISMISS FOR LACK OF PERSONAL JURISDICTION**





Search

About Us     Species     Country Sites     Other Sites     What's New?

## Intervet/Schering-Plough Animal Health formed worldwide region teams to support specific regional market needs

**14 May 2008**

**Boxmeer, May 14, 2008 – Intervet / Schering-Plough Animal Health has formed worldwide region teams that will support the market needs of the animal health business in these areas. Hugo Wahnish has been appointed Vice President Global Animal Health Regions.**

Appointed as Region Heads are:

**• Leopoldo Nanni, Head of Asia I region;**
Mr. Nanni joined Schering-Plough in 2000 and has held the position Vice President, Asia/Japan at Schering-Plough Animal Health since 2005. Before joining Schering-Plough he held positions at Eurotec of America Inc., SmithKline Beecham Corp. and American Cyanamid. Mr. Nanni obtained his degree in Agronomic Engineering from the University of Buenos Aires.

**• Pieter Jan Brouwer, Head of Asia II region;**
Mr. Brouwer joined Intervet International in August 2006 as Area Director, Asia Pacific & Sub Saharan Africa. Prior to this, he held a number of senior consultant positions in the Far East and marketing positions in Animal Health with Solvay and Human Health with Sandoz. Mr. Brouwer holds a MBA, specializing in International Business from the Schiller University, Paris, France and a Bachelors degree, specialized in International Marketing, from HEAO-CE, Eindhoven, the Netherlands.

**• Hans Guenther Dittrich, Head of Europe I region;**
Dr. Dittrich has held the position of General Manager Germany and Central Eastern Europe Schering-Plough Animal Health since 2003. He joined the company in 1991 and held various positions with increasing responsibility. Before joining Schering-Plough, Dr. Dittrich held a sales position with Bristol Myers Squibb. He started his career working at a private vet practice. He holds a Veterinary degree from the Veterinary School of Ludwig Maximilians, University of Munich, Germany.

**• Pieter Gerrits, Head of Europe II region;**
Mr. Gerrits has been with Intervet for over 34 years. He has held the role of Area Director Southern Europe, Middle East and North Africa since 2000. Mr. Gerrits held a number of senior positions of increasing responsibility within Intervet. His previous positions included three years as Area Director for Europe and nearly seven years as Global Director Marketing Sales (excl. North America, Mexico and Japan).

**• Ralph Cabezas, Head of Latin America region;**
Mr. Cabezas has held the position of Vice President, Latin America Region at Schering-Plough since 2005. Mr. Cabezas joined Schering-Plough in 1995 and has held various positions of increasing responsibility including the Vice President, Finance Schering-Plough Animal Health. Before joining Schering-Plough, Mr. Cabezas held various positions within the Gilette Company. Mr. Cabezas holds a MBA in Finance from Suffolk University, Boston, USA, and a Bachelor of Arts degree in Economics from Lehman College, New York, USA.

**• Paul Casady, head of North America region;**
Mr. Casady has been Area Director, The Americas, for Intervet since 2005. He joined the company in 1991 as National Sales Manager, USA, before progressing onto appointments as Area Director Asia-Pacific and as General Manager in Australia and the United Kingdom respectively. Prior to joining Intervet, Mr. Casady held commercial positions in the Animal Health industry with American Cyanamid and Pitman Moore. Mr. Casady holds a Bachelors degree, majoring in Animal Sciences and Industry, from Kansas State University, USA.

Intervet / Schering-Plough Animal Health is not only the world market leader in the production of animal health vaccines, but is also one of the world's leaders in the field of animal health - with offices in more than 50 countries and products marketed in over 120 countries.

*Note for the editor*
Schering-Plough is an innovation-driven, science-centered global health care company. Through its own biopharmaceutical research and collaborations with partners, Schering-Plough creates therapies that help save and improve lives around the world. The company applies its research-and-development platform to human prescription and consumer products as well as to animal health products. Schering-Plough's vision is to "Earn Trust, Every Day" with the doctors, patients, customers and other stakeholders served by its colleagues around the world. The company is based in Kenilworth, N.J., and its website is http://www.schering-plough.com/.

For more information about Intervet/Schering-Plough Animal Health visit the following website:  http://www.intervet.com/
http://www.spah.com/

Case 1:07-cv-00559-HHK    Document 27-7    Filed 07/10/2008    Page 18 of 39

© 2008 Intervet/Schering-Plough Animal Health                    Search    Careers    Media    Disclaimer    Sitemap    Privacy policy

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                    Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 3(s)

**TO THE DECLARATION IN SUPPORT OF**
**MERIAL LIMITED AND MERIAL SAS' BRIEF**
**IN OPPOSITION TO THIRD PARTY DEFENDANT**
**INTERVET INTERNATIONAL B.V.'S MOTION TO**
**DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search     ▶

About Us     Species     Country Sites     Other Sites     What's New?

## Intervet/Schering-Plough Animal Health appoints Executive Team

**8 May 2008**

**Boxmeer, May 08, 2008 – Schering-Plough appointed the Executive Team members of the company's global animal health unit: Intervet / Schering- Plough Animal Health. These appointments define the major steps in the design process of the animal health unit. The executive team is chaired by Ruurd Stolp, Senior Vice President and President Animal Health. Dr. Stolp reports to Fred Hassan, chairman and CEO, Schering-Plough.**

Appointed as Executive Team Members are:

**Raul Kohan, Senior Vice President, Corporate Excellence and Deputy Head Animal Health;**
Mr. Kohan has been an executive at Schering-Plough since 1984, rising through a variety of roles in the company, and has held the position of Group Head Global Specialty Operations (Consumer and Animal Health) and most recently President of Schering-Plough Animal Health and Senior Vice President of the Corporation. Prior to joining Schering-Plough, Kohan was employed by Pfizer Inc., where he served as controller and budget and economic analysis director of the company's Argentine operations and treasurer of its Latin American region. Kohan graduated from the General San Martin Military Academy, Argentina, and holds a MBA degree in economics from the University of Buenos Aires, Argentina. Mr. Kohan is a member of the corporate Executive Management Team. In his role as Senior Vice President Corporate Excellence, he is reporting to Fred Hassan, chairman and CEO, Schering-Plough.

**Hugo Wahnish, Vice President, Global Animal Health Regions;**
Hugo Wahnish has held the position of Vice President, EUCANA region (Europe-Canada-Middle East Africa-Australia and New Zealand) at Schering-Plough Animal Health since 2003. He joined Schering-Plough in 1994 as Sr. Director, Worldwide Business Development. In 1997, he was appointed Vice President, Global Marketing and Business Development and in 1999 he became Vice President Latin America & Worldwide Marketing. Prior to joining Schering-Plough, Mr. Wahnish held various sales and marketing positions of increasing responsibility with Glaxo-SmithKline Beecham. Mr. Wahnish holds a MBA degree in International Marketing and a Bachelors degree in Economics/Finance. Hugo Wahnish is reporting to Ruurd Stolp.

**René Aerts, Vice President, Animal Health, Research and Development Biologicals;**
Dr. Aerts was Director of Operations for Intervet International in the Netherlands since 2006. Prior to this, he was Director of R&D in the Netherlands for a three year period. Since joining Intervet in 1990, Dr. Aerts held a variety of roles with increasing responsibility, including Director of Regulatory Affairs (Biologicals) and Head of Antibiotics R&D. He holds a MSc in Pharmaco-Chemistry and Organic Chemistry from the Radboud University of Nijmegen, the Netherlands and a Ph.D. in Bioanalytical Chemistry from the Free University, Amsterdam, the Netherlands. Dr. Aerts is reporting to Ruurd Stolp.

**K.J. Varma, Vice President, Animal Health, R&D Pharmaceuticals;**
Dr. Varma has held the position of Vice President Global Research & Development at Schering-Plough Animal Health since 1997. He joined Schering-Plough in 1985 and has held various research positions in Animal Health of increasing responsibility. Prior to joining Schering-Plough, Dr. Varma spent five years at College of Veterinarian Medicine at The Ohio State University in research and teaching. Dr. Varma holds a DVM, MS and PhD in Pharmacology and obtained ACVCP Board Certification in Clinical Pharmacology from The Ohio State University. Dr. Varma is reporting to Ruurd Stolp.

**Jochen Bader, Vice President, Global Finance, Animal Health;**
Mr. Bader has held the position of Vice President, Finance and Control, Intervet in Boxmeer. He began his career with Hoechst Roussel Vet in the finance department were he held various roles of increasing responsibility, including an assignment in South Africa and a financial controller position in the UK. After the acquisition of Hoechst Roussel Vet by Intervet, he held General Manager positions in India and Taiwan and became Director and later Vice President Finance and Control of Intervet in Boxmeer. Mr. Bader holds a degree in Business Administration "Dipl. Betriebswirt (FH)" (University of Applied Sciences), Landshut, Germany. Mr. Bader reports to Robert Bertolini, Executive Vice President and Chief Financial Officer, Schering-Plough.

**Malte Greune, Vice President Global Supply Chain Animal Health;**
Dr. Greune has held the position of Director, Global Manufacturing Pharma and Biologicals and vice president, Manufacturing and Logistics and was a member of Intervet's Executive Committee. He began his career with Hoechst AG in Frankfurt, Germany in manufacturing. After finishing his study of Business Administration at the Clark University, USA, and 'Diplom-Kaufmann' at the University of Trier, Germany, Dr. Greune received his doctoral degree from the University of Cologne. He received a number of awards for his achievements, among other things a 'DAAD-Scholarship', USA, and was supported by the German National Merit Foundation. Dr. Greune is reporting to Ian McInnes, Senior Vice President, GSC Schering-Plough.

**Mark van Heumen, Law Lead Global Animal Health;**
Mr. van Heumen joined Schering-Plough from Organon BioSciences, where he was Executive Director, Legal Affairs, Intervet. He joined Intervet in 1999 from Akzo Nobel, where he was senior legal counsel and provided legal advice to Organon and Intervet. Early in his career, Mr. van Heumen held positions in Organon Teknika's law and licensing departments in Belgium. Mr. van Heumen is reporting to Tom Sabatino, Executive Vice President and General Counsel Schering-Plough.

**Andreas König, Vice President, Global Quality Operations, Animal Health;**
Dr. König has held various roles of increasing responsibility with Intervet, including head of Quality Operations Pharma and

Global Quality director, He began his career with Fresenius AG in Bad Homburg, Germany, in the Quality Control and Quality Assurance department. Dr. König received his doctoral degree from the University of Würzburg, Germany. He is reporting to Richard S. Bowles, Ph.D., senior vice president, GQO, as QLT.

**Gráinne Higgins, Vice President, HR, Animal Health;**
Ms. Higgins joined Schering-Plough in 1997 following the global acquisition of Mallinckrodt Veterinary. She has held the position of executive director, HR, Global Pharmaceutical Business, EUCAN Region II and prior to that led the HR team for Global Functions. Earlier in her career, Ms. Higgins held several positions of increasing responsibility including director, HR, Global Supply Chain and Global Quality Operations. Ms. Higgins has a MSc in Organization Behavior from Trinity College, Dublin, Ireland and a National Diploma in Personnel Management from the National College of Industrial Relations, Ireland. She graduated with honors from University College Dublin, where she earned a Bachelor of Social Science degree. Gráinne Higgins is reporting to C. Ron Cheeley, Senior Vice President, Global Human Resources, Schering-Plough.

The new combination Intervet / Schering-Plough Animal Health strengthens the animal health portfolio in several areas and brings together complementary lines of pharmaceuticals, biologicals and innovative services. Intervet / Schering-Plough Animal Health is not only the world market leader in the production of animal health vaccines, but is also one of the world's leaders in the field of animal health—with offices in more than 50 countries and products marketed in over 120 countries.

###

Note for the editor
Schering-Plough is an innovation-driven, science-centered global health care company. Through its own biopharmaceutical research and collaborations with partners, Schering-Plough creates therapies that help save and improve lives around the world. The company applies its research-and-development platform to human prescription and consumer products as well as to animal health products. Schering-Plough's vision is to "Earn Trust, Every Day" with the doctors, patients, customers and other stakeholders served by its colleagues around the world. The company is based in Kenilworth, N.J., and its website is www.schering-plough.com."

For more information about Intervet/Schering-Plough Animal Health visit the following website:  www.intervet.com
www.spah.com

---

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
|     *Plaintiff,* | |
|     v. | |
| MERIAL LIMITED and MERIAL SAS, | |
|     *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
|     *Counterclaim Plaintiffs,* | |
|     v. | |
| INTERVET INC., | |
|     *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
|     *Plaintiffs,* | |
|     v. | |
| INTERVET INTERNATIONAL B.V., | |
|     *Third-Party Defendant.* | |

# EXHIBIT 3(t)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search

About Us      Species      Country Sites      Other Sites      What's New?



## Intervet/Schering-Plough Animal Health appoints Heads of Global Species teams for swine, poultry and aquaculture

**28 May 2008**

**Boxmeer, May 27, 2008 – Intervet/Schering-Plough Animal Health appointed the Heads of Global Species teams for the swine, the poultry and the aquaculture segment. These appointments are an important step in the design process of the combined Animal Health organization. The heads of the Global Species teams report to Ruurd Stolp, Senior Vice President and President Animal Health.**

Appointed as Heads of the Global Species teams are:

**Ruud Aerdts: Head of Global Poultry;**
Mr. Aerdts has held the position of Head of Global Marketing-Poultry for Intervet since 2005. Prior to this, he held General Manager positions for the company in Thailand and Indonesia. Mr. Aerdts completed an Executive MBA program with NIMBAS Graduate School of Management, Utrecht, The Netherlands/Bradford, United Kingdom in 2002 and holds a Bachelor in Business Administration degree from IHBO, Eindhoven, the Netherlands.

**Marc Dickie: Head of Global Swine;**
Mr. Dickie has been Head of Global Marketing-Swine for Intervet based in Boxmeer since March 2006. Prior to this Mr. Dickie was Head of Marketing and Sales for the company in Austria. He also held a number of consultancy positions and for the period of 1986 to 1993 he was an Assistant Professor at the Veterinary University, Vienna, Austria. Mr. Dickie holds a PhD from the Veterinary University, Vienna, Austria obtained in 1989.

**Hank Behrend: Head of Global Aquaculture Pharmaceuticals;**
Mr. Behrend joined Schering-Plough in 1981 and has held the position of Sr. Director, Global Aquaculture at Schering-Plough Animal Health since 2002. Mr. Behrend held several positions within the Agricultural Division of American Cyanamid and was also a Research Technician, Manager of Research Farms and held various International Marketing positions at E.R. Squibb and Sons. Mr. Behrend holds a Masters degree in Animal Science from Rutgers University, New Jersey, USA and a Bachelors degree in Animal Science from Delaware Valley College of Science and Agriculture, USA.

**Alistair Brown: Head of Global Aquaculture Biologicals;**
Mr. Brown has been Head of Aquatic Animal Health for Intervet, based in Boxmeer, the Netherlands since 2001. He joined the company in 1995 in Norway and became General Manager of Intervet Norbio AS, Intervet's subsidiary in Norway, responsible for cold water aquatic animal health in 1999. Mr. Brown holds a Masters degree in Science and a Post-Graduate Diploma in Economics, specializing in Fisheries and Aquaculture from the University of Portsmouth, United Kingdom.

The Global Species teams are responsible for the marketing strategies in the regional markets. The teams work closely with R&D to maintain a successful pipeline of new products.

The new combination Intervet/Schering-Plough Animal Health strengthens the animal health portfolio in several areas and brings together complementary lines of pharmaceuticals, biologicals and an enhanced science and technology platform. This ensures on-going commitment to meeting the challenges of the various species segments. Intervet/Schering-Plough Animal Health is not only the world market leader in the production of animal health vaccines, but is also one of the world's leaders in the field of animal health.

**###**

**Note for the editor**

Schering-Plough is an innovation-driven, science-centered global health care company. Through its own biopharmaceutical research and collaborations with partners, Schering-Plough creates therapies that help save and improve lives around the world. The company applies its research-and-development platform to human prescription and consumer products as well as to animal health products. Schering-Plough's vision is to "Earn Trust, Every Day" with the doctors, patients, customers and other stakeholders served by its colleagues around the world. The company is based in Kenilworth, N.J., and its website is www.schering-plough.com."

For more information about Intervet/Schering-Plough Animal Health visit the following website: www.intervet.com www.spah.com

Case 1:07-cv-00559-HHK     Document 27-7     Filed 07/10/2008     Page 24 of 39

© 2008 Intervet/Schering-Plough Animal Health     Search     Careers     Media     Disclaimer     Sitemap     Privacy policy

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(u)

**TO THE DECLARATION IN SUPPORT OF**
**MERIAL LIMITED AND MERIAL SAS' BRIEF**
**IN OPPOSITION TO THIRD PARTY DEFENDANT**
**INTERVET INTERNATIONAL B.V.'S MOTION TO**
**DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search    

About Us     Species     Country Sites     Other Sites     What's New?

## Poultry



### What's New?

**Products**
    Live Vaccines
    Inactivated Vaccines
    Pharmaceuticals
    Diagnostics

**Events**

**Websites**

The trademarks indicated by CAPITAL LETTERS in this publication are the property of, licensed to, promoted or distributed by Schering-Plough Corporation, its subsidiaries or related companies. As used in this publication, the terms "Schering-Plough" and the "company" refer collectively to Schering-Plough Corporation, the publicly held parent company, and its domestic and international subsidiaries, which are engaged in the discovery, development, manufacturing and marketing of pharmaceutical, animal health and consumer products worldwide.

## What's New?

### Intervet / Schering Plough Animal Health at VIV Europe in Moscow



For the first time and before a large audience, Intervet / Schering Plough Animal Health will be presented as new combined company.

We offer you two attractive seminars.

Read more!



**INNOVAX™ successfully launched in the US**

INNOVAX™, the new innovative family of vaccines to aid in the prevention of very virulent Mareks disease, Newcastle disease and infectious laryngotracheitis (ILT), were launched successfully at the 144th American Veterinary Medicine Association (AVMA) annual convention in Washington D.C., in July 2007.

| Date | Description |
|---|---|
| 28 May 2008 | **Intervet/Schering-Plough Animal Health appoints Heads of Global Species teams for swine, poultry and aquaculture**<br>Boxmeer, May 27, 2008 – Intervet/Schering-Plough Animal Health appointed the Heads of Global Species teams for the swine, the poultry and the aquaculture segment. These appointments are an important step ... |
| 27 May 2008 | **Intervet/Schering-Plough Animal Health at VIV Europe in Moscow.**<br>Intervet / Schering Plough Animal Health at VIV Europe in Moscow.For the first time and before a large audience, Intervet / Schering Plough Animal Health will be presented as new combined company.In our ... |
| 11 May 2007 | **Intervet's bird flu vaccine receives EU license**<br>Intervet, a leading animal health company, received approval for its bird flu (avian influenza) vaccine Nobilis® Influenza H7N1. As a result, Europe now has a licensed vaccine to protect birds against ... |
| 29 Jan 2007 | **Intervet opens new production facility for vaccines**<br>Intervet, the world's largest producer of vaccines for animals, will open a production facility for vaccines in Boxmeer, the Netherlands, today. This will strengthen Boxmeer's position as Intervet's largest ... |
| 1 Sep 2006 | **Intervet's avian flu vaccine licensed for use in European Union**<br>Intervet's vaccine is based on a different strain (H5N2) than the current field strain (H5N1). Birds vaccinated with H5N2 form a different set of antibodies than those birds infected with H5N1. These ... |
| 25 Jul 2006 | **Citing Special Need, USDA Issues Conditional License for Poultry Industry's First Vaccine for Necrotic Enteritis**<br>Schering-Plough Animal Health Now Field Testing Product in USSchering-Plough Animal Health Corporation has obtained a conditional license from the U.S. Department of Agriculture to begin field testing ... |
| 12 Jun 2006 | **Intervet develops prototype for mass application avian influenza vaccine**<br>A biotech breakthrough achieved by Akzo Nobel's animal health business, Intervet, means that mass application of a dual vaccine against avian |

influenza and Newcastle Disease could be available in the ...

**1 May 2006**

**NEW! Japan's Ministry of Health, Labor and Welfare (MHLW) Implements New Regulations**
Similar to U.S. regulations regarding residues of agricultural chemicals in food Schering-Plough Animal Health556 Morris Avenue Summit, New Jersey 07901 (908) 473-3336 Luis Fernandez, Senior ...

**27 Apr 2006**

**Intervet supplies German zoos with avian influenza vaccine**
On initiative of several federal states, Germany has obtained the European Union's permission to vaccinate birds in zoos against avian influenza. To show its commitment to the preservation and protection ...

**1 Mar 2006**

**Frequently asked questions with regard to the Avian flu, answered by Intervet International, March 1, 2006**
Update of FAQ of 22-02-2006Statement to decision taken by the European Commission:Intervet welcomes the decision of the European Commission of February 22, 2006, to approve the vaccination plans against ...

**22 Feb 2006**

**Frequently asked questions with regard to the Avian flu, answered by Intervet International, February 22, 2006**
Statement to decision taken by the European Commission:Intervet welcomes the decision of the European Commission of February 22, 2006, to approve the vaccination plans against bird flu of the French and ...

**16 Feb 2006**

**Intervet supplies Avian Influenza vaccine to French Government**
Yesterday the French Ministry of Agriculture announced the intention to vaccinate outdoor ducks against Avian Influenza in three western parts of France (Landes, Loire atlantique and Vendée). The French ...

**15 Dec 2005**

**Reducing animal testing**
Clostridial bacteria produce toxins that cause a range of diseases in animals.  Vaccines against these diseases are often developed from the toxins themselves. The production of clostridial vaccines involves ...

**21 Nov 2005**

**Intervet to support European Zoos**
Boxmeer, 21 November 2005 - In October the European Commission published a decision permitting the vaccination of zoo birds against bird flu, under certain conditions. The Dutch Government received EU ...

**25 Jul 2005**

**Citing Special Need, USDA Issues Conditional License for Poultry Industry's First Vaccine for Necrotic Enteritis**
Schering-Plough Animal Health Now Field Testing Product in USSchering-Plough Animal Health Corporation has obtained a conditional license from the U.S. Department of Agriculture to begin field testing ...

**25 Jun 2005**

**Modern technology for animal and consumer safety - Intervet International**
With growing concern, we all read about outbreaks of highly infectious animal diseases, such as Foot and Mouth. Usually, these outbreaks result in millions of animals being killed in order to keep the ...

**23 Oct 2003**

**Salenvac T vaccine spreads wings at VIV**
Boxmeer, September 1, 2003 - VIV 2003 is the first non-UK debut of Nobilis Salenvac T, Intervet's salmonella vaccine that protects against both S.enteritidis and S.typhimurium, making it an important ...

**20 May 2003**

**Intervet donates flu vaccine**
Hundreds of tropical birds in the Netherlands have been vaccinated against Avian influenza with the help of Akzo Nobel's animal healthcare business, Intervet. An outbreak of the disease struck a number ...

**1 Apr 2003**

**Vaccination against Avian Influenza**
Boxmeer, March 27, 2003 - The outbreak of Avian Influenza (fowl plague) in the Netherlands has sparked an ongoing debate about vaccination as an additional measure to control this viral disease. In principle, ...

**11 Mar 2003**

**Background information on Avian Influenza outbreak**
General background informationBoxmeer, March 11, 2003 – On March 1, 2003, the Dutch government decided to place a ban on all transport and export of poultry and poultry related farming products following ...

---

© 2008 Intervet/Schering-Plough Animal Health            Search      Careers      Media      Disclaimer      Sitemap      Privacy policy

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 3(v)

## TO THE DECLARATION IN SUPPORT OF
## MERIAL LIMITED AND MERIAL SAS' BRIEF
## IN OPPOSITION TO THIRD PARTY DEFENDANT
## INTERVET INTERNATIONAL B.V.'S MOTION TO
## DISMISS FOR LACK OF PERSONAL JURISDICTION





Search

**About Us**    **Species**    **Country Sites**    **Other Sites**    **What's New?**

## Circumvent PCV

| | |
|---|---|
| **Description** | Circumvent PCV (Porcine Circovirus Vaccine, Type 2, Killed Baculovirus Vector), which provides a superior solution for the control and management of Porcine Circovirus Associated Disease (PCVAD). |
| **Web Address** | http://www.circumventpcv.com |
| **Relevant Species** | |
| **Relevant Geographic Area** | North America |
| **Language** | English |
| **Relevant Country** | United States |

© 2008 Intervet/Schering-Plough Animal Health

Search     Careers     Media     Disclaimer     Sitemap     Privacy policy

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 3(w)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



About Us      Species      Country Sites      Other Sites      What's New?

Search

# Intervet's equine West Nile vaccine approved by USDA



**14 September 2006**

**Arnhem, the Netherlands - An equine vaccine developed by Akzo Nobel's animal health business Intervet, which is indicated for use in horses at risk from West Nile virus has been approved by the United States Department of Agriculture (USDA) for use in the United States.**

PreveNileTM is the first one-dose modified-live virus vaccine to be registered in the United States for the prevention of viremia (the presence of a virus in the blood) caused by West Nile virus (WNV) infection in horses.

The virus—which can also be contracted by humans—is primarily spread by mosquitoes. In 2002 an outbreak in the United States seriously affected the horse population, as well as killing almost 300 people.

"We are quite excited about what this new technology can offer in terms of enhanced efficacy against this life-threatening disease in horses," said Intervet General Manager Ruurd Stolp. "In challenge studies, 100 percent of vaccinated horses were protected from fever and the presence of virus in the bloodstream."

In 2005, there were 1,075 reported cases of equine WNV in the United States. Since 1999, more than 30 percent of the cases of WNV diagnosed in horses have resulted in death.

Infection does not always lead to signs of illness in people or animals, but horses are susceptible to contracting the disease. In horses that do become clinically ill, the virus infects the central nervous system and may cause symptoms of encephalitis (inflammation of the brain).

"As the world's largest animal vaccine producer, Intervet is continually striving to develop innovative drugs for the global animal health market," added Stolp. "PreveNile is the latest in a series of significant products to have emerged from our strong pipeline."

Commonly found in Africa, west Asia and the Middle East, WNV has spread to the Caribbean and Latin America via infected mosquitoes and birds. The disease was unknown in the Americas until 1999, when an outbreak killed seven people in New York.

Approval for PreveNile—the only one-dose USDA-approved equine WNV vaccine—comes just days after Intervet was granted an EU license for its Nobilis Influenza H5N2 vaccine, which protects birds against the current H5N1 field strain of avian flu.

- - -

**Note for the editor**
Akzo Nobel is a Global Fortune 500 company and is listed on both the Euronext Amsterdam and NASDAQ stock exchanges. It is also included on the Dow Jones Sustainability Indexes and FTSE4Good Index. Based in the Netherlands, we are a multicultural organization serving customers throughout the world with human and animal healthcare products, coatings, and chemicals. We employ around 62,440 people and conduct our activities in four segments − human and animal health, coatings and chemicals − subdivided into 13 business units, with operating subsidiaries in more than 80 countries. Consolidated revenues for 2005 totaled EUR 13.0 billion. The financial results for the third quarter will be published on October 18, 2006.

Internet: www.akzonobel.com

**Not for publication – for more information**
Akzo Nobel nv
Corporate Media Relations, tel. +31 26 366 43 43
Contact: Patricia Janssen

Safe Harbor Statement*
This press release may contain statements which address such key issues as Akzo Nobel's growth strategy, future financial results, market positions, product development, pharmaceutical products in the pipeline, and product approvals. Such statements should be carefully considered, and it should be understood that many factors could cause forecasted and actual results to differ from these statements. These factors include, but are not limited to, price fluctuations, currency fluctuations, progress of drug development, clinical testing and regulatory approval, developments in raw material and personnel costs, pensions, physical and environmental risks, legal issues, and legislative, fiscal, and other regulatory measures. Stated competitive positions are based on management estimates supported by information provided by specialized external agencies. For a more comprehensive discussion of the risk factors affecting our business please see our Annual Report on Form 20-F filed with the United States Securities and Exchange Commission, a copy of which can be found on the company's corporate website www.akzonobel.com.

* Pursuant to the U.S. Private Securities Litigation Reform Act 1995.

Case 1:07-cv-00559-HHK      Document 27-7      Filed 07/10/2008      Page 33 of 39

© 2008 Intervet/Schering-Plough Animal Health

Search      Careers      Media      Disclaimer      Sitemap

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 3(x)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Search     

**About Us**      **Contact Us**      **Careers**      **Species**      **What's New?**

## Our commitment to animal health professionals

Intervet specializes in the development, manufacture and sale of animal health products. With global revenues in 2005 of €1,094m, Intervet is the world's third largest animal health company. We've grown to our current status through a combination of organic development and strategic acquisition. Additions or developments are always undertaken with the objective of strengthening our position in one or more of our key markets or product segments.

As well as needing to meet this objective, all growth opportunities are carefully appraised for their ability to reinforce Intervet's core brand values. These values are: the meticulous use of research and analysis to understand and react to market trends; the continuing improvement of our performance in line with the needs of animal healthcare professionals; and the adoption of processes and training which will help advance our reputation for integrity at both a corporate and personal level.

Our commitment to growing Intervet along these lines illustrates our determination to be viewed by the healthcare profession as a true, professional partner, offering innovative, high-quality products for use in their day to day work. Intervet's range spans nearly every therapeutic area, and includes products for use by all major food-producing and companion animal species.

With our comprehensive research and manufacturing capabilities, and a distribution network covering more than 100 countries, Intervet and its subsidiaries employ more than 5,000 people and operate in over 50 countries. Across this entire infrastructure, our single-minded ambition is to be viewed as professionals working for professionals in the animal health industry.

© 2008 Intervet/Schering-Plough Animal Health

Home     Careers     Privacy     Site Map     Disclaimer

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 3(y)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
<u>DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**





Search    

**About Us**    **Species**    **Country Sites**    **Other Sites**    **What's New?**

## Email Intervet/Schering-Plough Animal Health

**If you would like to have more information on any of the subjects on the Intervet/Schering-Plough Animal Health web-site, please fill in the form below.**

Please be informed that we will not respond to any offerings of supplies.

**Your Message** (Fields marked with "*" are mandatory)

What Kind Of Message: *    -- choose one --

Message: *

Send this Mail to: *    -- choose one --

**Your Personal Information**

Last Name: *

First Name / Initial(s): *

Prefix:

Middle Name(s):

Your Occupation:    -- choose one --

Your E-Mail Address: *

Your Country of Residence: *

Send E-mail

© 2008 Intervet/Schering-Plough Animal Health

Search    Careers    Media    Disclaimer    Sitemap    Privacy policy

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*               Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 4

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

# FLORIDA ASSOCIATION
## OF
# EQUINE PRACTITIONERS





The FAEP is proud to present our 2008 Trustees. Without their generous financial support, we would not be able to provide the top quality programs we offer. It is because of this support that we have been able to add three additional signature events this fiscal year including a One Day  Symposium, Equine Foot Symposium, and an additional Wet-Lab.  Please take the time to visit their websites and patronize the businesses that support equine practitioners though their affiliation as an FAEP Trustee.

**NEWS BOX HEADING**



**Benefits**

learn more...



- Home
- FAEP CE Calendar
- FAEP Trustees
- Equine Foot Symposium
- One Day Symposium
- 2008 PR Symposium
- 2008 PR Exhibitors
- Reproduction Wet-Lab
- Dentistry Wet-Lab
- Why Join
- Directors / Staff
- Membership Application
- Student Chapter
- 2007 Event Photos



**Kathy Mailloux**
**Florida Territory Manager**




FAEP Classifieds
Resources



P.O. Box 9001
Shirley, NY 11967
(561)215-7089
**Luitpold Pharmaceuticals, Inc., has quietly been a pioneer in the development and marketing of a wide variety of drugs and medical devices. Each of our subsidiaries and divisions — American Regent, Inc., Luitpold Animal Health, Osteohealth Company, and Contract Manufacturing — offers innovative solutions to our customers across the United States and Canada.**



**Karole Brown**
**PO Box 390**
**Shawnee Mission, KS 66210**
**(913) 268-1950**
**Protect animals, benefit people: that is our mission, one in which we are among the leaders worldwide. Bayer has attained that leadership position by continuously researching and developing new products for animal health and pest control since 1919. Because a responsible relationship between people, companion animals and livestock requires that we safeguard the health of animals.**



**Donna DuRant**
**Florida Territory Manager**
**(352) 804-2275**
**"Boehringer Ingelheim Vetmedica is a family owned corporation that established itself by the 1920s in the pharmaceutical industry. The company and Boehringer family have a strong commitment to horses, the equine industry and the equine practitioner. Boehringer Ingelheim Vetmedica will continue to help your practice grow by only marketing our equine vaccines and prescription**

pharmaceuticals exclusively to the veterinarian."



**Lynn Fedash**
**Southeast Florida Manager**
**954-614-2476**

**At Butler, providing healthcare supplies to veterinarians quickly and simply is our job. Like you, we're committed to keeping the world's animal population healthy. It's our goal to make the process of obtaining the supplies you need efficient and simple. Animal healthcare is in your hands. We'll make sure the supplies you need are as well.**



**John Jacobs**
**Florida Territory Manager**
**1605 Wyatt Drive**
**Santa Clara, CA 95054**
**(561) 632-6660**

**Eklin Medical Systems, Inc., a privately held high-technology growth company located in the heart of Silicon Valley California, is the world's leader in Digital Radiology (DR) and PACS products for the veterinary care market. We are an authorized value-added partner of the Medical Systems Division of Canon, Inc., the recognized leader in human medical DR systems with over 80% marketshare according to a recent Frost and Sullivan report. We also enjoy a strong OEM relationship with Merge-eFilm, one of the leaders in image visualization, PACS, and RIS systems for the human health care market. Eklin's engineering staff has built upon these proven state-of-the-art technologies to create professional, reliable high-performance products geared for the demanding veterinarian.**



**Florida Territory Managers**
**Debra Hamelback**
**352-427-0284**

**Linda Morehouse**
**813-240-0614**
**Founded in 1912 and a division of Wyeth since 1945, Fort Dodge Animal Health**
**is a leading manufacturer and distributor of prescription and over-the-counter**
**animal health care products for the livestock and companion animal industries.**
**Fort Dodge Animal Health serves the U.S. and international markets, distributing**
**products in more than 100 countries. It is the No. 1 veterinary biological**
**(vaccine) manufacturer in the world and ranks second in veterinary vaccine**
**sales in North America.**



**Jennifer Hoyles**
**Florida Territory Manager**
**202 SW 17th Street**
**Ocala, FL 33474**
**(352)-622-4148**

**Franck's Pharmacy takes great pride making the customers our first priority. Our**
**goal is to continue to be the most progressive health service provider, keeping**

abreast of how to best meet the needs of our clientele. The growth and diversity of our company has evolved by maintaining high levels of quality assurance and hiring knowledgeable and professional staff. We believe in treating our customers with the utmost respect.



**Kathy Stringer**
**3200 SW 27th Avenue**
**P. O. Box 930**
**Ocala, FL 34474**
**(352) 369-4167**

Our Equine Mortality Division is one of the world's leading providers of equine mortality insurance and related coverages through professional equine independent agents. Our underwriting staff is extremely knowledgeable of all breeds and uses to include horse racing, showing and pleasure riding. Our in-house claims staff specializes in efficiently handling equine mortality and injury losses.

The Equine Mortality Division has taken an active industry leadership role through numerous national sponsorships. They have been a Corporate Sponsor of HITS (Horse Shows in the Sun, Inc.) with show venues nationwide, since 1990.

Equine Mortality is a Corporate Sponsor of the NCHA (National Cutting Horse Association) and the NRCHA (National Reined Cow Horse Association). The Equine Farm Center of the AgriBusiness Division joined them in the Title Sponsorship of the USDF (United States Dressage Federation) Regional Championship Series and the newly added USDF Breeder's Championship Series as well as Corporate Sponsorship for the Florida Horse Park.



**Virginia Loy**
**Florida Territory Manager**
**511 Sir Arthur Court**
**Apopka FL. 32712**
**(954)646-8932**
**People who are passionate about horses lead Merial's equine division. Whether you care for pleasure horses, racehorses, performance horses or working horses, Merial offers you products to protect them - products backed by a research and development team that ranks among the world's leaders in healthcare innovation. We offer products for EQUS ( Equine Gastric Ulcer Syndrome), as well as vaccines for Equine West Nile Virus (WNV).**



**Cliff Smith**
**Florida Territory Manager**
**300 NW 53nd Ave**
**Ocala, FL 34482**
**(352) 585-0623**
**Our mission at Milburn Equine, is to provide you, the equine practitioner, with the products, services and expertise that will help you to be at the forefront of your profession. Milburn Equine, is proud to provide the most competent, professional equine sales team and staff to serve you.  Making us the leading supplier of equine vaccines, quality veterinary pharmaceuticals, and equipment for your practice. To our satisfied customers, we thank you for your continued support and business.  If Milburn Equine, is new to you, open an account today and see for yourself why Milburn Equine, is...THE SOURCE.**



**Lynne E. Johnson**
Lynne.Johnson@pfizer.com
**(904) 626-3301**

**Around the world, animals play an important role in our lives. Here in the United States, many of us regard our dogs, cats and horses as family members. It's not surprising that we want safe and effective medical treatments when our animals suffer from illness. Pfizer Animal Health is proud to have discovered and developed some of the leading vaccines and prescription medicines that can make pets live longer and healthier lives.**



**Brooke Little**
**Florida Territory Manager**
**856 Wessex Place**
**Orlando, FL 32803**
**(407) 342-6618**
**Put the power where the pain is.**

**It looks like an ordinary tube of cream, but prescription-only SURPASS® (1% diclofenac sodium) topical cream with patented Wisdom™ liposomal technology is actually a highly advanced pain medication for horses. SURPASS is the first topical nonsteroidal anti-inflammatory drug (NSAID) developed specifically for the needs of horses.**

Case 1:07-cv-00559-HHK    Document 27-8    Filed 07/10/2008    Page 9 of 13

You no longer have to medicate your entire horse, when only one joint needs treatment. You simply rub a small amount of SURPASS into the inflamed joint and it goes straight to the point of pain to provide powerful relief. You get the proven effectiveness of a potent NSAID with less risk of GI side effects that can occur with systemic medications like bute.*[1] Available only through your veterinarian, SURPASS is the direct route to pain relief.



**General Manager**
**Brenda McDuffee**
**(352) 369-HEAL (4325)**

The Sanctuary, a world-class equine sports medicine facility dedicated to the rehabilitation, recovery and conditioning of equine athletes from all breeds and all disciplines. Located on nearly 30 tranquil acres in northwest Marion County just minutes from I-75, The Sanctuary offers therapies to assist in the rehabilitation of equine athletes from post-surgical to resuming training as well as conditioning before entering training or after a lay-off. The staff of The Sanctuary will apply decades of experience with equine athletes along with the most advanced equipment and therapies to help horses of all kinds successfully return to useful lives and competition.

- Equine Hyperbaric Chamber - box stall Type for freedom of movement while therapy is administered.
- Aqua Pacer Water Treadmill
- Cold Saltwater Leg Spa
- Equine Swimming Pool
- 5/8 mile race track
- Two Eurocisers with therapeutic tracking surface - one under cover and one outdoors • Solariums • 40 large stalls for in-house patients • 2 air-conditioned/heated 12 x 24 stalls • Temperature-controlled veterinary inspection area with semi-surgical lighting

**In addition to this, The Sanctuary offers equine massage, chiropractic, dental, and therapeutic farrier services as well as many other cutting-edge treatment options.**

**The Sanctuary will work closely with local veterinarians in an effort to help their patients return to useful service. All horses requiring in-patient therapy will be required to have veterinary referrals and their rehabilitation regimens will be developed together with their vet.**



**Randy Burrows
6 Wingate Ct
Allentown, NJ 8501
(856) 832-1352**
**Wedgewood Pharmacy is committed to bringing you the quality prescription medications you need when you need them. When a drug is not readily available it's not just an inconvenience, it's a problem that can make a clinical difference in outcomes. When you can't find the medications you need, call us first.**



Cara McGovern
**Florida Territory Manager**
148 Jefferson St.
Lexington, KY. 40508
(888) 934-5678

Wickliffe Veterinary Pharmacy, located in Lexington, Kentucky, is committed to setting the standard by which equine veterinary compounding is measured. We use only the purest

Case 1:07-cv-00559-HHK    Document 27-8    Filed 07/10/2008    Page 11 of 13

pharmaceuticals combined with the latest technology to deliver the highest quality products. With several equine specialists in the Lexington area currently using our compounds, we have been able to obtain first hand dosing and usage information that has proven to be an essential component in developing our equine formulations.

Our mission is to offer quality compounds to our clients, while providing competitive prices and excellent service. We surpass the needs and expectations of our clients allowing us to establish long-term relationships. Our standards have allowed us to achieve a level of success that sets us apart from all others. From start to finish, we work diligently to provide veterinarians with the highest quality compounded products.

## In addition to our Trustees, the FAEP Business Partners financially sponsor our mission.  Below are the 2008 Business Partners.



**D-I-S, "Since 1983" the Right Choice for NEW, innovative, Equine RADIOLOGY Equipment & Supplies. Hot New! Portable E-S-W-T, DR & CR DIGITAL Radiology Systems and Packages with DENTAL Intra Oral capabilities. With easy pay leasing, the money you save by going digital can make your lease payments. MOBILE X-RAY Table System with APR, produces similar maximum radiation output as stationary systems. Hot New! ULTRA-LIGHT High Frequency PORTABLE X-RAY units with "DIS" Patented dual laser guides, small enough to fit into a lunch box and weighs just 12LBS@80kV/16mA to 24LBS@100kV/40mA, DENTAL X-RAY Units. NEW and USED Portable, Mobile and Stationary x-ray units. DIS, the right choice every time for all your radiology needs! One Company~One Solution! 1-800-346-9729, www.vetxray.com**

### intervet

RESEARCH • PERFORMANCE • INTEGRITY

**Intervet Inc. is the U.S. operating division of Intervet International, the world's third leading animal health company. Our company is a leader in research and development of veterinary vaccines and pharmaceutical products. Our portfolio includes vaccines for use in pets, livestock, poultry and aquaculture; antiparasitics, anti-infectives, endocrine products, diagnostics, feed additives and productivity enhancers. We have more than 4,800 employees worldwide and maintain a global distribution network of subsidiary companies and agents in 120 countries. Intervet is a division of Akzo Nobel and maintains its US headquarters in Millsboro, Delaware, and its international headquarters in Boxmeer, The Netherlands.**



**Our family of over 600 employees responds quickly to customer needs. This "What Ever It Takes" attitude is proudly felt by all departments within the company. Staff members work together to uncover opportunities for improvement and develop forward thinking solutions. We like to think that we can solve any problem, no matter how large or small. These core values help ensure that the founding principles MWI Drug was built upon, will continue on into the next century.**

**MWI is backed by knowledgeable, skilled salesforce. Many of the area sales representatives have been employed in the animal health care industry for over fifteen years while a majority of the telemarketing staff has worked in animal clinics as Animal Health Technicians. Plus, the area sales representatives tend to reside in their own territories to insure effective communication and timely sales calls.**



## SEMINOLE
### "WORLD'S BEST EQUINE FEED"

**Seminole Feed understands the connection you have with your horses; we know you're concerned about the quality of their diets and the effects of proper nutrition on their performance and well-being. For more than 65 years, we've studied equine nutrition, funded equine research, listened to our customers and watched our horses thrive, thanks to cutting-edge technology provided in our "world's best" formulas. We're proud to have provided nutrition for numerous world and state champions, seven Kentucky Derby winners, seven Belmont winners, multiple Breeders' Cup champions and the last horse to win the elusive Triple Crown, Affirmed.**

**PO Box 210635 West Palm Beach, FL 33421-0635  Ph. 561.791.0453 Fax. 561.791.0395**

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 5

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Caninsulin®



RESEARCH • PERFORMANCE • INTEGRITY

# Intervet International

Intervet International is an animal health company based in Boxmeer, The Netherlands.

The company maintains local companies in 50 countries.

Intervet is focused on research and development, manufacturing and global marketing of veterinary products. Products include vaccines, anti-infectives, anti-parasitics, feed additives and pharmaceuticals.

For more information about Intervet see www.intervet.com.[4]



Intervet International bv
Wim de Körverstraat 35
5831 AN Boxmeer
The Netherlands

Postal address:
Postbus 31
5830 AA Boxmeer
The Netherlands

Tel: +31 (0) 485 587600
Fax: +31 (0) 485 577333

# Links

1. http://www.caninsulin.com/about-us.asp
2. http://www.caninsulin.com/about-us-Intervet.asp
3. http://www.caninsulin.com/contact-us.asp
4. http://www.intervet.com/

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 6

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



Animal health solutions
for professionals

intervet
RESEARCH • PERFORMANCE • INTEGRITY



"We've grown to our current status through a combination of organic development and strategic acquisition.

# Our commitment to animal health professionals

Intervet specializes in the development, manufacture and sale of animal health products. With global revenues in 2006 of €1,125 million, Intervet is the world's third largest animal health company. We have grown to our current status through a combination of organic development and strategic acquisition. Additions or developments are always undertaken with the objective of strengthening our position in one or more of our key markets or product segments.

As well as needing to meet this objective, all growth opportunities are carefully appraised for their ability to reinforce Intervet's core brand values. These values are: the meticulous use of research and analysis to understand and react to market trends; the continuing improvement of our performance in line with the needs of animal healthcare professionals; and the adoption of processes and training which will help advance our reputation for integrity at both a corporate and personal level. Our commitment to growing Intervet along these lines illustrates our determination to be viewed by the animal healthcare profession as a true, professional partner, offering innovative, high-quality products for use in their day-to-day work. Intervet's range spans nearly every main therapeutic area, and includes products for use in all major food-producing and companion animal species.

With our comprehensive research and manufacturing capabilities, and a distribution network covering more than 100 countries, Intervet and its subsidiaries employ more than 5,300 people and operate in over 50 countries. Across this entire infrastructure, our single-minded ambition is to be viewed as professionals working for professionals in the animal health industry. In 2007, Intervet became part of Schering-Plough.

     

Animal health solutions for professionals

# From strength to strength around the world

The world market for animal health products stands at around €12 billion, and has grown little, in real terms, since the mid-1990s. It expanded by 3.3% real growth* in 2006. Intervet has outpaced the market during the last decade, climbing from 11th to 3rd place in a ranking of sales. Effected by strategic divestments our revenues grew by 2.8% in 2006. Intervet's share of the world market is now close to 10%. Markets in Western Europe and North America generate approximately two-thirds of global animal health sales. Intervet enjoys a leadership position in Europe, and has strengthened its North American business in recent years through product launches and strategic acquisitions. Our aim is to consolidate our position in major markets, and build a leading presence in markets with future growth potential, such as Brazil, Russia, India and China.



*Intervet has outpaced the market during the last decade, climbing from 11th to 3rd place in a ranking of sales.*

*Source: Wood Mackenzie. Growth rate based on the US Dollar.



# A comprehensive range of products

Animal health is a sophisticated market which can be segmented by both product and species. Intervet makes extensive use of research to analyze both local and global market trends so that we are able to provide animal healthcare professionals with a range of products which is comprehensive to their needs. This includes vaccines, antiparasitics, anti-infectives and a broad range of pharmaceutical specialities. The Intervet veterinary business can be broken down as follows:

**Product split**
(Veterinary business: 2006 € turnover)



Other Pharma

Speciality Pharma

Anti-infectives

Vaccines

Anti-parasitics



# A winning portfolio

Intervet places great value on collaboration and innovation. We combine continuous discussion and exchange of views with veterinarians, farmers and other animal healthcare professionals, with careful monitoring of events and trends affecting every aspect of the markets we serve. By doing so, we are able to keep our product portfolio absolutely current as we broaden its range. This, in turn, means that we can offer all those involved in animal healthcare effective tools to meet their changing needs.

## Vaccines

Our position as a leader in the field of vaccines is due to our expertise in applying new technologies and developing novel products. Our readiness to draw inspiration from scientific advances has enabled us to assemble a portfolio containing a host of unique products, including many 'firsts' in terms of technological applications and disease coverage.

## Marker technology

Marker vaccines help veterinarians and farmers to differentiate vaccinated animals from those exposed to field infections. For pigs, Intervet's Porcilis® AD Begonia is the world's best-selling Aujeszky's disease vaccine.
Our range also includes marker vaccines for other major livestock diseases, including foot and mouth disease, classical swine fever and infectious bovine rhinotracheitis. We also play an active role in holding at bay the threat of an avian influenza epidemic, with heterologous vaccination allowing differentiation of vaccinated and infected poultry. By enabling tests to differentiate vaccinated from naturally-infected animals, Intervet has helped both veterinarians and farmers avoid the slaughter-only policies previously widely favored. These tests play a vital role in helping to prevent a repeat of government-enforced mass culling events like the foot and mouth disease outbreak that hit the UK in 2001.

## Live and inactivated vaccines

In swine, the respiratory vaccine range is complete, with Porcilis® PRRS as the leading product. Another important biological is Porcilis® APP, the only sub-unit vaccine available in the market against the severe respiratory disease induced by *A.pleuropneumoniae*. Porcilis® AD Begonia was the first centrally approved marker vaccine in Eu-

rope to eradicate Aujeszky's disease in pigs, with over 500 million doses sold. The Intervet vaccine range also extensively covers cattle and sheep. Bovilis® Bovipast RSP is an inactivated vaccine against respiratory disease in cattle. Decivac FMD DOE is an inactivated oil adjuvant vaccine against foot and mouth disease for the active immunization of cattle, buffalo and sheep.

Infectious diseases can have a dramatic effect on flock performance and profitability in the poultry industry. Intervet's Nobilis® range of live and inactivated vaccines protects poultry against a wide range of viral and bacterial diseases. Nobilis® Gumboro 228 E and Gumboro D78 are our live vaccines against infectious bursal disease (Gumboro) in chickens. Salenvac T, the combined vaccine to *Salmonella enteritidis* and *Salmonella typhimurium*, protects poultry against the most common types of Salmonella that cause food poisoning in humans.

## Companion animal vaccines

Equilis® Prequenza is the first commercially available equine influenza vaccine with proven protection against the most recent influenza strains in horses. The Nobivac® and Continuum® vaccines provide protection for millions of dogs and cats around the world. The vaccines meet the highest standard of efficacy and safety. Nobivac® Parvo-C was the world's first vaccine capable of immunizing puppies against parvovirus infections in the face of maternal immunity. Nobivac® KC an intranasal canine kennel cough vaccine provides a proven full year of immunity against both major causes of kennel cough with a single vaccination.

## Pharmaceuticals

Intervet's pharmaceutical range is equally comprehensive. This spans antiparasitics, anti-infectives, fertility treatments and reproductive aids, as well as a growing range of speciality products.

## Antiparasitics and anti-infectives

Scalibor ProtectorBand is the only product available for dogs that prevents sand fly bites thereby protecting dogs against leishmaniasis, a deadly parasitic disease. Panacur (fenbendazole) is a broad-spectrum anthelmintic, with an outstanding safety profile, for use in all major livestock and companion animal species. Our proprietary antibiotic Cobactan (cefquinome) spearheads our growing anti-infectives portfolio.

## Speciality products

Products such as Regumate (altrenogest), the first oral progestagen for fertility management in pigs and horses, and PG600, the first swine fertility treatment with a track record of more than 30 years, enjoy outstanding reputations in the animal healthcare profession.
Our canine ACE inhibitor, Vasotop® (ramipril), to treat heart failure in dogs, and Caninsulin® (also known as Vetsulin®), the first and only insulin product developed specifically for the safe and effective management of diabetes mellitus in dogs and cats, have both been successful additions to our portfolio.

Animal health solutions for professionals

# An even brighter future

### Investing in tomorrow

Intervet invests over €100 million a year in Research and Development (R&D) programs. We believe this is not only good business, but advances the boundaries of veterinary medicine. We continuously survey and research the veterinary, farming and food manufacturing industries, as well as maintaining extensive collaboration with veterinarians, farmers and others working in animal healthcare. We combine the insights gained from these endeavors to shape product ranges that offer healthcare professionals the high performance medications needed to deliver effective and timely care.

### Global thinking delivers business strength

We operate 14 R&D sites around the world. Around 15% of the 5,000 plus people we employ are directly involved in creating better medicines for healthcare professionals to work with. The majority of our pharmaceutical research takes place at our laboratories in Germany and France. Antiparasitic and anti-infective discovery and R&D is focused at Schwabenheim in Germany, while specialized pharmaceutical product development is undertaken at Angers in France.

Bacterial, viral and antiparasitic vaccine research is undertaken at our Boxmeer facility in The Netherlands, Milton Keynes in the UK, and Millsboro and DeSoto in the USA. Aquatic animal health research takes place at sites in Norway and Singapore. There are several specialized and local sites that support a variety of pharmaceutical and vaccine discovery and R&D programs.

We have regulatory affairs specialists at Boxmeer, Schwabenheim, Millsboro and DeSoto. Their job is to shepherd new products from development through the regulatory review process that is applied to all veterinary medicines before they can be approved for commercial



*Around 15% of the 5,000-plus people we employ are directly involved in creating better treatments for healthcare professionals to work with.*



### Opportunities to grow

Our continuing efforts to improve our offer to those working in the animal healthcare profession have produced a gratifying effect on our business. Intervet bolstered its strong presence in its core market segments of vaccines and pharmaceuticals, with both areas achieving equally strong growth. We have maintained a stable flow of product innovations over the years, and 2006 was no exception. We acquired Bayer's Foot and Mouth Disease (FMD) vaccine factory in Cologne, Germany, strengthening our worldwide production and development capacity in that field. This is in line with the strategy to expand our presence in the FMD field, where considerable revenue was realized in 2006. The first phase of an ambitious expansion program in Boxmeer was completed with the opening of a new tissue culture facility that will be used for the production of viral and parasitological antigens, to be used mainly in companion animal vaccines.

**Animal health solutions for professionals**



# Success through investment

Intervet holds a diverse and innovation-rich product portfolio as the result of our investments in R&D, infrastructure, human resources and best practice. We see this as evidence of our commitment to animal health professionals, and to the welfare of the animals in their care. Presently Intervet has been granted more than 230 patent series, representing over 2300 active patents and providing of patent protection for approximately 20% of the company's products. Intervet also holds various R&D collaboration and licensing agreements with third parties. We constantly improve and expand the portfolio, further developing existing products as well as adding new lines.

### New vaccines

Our vaccine range has also been strengthened and expanded by new launches in all major species segments.

### Pigs

Our Porcilis® Glässer vaccine is the first Glässer's disease vaccine to pass the EU regulatory standards.

### Cattle

Marketed in the USA Intervet's cattle vaccine line Vista® provides long-lasting protection against the most common respiratory and reproductive infectious diseases in cattle such as infectious bovine rhinotracheitis (IBR), bovine viral diarrhoea (BVD), bovine respiratory syncytial virus (BRSV), parainfluenza3 (PI3), with either *Pasteurella multocida*, *Mannheimia haemolytica* or Leptospira (including *hardjobovis*) combinations. Many European countries are moving forward in the eradication of IBR. Intervet's position in this market has been strengthened with the licensing of the inactivated Bovilis® IBR marker vaccine and the compatibility claim for the combined use of Bovilis® IBR maker live and Bovilis® Bovipast RSP, two top products in our bovine vaccine portfolio.

### Poultry

Innovax™ ND-SB is the first recombinant vaccine for protection against the very virulent Newcastle Disease (ND) and Marek's Disease (Strain SB) and is licensed for in-ovo vaccination of 18-day-old chick embryos. Innovax™ ND-SB provides a longer duration of immunity against Newcastle Disease, with no vaccination side-effects as is often the case with the current Newcastle vaccines.

## Dogs

Intervet has pioneered revaccination programs with extended duration of immunity in dogs. Nobivac® DHP and Continuum® DAP offer protection for up to three years against disease caused by canine distemper virus, canine adenovirus type-1 and canine parvovirus.

## Cats

Based on the tried and trusted cat vaccine Nobivac® Tricat, the latest cat vaccine Nobivac® Forcat offers broader protection containing the *Chlamydophila felis* antigen. It is a significant move forward in the ongoing development of the cat vaccine portfolio. Continuum® HCP is the first and so far only vaccine that offers 3 year duration of immunity against feline panleukopenia, feline calicivirus and feline rhinotracheitis. It is another flexible solution that enables a more customized approach to vaccination.

## Horses

In the US, Intervet has developed and introduced a unique vaccine against the deadly disease West Nile encephalomyelitis, a disease transmitted by mosquitoes.

This disease can affect humans as well as horses. PreveNile® is based on cutting edge chimera technology and is able to protect horses with just one vaccination.

### Fish

Just five years after setting up the first and only private aquatic animal health R&D center in the Asia-Pacific region, Intervet has launched the first two Asian fish vaccines, Norvax® Vibrio mono against *Vibrio (Listonella) anguillarum* infections of Japanese yellowtail, and Norvax® Strep *Si* against *Streptococcus iniae* infections in warm water fish.

### New pharmaceuticals

Recent additions to our pharmaceutical range have included Cobactan® LA 7.5%, a new formulation of our cefquinome antibiotic for use in the treatment of bovine respiratory disease, Cobactan® IV for use in horses and the ground-breaking US launch of Vetsulin, the first veterinary-approved insulin to be authorized by regulators in the world's biggest market for animal health products. With the launch of Cyclix® Porcine and Cyclix® Bovine we strengthened our position in fertility management.

**Geographic split** *(Veterinary business: 2006 € turnover)*



**Species split** *(Veterinary business: 2006 € turnover)*



# With success comes responsibility

## Behaving with integrity today...

Intervet takes its corporate responsibilities very seriously indeed. We are acutely conscious of our responsibilities to veterinary and farming professionals. We equally recognize our responsibilities to the other stakeholders in the animal healthcare industry chain, as well as to the animals whose health and well-being we are all committed to protecting. Finally, we accept our responsibility to the wider environment on which all of us, people and animals, are dependent for our future. These responsibilities are at the heart of our business principles, where they underpin the culture of integrity which we foster within the company.

Our aim is to conduct all aspects of our business so as to encourage social, environmental and economic benefits. To achieve this, we encourage and support all our employees to take rational, balanced decisions founded on principles of personal integrity and social responsibility.

Intervet's Dieter Lütticken Award honors contributions from researchers to reducing levels of animal testing in the development and production of veterinary medicines.





## ...for a better future tomorrow

Intervet has come a long way since its foundation. A business focused initially on poultry vaccines has developed into one of the world's three biggest animal health companies. Our diverse product portfolio is used by vets, farmers and other animal healthcare professionals in more than 100 countries. Our success is due to a number of factors. Not least of these is our extensive use of research to anticipate future developments in the animal healthcare market, and to position Intervet to play a central role with respect to these. This calls for continuous strategic decisions to be made with regard to our in-house business, our alliances and our acquisitions. In considering all such decisions, we strive to ensure that our fundamental corporate values of care, collaboration, inspiration and innovation will be well served, and that Intervet's culture of integrity will be properly respected. Our intention is to continue to develop our business through autonomous growth, in-licensing of technology and products, and selective acquisitions. With continuing regard for our corporate social responsibilities, our aim for the future is to offer a properly balanced presence in all key markets and product segments. At all times, however, our development, production and sales operations will be managed so as to maximize their benefits to animal healthcare professionals.

**Animal health solutions for professionals**



# 35 years of growth

Intervet is committed to continuously improving the performance it offers to its customers and professional partners in the animal healthcare profession. The company has always used both acquisition and organic growth in its efforts to strengthen its position in existing markets, or to build presence in specific countries or product segments.

| Year | Acquisition | | |
|------|-------------|--|--|
| 1971 | Poultry Biologicals | UK | Products (vaccines) |
| 1973 | Laboratorios Saltor | Spain | Geo-expansion |
| 1980 | Inter-Continental Biologics | USA | Geo-expansion |
| 1988 | Gist-Brocades | The Netherlands | Products (pharma) |
| 1993 | Norbio | Norway | Products (vaccines) |
| 1998 | Ausvac | Australia | Geo-expansion |
| 1999 | Gellini | Italy | Products (pharma) |
| 1999 | Hoechst Roussel Vet | Germany | Geo /products (pharma) |
| 2000 | Bayer Biologicals | USA | Products (vaccines) |
| 2005 | AgVax | New Zealand | Geo-expansion (vaccines) |
| 2006 | Bayer FMD-plant | Germany | Products (vaccines) |

In 2007, Intervet became part of Schering-Plough, an innovation-driven, science-centered global health care company. In Animal Health, the combination brings together complementary pharmaceutical products and vaccines to help prevent and cure diseases and increase performance.



Intervet provides customers throughout the world with animal healthcare products. The company currently employs more than 5,300 people in over 50 countries. Intervet is part of Schering-Plough, an innovation-driven, science-centered global health care company. Through its own biopharmaceutical research and collaborations with partners, Schering-Plough creates therapies that help save and improve lives around the world. The company applies its research-and-development platform to human prescription and consumer products as well as to animal health products. Schering-Plough's vision is to "Earn Trust, Every Day" with the doctors, patients, customers and other stakeholders served by its approximately 50,000 people around the world. The company is based in Kenilworth, N.J., and its Web site is www.schering-plough.com.

The information provided in this brochure does not supersede any of the statutory data filed with the competent authorities. Reproduction of the contents in other publications is permitted. However, credit to Intervet would be appreciated.

061269

**Intervet International bv**
**Global Communications & Public Affairs**
PO Box 31, 5830 AA Boxmeer
The Netherlands
Phone: +31 485 587600
Fax: +31 485 577333
E-mail: communications@intervet.com
www.intervet.com
Intervet is part of Schering-Plough Corporation



RESEARCH • PERFORMANCE • INTEGRITY

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 7

## TO THE DECLARATION IN SUPPORT OF
## MERIAL LIMITED AND MERIAL SAS' BRIEF
## IN OPPOSITION TO THIRD PARTY DEFENDANT
## INTERVET INTERNATIONAL B.V.'S MOTION TO
## DISMISS FOR LACK OF PERSONAL JURISDICTION





an Akzo Nobel company

**Intervet Inc.**
29160 Intervet Lane
Millsboro, DE  19966
Tel. 302-934-8051
Fax 302-934-6087
www.intervetusa.com

Contact:  Serge Allard
302-934-4448

## FOR IMMEDIATE RELEASE

### Paul Casady Appointed by Intervet International bv Area Director, Americas

**Millsboro, Del., -- July 11, 2005** - Intervet International BV announced the appointment of Paul Casady Area Director, Americas. Paul Casady will assume management responsibility for the commercial activities in all Intervet businesses in North, Central and South America. Paul will assume direct supervisory oversight for each of the General Managers of the American businesses and will be based out of the De Soto, Kansas site.

Paul, a 25 year veteran of the animal health industry, joined Intervet Inc. in the USA in 1991 as National Sales Manager for the animal health products division. Then in 1996, he was named Regional Manager, Far East Asia and later on Area Manager Asia Pacific, based at the company's international headquarters in The Netherlands. In 1999, Paul was appointed Managing director, Intervet Australia Ltd. and in 2002, was appointed managing director Intervet UK Ltd.

Casady received his BSc degree in animal sciences from Kansas State University.

The appointment sets up a new area structure which more closely links Intervet's activities in the western hemisphere and creates more focus on the important markets such as the USA, Mexico and Brazil.

**About Intervet Inc.**
Intervet Inc. is an affiliate of Intervet International BV, one of the world's leading animal health companies and currently ranked third among global animal health suppliers. The company is the leader in research and is dedicated to the development, production and marketing of innovative, high-quality animal-health products and feed additives. Intervet's Product range includes vaccines for use in livestock, companion animals, poultry and fish; anti-parasitics; anti infectives; endocrine products for regulation and improvement of breeding performance; feed additives; and productivity enhancers. Intervet International employs around 5,000 personnel and maintains a global distribution network in 120 countries.



AKZO NOBEL

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 8

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

17 of 20 DOCUMENTS

Copyright 2007 Journal-World
Journal-World (Lawrence, Kansas)

Distributed by McClatchy-Tribune Business News

March 14, 2007 Wednesday

**SECTION:** STATE AND REGIONAL NEWS

**ACC-NO:** 20070314-LW-0314-Kansans-lobby-for-defense-facility

**LENGTH:** 355 words

**HEADLINE:** Kansans lobby for defense facility

**BYLINE:** Eric Weslander, Journal-World, Lawrence, Kan.

**BODY:**

Mar. 14--A Kansas delegation made the rounds Tuesday in Washington, D.C., making the case for the Sunflower State to be chosen as the site of a planned $450 million biosecurity lab.

"We continue to believe ... that we have the best site," said Lt. Gov. Mark Parkinson, leader of the delegation that included representatives of private industry, state and local government.

The group is trying to bring the National Bio and Agro-Defense Facility, scheduled to be built starting in 2010, to Kansas. Two Kansas sites -- one on the Kansas State University campus in Manhattan and one at the western edge of Fort Leavenworth -- are among 18 finalists nationwide for the site.

The delegation on Tuesday met with leaders from the U.S. Department of Agriculture and the Department of Homeland Security for about an hour, then strategized with members of Kansas' congressional delegation, Parkinson said.

More than a dozen Kansans made the trip, including the mayors of Leavenworth and Manhattan, Kansas Secretary of Agriculture Adrian Polansky, representatives of the Kansas Bioscience Authority, and Paul Casady, vice president of Intervet International, a veterinary medicine company with offices in De Soto.

Ten other states, from California to Maryland, are in the running for the lab, and some already have made similar visits, Parkinson said. He said that Ron DeHaven, administrator of the USDA's animal and plant health inspection service, told the group during a meeting that it was the third or fourth state delegation he'd met so far.

"We know that these other states are very serious, just like we are," Parkinson said.

The next step in the process will come April 18 and 19, when representatives from the federal government come to Kansas to tour both sites. In June, the list is expected to be pared to two or three finalists.

Copyright (c) 2007, Journal-World, Lawrence, Kan. Distributed by McClatchy-Tribune Business News. For reprints, email tmsreprints@permissionsgroup.com, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

**LOAD-DATE:** March 14, 2007

Sign in.

89°Clear Sky

See complete forecast

Marketplace    Jobs    Cla

**News    Sports    Arts & Entertainment    Living**

Archive for Wednesday, March 14, 2007

# Kansans lobby for defense facility

Delegation touts state's qualifications for biosecurity lab on Washington tour

Email    Post a comment    iPod-friendly    Print

By Eric Weslander

March 14, 2007

ADVERTISEMENT



**Bio-defense in Kansas**

Neighbors raise biodefense lab concerns (03-01-07)

Lab site could hinge on politics (02-25-07)

Task force: Showing state's role key in landing biodefense facility (02-23-07)

Biodefense proposals face



A Kansas delegation made the rounds Tuesday in Washington, D.C., making the case for the Sunflower State to be chosen as the site of a planned $450 million biosecurity lab.

"We continue to believe ... that we have the best site," said Lt. Gov. Mark Parkinson, leader of the delegation that included representatives of private industry, state and local government.

The group is trying to bring the National Bio and Agro-Defense Facility, scheduled to be built starting in 2010, to Kansas. Two Kansas sites — one on the Kansas State University campus in Manhattan and one at the western edge of Fort Leavenworth — are among 18 finalists nationwide for the site.

The delegation on Tuesday met with leaders from the U.S. Department of Agriculture and the Department of Homeland Security for about an hour, then strategized with members of Kansas' congressional delegation, Parkinson said.

More than a dozen Kansans made the trip, including the mayors of Leavenworth and Manhattan, Kansas Secretary of Agriculture Adrian Polansky, representatives of the Kansas Bioscience Authority, and Paul Casady, vice president of Intervet International, a veterinary medicine company with offices in De Soto.

Ten other states, from California to Maryland, are in the running for the lab, and some already have made similar visits, Parkinson said. He said that Ron DeHaven, administrator of the USDA's animal and plant health inspection service, told the group during a meeting that it was the third or fourth state delegation he'd met so far.

"We know that these other states are very serious, just like we are," Parkinson said.

deadline today (02-16-07)

The next step in the process will come April 18 and 19, when representatives from the federal government come to Kansas to tour both sites. In June, the list is expected to be pared to two or three finalists.

---

Congrats Jayhawks! Get the official 2008 Championship DVD at CBSstore.com

**State Procurement**
Deals on Procurement Find what you're looking for!
 V V

**Fort Riley Hotels & Motel**
Compare and save on Ft Riley Hotels All Fort Riley Hotels

Ads by Google

**TOP ADS**    RSS

Help needed ASAP! Business is booming! Looking for CDL drivers ...

Drivers Hazmat Class A endorsement with 1 year experience. Good ...

Apartment complex needs cleaners Please call 785-312-0045 ...

MAINTENANCE Position open immediately. Responsibilities included HVAC, plumbing, carpentry and ...

**Substitutes** needed for rural newspaper routes. *Early AM hrs. *Reliable ...

Top jobs · Top rentals · Top transportation

**Game Guy Video Games** Review Comment

*Find more businesses on Marketplace.*

Arts & Entertainment · Bars · Theatres · Restaurants · Coffeehouses · Libraries · Antiques · Services

## Post a comment

Commenting requires registration.

Username:

Password: Forgotten your password?

Comment:

Read our full use policy. Also, report abusive and harassing comments.

## Post a blog entry

You have to be logged in to blog on LJWorld.com. Please log in or sign up.

Learn more about blogging on LJWorld.com.

---

**Most discussed**    **Most e-mailed**

Fall surprise? July 7, 2008 · 73 comments

US removes 'yellowcake' uranium July 6, 2008 · 57 comments

On the street: Have you ever watched Mixed Martial Arts? July 7, 2008 · 25 comments

Coming to a cage near you: Mixed Martial Arts hitting local scene July 7, 2008 · 44 comments

Suspect in killing commits suicide July 5, 2008 · 89 comments

Motorists, cyclists share responsibility July 6, 2008 · 96 comments

Body found on train tracks July 5, 2008 · 71 comments

Time may alter perception of Bush presidency July 5, 2008 · 107 comments

Traffic problems spur city to restripe Tennessee St.

ADVERTISEMENT



**Sections**     Today's news / Local / State / Sports / A&E / Living / Business / Opinion / Faith / Politics

**LJWorld.com**     News archives / About / Feedback / Contact / Privacy Policy / Staff / Jobs / Sitemap

**Services**     Subscribe / Advertising / Customer service / Photo reprints / Online store

**Submit**     News / Photo / Engagement / Wedding / Anniversary / Obituary / Birth / Letter to the Editor / Press release

**Also online**     Photos / Podcasts / Videos / Mobile edition / Feeds

Contents of this site are © Copyright 2008 The Lawrence Journal-World. All rights reserved. See our terms of use for RSS feeds.

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*               Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 9

## TO THE DECLARATION IN SUPPORT OF
## MERIAL LIMITED AND MERIAL SAS' BRIEF
## IN OPPOSITION TO THIRD PARTY DEFENDANT
## INTERVET INTERNATIONAL B.V.'S MOTION TO
## DISMISS FOR LACK OF PERSONAL JURISDICTION

# Elevating Expectations

Print Story

Betty Jo Gigot, Editor and Publisher

The venue was superb and the presentations extensive and informative, but the star of the show was Vista™, a new one-dose, modified-live vaccine from Intervet Inc. Both Paul Casady, area director – Americas, and Intervet, Inc., president Chris Ragland were present for its debut.

The first in a series of regional meetings hosted by Intervet this summer to introduce a new vaccine line was held at the Hotel del Coronado, Coronado, Calif., and drew 40 feedyard consulting veterinarians. Cow-calf and stocker veterinarians and dairy veterinarians were hosted next, as Intervet presented one of the most extensive cattle vaccine industry launches.

## Dedicated to research and development

John Hutcheson, Ph.D., of Intervet opened the meeting with background on the development of Vista ™. Intervet, one of the largest vaccine manufactures, is the third-largest animal-health company in the world and the seventh largest in the United States.

Hutcheson stressed the company's dedication to research and development, with 15 percent of the company's employees working in that field. Intervet has invested $40 million in their manufacturing, research and distribution facility at DeSoto, Kan., where they own 320 acres and run many of their vaccine tests. The company has 13 other sites where research is conducted.

## A full line

The vaccine line is billed as the longest lasting, most complete protection available against Infectious Bovine Rhinotracheitis (IBR), Bovine Viral Diarrhea (BVD) Type 1 and Type 2, Bovine Respiratory Syncytial Virus (BRSV) and Parainfluenza (3) (PI3) with either *Pasteurella multocida/Mannheimia haemolytica or Leptospira (including hardjo-bovis)* combinations.

"Vista is the only modified-live vaccine with a six-month duration of immunity for IBR and BVD Type 1 and Type 2 on the label," explained Tom Shelton, DVM, Intervet senior technical services specialist. "This level of protection is complemented with cell-mediated immunity data for BVD Type 1 and Type 2, IBR and BRSV.

"Research indicates the IBR fraction in Vista provides protection from clinical signs of IBR following an IBR challenge 182 days following vaccination. A single dose of Vista also is proven to protect calves for 183 days post vaccination from BVD Type 1, as well as the highly virulent BVD Type 2 strain responsible for the severely devastating outbreaks in 1993 in the eastern regions of the United States and Canada."

Shelton pointed out that Vista is compliant with Beef Quality Assurance recommendations. The primary vaccination consists of a single, 2-mL dose administered subcutaneously (SQ) in the neck. Subcutaneous administration, when compared to vaccines administered IM, has been found to elicit a more favorable immune response that provides for optimal initial response to a vaccine.

Other variations include the industry's only 100-dose presentation for Vista 3 SQ and Vista 5 SQ and one-dose BRSV.

Traditional modified-live mixing procedures call for adding the entire diluent solution into the freeze-dried cake bottle. A new mixing procedure for the 50- and 100-dose presentations calls for rehydrating the freeze-dried cake bottle with part of the accompanying bottle of sterile or bacterin diluent using a sterile transfer needle provided in the package.

**Cell-mediated immunity**

James Roth, DVM, Iowa State University, presented cell-mediated immunity (CMI) results of tests conducted at ISU. Roth discussed the newly found ability of measuring CMI in the laboratory and his group's conclusions from tests they had run on Vista.

Conclusions post-vaccination included: (1) One dose of multivalent modified-live virus Vista vaccine induced significant increases in CMI responses to all 4 tested viruses (IBR, BVD Type 1 and Type 2, and BRSV); (2) Specific CMI responses to 4 tested viruses by CD25-expressing cells remained significantly higher than the control group up to the pre-challenge date; (3) Specific CMI responses to 4 tested viruses by IFNy-expressing cells were significantly higher than control group between 4 and 8 weeks post-vaccination, then declined afterward.

Conclusions post-challenge included: (1) The vaccinated group showed anamnestic antibody and CMI responses to challenge virus (BHV-1) as early as one week post-challenge; (2) The control group did not show specific CMI responses to challenge virus until two weeks post-challenge; (3) The vaccinated group shed significantly less virus in nasal secretion for a shorter period of time.

Intervet was especially proud of the large amount of data that had been gathered to bring the new Vista line to market.

"This is what we do. The cattle business is the core of our company, as is agriculture. We will remain a company heavily invested in research and development of products for the cattle industry. We will let our actions speak for themselves," Chris Ragland said.

< back >

(620) 276-7844
www.calfnews.com
August/September 2005

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 10

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3     - - - - - - - - - - - - - - - x

 4     INTERVET, INC.,              :  Docket No. CV 658-06
                                    :
 5              Plaintiff,          :  Washington, D.C.
                                    :
 6         vs.                      :  Monday, August 6, 2007
                                    :
 7     MERIAL LIMITED and           :  Time:  9:47 A.M.
       MERIAL SAS,                  :
 8                                  :
                     Defendants.    :
 9                                  :

10     - - - - - - - - - - - - - - - x

11              TRANSCRIPT OF MARKMAN HEARING PROCEEDINGS
                BEFORE THE HONORABLE HENRY H. KENNEDY, JR.
12                   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18     Court Reporter:        ANNIE R. SHAW, RPR
                              Official Court Reporter
19                            333 Constitution Avenue, N.W.
                              Room 6820
20                            Washington, D.C.  20001

21

22

23

24     Proceedings recorded by machine shorthand, transcript produced
       by computer-aided transcription.
25
```

1    Merial's presentation will include a matter that is subject to

2    that Protective Order.  I strongly suspect that Intervet's will

3    too, since all three of their briefs on the issues were filed

4    pursuant to that Protective Order, which is to say under seal.

5    There are a lot of people in this courtroom that I don't know.

6    And we take that Protective Order very seriously.  And so we

7    would ask that the proceedings be limited to the Court's staff

8    and to persons who have signed off on the Protective Order,

9    which would be limited to the litigants and would exclude any

10   non-parties such as representatives of competitors, and there

11   may be some in the room, I simply do not know.  Competitors of

12   both Merial's and Intervet's.  Because there will be

13   information displayed that's subject to that, and it's

14   interspersed with our presentation, and asking people to get up

15   and leave and come back and all that is just going to be an

16   administrate nightmare.

17        MR. LOUGHNANE:  Your Honor, Michael Loughnane for

18   Intervet.  The client is here, none of the client is on the

19   Protective Order.  Our in-house counsel as well is not under

20   the Protective Order.  Your Honor, they know exactly what we

21   presented in terms of confidential material in our briefs.

22   It's truly nothing seriously confidential.

23        I don't know who else is in the courtroom outside of

24   the representatives from the parties, and to exclude them in an

25   open court hearing, a case that's being brought against them, I

1    think is, you know, grossly unfair.  They flew over here from

2    the Netherlands.  I think it's only proper that this court be

3    open, at least as to the parties and their representatives, and

4    that we not be subjected to any violations of the Protective

5    Order.

6              MR. SMITH:  Your Honor, if I may.  Intervet went to

7    great lengths to exclude Dr. Jarecki-Black, an in-house

8    attorney, from any participation in these proceedings.  And now

9    they're saying, well, our people -- and she's a signatory to

10   the Protective Order that Judge Facciola entered.  Now they're

11   saying, well, just forget it when it come to our people.  And

12   with all due respect, that's not good enough.  If they want to

13   stay in the courtroom and see confidential information, then

14   they need to sign off on the Protective Order, just like

15   representatives of Merial have.  And I think Mr. Loughnane and

16   I agree that with regard to non-parties, who may have counsel

17   here, because there are some other companies that are

18   interested in this litigation, that they should be excluded

19   because, obviously, they're not signatories to the Protective

20   Order.

21             MR. LOUGHNANE:  Well, I don't know that I agree with

22   that.  I'm just certainly, I'm addressing my client, my

23   client's representation in this courtroom, and for them to be

24   excluded and to be told to walk out of the courtroom now is

25   just a grossly unfair and outrageous request.

1     THE COURT:  Okay, I've heard enough with respect to

2  this matter.  Anyone who -- this is the principle.  The parties

3  and their representatives, legal and otherwise, will be

4  permitted to attend this proceeding as long as those parties

5  are -- make themselves subject to the Protective Order that has

6  been filed by this Court.  And so if they wish to do that,

7  that's fine.  Otherwise, they are not able to --

8     MR. LOUGHNANE:  Your Honor, that would require them

9  to execute undertakings at this point, and I don't think we

10  have them here.  Unless you accept, if they're willing to

11  accept sitting in the courtroom here today, that they will

12  agree to abide by the Protective Order and not be subject to

13  any violations without signing, we can proceed under that --

14  under that.

15     THE COURT:  Yes, the Court is willing to -- to do

16  that.  That is, if anyone, any, again, representative of a

17  party, and frankly, I think it might be an appropriate thing to

18  do to identify those persons who are here with respect to

19  others, who are not representatives of the parties, the Court

20  will close the proceeding to those persons.  Do you think you

21  understand what my ruling is?

22     MR. LOUGHNANE:  Yes, Your Honor, and we'd be prepared

23  to identify the corporate representatives.

24     THE COURT:  All right.  Why don't you do that right

25  now.

14

1          MR. LOUGHNANE:  Your Honor, we request just five

2     minutes to discuss this with our clients and make sure that

3     they're in agreement with that, with that condition.

4          THE COURT:  Yes.

5          MR. LOUGHNANE:  Thank you.

6          MR. DeLUCIA:  If Your Honor will accept it, and move

7     along.  They can all leave to the side and understand what we

8     are referring to.  Some of these people have flown in from

9     Europe, so tutorial -- and it will take just a second.  They

10    can leave, talk about that, and we will submit the names of

11    people who will be in attendance to the Court when it's

12    convenient.  But in the meantime, I'm just suggesting it so

13    that we can move along.

14         THE COURT:  That's fine.  I'll leave the bench for

15    five minutes.

16         MR. SMITH:  I don't believe there's anything in the

17    primary tutorial that would fall within this category so that

18    makes perfectly good sense, Your Honor.

19         THE COURT:  Well, how long is the primer going to

20    take, about?

21         MR. SMITH:  About, say probably about, no more than

22    30 minutes, Your Honor.

23         THE COURT:  Okay.  Well, let's get started.

24         MR. SMITH:  But our primer may have some confidential

25    material, so.

1      it came from.  Once the inventors discovered that there was a

2      new type, there had to be a way to distinguish the two.  And so

3      they labeled the old type that didn't cause disease PCV-1, the

4      new type that they determined didn't cause disease PCV-2.

5              Okay.  So that's what the inventors did.

6              And now I'd just like to briefly go through sort of

7      some of the principles of claim construction that the Court --

8              THE COURT:  Let's take a break here.

9              MR. ELSEVIER:  Okay.

10             THE COURT:  And this would be a good time to start

11     the process of informing the parties of what their

12     responsibilities are.

13             MR. DeLUCIA:  Right.

14             THE COURT:  All right.  We'll take a ten-minute

15     recess here.

16             THE DEPUTY CLERK:  This Court is in recess for ten

17     minutes.

18             (Recess taken at approximately 11:01 a.m.,

19        and resumed at approximately 11:25 a.m.)

20             THE COURT:  All right.

21             MR. DeLUCIA:  Your Honor, since we will be addressing

22     some confidential material, we're going to ask the client to

23     leave at this point.  They're not in agreement on the

24     Protective Order, to be bound by the Protective Order.  Except

25     for one person who is from the company in the Netherlands, and

1    her name is Marieke Van Gent.  She is sitting down at counsel

2    table.

3              THE COURT:  All right.

4              MR. DeLUCIA:  M-A-R-I-E-K-E, Van, V-A-N, Gent,

5    G-E-N-T.

6              THE COURT:  All right.

7              MR. SMITH:  Just so we're clear, she's bound by the

8    Protective Order, and everybody else in here representing

9    Intervet is also bound.

10             Now, the other part of the Protective Order, just to

11   be clear, is that anyone who is subject to the Protective Order

12   cannot participate in the prosecution of any related patent;

13   that's my understanding.

14             THE COURT:  Well, I'm not going to resolve that

15   matter now.  I've already said what I had to say concerning who

16   it is who is permitted to be here in this proceeding.  And it

17   is representative parties who are -- agree to be bound by the

18   Protective Order that the Court has entered.  The effect of

19   that, that is, how that will operate in the future, believe me,

20   I'm not going to address that now.  I think the principle,

21   however, is absolutely crystal clear, and that's that.

22             MR. SMITH:  Yes, sir.

23             THE COURT:  All right.  All right, let's proceed.

24             MR. DeLUCIA:  Your Honor, with that condition, I have

25   to further consult with the client.

 1              THE COURT:  Go ahead and consult.

 2              MR. DeLUCIA:  Your Honor, at the risk of delaying --

 3              THE COURT REPORTER:  Excuse me, counsel, could you

 4      step to the microphone?

 5              MR. DeLUCIA:  I'm sorry.  Here's what our dilemma is

 6      right now.  In order to avoid controversy about the Protective

 7      Order, now, we have numerous people here from Merial's side.

 8      In fact, the counsel who prosecuted the very patent that's in

 9      suit, and we have, of course, disclosed all of our confidential

10      information to them.  I've restricted it down due to the -- to

11      avoid more colloquy, to just one attorney who is helping out on

12      the case generally, not previously under the Protective Order,

13      who I'd really like to have here as my corporate

14      representative, and also a technical advisor with a Ph.D., I

15      believe in molecular -- well, certainly highly technically

16      trained in this field and is of help, and our one

17      representative left.

18              At their side of the table they have similar people.

19      If we place the restriction that per se here in this hearing,

20      you're at risk of being under the breach of the Protective

21      Order for prosecuting a patent application.  I think that calls

22      into question their entire table as well, and we'd be fighting

23      this until doomsday.

24              So what -- what -- what I would propose here is that

25      for purposes of the information coming across in this hearing,

1    that there be the permission to have my corporate

2    representative present, period, and I would not make a stink

3    about their folks either, and we can move on.  This is really

4    getting a little out of hand with the amount of emphasis being

5    placed on what really might well be argued to be a public,

6    completely public hearing.  I apologize for this disruption,

7    but I don't believe we're responsible for it.

8              MR. SMITH:  Your Honor, they most certainly are

9    responsible for it, because those -- these are the folks who

10   insisted on this very draconian Protective Order.  Everybody on

11   this side of the table is bound by it.

12             MR. DeLUCIA:  That's not true.

13             MR. SMITH:  We understand it.

14             THE COURT:  Wait a second.  First of all now, we're

15   not going to have it -- okay, I'm going to observe, first of

16   all, all of the customs that is extant in this judicial

17   district, which is to have only one person standing and

18   speaking to the Court at a time.  I think it is your turn.

19   Please.

20             MR. SMITH:  Your Honor, if the Court, it's very

21   simple.  The Protective Order was entered.  It should apply

22   equally to everybody.  Everyone representing Merial here in

23   this courtroom has agreed to be bound by it in all respects.

24   We ask only the same thing of Intervet.  If that creates

25   problems for them, those are problems of their own creation,

1    and we would just simply suggest, and since there is going to

2    be confidential information discussed at some point in time in

3    these proceedings, that if they've got people in this room,

4    those people should be bound by the Protective Order.  And I

5    agree with you, if there's a problem later on, we'll sort it

6    out then.

7                    MR. DeLUCIA:  Okay.

8                    THE COURT:  And don't start until you get up there,

9    please.

10                   MR. DeLUCIA:  Your Honor, if the way that is going to

11   work is the way counsel said, if he announces when -- I don't

12   think there's enough confidential information to warrant this

13   sort of debate right now.  And if counsel would just do us the

14   favor of identifying when he thinks that's arising, we can

15   probably solve the concerns we have by having my representative

16   just step outside for that time frame, and move on those

17   grounds, if that's acceptable to everyone, Your Honor.

18                   THE COURT:  The question is how much of the -- how

19   much information that would be covered by the Protective Order

20   will be mentioned during this hearing.

21                   MR. SMITH:  Your Honor, that's the precise question.

22   And the precise answer to that is I can't tell you, give you a

23   percentage, but it's clearly less than half.  No doubt about

24   that.  It's probably in the nature of, if I had to guess, 20

25   percent of what's going to be talked about.  But all of their

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 11

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
<u>DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MERIAL LIMITED,                )
                               )
                               )
          Plaintiff;           )
                               )
vs.                            )     CASE NO. 1:05-CV-3168
                               )
INTERVET, INC.,                )
                               )
          Defendant.           )


HEARING ON VARIOUS MOTIONS

MONDAY, APRIL 24, 2006

BEFORE HON. CHARLES A. PANNELL, JR.


APPEARANCES:

ON BEHALF OF PLAINTIFFS:     Ms. Judy Jarecki-Black
                             Mr. John Patrick Elsevier
                             Mr. Robert L. Lee
                             Mr. Thomas J. Kowalski
                             Ms. Elizabeth K. Haynes


ON BEHALF OF DEFENDANTS:     Mr. Richard L. DeLucia
                             Mr. Michael D. Loughnane
                             Mr. John R. Hutchins
                             Mr. William G. James
                             Mr. T. Hunter Jefferson


Martha J. Frutchey
U.S. District Reporter
Room 2314, U.S. Courthouse
75 Spring Street, SW.
Atlanta, Georgia  30303-3369
(404) 215-1573

1    THE COURT:  Be seated, please.  Sound case 05-CV-3168,

2    Merial, Limited and Merial SAS versus Intervet, Incorporated.

3    Let me do this before we go any further.  Let me have you

4    announce appearance for the attorneys.  Start with the

5    plaintiffs first.

6    MR. ELSEVIER:  Good morning, Your Honor.  My name is

7    Patrick Elsevier.  I'm with the law firm of Alston and Bird here

8    in Atlanta.  I have here with me today Mr. Tom Kowalski of the

9    firm of Frommer, Lawrence and Haug, Dr. Judy Jarecki-Black,

10   Global Head of Intellectual Property of Merial, and also Mr. Bob

11   Lee of Alston and Bird, and Ms. Beth Haynes of Alston and Bird,

12   Your Honor.

13   THE COURT:  Okay.  Thank you.  All right, sir.

14   MR. JEFFERSON:  Your Honor, my name is Hunter Jefferson.

15   I'm with the law firm of Smith, Gambrell and Russell.  We serve

16   as local counsel in this matter.  Along with me today is lead

17   counsel from Kenyon and Kenyon, Mr. Richard DeLucia; Michael

18   Loughnane, John Hutchins and Bill James.  We also have several

19   witnesses with us in the event we do need to call any of them,

20   including Chris Ragland, he is the president of Intervet,

21   Incorporated; Marieke van Gent, Hans Mestrom, and Mark van

22   Heumen.  They are all from Intervet, International in the

23   Netherlands.

24   THE COURT:  Okay.  They can be seated.  Say the names a

25   little slower of the witnesses.

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 12

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

```
 1                UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLUMBIA

 3     - - - - - - - - - - - - - - - x

 4     INTERVET, INC.,              :

 5                    Plaintiff,    :

 6               vs.                : Civil Action File

 7     MERIAL LIMITED and           : 1:06-CV-00658

 8     MERIAL SAS,                  :   (HHK/JMF)

 9                    Defendants.   :

10     - - - - - - - - - - - - - - - x

11        (PORTIONS OF THE TRANSCRIPT ARE DESIGNATED

12                  ATTORNEYS' EYES ONLY)

13           Video Deposition of RAYMOND R. R.

14     ROWLAND, PH.D., a witness herein, called for

15     examination by counsel for Defendants in the

16     above-entitled matter, pursuant to notice, the

17     witness being duly sworn by Robert M. Jakupciak, a

18     Notary Public in and for the District of Columbia,

19     taken at the offices of Kenyon & Kenyon, 1500 K

20     Street, Suite 700, Washington, D.C., 20005, at 9:00

21     a.m., on May 16, 2007, and the proceedings being

22     taken down by Stenotype by Robert M. Jakupciak, RPR.
```

```
 1                    (Rowland Exhibit No. 12

 2                     was marked for

 3                     identification.)

 4   BY MR. ELSEVIER:

 5       Q.    I hand you what's been marked as Rowland

 6   Exhibit Number 12.  Do you recognize this as a

 7   letter to you from Thomas Terebesi at Kenyon &

 8   Kenyon, dated October 10, 2006?

 9       A.    Yes.

10       Q.    The first paragraph says:  Please find

11   enclosed material for your review per request of

12   Patrice Jean.

13            Do you recall what materials were

14   forwarded to you by Thomas Terebesi on October 10th,

15   2006?

16       A.    No.  No, I wouldn't know which materials

17   were -- I don't recall.

18       Q.    Was this the first time Kenyon & Kenyon

19   had provided you with any materials in relation to

20   your expert engagement in this matter?

21       A.    I couldn't say.  I couldn't say.

22       Q.    The second paragraph of the letter says:
```

1  At your earliest -- sorry.  We look forward to

2  meeting you on Friday, November 3rd, 2006 in Kenyon

3  & Kenyon's Washington, D.C. office.

4            Did you travel to Kenyon's Washington,

5  D.C. office in November of 2006?

6       A.    Yes.

7       Q.    And what did you meet with Kenyon about

8  in November of 2006?

9       A.    This would have been about the patent.

10      Q.    And how long did you meet with Kenyon?

11      A.    I don't know.  I don't recall.

12      Q.    Had you conducted any work with respect

13  to construing the patent claims before you visited

14  with Kenyon in November of 2006?

15           MR. JAMES:  Objection to the form; vague

16  and ambiguous.

17      A.    When you mean construing the patent

18  claims, I'm not sure what, what you mean.

19      Q.    Had you started working on developing the

20  opinions that are the subject of your declaration

21  prior to November 2006?

22      A.    Had I started working on my opinions?  I

1    would not be sure.  I think we were working on

2    aspects of the patent that went into my declaration,

3    but as far as forming specific opinions, not that I

4    recall.

5         Q.    Do you recall what you discussed with

6    Kenyon & Kenyon when you met with them in

7    Washington, D.C. on November 3rd, 2006?

8         A.    No.  It would be issues just related to

9    the patent.

10        Q.    Did they provide with you any additional

11   materials when you met with Kenyon in November 2006?

12        A.    I don't know if they did or not.  I don't

13   know if they --

14        Q.    Did any -- was anyone else present when

15   you met with Kenyon in November 2006 besides

16   attorneys from Kenyon?

17        A.    Not that I recall.

18        Q.    In any meetings that you've had with

19   Kenyon relating to your engagement in this matter

20   have any other persons been a participant at those

21   meetings besides the Kenyon attorneys?

22        A.    When you say a participant in those

```
 1    meetings, I wouldn't recall.  I'm not sure.  One

 2    time some attorneys came by from the Netherlands,

 3    but I don't think they were participating, they had

 4    just come by.  So I don't know what you mean by

 5    participation.

 6         Q.    You say attorneys from the Netherlands,

 7    was that attorneys for Intervet?

 8         A.    I believe so, but when you talk about

 9    participation, I'm not sure I understand what you

10    mean.

11         Q.    When did you meet with the attorneys from

12    Intervet that came over from the Netherlands?

13         A.    I don't know.  I don't know which time

14    that was.

15         Q.    Do you know why they were here?

16         A.    No.

17         Q.    Were they here to meet with you?

18         A.    Not to meet with me, no.

19         Q.    Did you have any discussions with the

20    attorneys at Intervet when they were here in D.C.?

21         A.    Not that I recall.

22         Q.    How many attorneys from Intervet were
```

```
 1    part of that meeting?

 2         A.    I don't know.

 3         Q.    Do you recall their names?

 4         A.    No.

 5         Q.    How do you know they were attorneys from

 6    Intervet?

 7         A.    Because they were introduced to me.

 8         Q.    By whom?

 9         A.    I'm not sure if it was -- I'm not sure

10    who introduced me.

11                        (Rowland Exhibit No. 13

12                         was marked for

13                         identification.)

14         Q.    I hand you what's been marked Rowland

15    Exhibit Number 13.  Do you recognize the e-mail

16    that's at the bottom of this document that's from

17    Bob Rowland to Patrice Jean, dated December 12,

18    2006?

19         A.    Yes.

20         Q.    And the subject is an article; is that

21    correct?

22         A.    Evidently, yes.
```

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 13

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

**Elsevier, Patrick**

---

| | |
|---|---|
| **From:** | James, William [WJames@kenyon.com] |
| **Sent:** | Tuesday, October 31, 2006 9:23 AM |
| **To:** | Elsevier, Patrick; Amundson, Steven |
| **Subject:** | RE: Intervet v. Merial: Proposed Discovery Protocol |

Dear Patrick:

Further to your e-mail below regarding the proposed discovery protocol, here is Intervet's response.

1.   Intervet agrees to having the parties engage in a traditional document collection process in which the parties will identify all relevant persons working on or involved with the projects relating to the subject matter of the litigation and request that such persons identify and produce any relevant, responsive documents (both paper and electronic) in their possession, custody or control.

2.   Intervet is willing to agree to the parties conducting additional keyword searching of electronic documents for specifically identified custodians.  However, Intervet proposes that the number of specifically identified custodians be increased to 30 custodians per party.  Intervet believes that this is a more realistic number given that there are 10 named inventors on the '601 patent.  Intervet agrees that the identified custodians should be the persons having the most relevance to the subject matter of the litigation.  Intervet agrees that initially each side will identify the most relevant custodians within their own companies for potential keyword searching.  We propose that the parties exchange a list of the names of the identified custodians, along with a brief description of their job title, responsibility and relevance to the subject matter of the litigation.  Intervet agrees that the opposing party can also identify additional custodians for keyword searching based on their review of the documents.  We understand that that there are French privacy law issues that may need to be resolved as you have articulated below.  Presently, Intervet is investigating whether there are similar Dutch privacy laws that would impact searching its custodians' files.  If such laws exist, Intervet agrees to undertake whatever steps are necessary to ensure a mutually-agreeable solution.

3.   Intervet agrees to the parties conducting keyword searching of relevant shared (i.e., "public") company directories on company servers.

4.   Intervet is agreeable to each side using up to 12 keywords for its searches and having such searches cover the following file types: e-mails, text documents (e.g., .doc and .wpd), spreadsheets (e.g., xls) and presentations (e.g., ppt).

5.   Intervet requests that Merial search the 12 keywords identified below.

 1.   circo* (which would capture circovirus and "circovirus porcin" and circovent)
 2.   PCV* (which would capture PCV2, PCV-2. PCVII, PCV-II, PCV1, PCV-1, PCVI, PCV-I, etc.)
 3.   PMWS
 4.   "wasting syndrome"
 5.   "open reading frame"
 6.   ORF*  (which would capture different ORFs)
 7.   "syndrome de dépérissement"
 8.   "cadre ouvert de lecture"
 9.   Nayar
 10.   Hamel
 11.   Babiuk
 12.   Saskatchewan

Intervet agrees to your description of "*".

6.   With respect to those 12 keywords that Merial has proposed below, Intervet has determined that it would not be feasible to conduct a search of the keyword "Merial" due to the large number of irrelevant documents that would be potentially identified by such a search given the competitive nature of the two companies.  For this reason, Intervet has replaced the keyword "Intervet" in its proposed 12 keywords to be searched by Merial.  Please let us know if Merial is agreeable to substituting the keyword "Merial" with another chosen keyword.  Finally, Intervet cannot agree to allow Merial

to reserve the right to pick a twelfth "wild card" search term at a later date. Allowing Merial to do so would result in Intervet having to essentially repeat the entirety of its electronic search process later in discovery. It should go without saying that such a process would be highly inefficient, costly and burdensome to Intervet. The parties should decide on a process and undertake it once.

Please let us know whether this proposal is agreeable to Merial.

Bill

---

**From:** Elsevier, Patrick [mailto:Patrick.Elsevier@alston.com]
**Sent:** Friday, October 06, 2006 12:13 PM
**To:** James, William
**Cc:** Amundson, Steven
**Subject:** Intervet v. Merial: Proposed Discovery Protocol

Dear Bill:
To follow up on our telephone conference regarding the discovery protocol, Merial proposes that the parties engage in a traditional document collection process in which the parties will identify relevant persons and request that such persons identify and produce any relevant, responsive documents (both paper and electronic) in their possession, custody or control.

In addition, Merial proposes additional keyword searching of electronic documents for up to 20 specifically identified custodians. For these custodians, E -mails and other document types as agreed upon by the parties will be identified from servers and hard drives by keyword searching. The custodians would be the persons having the most relevance to the subject matter of the litigation. We envision that initially each side can identify the most relevant custodians within their own companies, but that the opposing party could also identify additional or other custodians based on their review of documents collected by the traditional document collection process. As we discussed, due to French privacy laws, it is our understanding that Merial will need to obtain the permission of each custodian before it can search that person's electronic files. To the extent that any custodian refuses to permit a search of their electronic files, then we would inform Intervet of such and attempt to work out a solution. Likewise, we would expect Intervet to do the same to the extent that there are similar issues under Dutch law.

Also, we have confirmed that it is permissible to conduct keyword searching of the shared (i.e., public) company directories on servers without seeking the consent of each custodian who may have files on those servers. Thus, in addition to the above protocol for searching of private files, Merial can agree that the parties will also perform the keyword searching of relevant shared (i.e., public) directories on company servers if Intervet agrees to do likewise.

Each side will search using up to 12 keywords. The searches will cover the following file types: e-mails, text documents (e.g., .doc and .wpd), spreadsheets (e.g., .xls), and presentations (e.g., .ppt).

We understand that Intervet would like Merial to search the following 12 keywords:

1. circo* (which would capture circovirus and "circovirus porcin" and circovent)
2. PCV* (which would capture PCV2, PCV-2. PCVII, PCV-II, PCV1, PCV-1, PCVI, PCV-I, etc.)
3. PMWS
4. "Post-weaning multisystemic wasting syndrome"
5. "open reading frame"
6. ORF* (which would capture different ORFs)
7. "Syndrome de dépérissement généralise de post-sevrage"
8. Intervet
9. Nayar
10. Hamel
11. Babiuk
12. Saskatchewan

Merial would like for Intervet to search the following 12 keywords:

1. circo* (which would capture circovirus and "circovirus porcin" and circovent)

2. PCV* (which would capture PCV2, PCV-2. PCVII, PCV-II, PCV1, PCV-1, PCVI, PCV-I, etc.)
3. PMWS
4. "wasting syndrome"
5. "open reading frame"
6. ORF*  (which would capture different ORFs)
7. merial
8. allan
9. ellis
10. *601 (Note: if Intervet believes that the term *601 would identify too many irrelevant documents, then Merial would consent to searching the term *601 with an "and" connector in conjunction with each of the following terms separately (i) "patent", (ii) the Dutch word for patent, and (iii) "638")
11. *214 (Note: if Intervet believes that the term *214 would identify too many irrelevant documents, then Merial would consent to searching the term 214 with an "and" connector in conjunction with each of the following terms separately (i) "PCT" or (ii) "WO")
12. Merial will pick a twelfth search term after reviewing the documents collected by the traditional document collection process

Note:  the "*" above indicates an appropriate wild card character that would capture the use of the term following or proceeding the wild card character in combination with none or more other alphanumeric characters in place of the wild card character.

Please let us know if the above proposal is acceptable to Intervet.

J. Patrick Elsevier, Ph.D., Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Phone: (404) 881-7683
Fax: (404) 253-8285
patrick.elsevier@alston.com
http://www.alston.com

*********************************************************
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

                         Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 14

## TO THE DECLARATION IN SUPPORT OF
## MERIAL LIMITED AND MERIAL SAS' BRIEF
## IN OPPOSITION TO THIRD PARTY DEFENDANT
## INTERVET INTERNATIONAL B.V.'S MOTION TO
## DISMISS FOR LACK OF PERSONAL JURISDICTION

**Elsevier, Patrick**

| | |
|---|---|
| **From:** | James, William [WJames@kenyon.com] |
| **Sent:** | Friday, January 05, 2007 3:32 PM |
| **To:** | Elsevier, Patrick; samundson@flhlaw.com |
| **Cc:** | Loughnane, Michael; Hutchins, John; Tan, Cedric; Jean, Patrice |
| **Subject:** | Intervet v. Merial: E-discovery - custodians |

Patrick and Steve:

Provided below is Intervet's revised list of custodians with the attorneys removed.

Nico Visser
Peter van Woensel
Christa Drexler
Dieter Lutticken
Dick Hesse
Klaus Olbers
Frank Sterner
Kent Mulkey
Chris Ragland
Terry Sheehan
Garry Tiller
Judy Meyers
Brian Huseman
Doug Hoehnstein

Also, I have not received a response to my December 23, 2006 e-mail.  Please confirm Merial's agreement to the two conditions set forth in that message.

Bill

**William G. James**
**Kenyon & Kenyon LLP**
1500 K Street, NW | Washington, DC 20005-1257
202.220.4412 Phone | 202.220.4201 Fax
wjames@kenyon.com | www.kenyon.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*           Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 15

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:06-cv-00658 (HHK-JMF) |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | |

**PLAINTIFF INTERVET INC.'S SUPPLEMENTED
<u>RULE 26 INITIAL DISCLOSURES</u>**

Pursuant to Fed. R. Civ. P. 26(a)(1) and LCvR 26.2(a), Plaintiff Intervet Inc. ("Intervet") provides the following supplemented Initial Disclosures to defendants Merial Limited, Merial SAS, The Queen's University of Belfast and the University of Saskatchewan (collectively "Defendants").

Intervet makes its Initial Disclosures based upon its current knowledge, information, and belief respecting matters upon which disclosure is required, and such disclosure is based on information reasonably known as of the date hereof, which is not necessarily exhaustive of what may be determined as discovery begins and progresses. Intervet therefore reserves the right to modify or supplement its disclosures with such pertinent information as it may subsequently discover. Intervet's disclosures are made without waiver of:

1. All questions as to competency, relevancy, materiality, and admissibility as evidence for any purpose of these Initial Disclosures, or the subject matter hereof, in or at the trial of this action;

2. The right to object on any ground to the use of these Initial Disclosures, or the subject matter hereof, in or at the trial of this action;

3. The right to object on any ground at any time to other discovery procedures involving or relating to these Initial Disclosures or the subject matter hereof; and

4. The attorney-client privilege, the attorney work-product immunity doctrine, and any other applicable privilege or immunity.

Subject to and without waiving any of the aforementioned rights and based on Intervet's current awareness, Intervet makes its Initial Disclosures under Fed. R. Civ. P. 26(a)(1) as follows:

**I.    Individuals with Discoverable Information**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A), Intervet hereby identifies the following individuals as likely to have discoverable information relevant to the facts at issue in this matter, and the subjects of such information. The disclosure provided herein is based upon information reasonably available at this time.

1. Dr. Richard Hesse*
   c/o Intervet Inc.
   29160 Intervet Lane
   Millsboro, DE 19966
   Tel: 913.422.6856

   **[*To be contacted only through counsel for Intervet]**

<u>Subject</u>: Intervet's Porcine Circovirus Type II Vaccine

2. Peter van Woensel*
   c/o Intervet International B.V.
   Virological R & D
   Wim de Korverstraat 35
   P.O. Box 31
   Boxmeer 5830 AA
   Netherlands
   Tel.: 31 485 58 7351

   **[*To be contacted only through counsel for Intervet]**

   <u>Subject</u>: Intervet's Porcine Circovirus Type II Vaccine

3. John Fox*
   c/o Intervet Inc.
   29160 Intervet Lane
   Millsboro, DE 19966
   302-934-8051

   **[*To be contacted only through counsel for Intervet]**

   <u>Subject</u>: Information related to marketing of Intervet's product

4. John Hornyak*
   c/o Intervet Inc.
   29160 Intervet Lane
   Millsboro, DE 19966
   302-934-8051

   **[*To be contacted only through counsel for Intervet]**

   <u>Subject</u>: Information related to manufacturing of Intervet's product

5. Gordon Allan of Belfast, Great Britain
   [current address and telephone number unknown]

   <u>Subject</u>: Inventor of United States Patent No. 6,368,601

6. Edward Clark of Saskatoon, Canada
   [current address and telephone number unknown]

   <u>Subject</u>: Inventor of United States Patent No. 6,368,601

7. Brian Meehan of Belfast, Great Britain

3

[current address and telephone number unknown]

Subject: Inventor of United States Patent No. 6,368,601

8. John Ellis of Saskatoon, Canada
   [current address and telephone number unknown]

   Subject: Inventor of United States Patent No. 6,368,601

9. Deborah Haines of Saskatoon, Canada
   [current address and telephone number unknown]

   Subject: Inventor of United States Patent No. 6,368,601

10. Lori Hassard of Saskatoon, Canada
    [current address and telephone number unknown]

    Subject: Inventor of United States Patent No. 6,368,601

11. John Harding of Humboldt, Canada
    [current address and telephone number unknown]

    Subject: Inventor of United States Patent No. 6,368,601

12. Catherine Elisabeth Charreyre of Saint Laurent de Mure, France
    [current address and telephone number unknown]

    Subject: Inventor of United States Patent No. 6,368,601

13. Gilles Emile Chappuis of Lyons, France
    [current address and telephone number unknown]

    Subject: Inventor of United States Patent No. 6,368,601

14. Francis McNeilly of Newtownards, Great Britain
    [current address and telephone number unknown]

    Subject: Inventor of United States Patent No. 6,368,601

15. Thomas J. Kowalski
    Frommer Lawrence & Haug LLP
    745 Fifth Avenue
    New York, New York 10151
    Tel.: 212.588.0800

    Subject: Prosecuting Patent Attorney for United States Patent No. 6,368,601

16. William S. Frommer
    Frommer Lawrence & Haug LLP
    745 Fifth Avenue
    New York, New York 10151
    Tel.: 212.588.0800

    Subject: Prosecuting Patent Attorney for United States Patent No. 6,368,601

17. Individuals currently or formerly employed by Merial Limited, Merial SAS, The
    Queen's University of Belfast or University of Saskatchewan having knowledge
    concerning, among other things, the alleged invention of U.S. Patent No. 6,368,601
    ("'601 patent"), the prosecution of the '601 patent and any joint venture or licensing
    agreements relating to the '601 patent.

18. Defendants

    Subject:  Development, Prosecution and Commercial Success of U.S. Patent No.
              6,368,601.

On information and belief, the individuals listed above are believed to have knowledge

and information relating to: (i) the alleged invention and claims of the '601 patent; (ii) the

prosecution of the applications that led to the '601 patent; (iii) allegations in Intervet's Complaint

against Defendants; (iv) allegations in Merial Limited's and Merial SAS's Counterclaims against

Intervet; (v) Intervet's Porcine Circovirus Type II Vaccine; and/or (vi) the marketing and/or sale

of Merial Limited's and Merial SAS's products covered by the '601 patent.


## II.    Identification of Documents

Pursuant to Fed. R. Civ. P. 26(a)(1)(B), Intervet provides the following description of

documents, data compilations and tangible things within its possession, custody or control that

may be used to support its claims in this litigation.  The disclosure provided herein is based upon

information reasonably available at this time.

1.  United States Patent No. 6,368,601

2. Patent File History of United States Patent No. 6,368,601.

3. United States Patent No. 4,745,051.

4. French Patent Application No. FR 97 12382.

5. French Patent Application No. FR 98 00873.

6. French Patent Application No. FR 98 03707.

7. Mankertz *et al.* "Mapping and Characterization of the Origin of DNA Replication of Porcine Circovirus," *J. Virol.* 71:3 pp. 2562-2566 (1997).

8. Nayar *et al.* "Detection and Characterization of porcine circovirus associated with postweaning multisystemic wasting syndrome in pigs," *Can. Vet. J.* 38:6 pp. 385-386 (1997).

9. GenBank Accession No. AF027217 entitled "Complete Nucleotide Sequence of Porcine Circovirus Associated with Post Weaning Multisystemic Wasting Syndrome in Pigs" submitted by Hamel *et al.* on September 26, 1997.

10. GenBank Accession No. AF055391 entitled "Characterization of novel circovirus DNAs associated with wasting" submitted by Meehan *et al.* on March 26, 1998.

11. GenBank Accession No. AJ223185 entitled "Detection of a novel strain of porcine circovirus in pigs with postweaning multisystemic wasting syndrome" submitted by Morozov *et al.* on January 2, 1998.

12. Documents of Intervet that concern the development and composition of its Porcine Circovirus Type II vaccine, which will be made available for inspection or copying at the appropriate time.


**III.    Computation of Damages**


6

Pursuant to Fed. R. Civ. P. 26(a)(1)(C), Intervet discloses that it is seeking an award of attorneys' fees and costs.  Intervet will make available for inspection and copying, at the appropriate time, documents and/or computation, together with supporting documents, concerning any claim for attorneys' fees pursuant to 35 U.S.C. § 285, interest, and costs of this action.  Intervet reserves the right to seek additional damages from each of the Defendants.

## IV.    Insurance Agreements

Pursuant to Fed. R. C. P. 26(a)(1)(D), Intervet is not aware of any applicable insurance agreements.

Dated: July 25, 2007

Respectfully Submitted,

John R. Hutchins (D.C. Bar # 456749)
Cedric C.Y. Tan (D.C. Bar # 464848)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC. 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorneys for Plaintiff
Intervet Inc.

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

                      Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 16(a)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

# INTERVET/SCHERING-PLOUGH ANIMAL HEALTH
## (formerly Intervet Inc.)

**29160 INTERVET LANE, P.O. BOX 318, MILLSBORO, DE, 19966-0318**

Toll-Free:            800-992-8051
Customer Service:     800-441-8272
Website:              www.intervetusa.com
Email:                Information.USA@intervet.com

 Every effort has been made to ensure the accuracy of the information published. However, it remains the responsibility of the readers to familiarize themselves with the product information contained on the product label or package insert.

# CHORULON®



### *Intervet*

(chorionic gonadotropin)
NADA NO. 140-927; APPROVED BY FDA

**CAUTION**
Federal law restricts this drug to use by or on the order of a licensed veterinarian.

**DESCRIPTION**
CHORULON® is a freeze-dried preparation of chorionic gonadotropin (human Chorionic Gonadotropin or hCG) for intramuscular administration after reconstitution. When reconstituted with the accompanying sterile diluent, each 10 mL vial contains 10,000 I.U. chorionic gonadotropin (equivalent to 10,000 USP Units chorionic gonadotropin) and 10 mg mannitol, with mono- and disodium phosphate to adjust the pH of the solution.

**ACTION**
Chorionic gonadotropin has luteinizing hormone-like activity with little or no follicle stimulating or estrogenic activity.

**INDICATIONS**

COWS: CHORULON® is indicated for intramuscular use in cows for the treatment of nymphomania (frequent or constant heat) due to cystic ovaries.

FINFISH: CHORULON® is indicated for use as an aid in improving spawning function in male and female brood finfish.

**DOSAGE AND ADMINISTRATION**
To reconstitute, transfer the contents of one vial of sterile diluent into one vial of freeze-dried powder. The resulting 10 mL of CHORULON® contains 10,000 I.U. chorionic gonadotropin.

COWS: The contents of one vial (10 mL) of reconstituted CHORULON® should be administered as a single deep intramuscular injection. Dosage may be repeated in 14 days if the animal's behavior or rectal examination of the ovaries indicates the necessity for retreatment.

FINFISH: CHORULON® should be administered via intramuscular injection just ventral to the dorsal fin for one (1) to three (3) injections. Any single injection should be administered, depending on the fish species, at a dose of 50 to 510 I.U./lb body weight (bw) for males and 67 to 1816 I.U./lb bw for females. Depending on body weight and dose administered, it may be necessary to divide the dose among two or more injection sites to avoid injecting a large volume at a single site.

Summaries of doses tested in representative fish species are contained within the following tables. The dose of CHORULON® to be used in other species of finfish may differ from those species listed in the tables, but should fall within the suggested range of 50 to 510 I.U./lb bw for males and 67 to 1816 I.U./lb bw for females.

Table 1: Tested Fish Species/Dose Combinations Found to be Effective

| Nomenclature Common Name, *Genus & Species,* Family | Tested Dose(s) (I.U./lb bw/injection) | | Number of Injections | Injection Interval (h) |
|---|---|---|---|---|
| | Males | Females | | |
| yellow perch, *Perca flavescens,* Percidae | nt[1] | 67-300 | 1 | - |
| striped bass, *Morone saxitilis*, Percichthyidae | 50-500 | 75-252 | 1 | - |
| white bass, *Morone chrysops*, Percichthyidae | 65-510 | 91-750 | 1 | - |
| razorback sucker, *Xyrauchen texanus*, Catostomidae | nt | 100 | 3 | 24 |
| walleye, *Stizostedion vitreum*, Percidae | 75-400 | 145-830 | 1-3 | 72 |
| red snapper, *Lutjanus campechanus*, Lutjanidae | 250 | 500 | 1 | - |
| sauger, *Stizostedion canadense*, Percidae | 500 | 500-1000 | 1 | - |
| Chinese catfish, *Clarius fuscus*, Clariidae | nt | 1816 | 1 | - |

Case 1:07-cv-00559-HHK    Document 27-13    Filed 07/10/2008    Page 3 of 9

**Footnotes:** 1, nt = not tested

Table 2: Tested Fish Species/Dose Combinations Found to be Safe

| Nomenclature Common Name, *Genus & Species,* Family | Tested Dose(s) (I.U./lb bw/injection) | | Number of Injections | Injection Interval (h) |
|---|---|---|---|---|
| | Males | Females | | |
| white bass, *Morone chrysops*, Percichthyidae | 750 | 1500 | 1 | - |
| walleye, *Stizostedion vitreum*, Percidae | 750 | 1500 | 1 | - |
| grass carp, *Ctenopharyngodon idella*, Cyprinidae | 2500 | 5000 | 1 | - |
| channel catfish, *Ictalurus punctatus*, Ictaluridae | 2500 | 5000 | 1 | - |

**ADVERSE REACTIONS**

Chorionic gonadotropin is a protein. In the unlikely event of an anaphylactic reaction, epinephrine should be administered. The administration of an antihistamine may also be indicated.

**RESIDUE WARNINGS**

No withdrawal period is required for cows or brood finfish treated according to label directions. The total dose administered (all injections combined) should not exceed 25,000 I.U. (25 mL) per fish in fish intended for human consumption.

**STORAGE AND HANDLING PRECAUTIONS**

Store at or below room temperature, 77°F (25°C). Keep out of reach of children. Once reconstituted, CHORULON® should be used immediately. Unused solution should be disposed of properly and not stored for future use.

**HOW SUPPLIED**

CHORULON® is supplied in cartons containing five vials of freeze-dried powder and five 10 mL vials of sterile diluent. Order Code No. CH-475-1.

**FOR ANIMAL USE ONLY**

Manufactured for: INTERVET INC., Millsboro, DE 19966
by: INTERVET INTERNATIONAL B.V., BOXMEER - HOLLAND
077925H 0011.240.2330
077925H 6.01
**NAC No.:** 11060321

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                    Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 16(b)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

Case 1:07-cv-00559-HHK    Document 27-13    Filed 07/10/2008    Page 5 of 9

# INTERVET/SCHERING-PLOUGH ANIMAL HEALTH (formerly Intervet Inc.)

**29160 INTERVET LANE, P.O. BOX 318, MILLSBORO, DE, 19966-0318**

| | |
|---|---|
| Toll-Free: | 800-992-8051 |
| Customer Service: | 800-441-8272 |
| Website: | www.intervetusa.com |
| Email: | Information.USA@intervet.com |



Every effort has been made to ensure the accuracy of the information published. However, it remains the responsibility of the readers to familiarize themselves with the product information contained on the product label or package insert.

# DOLOREX®



## *Intervet*

**(BUTORPHANOL TARTRATE)**

**ANADA 200-239; APPROVED BY FDA**

**CAUTION**

Federal Law restricts this drug to use by or on the order of a licensed veterinarian.

**DESCRIPTION**

DOLOREX (butorphanol tartrate) is a totally synthetic, centrally acting, narcotic agonist-antagonist analgesic with potent antitussive activity. It is a member of the phenanthrene series. The chemical name is Morphinan-3, 14-diol, 17-(cyclobutylmethyl)-, (-)-, (S- (R*, R*))- 2, 3-dihydroxybutanedioate (1:1) (salt). It is a white crystalline, water soluble substance having a molecular weight of 477.55; its molecular formula is $C_{21}H_{29}NO_2C_4H_6O_6$.

Each mL of DOLOREX contains 10 mg butorphanol base (as butorphanol tartrate, USP), 3.3 mg citric acid, Ph.Eur., 6.4 mg sodium citrate, Ph.Eur., 4.7 mg sodium chloride, Ph.Eur., and 0.1 mg benzethonium chloride, Ph.Eur., q.s. with water for injection, Ph.Eur.

**COMPARATIVE PHARMACOLOGY**

In animals, butorphanol has been demonstrated to be 4 to 30 times more potent than morphine and pentazocine (Talwin®-V) respectively.[1] In humans, butorphanol has been shown to have 5 to 7 times the analgesic activity of morphine and 20 times that of pentazocine.[2,3] Butorphanol has 15 to 20 times the oral antitussive activity of codeine or dextromethorphan in dogs and guinea pigs.[4]

As an antagonist, butorphanol is approximately equivalent to nalorphine and 30 times more potent than pentazocine.[1]

Cardiopulmonary depressant effects are minimal after treatment with butorphanol as demonstrated in dogs[5], humans[6,7] and horses.[8] Unlike classical narcotic agonist analgesics which are associated with decreases in blood pressure, reduction in heart rate, and concomitant release of histamine, butorphanol does not cause histamine release.[1] Furthermore, the cardiopulmonary effects of butorphanol are not distinctly dosage related but rather reach a ceiling effect beyond which further dosage increases result in relatively lesser effects.

Reproduction studies performed in mice and rabbits revealed no evidence of impaired fertility or harm to the fetus due to butorphanol tartrate. In the female rat, parenteral administration was associated with increased nervousness and decreased care for newborn, resulting in a decreased survival rate of the new born. This nervousness was seen only in the rat species.

**EQUINE PHARMACOLOGY**

Following intravenous injection in horses, butorphanol is largely eliminated from the blood within 3 to 4 hours.The drug is extensively metabolized in the liver and excreted in the urine.

In ponies, butorphanol given intramuscularly at a dosage of 0.22 mg/kg was shown to alleviate experimentally induced visceral pain for about 4 hours.[9]

In horses, intravenous dosages of butorphanol ranging from 0.05 to 0.4 mg/kg were shown to be effective in alleviating visceral and superficial pain for at least 4 hours. A definite dosage-response relationship was detected in that butorphanol dosage of 0.1 mg/kg was more effective than 0.05 mg/kg, but not different from 0.2 mg/kg, in alleviating deep abdominal pain.

**ACUTE EQUINE STUDIES**

Rapid intravenous administration of butorphanol at a dosage of 2.0 mg/kg (20 times the recommended dosage) to a previously unmedicated horse resulted in a brief episode of inability to stand, muscle fasciculation, a convulsive seizure of 6 seconds duration, and recovery within 3 minutes. The same dosage administered after 10 successive daily 1.0 mg/kg dosages of butorphanol resulted only in transient sedative effects. During the 10 day course of administration at 1.0 mg/kg (10 times the recommended use level) in 2 horses, the only detectable drug effects were transient behavioral changes typical of narcotic agonist activity. These included muscle fasciculation about the head and neck, dysphoria, lateral nystagmus, ataxia, and salivation. Repeated administration of butorphanol at 1.0 mg/kg (10 times the recommended dosage) every 4 hours for 48 hours caused constipation in one of two horses.

**SUBACUTE EQUINE STUDIES**

Case 1:07-cv-00559-HHK    Document 27-13    Filed 07/10/2008    Page 6 of 9

Horses were found to tolerate butorphanol given intravenously at dosages of 0.1, 0.3, and 6.3 mg/kg every 4 hours for 48 hours followed by once daily injections for a total of 21 days. The only detectable drug effects were slight transient ataxia observed occasionally in the high dosage group. No clinical, laboratory, or gross or histopathologic evidence of any butorphanol-related toxicity was encountered in the horses.

## INDICATIONS

DOLOREX (butorphanol tartrate) is indicated for the relief of pain associated with colic in adult horses and yearlings. Clinical studies in the horse have shown that butorphanol tartrate alleviates abdominal pain associated with torsion, impaction, intussusception, spasmodic and tympanic colic, and postpartum pain.

## WARNING

FOR USE IN HORSES ONLY. NOT FOR USE IN HORSES INTENDED FOR FOOD.

## CAUTION

DOLOREX, a potent analgesic, should be used with caution with other sedative or analgesic drugs as these are likely to produce additive effects.

There are no well controlled studies using butorphanol in breeding horses, weanlings, and foals. Therefore the drug should not be used in these groups.

## ADVERSE REACTIONS

In clinical trials in horses, the most commonly observed side effect was slight ataxia which lasted 3 to 10 minutes. Marked ataxia was reported in 1.5% of the 327 horses treated. Mild sedation was reported in 9% of the horses.

## DOSAGE

The recommended dosage in the horse is 0.1 mg butorphanol per kilogram of body weight (0.05 mg/lb) by intravenous injection. This is equivalent to 5 mL DOLOREX for each 1,000 Lb body weight. The dose may be repeated within 3 to 4 hours but treatment should not exceed 48 hours. Preclinical model studies and clinical field trials in horses demonstrate that the analgesic effects of butorphanol are seen within 15 minutes following injection and persist for about 4 hours.

## HOW SUPPLIED

DOLOREX is supplied in 50 mL vials (Order Code No. DO-722-50).

Store at controlled room temperature 15° to 30°C (59° to 86°F).

## REFERENCES

1. Pircio, A.W. *et al*. The Pharmacology of Butorphanol. *Arch Int Pharmacodyn Ther* 220 (2):231-257, 1976.
2. Dobkin, A.B. *et al*. Butorphanol and Pentazocine in Patients with Severe Postoperative Pain. *Clin Pharmacol Ther* 18:547-553, 1975.
3. Gilbert, M.S. *et al*. Intramuscular Butorphanol and Meperidine in Postoperative Pain. *Clin Phamacol Ther* 20:359-364, 1976.
4. Cavanagh, R.L. *et al*. Antitussive Properties of Butorphanol. *Arch Int Pharmacodyn Ther* 220 (2):258-268, 1976.
5. Shurig, J.E. *et al*. Effect of butorphanol and Morphine on Pulmonary Mechanics, Arterial Blood Pressure, and Venous Plasma Histamine in the Anesthetized Dog. *Arch Int Pharmacodyn Ther* 233:296-304, 1978.
6. Nagashmina, H. *et al*. Respiratory and Circulatory Effects of Intravenous Butorphanol and Morphine. *Clin Pharm Ther* 19:735-745, 1976.
7. Popio, K.A. *et al*. Hemodynamic and Respiratory Effects of Morphine and Butorphanol. *Clin Pharm Ther* 23:281-287, 1978.
8. Robertson, J.T. and W.W. Muir. Cardiopulmonary Effects of Butorphanol Tartrate in Horses. *Am J Vet Res* 42:41-44,1981.
9. Kalpravidh, M. *et al*. Effects of Butorphanol, Flunixin, Levorphanol, Morphine, Pentazocine, and Xylazine in Ponies. *Am J Vet Res* 45:217-223, 1984.

Manufactured for: INTERVET INC., Millsboro, DE 19966

By: INTERVET INTERNATIONAL B.V., Boxmeer, Holland

| 50 mL vials | 077909B 0042.240.6320 |
|---|---|
| | 077909B 6.01 |

**NAC No.:** 11060413

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                  Civil Action No. 1:07-cv-559 (HHK)


MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*


MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*


# EXHIBIT 16(c)

**TO THE DECLARATION IN SUPPORT OF**
**MERIAL LIMITED AND MERIAL SAS' BRIEF**
**IN OPPOSITION TO THIRD PARTY DEFENDANT**
**INTERVET INTERNATIONAL B.V.'S MOTION TO**
**DISMISS FOR LACK OF PERSONAL JURISDICTION**

# INTERVET/SCHERING-PLOUGH ANIMAL HEALTH
## (formerly Intervet Inc.)

**29160 INTERVET LANE, P.O. BOX 318, MILLSBORO, DE, 19966-0318**

| | |
|---|---|
| Toll-Free: | 800-992-8051 |
| Customer Service: | 800-441-8272 |
| Website: | www.intervetusa.com |
| Email: | Information.USA@intervet.com |



Every effort has been made to ensure the accuracy of the information published. However, it remains the responsibility of the readers to familiarize themselves with the product information contained on the product label or package insert.

# FERTAGYL®



*Intervet*
**(GONADORELIN)**
**FOR INJECTION FOR THE TREATMENT OF CYSTIC OVARIES IN CATTLE**
ANADA 200-134, Approved by FDA
**FOR ANIMAL USE ONLY**
**DESCRIPTION**
Fertagyl is a sterile solution containing 43 µg/mL gonadorelin (GnRH; equivalent to 50 µg/mL gonadorelin diacetate tetrahydrate) suitable for intramuscular or intravenous administration. Gonadorelin is a decapeptide composed of the sequence of amino acids -

5-oxoPro-His-Trp-Ser-Tyr-Gly-Leu-Arg-Pro-Gly-NH$_2$

with a molecular weight of 1182.32 and empirical formula $C_{55}H_{75}N_{17}O_{13}$.

Gonadorelin is the hypothalamic releasing factor responsible for the release of gonadotropins (e.g., LH, FSH) from the anterior pituitary.
Synthetic gonadorelin is physiologically and chemically identical to the endogenous bovine hypothalamic releasing factor.
**PHARMACOLOGY AND TOXICOLOGY**
Endogenous gonadorelin is synthesized by and/or released from the hypothalamus during various stages of the bovine estrous cycle following appropriate neurogenic stimuli. It passes via the hypophyseal portal vessels, to the anterior pituitary to effect the release of gonadotropins.
Synthetic gonadorelin administered intramuscularly or intravenously also causes the release of endogenous LH and FSH from the anterior pituitary.
Gonadorelin diacetate tetrahydrate has been shown to be safe. The $LD_{50}$ for mice and rats is greater than 60 mg/kg, and for dogs, greater than 600 µg/kg, respectively. No untoward effects were noted among rats or dogs administered 120 µg/kg/day intramuscularly or 72 µg/kg/day intravenously for 15 days.
It had no adverse effects on heart rate, blood pressure or EKG, when administered to unanesthetized dogs at 60 µg/kg. In anesthetized dogs it did not produce depression of myocardial or systemic hemodynamics or adversely affect coronary oxygen supply or myocardial oxygen requirements.
The intravenous administration of 60 µg/kg/day gonadorelin diacetate tetrahydrate to pregnant rats and rabbits during organogenesis did not cause embryotoxic or teratogenic effects.
The intramuscular administration of 1000 µg gonadorelin diacetate tetrahydrate to normally cycling dairy cattle had no effect on hematology or blood chemistry.
Further, gonadorelin diacetate tetrahydrate did not cause irritation at the site of intramuscular administration in dogs. The dosage administered was 72 µg/kg/day for 7 days.
**INDICATION AND DOSAGE**
Fertagyl (gonadorelin) is indicated for the treatment of ovarian follicular cysts in dairy cattle. Ovarian cysts are non-ovulated follicles with incomplete luteinization which can result in nymphomania or irregular estrus.
Historically, cystic ovaries have responded to an exogenous source of luteinizing hormone (LH) such as human chorionic gonadotropin.
Fertagyl initiates release of endogenous LH to cause ovulation and luteinization.
The recommended intramuscular or intravenous dosage of Fertagyl is 86 µg/cow (2 mL; equivalent to 100 µg gonadorelin diacetate tetrahydrate/cow).
Each mL of Fertagyl contains:

| | |
|---|---|
| Gonadorelin | 43 µg |
| | |

# FERTAGYL®

| | |
|---|---|
| Benzyl Alcohol | 9 mg |
| Sodium Chloride | 7.47 mg |
| Water for Injection, PhEur. | q.s. |

pH adjusted with sodium phosphate (monobasic and dibasic).

**Keep refrigerated: 2° - 8°C (36° - 46°F).**

**CAUTION**

Federal law restricts this drug to use by or on the order of a licensed veterinarian.

**HOW SUPPLIED**

Fertagyl is available in a concentration of 43 µg/mL (equivalent to 50 µg/mL gonadorelin diacetate tetrahydrate) suitable for intramuscular or intravenous administration.

Fertagyl is supplied in multidose vials containing 20 mL of sterile solution (Code No. 021913).

033124 INU240

077922E 8.05

Manufactured for: INTERVET INC., Millsboro, DE 19966

By: INTERVET INTERNATIONAL GmbH, Unterschleissheim - Germany

**NAC No.:** 11060532

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 17

**TO THE DECLARATION IN SUPPORT OF**
**MERIAL LIMITED AND MERIAL SAS' BRIEF**
**IN OPPOSITION TO THIRD PARTY DEFENDANT**
**INTERVET INTERNATIONAL B.V.'S MOTION TO**
**DISMISS FOR LACK OF PERSONAL JURISDICTION**

4 of 20 DOCUMENTS

Copyright 2007 HT Media Ltd.
All Rights Reserved
US Fed News

July 1, 2007 Sunday 9:05 AM  EST

**LENGTH:** 871  words

**HEADLINE:** SCIENCE UPDATE

**BYLINE:** US Fed News

**DATELINE:** WASHINGTON

**BODY:**

The U.S. Department of Agriculture issued the following article in Agriculture Today:

Vaccinating Catfish Before They Hatch!

Each year, U.S. catfish producers have to absorb an estimated $50-70 million in losses from waterborne diseases such as enteric septicemia and columnaris. To help keep catfish healthy, researchers invented vaccines for immunizing this valuable food fish against the two diseases. After studying the best way to administer them, they concluded that these vaccines can be given simultaneously--24 to 48 hours before hatching--during what's called the "eyed-egg" stage of development. Current practice is to vaccinate newly hatched catfish, about 10 days old, while aboard the trucks that'll deliver them to farm ponds for release.

It takes workers just 10 to 15 minutes to treat the not-quite-hatched eggs with the two vaccines. And tests have shown that vaccinating catfish at this eyed-egg stage could provide immunity lasting at least 140 days.

The patented vaccines have been licensed to Intervet International, of Boxmeer, The Netherlands, and are commercially available in the United States.

Phillip H. Klesius and Craig A. Shoemaker, USDA-ARS Aquatic Animal Health Research Unit, Auburn, Alabama; phone (334) 887-3741.

Get a Fix on Flavonoids

If you've been wondering about the flavonoid content of foods in your diet, you now have an easy way to check it out. Why should you bother? Research has shown an association between consumption of foods rich in flavonoids and a reduced risk of cancer and heart disease. Good sources include red grapes, white onions, and black-eyed peas--as well as green and black tea. Now an updated database with details on 26 selected flavonoid compounds in 385 foods is available online at www.ars.usda.gov/nutrientdata.

To compile this nutrient data update, analyses were performed on nearly 60 representative fruits, nuts, and vegetables obtained through nationwide sampling. Data on the flavonoids in new foods were also collected from about 100 scientific papers. The expanded flavonoid database supplements the more extensive National Nutrient Database for Standard Reference, known as "SR19," which is widely used by researchers and nutrition professionals.

David B. Haytowitz, USDA-ARS Nutrient Data Laboratory, Beltsville, Maryland; phone (301) 504-0714, e-mail .

Cotton That Clothes and Feeds Us!

Genetic technology under development may one day make it possible for cotton plants grown around the world to feed--as well as clothe--millions of people! That's because, in addition to the comfortable, durable textiles that can be spun or woven from the fluffy fiber surrounding cotton's seeds, a high-quality protein can be processed from the seeds

SCIENCE UPDATE US Fed News July 1, 2007 Sunday 9:05 AM  EST

themselves. The problem is, cottonseed also contains considerable amounts of a natural toxin, gossypol. That's why only multistomached animals like cattle can safely consume the protein-rich cottonseed or the meal that remains after the cottonseed oil has been removed.

But researchers working with the Institute for Genomics and Biotechnology, at Texas A&M University-College Station, have shown that it is possible to use RNA interference technology in combination with a seed-specific gene promoter to interrupt biosynthesis of gossypol in the seed. This allows a normal amount of gossypol and related compounds to be produced in the foliage--where they protect the plant from attack by insects--while only trace amounts of gossypol form in the seed. Estimates are that about 9 million metric tons of edible protein could be derived from the 44 million metric tons of cottonseed produced worldwide each year.

Robert D. Stipanovic, USDA-ARS Cotton Pathology Research Unit, College Station, Texas; phone (979) 260-9232.

Peanut Flour: Suiting the Kind to the Job

Not only does peanut flour add protein and flavor to processed foods such as baked goods, nutrition bars, and snacks, it also functions as a dependable thickener in sauces and dressings. The flour is simply the dry powder that's formed after partial extraction of oil from roasted peanut seed. And while peanuts themselves are about 25 percent protein, peanut flour is about 50 percent. It's sold at different fat levels--generally 12 or 28 percent--and as light-, medium-, or dark-roast flour. So how do food processors decide which of these flours will give their various products the best texture?

Since rheological tests often relate to consumer perceptions of texture, researchers have run a variety of tests to discover the effects of different kinds of peanut flour on flow behavior and form changes in model systems under controlled heating conditions. They found that lower fat, light-roasted peanut flours promoted more viscosity, ounce for ounce, than other types. Depending on the product application and consumer expectations regarding texture, higher or lower viscosities may be good or bad. The test data will help food processors optimize texture in both existing and new products containing peanut flour.

Jack P. Davis, USDA-ARS Market Quality and Handling Research Unit, Raleigh, North Carolina; phone (919) 515-6312.

"Science Update" was published in the July 2007 issue of Agricultural Research magazine.

**LOAD-DATE:** July 3, 2007

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

                    Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 18

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

About EDGAR Onlir

**EDGAR**Online



Advertisement

Wachovia
**FREE CHECKING**
SECURITY. CONVENIENCE. SATISFACTION.





WACHOVIA



MEMBER FDIC

Advertisement

The following is an excerpt from a 10-K SEC Filing, filed by HESKA CORP on 3/30/2004.

**Jump to :**

-- Use Sections To Navigate Through The Document --



**Item 1. Business.**

We discover, develop, manufacture, market, sell, distribute and support veterinary products. Our core focus is on the canine and feline companion animal health markets. We have devoted substantial resources to the research and development of innovative products in these areas, where we strive to develop high value products for unmet needs and advance the state of veterinary medicine.

Our business is comprised of two reportable segments, Companion Animal Health and Diamond Animal Health. The Companion Animal Health segment includes diagnostic and monitoring instruments and supplies as well as single use diagnostic and other tests, vaccines and pharmaceuticals, primarily for canine and feline use. These products are sold directly by us as well as through independent third party distributors and other distribution relationships. The Diamond Animal Health segment ("Diamond") includes private label vaccine and pharmaceutical production, primarily for cattle but also for other animals including small mammals, horses and fish. All Diamond products are currently sold by third parties under third party labels.

Our principal executive offices are located at 1613 Prospect Parkway, Fort Collins, Colorado 80525, our telephone number is (970) 493-7272 and our internet address is www.heska.com. We were incorporated in California in 1988, and we reincorporated in Delaware in 1997.

## Background

We have historically been a research and development focused company and have devoted substantial resources to this area, which has contributed to our historical bottom line losses.

We were incorporated as Paravax, Inc. in California in 1988 and conducted research on vaccines to prevent infections by parasites. In 1991, we moved our headquarters from California to northern Colorado in order to be located closer to the research facilities of the College of Veterinary Medicine and Biomedical Sciences of Colorado State University. In 1995, we changed our name to Heska Corporation. Between 1996 and 1998, we expanded our business, making several acquisitions.

During 1999 and 2000, we restructured and refocused our business. The operations of a Wisconsin-based 1998 acquisition were consolidated with our existing operations in Fort Collins, Colorado and Des Moines, Iowa as of December 31, 1999 and the Wisconsin facility was closed. We sold Heska UK, a veterinary diagnostic laboratory in England in January 2000 and Center Laboratories,

1

---

a FDA and USDA licensed manufacturer of allergy immunotherapy products, in June 2000. We also sold the worldwide rights to our PERIOCEUTIC Gel product, the first veterinary perioceutic gel for the treatment and control of periodontal disease in dogs, to Pharmacia & Upjohn Animal Health in March 2000.

We continued to pursue operating efficiencies and rationalize our business in 2001 and 2002. In late 2001, we moved our distribution strategy to a distributor-focused model and entered into distribution agreements with over 20 third-party veterinary distributors. We eliminated several direct sales positions as a result. We also consolidated our European operations into one facility in the fourth quarter of 2001. In the first half of 2002, we eliminated several positions, primarily in research and development, to lower our expense base. In July 2002, we licensed Intervet, Inc. certain rights to patents, trademarks and know-how for our Flu AVERT I.N. equine influenza vaccine, the world's first intranasal influenza vaccine for horses. This was the result of a strategic decision to focus our resources on the canine and feline veterinary markets.

### Companion Animal Health Products

We presently sell a variety of companion animal health products, among the most significant of which are the following:

### Medical Instruments

We offer a broad line of veterinary diagnostic, monitoring and other instruments which are described below. We also market and sell consumable supplies for these instruments.

Diagnostic Instruments.    Our line of veterinary diagnostic instruments includes the following:

- °  •

- ° Electrolytes:    The i-STAT Portable Clinical Analyzer is a handheld, portable clinical analyzer that provides quick, easy analysis of blood gases and other key analytes, such as sodium, potassium and glucose, in whole blood. We collaborated with i-STAT Corporation (recently acquired by Abbott Laboratories), our supplier of this instrument and affiliated cartridges and supplies, on the development of veterinary applications for this instrument.

- °  •

- ° Blood Chemistry:    The SPOTCHEM EZ Automated Dry Chemistry System is a compact benchtop system used to measure common blood chemistry components that are vital to veterinary medical diagnosis. It provides veterinarians with an easy-to-use, flexible and economical in-clinic chemistry system. We collaborated with Arkray, Inc., our supplier of this instrument and affiliated test strips, on the development of veterinary applications for this instrument.

- °  •

- ° Hematology:    The HESKA CBC-DIFF Veterinary Hematology System is an easy-to-use blood analyzer that measures such key parameters as white blood cell count, red blood cell count, platelet count and hemoglobin levels in animals. We collaborated with Boule Diagnostics International AB, our supplier of this instrument and affiliated reagents and supplies, on the development of veterinary applications for this instrument. This product was introduced in January 2004 and is replacing another hematology analyzer in our product line. We believe the CBC-DIFF Veterinary Hematology System offers additional benefits including speed and maintenance.

Monitoring and Other Instruments.    The use by veterinarians of the types of patient monitoring products that are taken for granted in human medicine is becoming the state of the art in companion animal health. Our line of veterinary monitoring instruments includes the following:

- °  •

Case 1:07-cv-00539-HHK     Document 27-13     Filed 07/10/2008     Page 5 of 19

° The VET/OX G2 DIGITAL Monitor is a veterinary monitor with a
"digital-at-the-source" sensor, providing a digital signal starting at
the tip of the sensor where the signal is generated

2

---

(pulse oximetry monitors typically use an analog sensor). It monitors
heart rate, oxygen saturation, respiratory rate and body temperature
in a portable, rugged, easy-to-use package.


° ●


° The VET/OX 4800 monitor is an oxygen saturation monitor designed for
monitoring animals under anesthesia. This monitor simultaneously
measures and displays SpO2, pulse rate and strength, ECG, respiratory
rate and body temperature.


° ●


° The VET/IV 2.2 infusion pump is a compact, affordable IV pump that
allows veterinarians to easily provide regulated infusion of fluids,
drugs or nutritional products for their patients.


### Point-of-Care Diagnostic and Other Tests


Heartworm Diagnostic Products.    Heartworm infections of dogs and
cats are caused by the parasite Dirofilaria immitis. This parasitic worm is
transmitted in larval form to dogs and cats through the bite of an infected
mosquito. Larvae develop into adult worms that live in the pulmonary arteries
and heart of the host, where they can cause serious cardiovascular, pulmonary,
liver and kidney disease. Our canine and feline heartworm diagnostic tests use
monoclonal antibodies or a recombinant heartworm antigen, respectively, to
detect heartworm antigens or antibodies circulating in the blood of an infected
animal.


We currently market and sell heartworm diagnostic tests for both
dogs and cats in the U.S. and Europe. SOLO STEP CH for dogs and SOLO STEP FH for
cats are available in point-of-care formats that can be used by veterinarians on
site. We also offer SOLO STEP CH Batch Test Strips, a rapid and simple
point-of-care antigen detection test for dogs that allows veterinarians in
larger practices to run multiple samples at the same time.


Allergy Testing and Diagnostic Products.    Allergy is common in
companion animals, and it is estimated to affect approximately 10% to 15% of
dogs. Clinical symptoms of allergy are variable, but are often manifested as
persistent and serious skin disease in dogs and cats. Clinical management of
allergic disease is problematic, as there are a large number of allergens that
may give rise to these conditions. Although skin testing is often regarded as
the most accurate diagnostic procedure, such tests can be painful, subjective

and inconvenient. The effectiveness of the immunotherapy that is prescribed to treat allergic disease is inherently limited by inaccuracies in the diagnostic process.

We market two complementary in vitro tests for the detection of IgE, the antibody involved in most allergic reactions. We currently market and sell the ALLERCEPT E-SCREEN Test, a rapid in-clinic test that detects the presence of allergen-specific IgE, an antibody associated with allergic disease. Dogs testing positive for allergen-specific IgE are candidates for further evaluation using our ALLERCEPT Definitive Allergen Panels, discussed later in this document, to determine the specific allergens to which the dog is allergic.

Early Renal Damage Detection Products.    Renal damage is a leading cause of death in both dogs and cats. Several inflammatory, infectious or neoplastic diseases can damage an animal's kidneys. It is estimated that 70% to 80% of kidney function is already destroyed before veterinarians can detect renal damage using traditional tests. Early detection is key to eliminate the causes and to mitigate the effects of kidney damage. Identification and treatment of the underlying cause of kidney damage can slow the progression of disease and add quality years to an animal's life.

Our E.R.D.-HEALTHSCREEN Canine Urine Test and our E.R.D.-HEALTHSCREEN Feline Urine Test are rapid in-clinic immunoassay tests designed to detect microalbuminuria, the most sensitive indicator of renal damage. Our E.R.D.-HEALTHSCREEN Feline Urine Test was introduced in 2003.

3

---

**Veterinary Diagnostic Laboratory**

We have a veterinary diagnostic laboratory at our Fort Collins facility.

This diagnostic laboratory offers blood testing using our ALLERCEPT Definitive Allergen Panels, which provide the most accurate determination of the specific allergens to which an animal, such as a dog or cat, is reacting. The panels use a highly specific recombinant version of the natural IgE receptor to test the serum of potentially allergic animals for IgE directed against a panel of known allergens. A typical test panel consists primarily of various pollen, grass, mold, insect and mite allergens. The test results serve as the basis for prescription ALLERCEPT Allergy Treatment Sets, discussed later in this document.

This diagnostic laboratory currently also offers testing using our canine and feline heartworm diagnostic technology and flea bite allergy assays as well as other diagnostic services including polymerase chain reaction, or PCR, based tests for certain infectious diseases. Our Fort Collins veterinary diagnostic laboratory is currently staffed by medical technologists experienced in animal disease and several additional technical staff.

We intend to continue to use our veterinary diagnostic laboratory both as a stand-alone service center for our customers and as an adjunct to our product development efforts. Many of the assays which we intend to develop in a point-of-care format are initially validated and made available in the veterinary diagnostic laboratory. The assay will remain available there after the introduction of the analogous point-of-care test.

## Vaccines and other Biologicals

Allergy Treatment.    Veterinarians who use our ALLERCEPT Definitive Allergen Panels often purchase ALLERCEPT Allergy Treatment Sets for those animals with positive test results. These prescription immunotherapy treatment sets are formulated specifically for each allergic animal and contain only the allergens to which the animal has significant levels of IgE antibodies. The prescription formulations are administered in a series of injections, with doses increasing over several months, to ameliorate the allergic condition of the animal. Immunotherapy is generally continued for an extended time. We offer both canine and feline immunotherapy treatment products.

Feline Respiratory Disease.    The use of injectable vaccines in cats has become controversial due to the frequency of injection site-associated side effects. The most serious of these side effects are injection site sarcomas, tumors which, if untreated, are nearly always fatal. While there is one competitive non-injectable two-way vaccine, all other competitive products are injectable formulations.

We sell the HESKA Trivalent Intranasal/Intraocular Vaccine, a three-way modified live vaccine to prevent disease caused by the three most common respiratory viruses of cats: calicivirus, rhinotracheitis virus and panleukopenia virus. This vaccine is administered without needle injection by dropping the liquid preparation into the eyes and nostrils of cats. Our vaccine avoids injection site side effects, and we believe it is very efficacious. We anticipate the introduction of a next generation version of this product in 2004.

## Pharmaceuticals

Heartworm Prevention.    We have an agreement with Schering-Plough Animal Health Corporation ("SPAH"), the worldwide animal health care business of Schering-Plough Corporation, granting SPAH the distribution and marketing rights in the United States for TRI-HEART Plus Chewable Tablets, our canine heartworm prevention product. TRI-HEART Plus Chewable Tablets (ivermectin/pyrantel) are indicated for use as a monthly preventive treatment of canine heartworm infection and for treatment and control of ascarid and hookworm infections. We manufacture

4

Case 1:07-cv-00559-HHK    Document 27-15    Filed 07/10/2008    Page 8 of 19

TRI-HEART Plus Chewable Tablets at our Des Moines, Iowa production facility.
TRI-HEART Plus Chewable Tablets were introduced in 2003.

Nutritional Supplements.    We sell a novel fatty acid supplement,
HESKA F.A. Granules. The source of the fatty acids in this product, flaxseed
oil, leads to high omega-3:omega-6 ratios of fatty acids. Diets high in omega-3
fatty acids are believed to lead to lower levels of inflammatory mediators. The
HESKA F.A. Granules include vitamins and are formulated in a palatable flavor
base that makes the product convenient and easy to administer.

### Diamond Animal Health Products

Diamond Animal Health, our wholly-owned subsidiary located in Des
Moines, Iowa, has developed its own line of bovine vaccines that are licensed by
the United States Department of Agriculture, or USDA. Diamond has a long-term
agreement with a distributor, Agri Laboratories, Ltd., ("AgriLabs"), for the
exclusive (outside of Canada) marketing and sale of certain of these vaccines
worldwide which are sold primarily under the Titanium and MasterGuard brands,
which are registered trademarks of AgriLabs. AgriLabs currently has an
arrangement with Intervet International B.V., a unit of Akzo Nobel, for the
joint distribution of these vaccines in North America. Certain annual contract
minimums, which increase over the life of the contract, must be met by AgriLabs
in order to maintain worldwide exclusivity. We believe it is likely that
AgriLabs will not meet the minimum purchase requirement for 2004 and will lose
exclusive rights to this product line in early 2005. AgriLabs will continue to
have access to the product line under the agreement if it loses exclusivity due
to a failure to meet the minimum purchase requirement. The agreement expires in
December 2013 and is automatically renewed for additional one-year terms
thereafter, unless either party gives prior written notice that it does not wish
to renew the agreement. Diamond also manufactures other bovine products not
covered under the agreement with AgriLabs.

Diamond manufactures biological and pharmaceutical products for a
number of other animal health companies. Diamond's offerings range from
providing complete turnkey services which include research, licensing,
production, labeling and packaging of products to providing any one of these
services as needed by Diamond's customers as well as validation support and
distribution services. Diamond also manufactures products for other animals
including small mammals, horses and fish.

In July 2002, Heska made a strategic decision to focus on the canine
and feline animal health markets. At that time, Heska licensed certain of its
Flu AVERT I.N. vaccine rights to Intervet Inc., a unit of Akzo Nobel. In early
2004, the agreement with Intervet Inc. was extended to include certain rights in
Canada. As part of the agreement, Diamond is currently manufacturing this
product for Intervet Inc., although Intervet Inc. is free to manufacture the
product itself in the future. Intervet Inc. now has global distribution rights
for this product outside of South Africa. All sales of this product after
July 2002 have been reported as revenue for the Diamond Animal Health segment.

### Marketing, Sales, Distribution and Customer Support

We estimate that there are approximately 35,000 veterinarians in the United States whose practices are devoted principally to small animal medicine. Those veterinarians practice in approximately 18,000 clinics in the United States. In 2003, our products were sold to approximately 14,000 such clinics in the United States. All our companion animal products are ultimately sold to or through veterinarians. In many cases, veterinarians will markup their costs to the end user. The acceptance of our products by veterinarians is critical to our success.

We currently market our companion animal products in the United States to veterinarians through a direct sales force, a telephone sales force, independent third-party distributors, as well as through trade shows and print advertising and SPAH in the case of our heartworm preventive. Our

5

direct sales force currently consists of 40 territory managers and 5 regional managers responsible for sales in various parts of the United States. Our inside sales force consists of 17 persons.

Our independent third-party distributors in the U.S. purchase and market our products utilizing their direct sales forces. We currently have agreements with 25 regional distributors with approximately 800 representatives. We believe that one of our largest competitors, IDEXX Laboratories, Inc. ("IDEXX"), effectively prohibits its distributors from selling competitors' products, including our diagnostic instruments and heartworm diagnostic tests. As a result, 13 of these 25 regional distributors with approximately 220 representatives carry our full product line. We believe the IDEXX restrictions limit our ability to engage national distributors to sell our full line of products and significantly restricts our ability to market our products to veterinarians. To be successful, we will need to continue to attract and retain sufficient independent distributors and train the sales personnel of our distributors about Heska products.

We have a full staff dedicated to customer and product support including veterinarians, technical support specialists and service technicians. Individuals from our research and development group may also be used as a resource in responding to certain inquiries.

Internationally, we market our products to veterinarians primarily through corporate agreements and independent third-party distributors. Novartis Agro K.K. (Novartis Animal Health K.K. Tokyo) exclusively markets and distributes SOLO STEP CH in Japan. Leo Animal Health A/S currently exclusively distributes the E-SCREEN test, both E.R.D.-HEALTHSCREEN Urine Tests and SOLO STEP CH in Europe.

All Diamond products are currently marketed and sold by third parties under third party labels. AgriLabs currently has exclusive (outside of Canada) worldwide sales and marketing rights to certain of Diamond's bovine vaccines, which are sold primarily under the Titanium and MasterGuard labels.

We have granted third parties substantial marketing rights to

certain of our existing products as well as products under development. Our agreements with our corporate partners generally contain no or very small minimum purchase requirements in order for them to maintain their exclusive or co-exclusive marketing rights. For example, we have entered into agreements with Novartis and Nestle Purina Petcare Company, a unit of Nestle, to market or co-market certain of the products that we have developed or are currently developing.

## Manufacturing

Our products are manufactured by third-party manufacturers and/or in our Des Moines, Fribourg, Switzerland and Fort Collins facilities. Our facility in Des Moines, Iowa is an USDA, Food and Drug Administration, or FDA, and Drug Enforcement Agency, or DEA, licensed biological and pharmaceutical manufacturing facility. We expect that we will manufacture most or all of our biological and pharmaceutical products at this facility, as well as most or all of our recombinant proteins and other proprietary reagents for our diagnostic tests. We manufacture our various allergy diagnostic products at our Des Moines facility, our Fort Collins facility and our Fribourg, Switzerland, facility. Quidel Corporation and we, at our Des Moines facility, manufacture our heartworm point-of-care diagnostic tests.

Third parties manufacture our veterinary diagnostic and patient monitoring instruments, including our various analyzers and veterinary sensors and affiliated consumable supplies, as well as other products including our allergy treatment products, our E.R.D.-HEALTHSCREEN Urine Tests, our Trivalent Intranasal/Intraocular Vaccine and our F.A. Granules. Our handheld analyzers and affiliated supplies are provided under an agreement with i-STAT Corporation (recently acquired by Abbott Laboratories), our chemistry analyzers and affiliated supplies are provided under an agreement with Arkray, Inc., our hematology analyzers and affiliated supplies are provided under an agreement

6

---

with Boule Diagnostics International AB, and our digital monitor is supplied under an agreement with Dolphin Medical, Inc. (a majority-owned subsidiary of OSI Systems, Inc.). ALK-Abello, Inc. and Greer Laboratories, Inc. manufacture our immunotherapy treatment products. Diagnostic Chemicals, Ltd. manufactures our E.R.D.-HEALTHSCREEN Urine Test.

Diamond manufactures animal health vaccine and pharmaceutical products for marketing and sale by other companies. Our Des Moines facility currently has the capacity to manufacture more than 50 million doses of vaccine each year. Diamond's customers purchase products in both bulk and finished format, and Diamond performs all phases of manufacturing, including growth of the active bacterial and viral agents, sterile filling, lyophilization and packaging.

Case 1:07-cv-00559-HHK     Document 27-15     Filed 07/10/2008     Page 11 of 19

## Product Creation

We are committed to creating innovative products to address
significant unmet health needs of companion animals. We have historically been
an R&D-driven company and currently employ approximately 50 scientists, of whom
over 25% hold doctoral degrees. We create products both through internal
research and development and external collaboration. We incurred expenses of
$6.8 million, $8.6 million and $13.6 million in the years ended December 31,
2003, 2002 and 2001, respectively, in support of our research and development
activities.

Internal research is managed by multidisciplinary product-associated
project teams that consist of microbiologists, immunologists, geneticists,
biochemists, molecular biologists, parasitologists and veterinarians, as
appropriate. We are also committed to identifying external product opportunities
and creating business and technical collaborations that lead to the creation of
other products in addition to those we create on our own. We believe that our
active participation in scientific networks and our reputation for investing in
research enhances our ability to acquire external product opportunities. We have
collaborated, and continue to do so, not only with a number of companies and
universities, but also with veterinary specialists and other practicing
veterinarians to test products in development and to validate the utility of our
existing products in the marketplace. Examples of such collaborations are
provided below.

Our product pipeline currently includes a number of products in
various stages of development, such as: the FELINE ULTRANASAL FVRCP Vaccine to
protect cats from respiratory viral infection; the in-clinic feline IMMUCHECK
Assay that measures antibody levels in cats so that veterinarians can assess the
need for vaccination; and the canine IMMUCHECK Assay that measures antibody
levels in dogs so that veterinarians can assess the need for vaccination.

## Collaborative and Out-Licensing Agreements

We have developed a number of collaborative arrangements to enhance
our research and development activities in the areas of diagnostic and
monitoring instruments, single use diagnostic and other tests, vaccines and
pharmaceuticals. Examples of these include:

  º •

  º Quidel Corporation for the development of SOLO STEP CH Cassettes, SOLO
STEP CH Batch Test Strips and SOLO STEP FH Cassettes;

  º •

  º i-STAT Corporation (recently acquired by Abbott Laboratories), for the
development of veterinary applications for the i-STAT Portable
Clinical Analyzer and associated cartridges;

  º •

° Arkray, Inc., for the development of veterinary applications for the SPOTCHEM EZ Automated Dry Chemistry System and associated test strips;

° •

° Boule Diagnostics International AB for the development of veterinary applications for the HESKA CBC-DIFF Hematology System and associated reagents;

° •

° Dolphin Medical, Inc. (a majority-owned subsidiary of OSI Systems, Inc.), for the development of the VET/OX G2 DIGITAL Monitor.

7

---

° •

° Diagnostic Chemicals, Ltd., for the development of the canine and feline E.R.D.-HEALTHSCREEN Urine Tests;

° •

° Colorado State University for the development of the feline IMMUCHECK Assay to measure antibody levels in cats so that veterinarians can assess the need for vaccination.

In late 2002, we entered into a long-term agreement with AgriLabs. The amended and extended agreement was intended to simplify various agreements we had with AgriLabs dating back to 1998 and strengthen our relationship with AgriLabs. Under our agreement, AgriLabs has agreed to continue to work with us on the development of new products and AgriLabs has exclusive (outside of Canada) worldwide rights to sell and market certain of our bovine vaccines. AgriLabs currently has an arrangement with Intervet International B.V., a unit of Akzo Nobel, for the joint distribution of these bovine vaccines in North America. Certain annual contract minimums, which increase over the life of the contract, must be met by AgriLabs in order to maintain worldwide exclusivity. The agreement expires in December 2013 and is automatically renewed for additional one-year terms thereafter, unless either party gives prior written notice that it does not wish to renew the agreement.

We have also entered into a number of out-licensing agreements to realize additional value in certain of our intellectual property assets in fields outside our core focus. Examples of such agreements include:

° •

° In collaboration with researchers at the University of Pittsburgh and University of Kentucky, we developed a cold-adapted intranasal equine

influenza virus which resulted in the Flu AVERT I.N. vaccine, the first efficacious influenza vaccine for horses. Due to our strategic decision to focus our resources primarily on the canine and feline veterinary markets, we entered into a worldwide (except Canada and South Africa) agreement with Intervet Inc., in 2002. In 2004, that agreement was extended to include Canada. Intervet Inc. now markets the Flu AVERT I.N. vaccine in the United States and Canada and plans to develop the product for markets elsewhere in the world.

° •

° In 1998, we obtained rights from ImmuLogic Pharmaceutical Corporation to an intellectual property portfolio including a number of major allergens and the genes that encode them for use in veterinary as well as human allergy applications. In order to realize additional value from that portfolio, we have granted licenses and options for licenses to several companies, including ALK-Abello A/S, Circassia, Ltd., (now part of Powderject Technologies, Ltd.), Meiji Milk Products Company, Ltd., Pharmacia Diagnostics AB, Powderject Technologies, Ltd. (now part of Chiron Vaccines), and Syngenta, Inc., for the use of those allergens in the fields of diagnosis and treatment of human allergy.

## Intellectual Property

We believe that patents, trademarks, copyrights and other proprietary rights are important to our business. We also rely upon trade secrets, know-how, continuing technological innovations and licensing opportunities to develop and maintain our competitive position.

We actively seek patent protection both in the United States and abroad. Our issued and pending patent portfolios primarily relate to allergy, flea control, heartworm control, infectious disease vaccines, diagnostic and detection tests, nutrition, instrumentation, immunomodulators, pain control, and vaccine delivery technologies. As of December 31, 2003, we owned, co-owned or had rights to 185 issued U.S. patents and 75 pending U.S. patent applications expiring at various dates from February 2010 to July 2021. Applications corresponding to pending U.S. applications have been or will be filed in other countries. Our foreign patent portfolio as of December 31, 2003 included 185 issued patents and 199 pending applications in various foreign countries.

8

We also have obtained exclusive and non-exclusive licenses for numerous other patents held by academic institutions and biotechnology and pharmaceutical companies. The proprietary technologies of Diamond and Heska AG are primarily protected through trade secret protection of, for example, their manufacturing processes.

Case 1:07-cv-00559-HHK   Document 27-15   Filed 07/10/2008   Page 14 of 19

## Seasonality

Certain portions of our business are subject to seasonality. The fourth quarter tends to be our best quarter, both in terms of revenue and profitability. For example, in our Companion Animal Health segment, sales of both our veterinary instruments and our heartworm diagnostic tests tend to be highest in the fourth quarter. In our Diamond Animal Health segment, sales of livestock vaccines tend to be higher in the second half of the year than in the first half of the year.

## Government Regulation

Many of the products that we develop are subject to extensive regulation by governmental authorities in the United States, including the USDA and the FDA, and by similar agencies in other countries. These regulations govern, among other things, the development, testing, manufacturing, labeling, storage, pre-market approval, advertising, promotion, sale and distribution of our products. Satisfaction of these requirements can take several years and time needed to satisfy them may vary substantially, based on the type, complexity and novelty of the product. Any product that we develop must receive all relevant regulatory approval or clearances, if required, before it may be marketed in a particular country. The following summarizes the U.S. government agencies that regulate animal health products:

° •

° USDA.    Vaccines and certain point-of-care diagnostics are considered veterinary biologics and are therefore regulated by the Center for Veterinary Biologics, or CVB, of the USDA. Industry data indicate that it takes approximately four years and $1.0 million to license a conventional vaccine for animals from basic research through licensing. In contrast to vaccines, point-of-care diagnostics can typically be licensed by the USDA in about two years, at considerably less cost. However, vaccines or diagnostics that use innovative materials, such as those resulting from recombinant DNA technology, usually require additional time to license. The USDA licensing process involves the submission of several data packages. These packages include information on how the product will be manufactured, information on the efficacy and safety of the product in laboratory animal studies and information on performance of the product in field conditions.

° •

° FDA.    Pharmaceutical products, which generally include synthetic compounds, are approved and monitored by the Center for Veterinary Medicine of the FDA. Industry data indicate that developing a new drug for animals requires approximately 11 years from commencement of research to market introduction and costs approximately $5.5 million. Of this time, approximately three years is spent in animal studies and the regulatory review process. However, unlike human drugs, neither preclinical studies nor a sequential phase system of studies are required. Rather, for animal drugs, studies for safety and efficacy may be conducted immediately in the species for which the drug is intended. Thus, there is no required phased evaluation of drug performance, and the Center for Veterinary Medicine will review data at appropriate times in the drug development process. In addition, the

time and cost for developing companion animal drugs may be
significantly less than for drugs for food production animals, as food
safety issues relating to tissue residue levels are not applicable.


  °   •


  ° EPA.   Products that are applied topically to animals or to premises
to control external parasites are regulated by the Environmental
Protection Agency, or EPA.


9

--------------------------------------------------------------------

After we have received regulatory licensing or approval for our
pharmaceutical products, numerous regulatory requirements apply. Among the
conditions for certain regulatory approvals is the requirement that our
manufacturing facilities or those of our third-party manufacturers conform to
current Good Manufacturing Practices or other manufacturing regulations, which
include requirements relating to quality control and quality assurance as well
as maintenance of records and documentation. The USDA, FDA and foreign
regulatory authorities strictly enforce manufacturing regulatory requirements
through periodic inspections.


A number of our animal health products are not regulated. For
example, certain products such as our ALLERCEPT panels, E-SCREEN Test and
E.R.D.-HEALTHSCREEN Urine Test, are not regulated by either the USDA or FDA.
Similarly, none of our veterinary diagnostic instruments or patient monitoring
instruments requires regulatory approval to be marketed and sold. Additionally,
various botanically derived products, various nutritional products and
supportive care products are exempt from significant regulation as long as they
do not bear a therapeutic claim that represents the product as a drug.


We have pursued regulatory approval outside the United States based
on market demographics of foreign countries. For marketing outside the United
States, we are subject to foreign regulatory requirements governing regulatory
licensing and approval for many of our products. Licensing and approval by
comparable regulatory authorities of foreign countries must be obtained before
we can market products in those countries. Product licensing approval processes
and requirements vary from country to country and the time required for such
approvals may differ substantially from that required in the United States. We
cannot be certain that approval of any of our products in one country will
result in approvals in any other country. To date, we or our distributors have
sought regulatory approval for certain of our products in Canada, which is
governed by the Canadian Food Inspection Agency, or CFIA, in Japan, which is
governed by the Japanese Ministry of Agriculture, Forestry and Fisheries, or
MAFF, and in certain European countries requiring such approval.


10

--------------------------------------------------------------------

Case 1:07-cv-00559-HHK    Document 27-15    Filed 07/10/2008    Page 16 of 19

The status of regulatory approval for our major products and
products in development both in the United States and elsewhere is summarized
below.

| Products | Country | Regulated | Agency | Status |
|---|---|---|---|---|
| ALLERCEPT E-SCREEN Test | United States | No | | No-in most countries |
| | EU | | | |
| ALLERCEPT Definitive Allergen Panels | United States | No | | No |
| | EU | | | |
| E.R.D.-HEALTHSCREEN | United | No | | |
| Canine Urine Test | States | No-in most countries | | |
| | EU | No | | |
| | | | Canada | |
| E.R.D.-HEALTHSCREEN Feline Urine Test | United States | No | | No-in most countries |
| | EU | No | | |
| | | | Canada | |
| Veterinary Medical Instrumentation | United States | No | | No |
| | EU | | | |
| HESKA F.A. Granules | United | No | | |

States

| | | | | | |
|---|---|---|---|---|---|
| SOLO STEP CH States | United States | Yes | | USDA | Licensed |
| Canada Yes | | CFIA | Pending | | |
| Japan Yes | | MAFF | Licensed | | |
| SOLO STEP FH States | United States | Yes | | USDA | Licensed |
| SOLO STEP CH Batch Test Strips Canada | United States | Yes Yes | | USDA CFIA | Licensed Pending |
| Trivalent Intranasal/Intraocular Vaccine | United States | Yes | | USDA | Licensed |
| TRI-HEART Plus Heartworm Preventative | United States | Yes | | FDA | Approved |

| Products in Development | Country | Regulated | Agency | Status |
|---|---|---|---|---|
| Feline IMMUCHECK Assay States No-in most EU | United countries | Yes | USDA | Pending |
| FELINE ULTRANASAL (FVRCP) Vaccine | United States | Yes | USDA | Pending |

## Competition

The market in which we compete is intensely competitive. Our competitors include independent animal health companies and major pharmaceutical companies that have animal health divisions. We also compete with independent, third party distributors, including distributors who sell products under their own private labels. In the point-of-care diagnostic testing market, our major competitors include IDEXX, Abaxis, Inc. and Synbiotics Corporation. Other companies with a significant presence in the animal health market such as Bayer AG, Intervet International B.V. (a unit of Akzo Nobel), Merial Ltd., Novartis AG, Pfizer Inc. and Schering-Plough Corporation and Wyeth (formerly American Home Products) may be marketing or developing products that compete with our products. These and other competitors may have substantially greater financial, technical, research and other resources and larger, more established marketing, sales, distribution and service organizations than us. Our competitors may offer broader product lines and have greater name recognition than we do. Novartis

11

has a marketing agreement with us but the agreement with us does not restrict
its ability to develop and market competing products. We believe that one of our
largest competitors, IDEXX, effectively prohibits its distributors from selling
competitive products, including our diagnostic instruments and heartworm
diagnostic tests.

The products manufactured by Diamond for sale by third parties
compete with similar products offered by a number of other companies, some of
which have substantially greater financial, technical, research and other
resources than Diamond and may have more established marketing, sales,
distribution and service organizations than Diamond's customers.

### Environmental Regulation

In connection with our product development activities and
manufacturing of our biological, pharmaceutical and diagnostic and detection
products, we are subject to federal, state and local laws, rules, regulations
and policies governing the use, generation, manufacture, storage, handling and
disposal of certain materials, biological specimens and wastes. Although we
believe that we have complied with these laws, regulations and policies in all
material respects and have not been required to take any significant action to
correct any noncompliance, we may be required to incur significant costs to
comply with environmental and health and safety regulations in the future.
Although we believe that our safety procedures for handling and disposing of
such materials comply with the standards prescribed by state and federal
regulations, the risk of accidental contamination or injury from these materials
cannot be eliminated. In the event of such an accident, we could be held liable
for any damages that result and any such liability could exceed our resources.

### Employees

As of December 31, 2003, we and our subsidiaries employed 293
people, of whom 88 were in sales, marketing and customer support, 80 were in
manufacturing and materials management, 68 were in management and
administration, 48 were in research, development, and regulatory affairs, and 9
were in our veterinary diagnostic laboratory. We believe that our ability to
attract and retain skilled personnel is critical to our success. None of our
employees is covered by a collective bargaining agreement, and we believe our
employee relations are good.

### Available Information

Case 1:07-cv-00559-HHK    Document 27-15    Filed 07/10/2008    Page 19 of 19

Our Annual Report on Form 10-K, Quarterly Reports on Form 10-Q,
Current Reports on Form 8-K and amendments to reports filed pursuant to Sections
13(a) and 15(d) of the Securities and Exchange Act of 1934, as amended, are
available on our website at www.heska.com, when such reports are available on
the Securities and Exchange Commission website.

© 1995-2008 **EDGAR Online, Inc.** All rights reserved • NASDAQ: EDGR • Solutions for Corporations • Terms of Use • Pri
Statement

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 19(a)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

 



## Product Literature

Circumvent® PCV starts
protecting pigs from three
weeks with a powerful, two-
dose formula.

Complete details on
Circumvent® PCV

## Recent News

Dr. Pat Graham presents on
his experience with
Circumvent PCV at World
Pork Expo 2008

Circumvent® PCV two-dose
formula helps reduce
morbidity, allowing pigs to
maintain normal growth...



Circumvent® PCV vaccine delivers the
power to protect your herd's performance in
the face of PCVAD. The two-dose regimen
delivers a high level of efficacy, reducing
mortality and virus shedding to help pigs
maintain normal growth rates consistently
in the face of this devastating disease.

## Protection from Start to Finish

Circumvent PCV can be used in pigs as early as three weeks of age. For
optimal immune response, pigs should receive two 2 cc (milliliter) doses
given through intramuscular injection. The injections should be given three
weeks apart, with suggested dosages at three and six weeks of age.

## Return on your investment

Circumvent PCV maintains normal growth rates in your herd, which
provides a significant economic advantage for you. Finish what you start
with Circumvent PCV, the best defense against PCVAD. See your
veterinarian or animal health supplier for more information.

Home  |  Webmaster  |  Privacy Policy  |  Disclaimer  |  Site Map  |  Contact Us

Circumvent is a registered trademark of Intervet Inc. or an affiliate.
© 2008 Intervet Inc. All rights reserved.

Visit other Intervet Inc. web sites:    Swine...............

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

                        Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 19(b)

### TO THE DECLARATION IN SUPPORT OF
### MERIAL LIMITED AND MERIAL SAS' BRIEF
### IN OPPOSITION TO THIRD PARTY DEFENDANT
### INTERVET INTERNATIONAL B.V.'S MOTION TO
### DISMISS FOR LACK OF PERSONAL JURISDICTION

 

PRODUCT LITERATURE    TECHNICAL BULLETINS    STUDY DATA    PCVAD RESOURCE CENTER    CONTACT US



### Assistance

Do you need to contact
Intervet immediately?

### Please call

1-800-441-8272 to reach a
Customer Relation Agent.

Support is available at that
number from 8:00 AM ET to
5:00 PM ET.

## Contact Us

If you would like to have more information on any of the subjects on the
Intervet web-site, please fill in the form below.

Please provide the following information:

First Name:

Last Name:

Street Address:

Street Address:

City:

State:        DC

Zip:

Daytime Phone:

E-Mail Address:

**Type your message here:**

[Clear]  [Submit]

Home  |  Webmaster  |  Privacy Policy  |  Disclaimer  |  Site Map  |  Contact Us

Circumvent is a registered trademark of Intervet Inc. or an affiliate.
© 2008 Intervet Inc. All rights reserved.

Visit other Intervet Inc. web sites:    Swine...............

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 20(a)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
<u>DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**



USPTO Patent Full-Text and Image Database

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**

**Bottom**   **View Cart**

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**AN/intervet AND AN/international**: 12 patents.
*Hits **1** through **12** out of **12***

Jump To [        ]

Refine Search [AN/intervet AND AN/international        ]

| | PAT. NO. | | Title |
|---|---|---|---|
| 1 | 7,341,725 | **T** | Structural proteins of fish pancreatic disease virus and uses thereof |
| 2 | 7,335,366 | **T** | Attenuated bovine respiratory syncytial virus |
| 3 | 7,291,342 | **T** | Infectious bronchitis virus vaccine |
| 4 | 7,279,167 | **T** | Infectious Salmon Anaemia virus vaccine |
| 5 | 7,247,309 | **T** | Coccidiosis vaccines |
| 6 | 7,244,434 | **T** | Replicons of pestviruses that do not express C and or E1 protein and infectious viral particles containing same, that can be used in vaccines |
| 7 | 7,230,075 | **T** | Coccidiosis poultry vaccine |
| 8 | 7,207,289 | **T** | Method of feeding the cattle with feed additives that increases beef production and reduces liver abscess |
| 9 | 7,183,404 | **T** | Vaccine against ISA virus |
| 10 | 7,150,873 | **T** | Coccidiosis vaccines |
| 11 | 5,885,589 | **T** | Pasteurella vaccine |
| 12 | 5,369,019 | **T** | Pasteurella vaccine |

**Top**   **View Cart**

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**

(12) **United States Patent**    (10) **Patent No.:**    **US 7,341,725 B2**
Weston et al.    (45) **Date of Patent:**    **Mar. 11, 2008**

(54) **STRUCTURAL PROTEINS OF FISH PANCREATIC DISEASE VIRUS AND USES THEREOF**

(75) Inventors: **Jonathan Weston**, Belfast (GB); **Daniel Todd**, Belfast (GB)

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 242 days.

(21) Appl. No.: **10/788,746**

(22) Filed: **Feb. 26, 2004**

(65) **Prior Publication Data**

US 2004/0258707 A1    Dec. 23, 2004

**Related U.S. Application Data**

(62) Division of application No. 09/674,866, filed as application No. PCT/EP99/03244 on May 6, 1999, now Pat. No. 6,719,980.

(30) **Foreign Application Priority Data**

May 8, 1998    (EP) .................................. 98201461

(51) **Int. Cl.**
*A61K 39/12*    (2006.01)
(52) **U.S. Cl.** ................................ **424/186.1**; 424/218.1
(58) **Field of Classification Search** .................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,914,260 | A | 6/1999 | McLoughlin et al. |
| 5,939,073 | A | 8/1999 | McLoughlin et al. |
| 6,719,980 | B1 | 4/2004 | Weston et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0 712 926 | | 5/1996 |
| NL | EP 0712926 A2 * | | 5/1996 |

OTHER PUBLICATIONS

Houghton, G.: "Acquired Protection in Atlantic Salmon Salmo Salar Parr and Post-Smolts Against Pancreas Disease"; vol. 18 No. 2, Feb. 24, 1994, p. 109-118.
Schlesinger et al: Togaviridae: The Viruses and Their Replication. In B.M. Fields et al (ed.), Fields Virology, 3rd ed. Philadelphia, Lippencolt-Raven Publishers; 1996; 825-827.
Nelson, R., et al: "Isolation of a Toga-Like Virus from Farmed Atlantic Salmon Salmo Salar with Pancreas Disease", Diseases of Aquatic Organism, vol. 22, No. 1, May 4, 1995, p. 25-32.

* cited by examiner

*Primary Examiner*—Stacy B. Chen
(74) *Attorney, Agent, or Firm*—Aaron L. Schwartz; Mark W. Milstead

(57) **ABSTRACT**

The present invention relates to the structural proteins of the causative agent of Pancreatic Disease in fish, nucleotide sequences encoding said proteins, vaccines comprising said proteins or nucleotide sequences and diagnostic kits comprising said proteins or nucleotide sequences.

**4 Claims, 2 Drawing Sheets**

US007335366B2

(12) **United States Patent**
Buchholz et al.

(10) Patent No.: **US 7,335,366 B2**
(45) Date of Patent: **Feb. 26, 2008**

(54) **ATTENUATED BOVINE RESPIRATORY SYNCYTIAL VIRUS**

(75) Inventors: **Ursula J. Buchholz**, Bethesda, MD (US); **Ulrike Schmidt**, Goch (DE)

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 280 days.

(21) Appl. No.: **11/112,261**

(22) Filed: **Apr. 21, 2005**

(65) **Prior Publication Data**

US 2005/0186224 A1    Aug. 25, 2005

**Related U.S. Application Data**

(62) Division of application No. 10/312,232, filed on Dec. 23, 2002.

(30) **Foreign Application Priority Data**

Jun. 23, 2000    (EP) .................................. 00202183

(51) **Int. Cl.**
*A61K 39/155* (2006.01)

(52) **U.S. Cl.** ................................ **424/211.1**; 424/204.1; 324/320.1

(58) **Field of Classification Search** ............. 424/211.1, 424/204.1, 199.1; 435/7.1, 69.1, 320.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,033,886 A    3/2000  Conzelmann
6,699,476 B1   3/2004  Collins et al.

6,921,535 B2 *  7/2005  Buchholz et al. ........ 424/211.1

FOREIGN PATENT DOCUMENTS

EP    0 702 085 A1    3/1996
EP    0 974 660 A1    1/2000
WO    WO 98 02530 A  1/1998

OTHER PUBLICATIONS

Whitehead, S.S. et al: "Recombinant respiratory syncytial virus bearing a deletion of either the NS2 or SH gene . . . " J. of Virology, V73, N4, Apr. 1999, p. 3438-3442.

Karger, A. et al: "Recombinant bovine respiratory syncytial virus with deletions of the G or SH genes . . . " J. of General Virology, V82, N3, Mar. 2001, p. 631-640.

Karron, R. et al: "Respiratory syncytial virus (RSV) SH and G proteins . . . " Proceedings of the National Academy of Sciences of the U.S., V94, N25, Dec. 9, 1997, p. 13961-13966.

Buchholz, U.J., et al.: "Chimeric bovine respiratory syncytial virus with glycoprotein gene subsitiutions . . . " J. of Virology, V74, N3, Feb. 2000, p. 1187-1199.

Dudas, R. et al.: Respiratory syncytial virus vaccines Clinical Microbiology Reviews, V11, N3, Jul. 1998, p. 430-439.

Whitehead, S.S., et al. "Replacement of the F and G proteins of respiratory . . . " J. of Virology, V73, N12, Dec. 1999, p. 9773-9780.

\* cited by examiner

*Primary Examiner*—Ali R. Salimi
(74) *Attorney, Agent, or Firm*—William M. Blackstone; Mark W. Milstead

(57) **ABSTRACT**

The present invention relates i.a. to Bovine Respiratory Syncytial Viruses that are not capable of expressing a functional SH-protein and/or G-protein due to a mutation in the genes encoding the said proteins. Also the invention relates to diagnostic test kits for discriminating wild-type Bovine Respiratory Syncytial Viruses from Bovine Respiratory Syncytial Viruses according to the invention and to methods for the discrimination between those viruses.

**11 Claims, 6 Drawing Sheets**

US007291342B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,291,342 B2**

Melson et al.                    (45) **Date of Patent:**     **Nov. 6, 2007**

(54) **INFECTIOUS BRONCHITIS VIRUS VACCINE**

(75) Inventors: **Lillian Melson**, Millsboro, DE (US);
                **Faris Jirjis**, Lewes, DE (US)

(73) Assignee: **Intervet International B.V.**, Boxmeer
               (NL)

( * ) Notice:   Subject to any disclaimer, the term of this
               patent is extended or adjusted under 35
               U.S.C. 154(b) by 184 days.

(21) Appl. No.: **10/848,589**

(22) Filed:     **May 17, 2004**

(65)            **Prior Publication Data**

        US 2004/0265339 A1    Dec. 30, 2004

        **Related U.S. Application Data**

(60) Provisional application No. 60/471,796, filed on May
     19, 2003.

(51) **Int. Cl.**
     *A61K 39/215*      (2006.01)
     *C12N 7/02*        (2006.01)
     *C12N 7/04*        (2006.01)
     *C12N 7/08*        (2006.01)

(52) **U.S. Cl.** .................. **424/222.1**; 435/236; 435/237;
                                             435/239

(58) **Field of Classification Search** ............. 424/222.1;
                                             435/236, 237
     See application file for complete search history.

(56)            **References Cited**

                U.S. PATENT DOCUMENTS

     4,751,079 A * 6/1988 Burger et al. ............ 424/202.1

     6,086,892 A * 7/2000 Cook ...................... 424/222.1

                OTHER PUBLICATIONS

Otsuki et al. Archives of Virology. 1979; 60 (1): 25-32, abstract
only.*
The Poultry Informed Professional, published by the Department of
Avian Medicine of the University of Georgia College of Veterinary
Medicine, Issue 37, May 2000.*
Jackwood, Mark W. et al., "Attenuation, Safety, and Efficacy of an
Infectious Bronchitis Virus GA98 Serotype Vaccine" Jul. 2003,
Avian Diseases, 47, p. 627-632.
Lee, Chang-Won, et al., "Origin and evolution of Georgia 98
(GA98), a new serotype of avian infectious bronchitis virus" (2001),
Virus Research, 80, p. 33-39.
Jia, Wei, et al., "Immunogenicity and Safety of an Attenuated
Georgia Type Infectious Bronchitis Vaccine", (2005) 54th Western
Poultry Disease Conference (3 pages).
Lee, Chang-Won, et al., "Identification and Analysis of the Georgia
98 Serotype, a New Serotype of Infectious Bronchitis Virus" Avian
Diseases 45:164-172, 2001.

* cited by examiner

*Primary Examiner*—Bruce R. Campell
*Assistant Examiner*—Nicole E Kinsey
(74) *Attorney, Agent, or Firm*—Aaron L. Schwartz; William
P. Ramey

(57)            **ABSTRACT**

Embodiments of the present invention generally relate to a
novel attenuated infectious bronchitis virus (IBV) of GA-98
isolate. Further, other embodiments of the present invention
generally relate to methods of immunizing avian against an
infectious bronchitis virus. As well, further embodiments
relate to method of making a vaccine and/or immunogenic
composition for protecting avian, such as poultry, from an
infectious bronchitis virus of strain GA-98.

**14 Claims, No Drawings**

(12) **United States Patent**
Villoing et al.

(10) Patent No.: **US 7,279,167 B2**
(45) Date of Patent: **Oct. 9, 2007**

(54) **INFECTIOUS SALMON ANAEMIA VIRUS VACCINE**

(75) Inventors: **Stephane Villoing**, Bergen (NO); **Eirik Biering**, Bergen (NO)

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 2 days.

(21) Appl. No.: **10/493,208**

(22) PCT Filed: **Oct. 16, 2002**

(86) PCT No.: **PCT/EP02/11552**

§ 371 (c)(1),
(2), (4) Date: **Apr. 20, 2004**

(87) PCT Pub. No.: **WO03/035680**

PCT Pub. Date: **May 1, 2003**

(65) **Prior Publication Data**

US 2004/0253580 A1    Dec. 16, 2004

(30) **Foreign Application Priority Data**

Oct. 19, 2001    (EP) ................................. 01203951

(51) **Int. Cl.**
*A61K 39/12* (2006.01)
*A61K 39/135* (2006.01)

(52) **U.S. Cl.** ............................... **424/204.1**; 424/186.1; 424/209.1; 536/23.72

(58) **Field of Classification Search** ............. 424/186.1, 424/209.1

See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| EP | 1 094 069 | 4/2004 |
|----|-----------|--------|
| WO | 02 079231 | 10/2002 |

OTHER PUBLICATIONS

Clouthier, Sharon C et al: "Genomic organization of infectious salmon anaemia virus."; Journal of General Virology, vol. 83, No. 2, Feb. 2002; pp. 421-428.
Falk, Knut et al: "Characterization of infectious salmon anemia virus, an orthomyxo-like virus isolated from Atlantic salmon (Salmo salar L.)." Journal of Virology, vol. 71, No. 12, Dec. 1997, pp. 9016-9023.
Kibenge, Frederick S B et al: "Growth of infectious salmon anaemia virus in CHSE-214 cells and evidence for phenotypic difference virus strains."; Journal of General Virology, vol. 81, No. 1, Jan. 2000, p. 143-150.
Mjaaland, S et al: "Genomic characterization of the virus causing infectious salmon (Salmo salar L.): An orthomyxo-like virus in a teleost."; Journal of General Virology, vol. 71, No. 10, 1997, pp. 7681-7686.
Falk et al: "Characterization and applications of a monoclonal antibody against infectious salmon anaemia virus"; Diseases of Aquatic Organisms, vol. 34, No. 2, Oct. 1998, pp. 77-85.
Accession No. AF429988 of European Molecular Biology Laboratory—European Bioinformatics Institutes's Nucleotide Sequence Database, Oct. 25, 2002.

*Primary Examiner*—Stacy B. Chen
(74) *Attorney, Agent, or Firm*—Aaron L. Schwartz; William M. Blackstone

(57) **ABSTRACT**

This invention relates to Infectious Salmon Anaemia Virus (ISAV) antigenic polypeptides and nucleic acid molecules encoding them, as well as vaccines, transformed cells and transgenic fish. The antigenic polypeptides are able to elicit an immune response in immunized animals.

**21 Claims, 2 Drawing Sheets**

(12) **United States Patent**    (10) **Patent No.:** **US 7,247,309 B2**

Vermeulen et al.    (45) **Date of Patent:** **Jul. 24, 2007**

(54) **COCCIDIOSIS VACCINES**

(75) Inventors: **Arnoldus Nicolaas Vermeulen**, Korhoederveld (NL); **Theodorus Petrus Maria Schetters**, Sering (NL)

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/739,561**

(22) Filed: **Dec. 18, 2000**

(65) **Prior Publication Data**

US 2001/0005910 A1    Jun. 28, 2001

(30) **Foreign Application Priority Data**

Dec. 21, 1999    (EP)    ................................. 99204444

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 39/012* | (2006.01) |
| *A61K 39/00* | (2006.01) |
| *A61K 39/116* | (2006.01) |
| *A61K 39/12* | (2006.01) |

(52) **U.S. Cl.** .............................. **424/267.1**; 424/184.1; 424/203.1; 424/204.1; 424/271.1

(58) **Field of Classification Search** ............. 424/184.1, 424/203.1, 204.1, 267.1, 271.1, 20.1, 271; 435/243, 252.1, 258.4, 252, 41, 258.1

See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0-047662 | * | 2/1982 |
| EP | 0 047 662 | | 3/1982 |
| EP | 0 256 878 | | 2/1988 |
| EP | 0 506 211 | | 9/1992 |
| WO | WO 94/16725 | * | 8/1994 |

OTHER PUBLICATIONS

Peeter et al, (Avian Diseases 38:483-493, 1994).*
Stephan et al, Veterinary Parasitology 69:19-29, 1997.*

Peeters et al, Avian Diseases, 38:483-493, 1994.*
Williams, International Journal of Parasitol, 1998, 28(7), p. 1089-1098.*
Kim et al, Infection and Immunity, Aug. 1989, p. 2434-2440.*
Peeters et al, (Avian Diseases 38:483-493, 1994).*
Han Qian et al., "A Survey of drug resistance to coccidiosis of Eimeria spp. Isolated from Liaocheng, Shandong Province in China" Acta Parasitologica et Medica Entomologica Sinica (1999) vol. 6, No. 2, p. 84-88 (Abstract).
Liu Qun et al., "Coccidiostats resistance of Eimeria spp. Isolates from Weifang, Shandong Province in China" Acta Veterinaria et Zootechnica Sinica, (1999) vol. 30, No. 2, p. 187-192 (Abstract).
Han Qian et al., "Survey of the coccidiostats resistance of Eimeria isolates from Zhucheng, Shandong Province in China" Chinese Journal of Veterinary Science, (1999) vol. 19, No. 1, p. 40-42 (Abstract).
Salisch et al., "Efficacy of Diclazuril and Four Ionophorous Anticoccidials Against Eimeria-Tenella and Eimeria -Acervulina" Archiv Fuer Gefleuglekunde, vol. 53, No. 3, 1989, p. 111-115 (Abstract).
Peeters et al., "Sensitivity of avian Eimeria spp. To seven chemical and five ionophore anticoccidials in five Belgian integrated broiler operations." Avian Diseases, vol. 38, No. 3, (1994) p. 483-493 (Abstract).
Stephan et al., "Studies of resistance of anticoccidials in Eimeria field isolates and pure Eimeria strains." Veterinary Parasitology, vol. 69, No. 1-2, 1997, p. 19-29 (Abstract).

* cited by examiner

*Primary Examiner*—Jeffrey Siew
*Assistant Examiner*—Vanessa L. Ford
(74) *Attorney, Agent, or Firm*—TraskBritt

(57) **ABSTRACT**

The present invention relates to coccidia strains and, in one embodiment, to microbiological cultures comprising such strains. In preferred embodiments, the coccidia strains are selected for tolerance to one group of coccidiostatic drugs, sensitivity to a second group of coccidiostatic drugs, and decreased proliferative capacity. Another embodiment of the invention relates to vaccines based on the coccidia strains according to the invention.

**4 Claims, 2 Drawing Sheets**

US007244434B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,244,434 B2**
Beer et al.                      (45) **Date of Patent:**      **Jul. 17, 2007**

(54) **REPLICONS OF PESTVIRUSES THAT DO NOT EXPRESS C AND OR E1 PROTEIN AND INFECTIOUS VIRAL PARTICLES CONTAINING SAME, THAT CAN BE USED IN VACCINES**

(75) Inventors: **Martin Beer**, Neuenkirchen (DE); **Ilona Reimann**, Gristow (DE)

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 10 days.

(21) Appl. No.: **10/524,210**

(22) PCT Filed: **Aug. 12, 2003**

(86) PCT No.: **PCT/EP03/09031**

§ 371 (c)(1),
(2), (4) Date: **Feb. 10, 2005**

(87) PCT Pub. No.: **WO2004/016794**

PCT Pub. Date: **Feb. 26, 2004**

(65) **Prior Publication Data**

US 2005/0208071 A1     Sep. 22, 2005

(30) **Foreign Application Priority Data**

Aug. 13, 2002    (EP) .................................. 02078357

(51) **Int. Cl.**
*A61K 39/12*     (2006.01)
*A01N 63/00*     (2006.01)
*C12N 7/00*     (2006.01)
*C12N 7/04*     (2006.01)
*C12N 5/00*     (2006.01)
*C12N 15/86*     (2006.01)
*C07H 21/04*     (2006.01)

(52) **U.S. Cl.** ................. **424/205.1**; 424/93.2; 424/93.6; 424/204.1; 424/218.1; 435/235.1; 435/236; 435/325; 435/456; 536/23.72

(58) **Field of Classification Search** .................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,180,109 B1 * 1/2001 Moormann et al. ...... 424/204.1
2004/0052818 A1* 3/2004 Heinz et al. ............. 424/202.1

FOREIGN PATENT DOCUMENTS

EP     1 035 205 A1     9/2000
EP     1 149 901 A1     10/2001
WO     WO 01 39801 A2     6/2001
WO     WO 2002 066621 A1     8/2002

OTHER PUBLICATIONS

Widjojoatmodjo M.N. et al.: "Classical swine fever virus Erns deletion mutants: Trans-complementation . . ." J. of Virology (Apr. 2000) V74, N7, p. 2973-2980, XP002227585.
Rumenapf, T. et al.: "Processing of the Envelope Glycoproteins of Pestiviruses" Journal of Virology, Jun. 1993, 67:6, 3288-3294.

* cited by examiner

*Primary Examiner*—Scott D. Priebe
*Assistant Examiner*—Maria Marvich
(74) *Attorney, Agent, or Firm*—Aaron L. Schwartz; William P. Ramey, III

(57) **ABSTRACT**

The present invention provides new Pestiviral RNA genomes (replicons) that are able to replicate, and can be packaged into infectious viral particles in cells that complement the missing protein(s), but do not produce infectious progeny virus. Such replicons can be useful for vaccine purposes.

**9 Claims, 5 Drawing Sheets**

(12) **United States Patent**　　　　　　　(10) **Patent No.:**　　**US 7,230,075 B1**
　　Kok et al.　　　　　　　　　　　　　　(45) **Date of Patent:**　　　　**Jun. 12, 2007**

(54) **COCCIDIOSIS POULTRY VACCINE**

(75) Inventors: **Jacobus Johannes Kok**, Nijmegen
　　　　　　(NL); **Paul van den Boogaart**, Oss
　　　　　　(NL); **Arnodus Nicolaas Vermeulen**,
　　　　　　Cuyk (NL)

(73) Assignee: **Intervet International B.V.**, Boxmeer
　　　　　　(NL)

( * ) Notice:　　Subject to any disclaimer, the term of this
　　　　　　patent is extended or adjusted under 35
　　　　　　U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/390,846**

(22) Filed:　　**Sep. 14, 1999**

**Related U.S. Application Data**

(62) Division of application No. 08/676,882, filed on Jul.
3, 1996, now Pat. No. 6,100,241.

(30)　　　**Foreign Application Priority Data**

　Jul. 3, 1995　　(EP)　..................................　95201801

(51) **Int. Cl.**
　　*C07K 1/00*　　　(2006.01)
　　*C07K 14/00*　　　(2006.01)
　　*A01N 37/18*　　　(2006.01)
　　*A61K 39/00*　　　(2006.01)
　　*A61K 39/38*　　　(2006.01)
　　*A61K 38/00*　　　(2006.01)
　　*A61K 39/012*　　　(2006.01)
(52) **U.S. Cl.** ................ **530/350**; 424/184.1; 424/265.1;
　　　　　424/266.1; 424/267.1; 424/271.1; 514/2;
　　　　　　　　　　　　　　　　　514/8
(58) **Field of Classification Search** ............... 530/403,
　　　　530/388.6, 350; 424/267.1, 184.1, 265.1,
　　　　　　　424/266.1, 271.1; 514/2, 8
　　See application file for complete search history.

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,661,015 A | * | 8/1997 | Binger et al. | |
| 5,686,294 A | * | 11/1997 | Sogabe et al. | ........... 435/252.3 |
| 5,783,197 A | * | 7/1998 | Vermeulen et al. | ...... 424/267.1 |
| 6,100,241 A | * | 8/2000 | Kok et al. | .................... 514/44 |
| 2006/0165731 A1 | * | 7/2006 | McDonald et al. | ...... 424/271.1 |

OTHER PUBLICATIONS

Shirley, 1975, Enzyme variation in Eimeria Species of the chicken.
Parasitology 71: 369-376, 1975.*
Kucera: "Starch Gel Electrophoresis of . . . ", Folia Parasitologica
36:295-299, 1989.*
Nakamura, et al, "Enzyme variation of Eimeria acervulina . . . ",
1991.*
Shirley, "A reappraisal of the taxonomic status of Eimeria . . . "
Parasitology 78: 221-237, 1979.*
Bowie et al, Science, 1990, 247:1300-1310.*
Houghten et al, Vaccines86, 1986, pp. 21-25.*
Kumar et al, PNAS USA, 1990, 87:1337-1341.*
Kaumaya et al, JBC, 1992, 267/9:6338-6346.*
Madern et al, Molecular Biology and Evolution, 2003, 21/3:489-
497.*
Vermeulen, International J. for Parasitology, 1998, 28:1121-1130.*
Frandsen et al, Experimental Parasitology, 1972, 32/3:390-402.*
Fransden, Experimental Parasitology, 1968, 23/3:398-402.*
Yang et al, Molecular and Biochemical Parasitology, 1995, 73:291-
294.*
Coombs et al, International J. Parasitology, 2002, 32:497-508.*
M. Wisher, *Molecular and Biochemical Parasitology*, 21:7-15,
1986.
Vermeulen et al., *FEMS Microbiology Letters*, 110:2:223-230, Jun.
15, 1993.
Blau et al., *New Eng. J. Med.*, (Nov. 2, 1995), pp. 1204-1207.
Lazar et al., *Mol. Cell. Biol.*, 8:1247-1252 (1998).
Burgess et al., *J. Cell Biol.*, 111:2129-2138, 1990.
Jolly et al., *Immunol.*, 2:329-339 (1990).
Hunt et al., *J. Virol.*, 8:3014-3019 (1988).
Cantello et al., *J. Virol.*, 3:1584-1588 (1991).
Taylor et al., *J. Virol.*, 4:1441-1450 (1990).
Breed et al., in *Avian Diseases*, Chapt. 2, pp. 37-48 (1996).
Finkelstein et al., *Tibtech.*, 7:273-277 (1989).
Sheppard et al., in *Austral. Vet. J.*, 12:421-423 (1989).
Tomley et al., *Vaccine*, 9:4-5 (1991).

* cited by examiner

*Primary Examiner*—N. M. Minnifield
(74) *Attorney, Agent, or Firm*—William M. Blackstone;
Mark W. Milstead; Mary E. Gormley

(57)　　　　　**ABSTRACT**

This invention relates to novel *Eimeria* proteins with immu-
nogenic properties as well as to DNA sequences encoding
these proteins. These proteins can be administered to poultry
thereby protecting the birds against coccidiosis. In addition
the DNA encoding these proteins can be used for the
preparation of a vector vaccine against coccidiosis.

**4 Claims, 2 Drawing Sheets**

(12) **United States Patent**　　　(10) **Patent No.:**　**US 7,207,289 B2**

Montgomery　　　　　　　　　　　　　(45) **Date of Patent:**　　**Apr. 24, 2007**

(54) **METHOD OF FEEDING THE CATTLE WITH FEED ADDITIVES THAT INCREASES BEEF PRODUCTION AND REDUCES LIVER ABSCESS**

(75) Inventor: **Jayden Lloyd Montgomery**, Magnolia, DE (US)

(73) Assignee: **Intervet International B.V.**, AN Boxmeer (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/133,959**

(22) Filed: **May 20, 2005**

(65) **Prior Publication Data**

US 2005/0284380 A1　　Dec. 29, 2005

**Related U.S. Application Data**

(60) Provisional application No. 60/573,244, filed on May 20, 2004.

(51) **Int. Cl.**
　　*A01K 5/00*　　　(2006.01)
　　*A01K 39/00*　　(2006.01)
(52) **U.S. Cl.** ..................................... **119/51.01**; 426/635
(58) **Field of Classification Search** ............. 119/51.01, 119/72; 426/625, 807
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,585,770 A | 4/1986 | Frechet et al. |
| 5,731,028 A | 3/1998 | Chevremont et al. |
| 5,847,124 A | 12/1998 | Chevremont et al. |

OTHER PUBLICATIONS

P.E. Strydom, "The Effect a Beta-Agonist (Zilpaterol) on Meat Colour Shelf Life", Proc. of 46th ICoMST, Buenos Aires, Argentina (2000) p. 148-149.

Tech Report "Tylan Efficacy: A 40-Trial Summary" Beef 1994,Laudert and Vogel, Lilly Research Laboratories.

E.L. Potter, et al. "Effect of Monensin and Tylosin on Average Daily Gain, Feed Efficiency and Liver Abscess Incidence in Feedlot . . . " J of Anim. Sci. V61, N5 1985, p. 1058-1065.

K.F. Lechtenberg, et al. "Hepatic ultrasonography and blood changes in cattle with experimentally induced hepatic abscesses" Am J. Vet. Res. (Jun. 1991) V52, N6, p. 803-809.

S.J. Bartie et al. "Effects of Liver Abscesses on Steer Performance and Carcass Characteristics" Texas Tech Univ. Agric. Sci. Tech. Rep. No. T-5-297, p. 57-58.

D.R. Brink, et al. "Steer performance and factors which affect severity of liver abscesses" Journal of Animal Science, V61, Supp 11, p. 496-497.

S.D. Farlin "The costs of liver abscesses feedlot cattle may be suffering more than you know" (Aug.-Sep. 1980) Animal Nutrition & Health p. 6-7.

D.R. Brink, et al. "Severity of liver abscesses and efficiency of feed utilization of feedlot cattle" (1990) Journal Animal Science, p. 1201-1207.

S.D. Farlin "Liver abscesses: How much do they cost the cattle feeder?" (Aug. 1980) Beef, p. 44-45.

*Primary Examiner*—T. Nguyen
(74) *Attorney, Agent, or Firm*—William M. Blackstone; David M. Gryte; Mark W. Milstead

(57)　　　　　　　**ABSTRACT**

The present inventions relates to a method of increasing beef production in cattle with feed additives, comprising feeding cattle with feed, comprising an effective amount of an ionophore in combination with a macrolide antibiotic, and thereafter feeding cattle with feed, comprising zilpaterol and essentially no ionophore or macrolide antibiotic for the succeeding about 20 to 40 days.

**6 Claims, No Drawings**

US007183404B1

(12) **United States Patent**     (10) **Patent No.:**     **US 7,183,404 B1**
Rimstad                           (45) **Date of Patent:**     **Feb. 27, 2007**

(54) **VACCINE AGAINST ISA VIRUS**

(75) Inventor: **Espen Rimstad**, Oslo (NO)

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 168 days.

(21) Appl. No.: **09/979,967**

(22) PCT Filed: **May 29, 2000**

(86) PCT No.: **PCT/NO00/00179**

§ 371 (c)(1),
(2), (4) Date: **Mar. 18, 2002**

(87) PCT Pub. No.: **WO00/72878**

PCT Pub. Date: **Dec. 7, 2000**

(30)     **Foreign Application Priority Data**

May 31, 1999     (NO) ................................. 19992608

(51) **Int. Cl.**
*C07H 21/00*     (2006.01)
*A61K 39/12*     (2006.01)

(52) **U.S. Cl.** ................ **536/23.72**; 536/23.1; 424/204.1

(58) **Field of Classification Search** ............ 424/204.1; 536/23.1, 23.72
See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

5,780,448 A * 7/1998 Davis ........................... 514/44
5,981,173 A * 11/1999 Orth et al. ...................... 435/5

FOREIGN PATENT DOCUMENTS

EP     0 839 913     5/1998

OTHER PUBLICATIONS

Corbeil et al. "Evaluation of the protective immunogenicity of the N, P, M, NV and G proteins of infectious hematopoietic necrosis virus

in rainbow trout oncorhynchus mykiss using DNA vaccines" Dis Aquat Organ (Dec. 22, 1999) pp. 29-36.*

Falk, K. "Characterization of Infectious Salmon Anemia Virus, an Orthomyxo-Like Virus Isolated from Atlantic Salmon" J. Virol. (Dec. 1997) vol. 71, pp. 9016-9023.*

Krossoy, B. "The Putative Polymerase Sequence of Infectious Salmon Anemia Virus Suggests a New Genus within Orthomyxoviridae" J. Virol. (Mar. 1999) vol. 73, No. 3, pp. 2136-2142.*

Kibenge, F.S.B. "Growth of infectious salmon anemia virus in CHSE-214 cells and evidence for phenotypic differences between virus strains" J. Gen. Virol. (2000) vol. 81, pp. 143-150.*

Eliassen, T.M. "Initial Events in Infectious Salmon Anemia Virus Infection: Evidence for the Requirement of Low-pH Step" J. Virol. (Jan. 2000), vol. 74, No. 1, pp. 218-227.*

Krossoy et al, "The Putative Polymerase Sequence of Infectious Salmon Anemia Virus Suggests a New Genus within the Orthomyxoviridae," *J. of Virology*, vol. 73(3), pp. 2136-2142 (1999).

Falk et al, "Characterization of Infectious Salmon Anemia Virus, an Orthomyxo-Like Virus Isolated from Atlantic Salmon," *J. of Virology*, vol. 71(12), pp. 9016-9023 (1997).

Mjaaland et al, "Genomic Characterization of the Virus Causing Infectious Salmon Anemia in Atlantic Salmon (*Salmo salar* L.): an Orthomyxo-Like Virus in a Teleost," *J. of Virology*, vol. 71(10), pp. 7681-7686 (1997).

Pubmed ID: 10092978; Lovely et al, "First Identification of Infectious Salmon Anaemia Virus in North America With Haemorrhagic Kidney Syndrome".

* cited by examiner

*Primary Examiner*—Stacy B. Chen

(74) *Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

(57)     **ABSTRACT**

The invention relates to vaccine against infectious salmon anaemia (ISA) virus, DNA sequences encoding immunogenic proteins from ISA virus, diagnostic kit for detection of ISA specific nucleic acid sequences and proteins and exploitation of the ISA virus genome or parts of it as a general model organism.

**9 Claims, 1 Drawing Sheet**

(12) **United States Patent**
Schaap et al.

(10) Patent No.: **US 7,150,873 B2**
(45) Date of Patent: **Dec. 19, 2006**

(54) **COCCIDIOSIS VACCINES**

(75) Inventors: **Theodorus Cornelis Schaap**, 's-Hertogenbosch (NL); **Catharina Maria Kuiper**, 's-Hertogenbosch (NL); **Arnoldus Nicolaas Vermeulen**, Cuyk (NL)

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 189 days.

(21) Appl. No.: **10/723,123**

(22) Filed: **Nov. 26, 2003**

(65) **Prior Publication Data**

US 2005/0037020 A1    Feb. 17, 2005

**Related U.S. Application Data**

(62) Division of application No. 09/749,233, filed on Dec. 27, 2000, now Pat. No. 6,680,061, which is a division of application No. 09/411,578, filed on Oct. 4, 1999, now Pat. No. 6,203,801.

(30) **Foreign Application Priority Data**

| Oct. 7, 1998 | (EP) | .................................. | 98203384 |
| Oct. 16, 1998 | (EP) | .................................. | 98203457 |

(51) **Int. Cl.**
| *A61K 39/00* | (2006.01) |
| *A61K 39/012* | (2006.01) |
| *C07H 21/04* | (2006.01) |
| *C12P 21/06* | (2006.01) |

(52) **U.S. Cl.** ............................... **424/184.1**; 424/269.1; 424/267.1; 424/265.1; 435/69.1; 435/69.5; 435/320.1; 514/44; 536/23.5; 536/23.7

(58) **Field of Classification Search** ............. 424/191.1, 424/269.1, 265.1, 267.1, 184.1; 435/69.1, 435/69.5, 320.1; 514/44; 536/23.5, 23.7
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,981,684 A | 1/1991 | MacKenzie et al. | |
| 5,597,807 A | 1/1997 | Estrada et al. | |
| 5,670,362 A | 9/1997 | Vermeulen et al. | |
| 5,780,289 A | 7/1998 | Vermeulen et al. | |
| 5,789,233 A | 8/1998 | Vermeulen et al. | |
| 5,792,644 A | 8/1998 | Vermeulen et al. | |
| 5,925,347 A | 7/1999 | Vermeulen et al. | |
| 6,203,801 B1 * | 3/2001 | Schaap et al. | 424/267.1 |
| 6,680,061 B1 * | 1/2004 | Schaap et al. | 424/267.1 |
| 2002/0006408 A1 | 1/2002 | Vermeulen et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 135 712 | 4/1985 |
| EP | 0 231 537 | 8/1987 |
| EP | 0 324 648 | 7/1989 |
| EP | 0 337 589 | 10/1989 |
| EP | 0 382 531 | 8/1990 |
| EP | 0 439 056 | 7/1991 |
| EP | 0 838 522 | 4/1998 |
| EP | 0 872 486 | 10/1998 |
| NZ | 330158 | 7/1998 |

OTHER PUBLICATIONS

Houghten et al: Vaccines, 1986, Edited by Fred Brown: Cold Spring Harbor Laboratory.

Bowie et al: Science, vol. 247; 1990; p. 1306; p. 1308.

H.D. Danforth et al., "Genetically Engineered Antigen Confers Partial Protection Against Avian Coccidial Parasites," Poultry Science, vol. 68, 1989, pp. 1643-1652.

Y.D. Karkhanis et al., "Purification and Characterization of a Protective Antigen from *Eimeria tenella*," Infection and Immunity, vol. 59, No. 3, Mar. 1991, pp. 983-989.

D. Purdy et al., "Cloning, Nucleotide Sequence and Characterization of a Gene Encoding Superoxide Dismutase from *Campylobacter jejuni and Campylobacter coli*," MICROBIOLOGY, vol. 140, May 1994, pp. 1203-1208.

M.C. Jenkins et al., "cDNA Encoding an Immunogenic Region of a 22kilodalton Surface Protein of *Eimeria acervulina* Sporozoites," Molecular and Biochemical Parasitology, vol. 32, 1989, pp. 153-162.

J. Rainie et al., "Cloning of the Triosephosphate Isomerase Gene of Plasmodium Falciparum and Expression in *Escherichia coli*," Molecular and Biochemical Parasitology, vol. 61, No. 2, 1993, pp. 159-169.

D. Deshazer et al., "Characterization of the Gene Encoding Superoxide Dismutase of Bordetella Pertussis and Construction of a SOD-deficient Mutant," GENE, vol. 142, 1994, pp. 85-89.

Yoo-Shick Lim et al., "The Thiol-specific Antioxidant Protein from Human Brain: Gene Cloning and Analysis of Conserved Cysteine Regions," GENE, vol. 140, 1994, pp. 279-284.

(Continued)

*Primary Examiner*—Nita Minnifield
*Assistant Examiner*—Padma Baskar
(74) *Attorney, Agent, or Firm*—Aaron L. Schwartz; William M. Blackstone; Mark W. Milstead

(57) **ABSTRACT**

The present invention relates to hydrophilic *Eimeria* polypeptides, DNA-fragments encoding those peptides, recombinant DNA molecules comprising such DNA-fragments, live recombinant carriers comprising such DNA-fragments or recombinant DNA molecules and host cells comprising such DNA-fragments, recombinant DNA molecules or live recombinant carriers. Furthermore, the invention relates to antibodies against the polypeptides and to coccidiosis vaccines based upon said polypeptides. The invention also relates to methods for the preparation of such antibodies and vaccines, and to methods for the detection of *Eimeria* parasites and antibodies against *Eimeria* parasites.

**5 Claims, No Drawings**

US005885589A

# United States Patent [19]

## Foged et al.

[11] **Patent Number:** 5,885,589

[45] **Date of Patent:** Mar. 23, 1999

[54] **PASTEURELLA VACCINE**

[75] Inventors: **Niels Tækker Foged**, Frederiksberg; **Svend Petersen**, Lyngby, both of Denmark

[73] Assignee: **Intervet International B.V.**, Boxmeer, Netherlands

[21] Appl. No.: **453,141**

[22] Filed: **May 30, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 293,314, Aug. 22, 1994, which is a continuation of Ser. No. 582,945, filed as PCT/DK89/00084 Apr. 11, 1989 published as WO89/09617, Oct. 19, 1989, Pat. No. 5,369,019.

[30] **Foreign Application Priority Data**

Apr. 12, 1988 [DK] Denmark ................................. 1995/88

[51] **Int. Cl.**[6] ................................................. **A61K 39/102**

[52] **U.S. Cl.** ................................. **424/255.1**; 424/192.1; 424/197.11; 530/350; 536/23.1; 435/69.1; 435/320.1

[58] **Field of Search** ................................ 435/69.1, 320.1; 530/350; 424/255.1, 197.11, 192.1; 536/23.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

4,677,070  6/1987  Larrick et al. ........................... 435/240

#### FOREIGN PATENT DOCUMENTS

036 995  10/1981  European Pat. Off. .
085 469   8/1983  European Pat. Off. .
109 942   5/1984  European Pat. Off. .

#### OTHER PUBLICATIONS

Pedersen, et al "Atrophic rhinitis in pigs: Proposal for a revised definition", Vet. Rec. 22: pp. 190–191, (1988).

Pedersen et al. "The pathogenesis of atrophic rhinitis in pigs induced by toxigenic *Pasteurella multocida*", J. Comp. Pathol. 94: pp. 203–214, (1984).

Foged et al. "Characterization and biological effect of the *P. multocida* toxin", FEMS Microbiol. Lett. 43: pp. 45–51, (1987).

Kamp et al. "Purification of a heat labile dermonecrotic toxin from culture fluid of *Pasteurella multocide*"Vet. Microbiol. 13: pp. 235–248, (1987).

Nakai et al. "Purification of demonecrotic toxin from a sonic extract of *Pasteurella multocida* SP–72 serotype D", Infect. Immun. ,46:429–434, (1984).

Trummel, et al. Stimulation of bone resorption by a factor from *Actinomyces viscosus*, J. Perdont, Res. 14: pp. 263–264, (1979).

Price "Structure and function of vitamin K–dependent bone proteins", In: Christiansen, et al. (eds.), Osteoporosis, Norhaven A/S, Viborg, Denmark, pp. 656–663, (1987).

Nielsen et al. Production of toxin in strains previously classified as *P. multocida*, Acta Path. Microbiol. Immunol. Scand. Sec. B, 94: pp. 203–204, (1986).

Rutter "Virulence of *Pasteurella multocida* in atrophic rhinitis of gnotobiotic pigs infected with *Bordetella bronchiseptic*", Res. Vet. Sci. 34: pp. 287–295, (1983).

Kume et al. "Dissociation of *Pasteurella multocida* Dermonecrotic Toxin into Three Polypeptiide Fragments", *Japanese Journal Vet. Sci.,* 47(5): 829–833, (1985).

Nakai et al. "Characterization of dermonecrotic toxin produced serotype D strains of *Pasteurella multocida*", Am. J. Vet. Res., vol. 45 (11), pp. 2410–2413, (1984).

Nakai et al. *Research in Vet Science,* 42:232–237, (1987).

Young et al. "Efficient Isolution of Genes Using Antibody Probes", *PNAS,* 80:1194–1198 (1983).

Itakura et al. "Chemical DNA Synthesis and Recombinant DNA Studies", *Science,* 209:1401–1405, (1980).

International Search Report (Swedish), 2 pp.

Maniates et al. "Molecular Cloning", A Laboratory Manual, 1982.

Chemical Abstracts, vol. 107, (1987), Abstract No. 107:110786w, FEMS Microbiol. Lett. 1987, 43(1) 45–51 (Eng.).

Chanter et al. *J. Gen. Microbiol.,* Partial Purification of an Osteolytic Toxin from *Pasteurella multocida*, 132: 1089–97.

Kim et al. Dialog, file Biosis, Dialog Accession No. 0017115392 (Biosis No. 83054453) Res Rep Rural Dev Adm (Suweon) 28 (Livest. and Vet), "Studies on immunogenecity of Pasteurella . . . ", 77–93, 1986.

Nakai, et al. Reconstruction of *Pasteurella multocida* dermonecrotic toxin from three polypeptides, FEMS Microb. Lett., 44: 259–265 (1987).

Kodama Dialog, file Medline, Dialog Accession No. 04970881 (NLM Accesson No. 83203881) Avian Dis, "Soluble fractions of *Pastuerella multocida*: . . . ", 27(1):283–91, (Jan.–Mar. 1983).

Lugtenberg Dialog, file Medline, Dialog Accession No. 05389686 (NLM Accession No. 85005686) Infect. Immun., "Atrophic rhinitis in swine: correlation of . . . ", 46(1):48–54, (Oct. 1984).

Pedersen et al. "The aetiological significance of *Bordetella bronchiseptica* and *P. multocide* in atrophic rhinitis of swine", Nord. Vet.—Med. 33, pp. 513–522, (1981).

Rutter et al. "Atrophic rhinitis in piglets: Differences in the pathogenicity of *Pasteurella multocida* in combined infections . . . ", Vet. Rec. 110: pp. 531–535, (1982).

Elling et al. "The pathogenesis of persistant turbinate atrophy induced by toxigenic *Pasteurella multocida* in pigs", Vet. Pathol. 22: pp. 469–474, (1985).

*Primary Examiner*—James C. Housel
*Assistant Examiner*—Jennifer Shaver
*Attorney, Agent, or Firm*—William M. Blackstone

[57] **ABSTRACT**

A vaccine for immunizing animals against diseases caused by microorganisms producing an osteolytic toxin is disclosed. The vaccine contains a *Pasteurella multocida* toxin or derivative thereof that has been rendered non-toxic by genetic and/or biochemical means. The toxin or derivative is encoded by a nucleotide sequence from *Pasteurella multocida* toxin which is inserted in an expression vector capable of replicating ina suitable host microorganism in which the sequence may be expressed.

**6 Claims, 31 Drawing Sheets**

US005369019A

# United States Patent [19]

## Foged et al.

[11] **Patent Number:**    **5,369,019**

[45] **Date of Patent:**    **Nov. 29, 1994**

[54] **PASTEURELLA VACCINE**

[75] Inventors: **Niels T. Foged**, Frederiksberg; **Svend Petersen**, Lyngby, both of Denmark

[73] Assignee: **Intervet International B.V.**, Boxmeer, Netherlands

[21] Appl. No.: **582,945**

[22] PCT Filed: **Apr. 11, 1989**

[86] PCT No.: **PCT/DK89/00084**

§ 371 Date: **Oct. 12, 1990**

§ 102(e) Date: **Oct. 12, 1990**

[87] PCT Pub. No.: **WO89/09617**

PCT Pub. Date: **Oct. 19, 1989**

[30] **Foreign Application Priority Data**

Dec. 4, 1988 [DK] Denmark ............................. 1995/88

[51] Int. Cl.⁵ ...................... **C07H 15/12; C12P 21/06; C12P 21/04; C12N 1/00**

[52] U.S. Cl. ................................. **435/69.3; 536/23.7; 536/23.4; 435/69.1; 435/71.1; 435/252.33; 435/320.1; 424/190.1; 424/255.1**

[58] Field of Search ................... 424/88, 92; 435/69.1, 435/71.1, 252.3; 536/27; 530/350

[56] **References Cited**

### U.S. PATENT DOCUMENTS

4,677,070  6/1987  Larrick et al. ...................... 435/240

### FOREIGN PATENT DOCUMENTS

036995  10/1981  European Pat. Off. ... A61K 39/102
085469  8/1983  European Pat. Off. ... A61K 39/102
109942  5/1984  European Pat. Off. ..... A61K 39/00

### OTHER PUBLICATIONS

Young et al PNAS 80:1194–1198 1983 Efficient Isolation of Genes Using Antibody Probes.

Foged et al Femus Microb Letter 43:45–51 1987 Characterization & Biological Effects of the Past, Mult Toxin.

Itakura et al.G350102 Science 209:1401–1405 1980.

Maniates et al Molecular Cloning A Laboratory Manual 1982.

Nakai et al Inf & Immun. 46:429–434 1984.
Nakai et al Research in Vet Science 42:232–237, 1987.
Chanter et al Journ of Microbiol. 132:1089–1097 1986 Partial Purification of an Osteolytic Toxic from P. Multocida.
Chemical Abstracts, vol. 107, (1987), Abstract No. 107:110786w, FEMS Microbiol. Lett. 1987, 43(a), 45–51 (Eng.).
Chanter et al. *J. Gen. Microbiol.*, "Partial Purification of an Osteolytic Toxin from *Pasteurella multocida*", 132: 1089–97 (1986).
Kim et al. Dialog, file Biosis, Dialog Accession No. 0017115392 (Biosis No. 83054453) Res Rep Rural Dev Adm (Suweon) 28 (Livest. and Vet), 1986, 77–93 (Kim J. Y.) "Studies on immunogenecity of Pasteurella . . . ".
Nakai et al. Reconstruction of *Pasteurella multocida* dermonecrotic toxin from three polypeptides, *FEMS Microb. Lett.*, 44: 259–265 (1987).
Dialog, file Medline, Dialog Accession No. 04970881 (NLM Accession No. 83203881) Avian Dis, Jan.–Mar. 1983, 27 (1) pp. 283–291, (Kodama H.) "Soluble fractions of *Pasteurella multocida*: . . . ".
Dialog, file Medline, Dialog Accession No. 05389686 (NLM Accession No. 85005686) Infect. Immun. Oct. 1984, 46(1) pp. 48–54, (Lugtenberg B.) "Atrophic rhinitis in swine: correlation of . . . ".

(List continued on next page.)

*Primary Examiner*—Christine M. Nucker
*Assistant Examiner*—H. F. Sidberry
*Attorney, Agent, or Firm*—Foley & Lardner

[57]    **ABSTRACT**

A vaccine for immunizing animals against diseases caused by microorganisms producing an osteolytic toxin is disclosed. The vaccine contains a *Pasteurella multocida* toxin or derivative thereof that has been rendered non-toxic by genetic and/or biochemical means. The toxin or derivative is encoded by a nucleotide sequence from *Pasteurella multocida* toxin which is inserted in an expression vector capable of replicating in a suitable host microorganism in which the sequence may be expressed.

**9 Claims, 31 Drawing Sheets**

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

 

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

 

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 20(b)

### TO THE DECLARATION IN SUPPORT OF
### MERIAL LIMITED AND MERIAL SAS' BRIEF
### IN OPPOSITION TO THIRD PARTY DEFENDANT
### INTERVET INTERNATIONAL B.V.'S MOTION TO
### DISMISS FOR LACK OF PERSONAL JURISDICTION



# US Patent & Trademark Office

## Patent Application Full Text and Image Database

| Help | Home | Boolean | Manual | Number | PTDLs |

| Bottom | View Shopping Cart |

*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**AN/intervet AND AN/international**: 8 applications.
*Hits 1 through 8 out of 8*

| Jump To | [          ] |

| Refine Search | AN/intervet AND AN/international |

| | PUB. APP. NO. | Title |
|---|---|---|
| 1 | 20080102086 | Feline Influenza Vaccine and Method of Use |
| 2 | 20080069843 | Salmonella vaccine |
| 3 | 20080063655 | Brachyspira hyodysenteriae vaccine |
| 4 | 20080057537 | Nucleic acid encoding polypeptide involved in cellular entrance of the PRRS virus |
| 5 | 20080026449 | Infectious Bronchitis Virus Vaccine |
| 6 | 20080014216 | Prime -boost vaccine for the protection of equines against viral infection |
| 7 | 20080008718 | Ornithobacterium Rhinotracheale Subunit Vaccines |
| 8 | 20070142447 | Veterinary composition comprising an arylpyrazole and a nitroenamine with enhanced antiparasitic activity |

| Top | View Shopping Cart |

| Help | Home | Boolean | Manual | Number | PTDLs |

Case 1:07-cv-00559-HHK   Do

US 20070142447A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2007/0142447 A1**
Mertens et al. (43) **Pub. Date:** **Jun. 21, 2007**

(54) **VETERINARY COMPOSITION COMPRISING AN ARYLPYRAZOLE AND A NITROENAMINE WITH ENHANCED ANTIPARASITIC ACTIVITY**

(75) Inventors: **Christina Mertens**, Boxmeer (NL); **Heike Williams**, Schwabenheim an der Selz (DE)

Correspondence Address:
**INTERVET INC.**
**PATENT DEPARTMENT**
**PO BOX 318**
**MILLSBORO, DE 19966-0318 (US)**

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

(21) Appl. No.: **11/698,683**

(22) Filed: **Jan. 26, 2007**

**Related U.S. Application Data**

(63) Continuation of application No. PCT/EP05/53667, filed on Jul. 27, 2005.

(30) **Foreign Application Priority Data**

Jul. 28, 2004 (EP) ....................................... 04103616.1

**Publication Classification**

(51) **Int. Cl.**
*A61K    31/4196*    (2006.01)
*A61K    31/4178*    (2006.01)
*A61K    31/137*    (2006.01)
(52) **U.S. Cl.** .......................... **514/381**; 514/383; 514/649

(57)        **ABSTRACT**

The invention relates to antiparasitic combinations of arylpyrazoles and nitroenamines, and their use for controlling insect and acarid infestations on animals.

Case 1:07-cv-00559-HHK   Document [illegible]   Filed [illegible]

US 20080008718A1

(19) **United States**

(12) **Patent Application Publication**   (10) Pub. No.: **US 2008/0008718 A1**

Schuijffel et al.                        (43) **Pub. Date:**      **Jan. 10, 2008**

---

(54) **ORNITHOBACTERIUM RHINOTRACHEALE SUBUNIT VACCINES**

(75) Inventors: **Danielle Francisca Schuijffel**, Langenboom (NL); **Petrus Johannes Maria Nuijten**, Boxmeer (NL)

Correspondence Address:
**INTERVET INC.**
**PATENT DEPARTMENT**
**PO BOX 318**
**MILLSBORO, DE 19966-0318 (US)**

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

(21) Appl. No.:   **10/588,992**

(22) PCT Filed:   **Feb. 9, 2005**

(86) PCT No.:   **PCT/EP05/50577**

§ 371(c)(1),
(2), (4) Date:   **Aug. 10, 2006**

(30)      **Foreign Application Priority Data**

Feb. 11, 2004   (EP) ........................................ 04075427.7

**Publication Classification**

(51) **Int. Cl.**
| | | |
|---|---|---|
| *A61K* | *39/40* | (2006.01) |
| *A61K* | *39/02* | (2006.01) |
| *A61K* | *39/102* | (2006.01) |
| *A61K* | *39/112* | (2006.01) |
| *A61K* | *39/12* | (2006.01) |
| *A61P* | *31/04* | (2006.01) |
| *C07H* | *21/00* | (2006.01) |
| *C12N* | *1/00* | (2006.01) |
| *C07K* | *14/195* | (2006.01) |
| *A61P* | *31/12* | (2006.01) |
| *A61P* | *31/00* | (2006.01) |
| *A61K* | *39/17* | (2006.01) |
| *A61K* | *39/255* | (2006.01) |
| *A61K* | *39/265* | (2006.01) |

(52) **U.S. Cl.** ............... **424/164.1**; 424/211.1; 424/214.1; 424/229.1; 424/232.1; 424/233.1; 424/234.1; 424/255.1; 424/258.1; 424/264.1; 435/243; 530/350; 536/23.7

(57)                **ABSTRACT**

The present invention relates to nucleic acids encoding *Ornithobacterium rhinotracheale* proteins, to DNA fragments, recombinant DNA molecules, live recombinant carriers and host cells comprising such nucleic acids, to *Ornithobacterium rhinotracheale* proteins, to antibodies against such proteins, to such proteins for use in vaccines, to the use of such proteins in the manufacturing of such vaccines, to vaccines comprising such nucleic acids, DNA fragments, recombinant DNA molecules, live recombinant carriers, host cells, proteins or antibodies against such proteins, and to methods for the preparation of such vaccines.



Cross-protection subunit vaccination

Case 1:07-cv-00559-HHK 
US 20080014216A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2008/0014216 A1
van de Zande (43) **Pub. Date:** **Jan. 17, 2008**

(54) **PRIME -BOOST VACCINE FOR THE PROTECTION OF EQUINES AGAINST VIRAL INFECTION**

(75) Inventor: **Saskia van de Zande**, Geel (BE)

Correspondence Address:
**INTERVET INC.**
**PATENT DEPARTMENT**
**PO BOX 318**
**MILLSBORO, DE 19966-0318 (US)**

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

(21) Appl. No.: **11/743,492**

(22) Filed: **May 2, 2007**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. PCT/EP06/67859, filed on Oct. 27, 2006.

(30) **Foreign Application Priority Data**

Nov. 1, 2005 (EP) ........................................ 05110231.7

**Publication Classification**

(51) **Int. Cl.**
*A61K 39/295* (2006.01)
*A61K 39/145* (2006.01)
*A61K 39/245* (2006.01)
(52) **U.S. Cl.** ................ **424/202.1**; 424/209.1; 424/229.1

(57) **ABSTRACT**

It has been found that adequate protection against viral infection in equines can be achieved when vaccination with a live viral vaccine (prime) is followed by vaccination with an inactivated vaccine (boost) for the same virus, wherein the two shots are given no longer than 8 weeks apart. The invention therefore provides a method for vaccination of equines against infection with an equine viral pathogen, wherein an animal is first vaccinated with a (prime) vaccine comprising an attenuated form of the pathogen, followed by a vaccination with a (boost) vaccine comprising the same pathogen in inactivated form, and wherein the boost vaccine is administered no longer than eight weeks after the prime vaccine. The method of the invention is especially useful for vaccination against viral infections such as infections with EIV and/or EHV-1/EHV-4. Especially for EIV, it has been found that when equines are vaccinated with such a prime-boost vaccine regimen according to the invention, the equines are protected against clinical signs after a challenge with a virulent EIV.

Case 1:07-cv-00559-HHK   Document ...   Filed ...   Page ...



US 20080026449A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2008/0026449 A1**

Melson et al. (43) **Pub. Date:** **Jan. 31, 2008**

(54) **INFECTIOUS BRONCHITIS VIRUS VACCINE**

(75) Inventors: **Lillian Melson**, Millsboro, DE (US); **Faris F. Jirjis**, Lewes, DE (US)

Correspondence Address:
**INTERVET INC.**
**PATENT DEPARTMENT**
**PO BOX 318**
**MILLSBORO, DE 19966-0318 (US)**

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

(21) Appl. No.: **11/865,957**

(22) Filed: **Oct. 2, 2007**

**Related U.S. Application Data**

(62) Division of application No. 10/848,589, filed on May 17, 2004, now Pat. No. 7,291,342.

(60) Provisional application No. 60/471,796, filed on May 19, 2003.

**Publication Classification**

(51) **Int. Cl.**
*C12N 7/04* (2006.01)

(52) **U.S. Cl.** .............................................................. **435/236**

(57) **ABSTRACT**

Embodiments of the present invention generally relate to a novel attenuated infectious bronchitis virus (IBV) of GA-98 isolate. Further, other embodiments of the present invention generally relate to methods of immunizing avian against an infectious bronchitis virus. As well, further embodiments relate to method of making a vaccine and/or immunogenic composition for protecting avian, such as poultry, from an infectious bronchitis virus of strain GA-98.

Case 1:07-cv-00559-HHK    Document 
US 20080057537A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2008/0057537 A1**
Pensaert et al. (43) **Pub. Date:** **Mar. 6, 2008**

(54) **NUCLEIC ACID ENCODING POLYPEPTIDE INVOLVED IN CELLULAR ENTRANCE OF THE PRRS VIRUS**

(75) Inventors: **Maurice Pensaert**, Berlare (BE); **Hans Nauwynck**, Zomergem (BE); **Nathalie Vanderheijden**, Merelbeke (BE)

Correspondence Address:
**INTERVET INC.**
**PATENT DEPARTMENT**
**PO BOX 318**
**MILLSBORO, DE 19966-0318 (US)**

(73) Assignees: **Intervet International B.V.**, Boxmeer (NL); **Universiteit Gent**, Gent (BE)

(21) Appl. No.: **11/781,558**

(22) Filed: **Jul. 23, 2007**

**Related U.S. Application Data**

(63) Continuation of application No. 10/485,045, filed on Jan. 23, 2004, filed as 371 of international application No. PCT/EP02/08047, filed on Jul. 18, 2002.

(30) **Foreign Application Priority Data**

Jul. 24, 2001 (EP) ........................................ 01202824.7

Oct. 31, 2001 (EP) ........................................ 01204220.6

**Publication Classification**

(51) **Int. Cl.**
| | | |
|---|---|---|
| *C12N* | *15/12* | (2006.01) |
| *C12N* | *15/85* | (2006.01) |
| *C12N* | *5/06* | (2006.01) |
| *C12N* | *5/10* | (2006.01) |
| *C12N* | *7/01* | (2006.01) |
| *C12P* | *21/00* | (2006.01) |

(52) **U.S. Cl.** ................. **435/69.1**; 435/235.1; 435/320.1; 435/325; 435/404; 435/70.1; 536/23.5

(57) **ABSTRACT**

The present invention relates to a new polynucleotide that encodes a polypeptide involved in cellular entrance of PRRSV, to a recombinant vector comprising said polynucleotide, to a cell capable of expressing said polypeptide, a method of producing said polypeptide as well as to cell culture and to a novel method of producing the PRRSV virus. The present invention further relates to a method of identifying compounds that affect the PRRSV receptor function of the polypeptide as well as to the use of the polypeptide or identified compounds in the manufacture of medicaments. The present inventors have succeeded in isolating a protein from PAM membranes that seems to play a crucial role in virus entry into the cell. The elucidated nucleotide sequence encoding the protein, as well as the amino acid sequence of the protein, were compared with sequences stored in sequence databases. Surprisingly the putative PRRSV receptor provided by the present invention showed a great deal of homology to certain proteins belonging to the Siglec family.

Case 1:07-cv-00559-HHK    Do... 

US 20080063655A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2008/0063655 A1
Adler et al. (43) **Pub. Date:** **Mar. 13, 2008**

(54) **BRACHYSPIRA HYODYSENTERIAE VACCINE**

(75) Inventors: **Ben Adler**, Mt. Waverley (AU); **Paul Antony Cullen**, Murrumbeena (AU); **Scott Adam James Coutts**, Croydon (AU); **Dieter Mark Bulach**, Notting Hill (AU); **Ruud Philip Antoon Maria Segers**, Boxmeer (NL)

Correspondence Address:
INTERVET INC.
PATENT DEPARTMENT
PO BOX 318
MILLSBORO, DE 19966-0318 (US)

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

(21) Appl. No.: **11/833,632**

(22) Filed: **Aug. 3, 2007**

**Related U.S. Application Data**

(63) Continuation of application No. 10/514,054, filed on Apr. 7, 2005, filed as 371 of international application No. PCT/EP03/04903, filed on May 6, 2003.

(30) **Foreign Application Priority Data**

May 8, 2002 (EP) ........................................ 02076800.8

**Publication Classification**

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 39/00* | (2006.01) |
| *A61P 43/00* | (2006.01) |
| *C07H 21/04* | (2006.01) |
| *C07K 14/00* | (2006.01) |
| *C12N 15/00* | (2006.01) |
| *C12N 5/06* | (2006.01) |

(52) **U.S. Cl.** ............... **424/186.1**; 424/190.1; 435/320.1; 435/325; 530/350; 536/22.1

(57) **ABSTRACT**

The present invention relates to nucleic acid sequences encoding a 30 kD *Brachyspira hyodysenteriae* lipoprotein and to parts of such nucleic acid sequences that encode an immunogenic fragment of such lipoproteins, and to DNA fragments, recombinant DNA molecules, live recombinant carriers and host cells comprising such nucleic acid sequences or such parts thereof. The invention also relates to a 30 kD *Brachyspira hyodysenteriae* lipoprotein and immunogenic parts thereof encoded by such sequences. Furthermore, the present invention relates to vaccines comprising such nucleic acid sequences and parts thereof, DNA fragments, recombinant DNA molecules, live recombinant carriers and host cells comprising such nucleic acid sequences or such parts thereof, lipoproteins or immunogenic parts thereof and antibodies against such lipoproteins or immunogenic parts thereof. Also, the invention relates to the use of said lipoproteins in vaccines and for the manufacture of vaccines. Moreover, the invention relates to the use of said nucleic acid sequences, lipoproteins or antibodies for diagnostic or vaccination purposes. Finally the invention relates to diagnostic kits comprising such a nucleic acid, lipoprotein or antibodies against such lipoprotein.



Case 1:07-cv-00559-HHK   Document [illegible]   Filed [illegible]   Page [illegible]



US 20080069843A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2008/0069843 A1**
Nuijten et al. (43) **Pub. Date:** **Mar. 20, 2008**

(54) **SALMONELLA VACCINE**

(75) Inventors: **Petrus J.M. Nuijten**, Boxmeer (NL);
**Maarten H. Witvliet**, Oostrum (NL)

Correspondence Address:
**TRASK BRITT**
**P.O. BOX 2550**
**SALT LAKE CITY, UT 84110 (US)**

(73) Assignee: **Intervet International B.V.**, Boxmeer
(NL)

(21) Appl. No.: **11/980,864**

(22) Filed: **Oct. 30, 2007**

**Related U.S. Application Data**

(62) Division of application No. 09/749,025, filed on Dec.
27, 2000.

(30) **Foreign Application Priority Data**

Dec. 28, 1999   (EP) ........................................ 99204564.1

**Publication Classification**

(51) **Int. Cl.**
*A61K 39/112* (2006.01)
(52) **U.S. Cl.** ........................................................ **424/258.1**

(57) **ABSTRACT**

The present invention relates to *Salmonella* bacteria. The invention also relates to methods of using *Salmonella* bacteria, including in vaccines based thereon that are useful for the prevention of microbial pathogenesis. Further, the invention relates to the use of such bacteria or the manufacture of such vaccines. The invention also relates to methods for the preparation of such vaccines.



Case 1:07-cv-00559-HHK   Document ...   Filed ...   Page ...



US 20080102086A1

(19) **United States**
(12) **Patent Application Publication**   (10) Pub. No.: **US 2008/0102086 A1**
Lakshmanan et al.   (43) **Pub. Date:**   **May 1, 2008**

(54) **FELINE INFLUENZA VACCINE AND METHOD OF USE**

(75) Inventors: **Nallakannu P. Lakshmanan**, Millsboro, DE (US); **Melissa A. Lum**, Rehoboth Beach, DE (US); **Frank J. Sterner**, Belgrade Lakes, ME (US); **Frederick Randal Bethke**, Milsboro, DE (US)

Correspondence Address:
**INTERVET INC.**
**PATENT DEPARTMENT**
**PO BOX 318**
**MILLSBORO, DE 19966-0318 (US)**

(73) Assignee: **Intervet International B.V.**, Boxmeer (NL)

(21) Appl. No.: **11/924,243**

(22) Filed: **Oct. 25, 2007**

**Related U.S. Application Data**

(60) Provisional application No. 60/854,351, filed on Oct. 25, 2006.

**Publication Classification**

(51) **Int. Cl.**
     *A61K   39/145*     (2006.01)
     *A61P   31/16*     (2006.01)
(52) **U.S. Cl.** .......................................................... **424/209.1**

(57) **ABSTRACT**

This invention is directed to a vaccine and a method for using the vaccine to protect a feline from influenza virus infection. The vaccine comprises one or more antigens from one or more H3, N8, H7 or N7-type influenza viruses.

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                 Civil Action No. 1:07-cv-559 (HHK)


MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*


MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 20(c)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Serial No.: | 11/112,261 |
| Confirmation No.: | 4890 |
| Applicant: | Buchholz, *et al.* |
| Filed: | April 21, 2005 |
| Group Art Unit: | 1648 |
| Examiner: | Ali Reza Salimi |
| For: | Attenuated bovine respiratory syncytial virus |
| Attorney Docket: | I-2000.562 US D1 |

December 12, 2007

<u>**Amendment After Allowance Under 37 C.F.R. § 1.312**</u>

**Mail Stop:  Issue Fee**
Commissioner of Patents
P.O. Box 1450
Alexandria, VA  22313

Sir/Madam:

Please enter the amendments that follow:

**Amendments to the Specification** begin on page 2.

**Remarks** begin on page 3.

USSN: 11/112,261
Attorney Docket: I-2000.562 US D1

## **Amendments to the Specification:**

Please **amend** the paragraph under the section heading "RELATED APPLICATIONS" occurring on page 1 with the following paragraph in the following matter:

This application is a Division of U.S. Application No.: 10/312,232, filed December 23, 2002, **now U.S. Patent 6,921,535 issued July 26, 2005,** which is the National Stage of International Application PCT/EP01/05085, filed May 2, 2001

USSN: 11/112,261
Attorney Docket: I-2000.562 US D1

## REMARKS

The above amendment does not add any new matter or change the scope of any claims, and its entry is respectfully requested.

Applicants do not believe that any other fee is due in connection with this filing. If, however, Applicants do owe any such fee(s), the Commissioner is hereby authorized to charge the fee(s) to Deposit Account No. **02-2334**. In addition, if there is ever any other fee deficiency or overpayment under 37 C.F.R. §1.16 or 1.17 in connection with this patent application, the Commissioner is hereby authorized to charge such deficiency or overpayment to Deposit Account No. **02-2334**.

The Examiner is requested to call the Undersigned if any issues arise that can be addressed over the phone.

Respectfully submitted,

William M. Blackstone, PTO Reg. No. 29,772
Chief Patent Counsel
Patent Department
Intervet Inc.
P.O. Box 318
29160 Intervet Lane
Millsboro, DE 19966
(302) 934-4317
(302) 934-4305 (fax)

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

     *Plaintiff,*

     v.

MERIAL LIMITED and MERIAL SAS,

     *Defendants.*             Civil Action No. 1:07-cv-559 (HHK)


MERIAL LIMITED and MERIAL SAS,

     *Counterclaim Plaintiffs,*

     v.

INTERVET INC.,

     *Counterclaim Defendant.*


MERIAL LIMITED and MERIAL SAS,

     *Plaintiffs,*

     v.

INTERVET INTERNATIONAL B.V.,

     *Third-Party Defendant.*

# EXHIBIT 21

## TO THE DECLARATION IN SUPPORT OF
## MERIAL LIMITED AND MERIAL SAS' BRIEF
## IN OPPOSITION TO THIRD PARTY DEFENDANT
## INTERVET INTERNATIONAL B.V.'S MOTION TO
## DISMISS FOR LACK OF PERSONAL JURISDICTION

The 2008 International Conference on Biocontainment Facilities | Participating Firms and Institutions | Tradeline, Inc.    Page 1 of 2

Case 1:07-cv-00559-HHK    Document 27-16    Filed 07/10/2008    Page 34 of 38

Search: [                    ] **GO** Advanced





Leading-Edge Resources for Facilities Planning and Management

**The Right Topics,
The Right Tools,
At the Right Time.**

Participating Firms and Institutions

ATCC (BEI Resources Contract Manager)
ATCC (Director of R&D)
ATCC (Facility Manager)
Boston University (Associate Director for Operations)
Boston University (Associate VP, Research & Compliance)
Boston University (Director of Research Safety)
Canadian Science Centre for Human & Animal Health (Scientific Director, Biorisk Management)
Case Western Reserve University (Facility Manager)
Centers for Disease Control & Prevention (Chief of Policy and Compliance)
Colorado State University (Assistant Trades Manager)
Colorado State University (Project Manager, Facilities Management)
Department of Defense (Scientist)
Department of Homeland Security (Biosurety Officer)
Department of Homeland Security (Director, Office of National Labs)
Department of Homeland Security (Engineer)
Department of Primary Industries (Manager Diagnostic & Analytical Services)
Dept of Foreign Affairs Canada (Senior Biosafety Advisor)
Food & Drug Administration (Biosafety Officer)
Food & Drug Administration (Captain, US Public Health Service)
Food & Drug Administration (Engineer)
Food & Drug Administration (Engineer)
Food & Drug Administration (Engineering)
Fort Dodge Animal Health (Manager of Safety)
George Mason University (Project Manager)
Georgia State University (Assistant Director, Safety & Maintenance)
Health Protection Agency (Scientific Leader)
Health Protection Agency (Special Initiatives Lead)
Imperial College London (Biological Safety Officer)
Instituto Nacional de Emfermedades Respir (Chief Infectology Department)
Instituto Nacional de Emfermedades Respir (Principal Investigator CIENI)
Intervet International b.v. (Head R&D Service lab)
Johns Hopkins University (Assistant Director)
Kansas State University (Director-Pat Roberts Hall)
Kansas State University (Facilities Engineer - BRI)
Lawrence Livermore Nat'l Lab (Facilities Safety Manager/CFM)
Lawrence Livermore Nat'l Lab (Project Manager)
Los Alamos National Lab (Division Biosafety Officer)
Lovelace Respiratory Research Institute (Director, EHS & Biological Safety)
McGill Univ Health Centre (Project Manager)
Merial Limited (Project Manager)
Merial Limited (Senior Project Manager)
Midwest Research Institute (Principal Advisor)
National Biosafety & Biocontainment Training Prgrm (Fellowship Program Manager)
National Biosafety & Biocontainment Training Prgrm (NBBTP Fellow)
National Institute for Infectious Diseases (Scientific Director)
National Institutes of Health (Project Officer)
National Institutes of Health (Project Officer)
National University of Singapore (Space Manager)
NBACC/BNBI (Director, Facility Operations)
New York State Dormitory Authority (Facilities Management Systems Manager)
NIH (Architect)
NIH (Director, Office of Research Operations)
NIH (Mechanical Engineer)
NIH (Project Officer)
NIH (Project Officer)
NIH (Project Officer)
NIH (Project Officer)
NIH/NIAID (Chief, Construction Mgmt Branch)
NIH/NIAID (Chief, Extramural Biodefense Fac Section Office)
NIH/NIAID (Program Officer)
NIH/NIAID/DHHS (Assistant Director, Dir NIAID)
NIH/NIAID/DHHS (Facilities Manager, Dir NIAID)
NIH/NIAID/DHHS (Facilities Manager, Dir NIAID)

Conference Details

**The 2008 International Conference
on Biocontainment Facilities**
Ended April 22, 2008
Washington, DC
**Conference Content**

Overview
Topics Covered
Past Participants

**Post-Conference Content**

Exclusive Reports
Project Profiles

**Other Opportunities**

Upcoming Conferences

Get Updates by Email

Would you like information like this delivered to
your email inbox? Subscribe to Tradeline Updates
to keep abreast of the latest conference
developments, industry news, best practices and
more!
**Sign Up Now!**

Subscribe Now
Manage Subscription

The 2008 International Conference on Biocontainment Facilities | Participating Firms and Institutions | Tradeline, Inc.    Page 2 of 2

Case 1:07-cv-00559-HHK    Document 27-16    Filed 07/10/2008    Page 35 of 38

NIH/NIAID/DMID/OBRA (Biocontainment Services Program Officer)
NIH/NIAID/DMID/OBRA (Program Officer)
NIH/NIAID/DMID/OBRA (Program Officer)
Noblis (Prinicpal Molecular Pathologist)
NY State Dept of Health (Facility Veterinarian Research Scientist)
NYS Dept of Health - Wadsworth Center (Director of Biosafety)
Ohio State University (Project Coordinator)
Ohio State University (Senior Engineer)
Ohio State University Medical Center (Asst. Director Facilities Operations)
Ohio State University Medical Center (Director, Facilities Operations)
Ohio State University Medical Center (Facilities Engineering Manager)
Ohio State University Medical Center (Facilities Engineering Manager)
Onderstepoort Biological Products Ltd (Executive Special Projects Manager)
Oregon State University (Project Manager, Architect)
Pennsylvania State University (Biosafety Officer)
Pennsylvania State University (Research Associate)
Pentagon Force Protection Agency (Chief)
Pentagon Force Protection Agency (Lab Supervisor)
RIVM (Project Leader)
SAIC (Biosafety Analyst)
SAIC (Principal Life Scientist)
SAIC (Senior Systems Engineer)
Saint Louis University (Biosafety Coordinator)
Sanofi Pasteur (Deputy Director)
Sanofi Pasteur (Deputy Director Process Engineering)
Solstice Neuroscience (Associate Director, Facilities & Engineering)
Southern Research Frederick (Operations Leader, BSL3)
Southern Research Frederick (Senior Environment Health & Safety Specialist)
Statens Serum Institut (GMP Engineer)
Statens Serum Institut (GMP Engineer)
Statens Serum Institut (Project Engineer)
Statens Serum Institut (Senior Biosafety Officer)
Statens Serum Institut (Utilities Manager)
The Pennsylvania State University (Project Manager)
The Tauri Group (Director, Int'l Security Operations)
Tufts Univ, Cummings School of Veterinary Medicine (Biosafety Officer)
Tufts University (Senior Project Manager)
United States Army (Director of Operations)
Univ of Chicago (Associate Director of Operations)
Univ of Chicago (Project Manager Renovations FD&C)
Univ of Louisville (Architect)
Univ of Maine (Lab Manager)
Univ of Maine (Veterinarian)
Univ of Maryland (Facilities Manager)
Univ of Maryland (Facilities Manager)
Univ of Maryland (Project Manger)
Univ of Medicine & Dentistry of NJ (Acting Department Head)
Univ of Nebraska Medical Center (Nurse Coordinator (Retired))
Univ of North Dakota (Executive Director)
Univ of Pittsburgh (Associate Director, RBL)
Univ of Pittsburgh (Research Facilities Operations Manager)
Univ of Rochester (Project Manager)
Univ of Texas at Arlington (Biological Safety Specialist)
Univ of Texas at El Paso (Director - Planning & Construction)
Univ of Texas MD Anderson Cancer Ctr (Program Safety Manager)
Univ of Texas Medical Branch at Galveston (Associate Facilities Director)
Univ of Texas, Medical Branch (Vice President for Facilities & Campus Services)
Univ of Vermont (Project Manager)
Univ of Vermont College of Medicine (Research Facilities Coordinator)
Univ of Washington (Biosafety Officer)
Univ of Wisconsin, Madison (Research Specialist)
Univ of Wisconsin, Madison (Researcher)
Universidad Nacional Autonoma de Mexico (Architect Coordinator Builder)
Universidad Nacional Autonoma de Mexico (Senior Scientist)
University Health Network (Director, Animal Resources Ctr)
US Army Corps of Engineers (Projcet Engineer)
US Army Corps of Engineers (Project Engineer)
USDA/APHIS (Engineering Technician)
USDA/APHIS/ASD/ESB (Architectural Engineer)
USDA/APHIS/ASD/ESB (Civil Engineer)
USDA/APHIS/VS (Security Manager/Agriculture Select Agent)
Walter Reed Army Medical Center (Biosurety Health Nurse)
Walter Reed Army Medical Center (Physician Assistant)
Washington State University (Project Manager)
Washington University, School of Medicine (Project Manager)
WIL Research Laboratories, LLC (Environmental Health & Safey Specialist)
Wyeth Research (Senior Director)
Yale University (Biosafety Officer)

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

                        Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 22

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



BUSINESSWEEK PODCASTS
Hear what you're missing.
BusinessWeek PODCASTS
BEHIND THE COVER
MARKET REPORT
THE WELCH WAY
GO NOW

Learn trading from the experts. charles SCHWAB
BusinessWeek PODCASTS
Learn trading from the experts. charles SCHWAB
BusinessWeek PODCASTS

PHARMACEUTICALS AND BIOTECHNOLOGY

July 08, 2008 1:06 PM ET

# Intervet International B.V.

Snapshot | People

## COMPANY OVERVIEW

Intervet International B.V. engages in the research, development, manufacture, and marketing of animal health products in the Netherlands and internationally. The company offers vaccines, veterinary insulin, antiparasitics, anti-infectives, endocrine products, therapeutics, feed additives, reproductive hormones, and other pharmaceutical specialties. It offers products for livestock, companion animals, poultry, and fish. The company was founded in 1969 and is based in Boxmeer, the Netherlands. Intervet International B.V. is a subsidiary of Organon BioSciences N.V.

Wim de Körverstraat 35
Boxmeer, 5831 AN
Netherlands
Founded in **1969**

**Phone:** 31 48 558 7600
**Fax:** 31 48 557 7333
**www.intervet.com**

## KEY EXECUTIVES

**Dr. Ruurd Stolp**
President

**Mr. Paul Van Aarle**
Director Institutional Sales

Compensation as of Fiscal Year 2007.

## KEY DEVELOPMENTS

### Bayer Takes A Break From Acquisition Spree, May Look At Intervet

06/29/2007

Werner Wenning, CEO of Bayer AG said that the company is looking to take a break from acquisitions after a number of transactions that have raised its position in healthcare and crop science sector. Wenning told Financial Times that Bayer now wants to integrate (the group) before entering into any other big transaction. However the CEO was quoted saying that if Schering-Plough confirms the rumors that its Intervet veterinary medicines unit is up for sale than 'would have a look'.

### Intervet Eyes Growth In US, Emerging Markets

12/18/2006

Intervet, the animal health unit of Akzo Nobel NV, wants to grow both organically and through add-on acquisitions in the United States and in emerging markets like Brazil, India and China, Intervet Chief Executive Ruurd Stolp said on December 18 in an interview. "We already are the market leader in animal health in Europe. We want to enforce our position there and to grow outside Europe through selected acquisitions in important markets and through organic growth," he said. Stolp however declined to elaborate on the potential size of possible takeover

STOCK QUOTES

Stock, Fund, or ETF

BUSINESSW
Hear what you're missing.
GO NOW
BusinessWeek

MOST SEARCHED PRIV

Company Name
- Bertelsmann AG
- NYC2012, Inc.
- Trader Joe's Company
- i
- I & H Brown Limited

targets.

### Intervet International Bv Equine West Nile Vaccine Approved by USDA
09/14/2006

Intervet International Bv announced that an equine vaccine developed by the company, which is indicated for use in horses at risk from West Nile virus has been approved by the United States Department of Agriculture (USDA) for use in the United States. PreveNileTM is the first one-dose modified-live virus vaccine to be registered in the United States for the prevention of viremia (the presence of a virus in the blood) caused by West Nile virus (WNV) infection in horses. The virus-which can also be contracted by humans-is primarily spread by mosquitoes. In 2002 an outbreak in the United States seriously affected the horse population, as well as killing almost 300 people.

#### SIMILAR PRIVATE COMPANIES BY INDUSTRY

| Company Name | Region |
|---|---|
| Synthon B.V. | Europe |
| Vemedia Pharma N.V. | Europe |
| Check-Points BV | Europe |
| InPEC B.V. | Europe |
| DSM Nederland B.V. | Europe |

#### RECENT PRIVATE COMPANIES TRANSACTIONS

| Type Date | Target |
|---|---|

No transactions available in the past 12 months.

**COMPANIES TOOLBOX**

**Company Tools**

Update/report content errors

**Investing Tools**

Newsletter

RSS feeds

Videos

**ADS BY GOOGLE**


**Penny Stock Investment**
Trade stocks, options, fu
optionsXpress.
optionsXpress.com


**Top 10 Stocks for 2008**
America's 10 Leading St
Picks. Free Report.
www.NewsletterAdvisors


**Biotechs Ready to Soar**
Find underexposed Biote
exponential gains!
www.stockstars.net

**Animal Health Industry**
Experts in Veterinary Pha
Business
www.animalhealthconsul

Browse Companies  A B C D E F G H I J K L M N O P Q R S T U V W X Y Z  |  0 1 2 3 4 5 6 7 8 9

Advertising | Special Sections | MarketPlace | Knowledge Centers | Terms of Use | Disclaimer | Privacy Notice | Ethics Code |

Copyright 2000-2008 by The McGraw-Hill Companies Inc. All rights reserved.

The McGraw·Hill Companies

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

 

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

 

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 23

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



United States Department Of Agriculture
**Agricultural Research Service**



---

**South Atlantic     Athens, GA     Richard B. Russell Rsch. Ctr.     Bacterial Epidemiology and Antimicrobial Resistance**

| ARS Home | About ARS | Help | Contact Us | En Español |

🖶 Printable Version  ✉ E-mail this page

**Search**

Enter Keywords
[This site only ▼]   [Go]

Advanced Search

**Browse By Subject**

▷ Home
▷ About Us
▶ Research
　○ Programs and Projects
▷ Products & Services
▷ People & Places
▷ News & Events
▷ Partnering
▷ Careers

You are here: Research /

# Research

**Research Project:** Development of Resistance to 4th Generation Cephalosporin

**Location: Bacterial Epidemiology and Antimicrobial Resistance**

**2007 Annual Report**

**1a.Objectives (from AD-416)**
To assess resistance among Salmonella and E. coli originating from bovine sources to 4th generation cephalosporins over time. NARMS isolates will be used and results will be compared to previous studies as well as to 17 other antimicrobials.

**1b.Approach (from AD-416)**
Bacterial will be cloned and a single clonotype will be tested for resistance to a custom made panel of antimicrobials important in human and veterinary medicine using the semi automated broth microdilution sensititre system.

**3.Progress Report**
This report serves to document research conducted under an Interagency Agreement between ARS and Intervet International. Additional details of research can be found in the report for the parent research project 6612-32000-002-00D Epidemiology, Ecology, and Molecular Genetics of Antimicrobial Resistance in Pathogenic and Commensal Bacteria from Food Animals. We are testing Salmonella and generic E. coli isolates collected as part of the animal arm of NARMS originating from cattle specimens on antimicrobials cefquinome sulfate and cefepime. These antimicrobials belong to a class of drugs called cephalosporins which are used to treat serious infections in both humans and animals. Additionally, isolates all isolates are undergoing molecular analysis to determine which genes may be responsible for any decreased susceptibilities which are observed. Results from this testing will facilitate the identification of resistance as it arises and provide descriptive historical data on the extent and temporal trends of antimicrobial susceptibility to these drugs once they reach the veterinary community.

**Project Team**
○ Cray, Paula

**Project Annual Reports**
○ FY 2007

**Related National Programs**
○ Food Safety, (animal and plant products) (108)

Last Modified: 06/12/2008

ARS Home | USDA.gov | Site Map | Policies and Links
FOIA | Accessibility Statement | Privacy Policy | Nondiscrimination Statement | Information Quality | USA.gov | White House

1 of 1                                                                                     6/13/2008 1:27 PM

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 24

**TO THE DECLARATION IN SUPPORT OF**
**MERIAL LIMITED AND MERIAL SAS' BRIEF**
**IN OPPOSITION TO THIRD PARTY DEFENDANT**
**INTERVET INTERNATIONAL B.V.'S MOTION TO**
**DISMISS FOR LACK OF PERSONAL JURISDICTION**

ANTIMICROBIAL RESISTANCE

PUBLIC MEETING

PRE-APPROVAL STUDIES AND PATHOGEN LOAD

BREAKOUT GROUP DISCUSSION - RUMINANTS

WEDNESDAY, FEBRUARY 23, 2000

2:00 P.M.

DOUBLETREE INN

1750 Rockville Pike

Rockville, Maryland

Regency Room

I N D E X

**BREAKOUT GROUP DISCUSSION - RUMINANTS**

**February 23, 2000**

Page

**WELCOME AND INTRODUCTION**
    by Jim Heslin                                     3

**INTRODUCTION**
    by Dr. Gatz Riddel                             4

**DISCUSSION/QUESTION/ANSWER**                   6

Keynote:   "---" indicates inaudible in the transcript.

**BREAKOUT GROUP DISCUSSION - RUMINANTS**

(2:08 p.m.)

CO-CHAIRPERSON HESLIN:  Okay.  I think we will go ahead and get started, it is a few minutes after two.  What I would like to do is introduce myself again, talk a little bit about this session, and then the others will introduce themselves and what our respective roles will be in the process.

There is sort of a technical problem, in that as the discussion is going on, I would ask that you either speak loudly so that your voice can be picked up so it can be recorded, or move to the microphone.  I think we are going to try to work this out so that if you are not being picked up we will try to encourage you to go to the microphone.

My name is Jim Heslin.  I am with the Food and Drug Administration, Office of the Commissioner.  I am the agency training officer and I have been asked to be here today to help facilitate this discussion.

I am certainly not an a subject matter expert.  My purview on the agency is leadership training, but I will be here in the role of facilitator.  I would ask that we speak to the issue.  There are five questions and actually there is a sixth evolving question and address those questions.  Speak to the issue.

1           What I would like to propose is that since we have

2  roughly six hours, this afternoon and tomorrow morning, to get

3  through this and also recognizing that Dr. Riddel needs to be

4  ready to give a presentation, that maybe each of the questions

5  -- and I am putting this out for consideration -- that we put

6  about 45 minutes to an hour for each of the questions and that

7  should allow us some time at the end.

8           We will try to work a break in here again this

9  afternoon and again tomorrow morning.  And basically, that is

10  the ground rules.  Any questions or comments so far?

11           (No response.)

12           CO-CHAIRPERSON HESLIN:  All right.  Susan, do you

13  want to introduce yourself.

14           MS. HARPER:  Okay.  My name is Susan Harper.  I am

15  with FDA Center for Veterinary Medicine.  I am a reviewer for

16  new animal drugs in the division of therapeutic drugs for food

17  animals.  Prior to coming to CVM I was in large animal practice

18  in Lancaster, Pennsylvania for eight years.

19           I went back to school, got a masters, was in

20  academia for a while, went to NIH, and now I am at FDA and very

21  happy to be there.

22           My role this afternoon, I am going to try to

23  concisely capture the key comments and try not to demonstrate

24  my ignorance of Powerpoint in the process.  So, if I would

1  inaccurately capture anything, please bring it to my attention.

2        DR. RIDDEL:  Well, I am Gatz Riddel.  And I got

3  introduced yesterday and you need to understand that I am in

4  the position of volunteering for something that I didn't really

5  know what it was going to evolve into.

6        My background is the last 15 years I have primarily

7  had a dairy emphasis at Auburn University.  So there may be

8  some gaps in certain aspects of ruminant medicine, from small

9  ruminants to big feed lots that I need some of you people to

10  help educate me on.

11        Because I am supposed to represent the ideas and the

12  concepts that come out of your discussion here directed towards

13  the five or six questions, but also I think we are really

14  supposed to be designing or inscripting things that are going

15  to impact food animal medicine, especially in the area of

16  ruminants from an industrial perspective, through the end-user,

17  to the human consumer.  So I really think that we need to look

18  at it as an overall package.

19        I am sure we are not going to have any fist fights

20  or anything.  We need to make sure that we do speak up as our

21  facilitator has pointed out.

22        I guess I would like to throw the discussion open by

23  maybe skipping all five questions and if you all would help me

24  out, what should the objectives of pre-approval studies --

1  understanding my background being kind of negative in this --

2  what are the objectives or what would be the primary objective

3  for pre-approval studies to bring an antimicrobial drug to

4  market?

5            Don't everybody jump up all at once!

6            Well then, I guess I am probably going to have to

7  pinpoint specific people and I know limited people in the room

8  and you probably know who you are, and so you probably need to

9  get ready.

10           Tom Shryock, if you would would maybe give us some

11 of your perspective.  Tell us from industry what you think.

12 Because everybody's goal, to me, and disagree if you do, should

13 be from my perspective, to get products to treat the animals

14 that we are going to deal with, promote efficient food

15 production and safe food production, and have a product that

16 the consumer will be pleased with and will feel safe with.

17           Throw in one more.  We have to always deal with the

18 ever present antimicrobial susceptibility issues.

19           DR. SHRYOCK:  Thanks for picking on me Gatz.  I will

20 take that as a --

21           DR. RIDDEL:  It is a compliment.

22           DR. SHRYOCK:  -- compliment and we will throw out

23 some strawman ideas here just to get things rolling.

24           There are a lot of things.  We want to have the

1   safety, the efficacy, the quality, all of those sorts of

2   things, but also keep in mind public health issues.  But those

3   are the big "feel good" kind of statements to make.

4          I think what it really comes down to is we are

5   charged with coming up with specific study designs or

6   objectives for specific studies, then that is where the rubber

7   meets the road and we have really got to get down into some of

8   the sub-objectives.

9          What do we need to prove in pre-approval situations?

10   You know we have heard a variety of things today with regard

11  to in vitro studies.  I think Fred brought up a number of

12  interesting points.  Each one of those could take six hours or

13  more to discuss and a full literature review to support that

14  pro and con.

15         That may be worthwhile in part to do that sort of

16  thing.  Animal studies with regard to pathogen load.  I am not

17  sure that those really have a significant role, if any, in

18  terms of the pre-approval contributions that they make for

19  public health issues.

20         We can do them, but the relevancy, the validity, and

21  the predictiveness are subject to question in my opinion.

22  Resistance selection studies might reinforce some of the in

23  vitro studies, but again careful design would have to be

24  applied to those.

I guess the real bottom line is industry would be willing to do some studies as long as they can be reviewed with the idea that there is supportive information, not a pass/fail situation. Maybe we do need to consider some of the post-approval scenarios with surveillance, etc. as a more appropriate place to consider some intervention strategies.

I am just trying to throw out some ideas to get the discussion going. I am not voicing these on behalf of AHI or Elanco. I am just trying to throw out some ideas that I picked up and see what others think.

DR. RHODES: I will break the ice. I am Linda Rhodes from Merial. I am also an ex-large animal veterinarian. I used to be in dairy practice for many years out in Utah. I went back and got additional training at Cornell and I have been in the industry for about 10 years.

I think what we need to start out with is first of all do we accept the premise that pre-approval studies are necessary? I think we are starting by saying okay, we need to do something, how are we going to design those studies.

I think the first topic of discussion really ought to be based on the presentations that we have seen up until now. Do we really think there is enough information, enough background, enough science to do some type of pre-approval studies?

1            I think clearly the question on the table is public

2    health.  I didn't hear a lot of interest in developing

3    resistance for bacteria because we were concerned about

4    tetracycline not working in cows.  That is clearly not on the

5    table here.  What is on the table is resistance and its impact

6    on human health.

7            So I think my question, initially from all I have

8    heard, is I don't think we are ready to design any sort of pre-

9    approval studies.  I think the list of questions that Dr. Flynn

10   presented and that numerous speakers reiterated, about how

11   could we possibly do this?  Are they predictive?  Are they

12   reproducible?  What kind of statistics would we use?

13           What kind of bugs?  What kind of load?  What kind of

14   duration?  We have got about 20-page D thesis to generate, I

15   think, before we can even begin to sensibly make some

16   recommendations about pre-approval studies.

17           So, I would like to put on the table for discussion

18   at the start, does anyone feel that we realistically should be

19   considering doing pre-approval studies at this time?

20           CO-CHAIRPERSON HESLIN:  Keep in mind that reactions

21   to the questions and so forth -- this is not a consensus group.

22    This is an opportunity for people to give their points of

23   view, as divergent as it may be.

24           MR. WATTS:  Jeff Watts, P&U Animal Health.  When we

1  talk about pre-approval studies, I am going speak to it more

2  from a discovery perspective. And that is, a lot of what we do

3  and a lot of what I have heard talked about is really things

4  that we do early in discovery just to understand the compounds.

5         Now, mutation frequency studies are fairly easy to

6  do. Understanding the spectrum of the compound in terms of

7  just simple initial survey work, just to understand

8  microbiological activity. Is there resistance? Is it in a

9  class where there is no resistance mechanisms? How prevalent

10  is that resistance mechanism?

11         Some of those things are very basic and they are the

12  first pass cuts that we make, whether or not we even make the

13  compound. And so those things I think become, to me they are

14  fairly obvious to do because we are already doing them.

15         And so, I want to start back in discovery at that

16  level because one of the things that I think is useful for us

17  in industry is can we make a cut on compounds early? One of

18  the things that is difficult to do when we talk about pre-

19  approval studies is to get out into Phase III trials and then

20  have a compound cut out.

21         We don't want to have six, seven, ten years

22  investment in a compound. We want to be able to drop that

23  compound out quickly and move to another compound.

24         DR. GOOTZ: Tom Gootz from Pfizer. Just to follow-

up on that note.  I think that is totally correct, but there is

another issue most larger companies that discover and develop

and sell antibiotics for animal health also have similar

antibiotics for human health.

Unfortunately, the amount that is taken in in terms

of revenue is very different for both of those.  It is a much

bigger industry in human health.  The last thing that a company

would want to do who is in that situation is throw out on to

the animal health market a drug that is going to very quickly

induce or promote cross-resistance to something else they are

currently selling for human health or animal health.  Or

something they may be selling down the line in either of those

two.

So, upper management for pharmaceutical companies

are the biggest stakeholders of making sure that we make those

right decisions and get rid of a developmental compound quickly

if it has an obvious fatal flaw.  Just like we do with tox

studies.

They are not always successful, but we always try to

do well-performed and standardized tox studies on animal health

or human health compounds to make sure that that compound is

not an outlier, that it doesn't have a fatal flaw.

No one would knowingly want to put such a compound

into animal health or human health because you would have to

1   pull it back.  And that is the worst thing that could happen.

2       So I think how this relates to pre-approval studies

3   is that, as I said before, I don't think you could reach

4   consensus on the meaning or value of a pre-approval study.  If

5   we have to do them, it might only help us identify outliers.

6       I can't even imagine what the mechanism might be,

7   but it might be a compound, let's say it was brand new.  There

8   was no other compound like it known to humans.  And we put it

9   into clinic, the field, for development of an animal health

10  product and for some odd reason that scientists couldn't

11  predict, on an auger plate in a laboratory it selects

12  resistance in animals for, who knows why?

13      A pre-approval study might be a way to try to

14  identify an outlier.  And say wow, you don't want to review

15  that compound, we don't want to develop it.  Not necessarily in

16  that order.  We don't want to develop it period.  And so it

17  could be a way of identifying outliers.

18      But, I agree with the other speakers, I don't think

19  -- I just can't see how pre-approval studies, no matter how

20  they are set up, are going to predict the success of an animal

21  health compound, or a human health compound for that matter,

22  and how quickly resistance is going to develop in the real

23  world.

24      People said well, resistance will develop, that is a

given.  Of course it will, to some degree.  Penicillin

resistance began to develop in South Africa in strep-pneuma in

I think, 1976 and today, if you go out into the clinic, in the

human health area, and you talk to physicians they say well, I

don't really care about penicillin resistance, I use a drug

that circumvents that.

So, I will just stop, I am just saying I don't see

how some of these pre-approval studies will really show us

animal health with all of these parameters we have been talking

about.  It is too complicated.

I guess I would just say that what we should do, is

maybe we should put the money towards better and more inclusive

surveillance studies to get a much broader view in our market-

place of what the resistance really is.  Here I think I guess I

am talking about mostly carcasses because that is the last stop

before it goes to some form of human consumption.

So, it is a difficult problem but I don't think we

are going to solve it by a real difficult model solution.  I

think there is some pre-approval stuff, all of the micro that

you guys mentioned, of course you do that.

But, the threshold concept and having any one test

in vivo have one resistant isolate, I think that all of the

speakers in two days have shown all of the different ways that

that could happen, but still not really be an accurate

reflection of how that drug will perform once it gets into the

marketplace and into the field.

So, I think it is very risky. The threshold

concept, that is the part to me that seems most frightening and

non-valid scientifically.

DR. RIDDEL: Well, explain to me your understanding

of a "threshold" concept. Are you talking about in terms of

pre- or post-approval?

DR. GOOTZ: I will just mention post-approval.

Excuse me, pre-approval because that is generally what the

framework document is talking about in terms we have to do.

Since it hasn't been defined I can't tell you what

it means, but to me it could mean if any of these tests either

in the laboratory if you show genetic transfer of resistance

gene from a salmonella to an E. coli in the laboratory or in a

mouse; or somehow if you showed the transfer at some low level

in a food animal.

In theory, that could be a non-starter. One result

in theory, in the worst, most extreme example could say that we

won't approve this drug.

DR. RIDDEL: Now, would you look at that to be

something that CVM is going to impose on you or do you think

that would be something that the industry would say we figured

this out and even without CVM putting any regulations in it, it

1  is something that is not likely to make it to market and stay

2  in the market and therefore there'd be the decision made not to

3  even pursue it.  Like some of the others.

4          What I am trying to do is get an idea of what could

5  be required to ease the transition through approval into the

6  post-approval phase which to me is really where "the rubber

7  meets the road".  Ease that, answer any questions CVM might

8  have, but in the pre-approval area actually ask questions that

9  you wouldn't already have asked.

10          You said that already in the pre-approval and in the

11 discovery phase you are doing at least three of the objectives

12 that Dr. Angulo mentioned this morning, right?

13          DR. GOOTZ:  I think the issue is that in vivo pre-

14 approval studies models which are not yet defined, but are

15 asked of us by CVM could prevent even in the therapeutic area.

16 And obviously has prevented food additive antibiotics that

17 there are some no passes on those slides.

18          We don't know who they are, why they didn't pass,

19 but evidently there are compounds in those additives that

20 didn't pass the 550815.  Big mystery, nobody seems to know

21 other than the sponsor and you.

22          But, what we are concerned about is for therapeutic,

23 new antimicrobials that we might stake 10 years in or 20 years

24 to discover from a chemistry-driven program for another part of

1   the country.  Makes it up, we have one in vivo test, pre-

2   approval, that we have done and somebody somewhere detects by a

3   method, culture, PCR, it can go to any degree.

4           We are concerned that some positive result in there

5   will via the agency stop that drug from going forward.  If it

6   was, again an outlier of growth change, we probably would see

7   it before it got that far.  I can't guaranty that we would, but

8   I bet we probably would.

9           But if the pre-approval stage was the first place we

10  saw it and it was dramatic, then yeah I think we would have an

11  internal -- I would think, our project teams would have a real

12  internal discussion.

13          We don't really care about you, we'd be more

14  concerned about ourselves:  resources and going to upper

15  management explaining why it is we are supposed to be experts

16  in antimicrobial therapy and pharmacokinetics and we wouldn't

17  push a compound for five years.  That doesn't make sense.

18          Personally, I am actually more concerned about that

19  than I am about your group.  But, nonetheless I think we are

20  concerned that for the non-obvious compounds, which I think

21  based on history will be ball compounds, antibiotics, we are

22  concerned that just a positive test, a positive result in some

23  of these assays that have been talked about in pre-approval

24  will from your perspective stop the development of that

1  compound or, hold it up.

2        So we will do another test, another test, another

3  test and pretty soon we are six years into the patent life and

4  it is not our compound anymore anyway.  If you know what I

5  mean.  It takes so long to recoup the investment on

6  antibiotics, particularly in animal health.

7        We just don't make a lot of money on them quite

8  frankly.  It may sound like a lot to an individual, but it

9  isn't a lot in terms of a company.  So, at least that, it is my

10 understanding is the concern that we have that CVM, some of

11 these models just stopping or indefinitely prolonging the

12 progression of a new agent into development, into acceptance.

13       DR. SHRYOCK:  Tom Shryock again.  If I could just

14 add to that.  We also have to keep in mind that this does not

15 necessarily apply to pre-approval studies in the sense that new

16 chemical entities will be coming forward.  But that these

17 studies could also be used for a retrospective analysis of

18 existing products.

19       And that can complicate a lot of sponsor's

20 portfolios depending on how things may be evaluated.  So, if we

21 did have a situation of a pass/fail, this becomes a rate-

22 limiting step.  There is a whole cascade of consequences that

23 would have to be dealt with in that particular situation.

24       MR. LADELY:  Scott Ladely, USDA-ARS.  One of the

1  things on the first question, can some monitoring of

2  antimicrobials for resistance during the efficacy studies in

3  development of a drug, can that predict resistance patterns in

4  the future?

5          And I don't see any way it can.  There are too many

6  factors that enter into the development of resistance.  The

7  amount the drug is used.  Even if they did other efficacy

8  studies and never found a resistant isolate, that doesn't mean

9  that two months after the product is on the market that

10 somebody's going to find resistance.  The more animals you put

11 it into the greater chance that is going to be.

12         So as far as the main goal of pre-approval for

13 predicting resistances, if the drug makes it on the market

14 there is going to be resistance developed.  That is the bottom

15 line of what is going to happen.  But at what levels there is

16 no way to predict it that I can see.

17         And, as Tom stated the pass/fail deal, Dr. Mevius

18 suggested that there is an optimum level, a dose that

19 corresponds to resistance development.  I think that is good

20 information to have, but I think that that should in no way

21 have any value in deciding whether a drug can be used at a

22 level for therapeutic or sub-therapeutic.

23         It is good information for risk assessment, but it

24 shouldn't have any merit on approval.

1    DR. SINGER:  Randy Singer, University of Illinois.

2  I am also confused about the idea of this pre-approval study.

3  It seems that in some ways that if the post-approval monitoring

4  system were improved and maybe more active in what it was

5  doing, the pre-approval step might almost become moot.

6    For instance, if we look through some of the

7  articles, there have been recent publications showing

8  resistance trends.  Clearly the flaws in those studies are the

9  time frame at which resistance was being assessed.  And the

10  geographic scale at which resistance was being assessed.

11    There is a mismatch between isolates that may have

12  been collected in hospitals versus the monitoring that actually

13  went on on the farm.  So, if we had a more dynamic monitoring

14  system post-approval, one that not only looked at antibiograms

15  or susceptibility patterns, but actually was looking at the

16  prevalence of genetic mechanisms as they were in spatial and

17  temporal scales.

18    I think we could get a better understanding for

19  where future drug design might be most appropriate.  You'd have

20  a better understanding of the resistance mechanisms that are

21  already out there and maybe a better idea of how to circumvent

22  the problem of immediate resistance development.

23    The other issue with this, I guess my confusion with

24  pre-approval studies, well, actually I am going to skip that

point for now.

But, I am still not certain where we are heading with pre-approval studies.  It seems that in drug development and very active post-approval monitoring is where we are going to get an idea of the rate and extent of resistance development.  I don't see being able to predict that through a pre-approval study, at least to the point of saying that drug may pose a risk.

We already know that there is going to be a risk of resistance development.  It is going to happen.

MR. FLYNN:  Bill Flynn, CVM.  Just to make a couple of points, maybe to help the discussion on this objectives question.  One, I guess really I think the pre-approval studies may be just one piece of this whole, of many different things that need to be done in terms of addressing resistance.

A lot of people have mentioned post-approval monitoring as being an important component, which is.  So, I think one reason for us being here is in what role can pre-approval studies -- in other words, doing things sort of upstream.

What can we do upstream to try to help this whole issue which is the development of resistance.  So, I don't think we necessarily have to, when we are talking about objectives, be locked into the thinking that it has to be a

study that is making a prediction.

I mean an outcome of this may be well, we just don't have the science to do this.  But, if that is the case then what value is there to studies done prior to approval that can help mitigate concerns about resistance.

I think a number of people have stated it already I think, in terms of how can -- can these studies be used in terms of optimizing how a particular drug is used.

I think some of the concerns are when you use a particular class of drug in a particular animal species, using a particular dosage form, at a certain dose for a certain duration, that perhaps with the right combination of all of those factors you may have a high likelihood that you may have resistance developed.

Whereas, perhaps under some other different conditions it may not be as likely.  So, I think part -- in that thinking we made what role can these studies serve and it may be that it needs to be moved upstream early in the development phase of antimicrobials in terms of when companies are trying to determine what is the best use of this antimicrobial that resistance is brought into the decision-making process for developing that product.

So, I don't think we need to necessarily say that it has to be a study to predict, that can predict when resistance

1   is going to occur.  I mean it would be nice if you could do

2   that, but it may be that it can't be done.  I don't know.

3           Then one other point about thresholds.  I think in

4   my talk yesterday I tried, because I knew this was going to be

5   a confusing point, if we think that thresholds are directly

6   linked.  In other words, if we need to have thresholds, if

7   thresholds are what you make a decision on based on if you run

8   a pre-approval study and then you have to evaluate that study

9   relative to some threshold in order to make some decision about

10  approval.

11          Well, if we don't know what we are doing with

12  thresholds it is going to be pretty hard to design a pre-

13  approval study.  But I think what we said yesterday, that they

14  are not necessarily tied together, that yes in certain

15  circumstances it may be decided that it is necessary for post-

16  approval purposes that there be some threshold set for

17  monitoring.

18          So that we know when actions need to be taken based

19  on the results that are coming out of monitoring studies or

20  monitoring surveys that are going on.  But it is not

21  necessarily linked to pre-approval studies.

22          MR. MUSER:  I am Rainer Muser.  I am a private

23  consultant as my label reads here.  But I immediately have to

24  say that my leanings are towards the industry view because

before I was put out to pasture I worked for industry.

I would like to put in an element that probably was underlying quite a few of the comments we have heard lately, but I think it needs to be put out clearly. And that is there were several people who spoke up in the last day or two about the essence of time.

One camp would say we don't need any more information we just know there is a problem and those productions should come off the market. I cannot share that view, obviously.

But there is another element too, industry needs those products to come under market and not being delayed beyond reason. And it occurred to me that one way of keeping products off the market would be to try to design the ideal study or number of studies that would answer all of the questions that were asked the last couple of days.

It is impossible. It cannot be done. So, then going from there, knowing that we are not looking for agreement in this meeting just trying to come up with points of view it should still be helpful to see the point of view that came out from various camps and seemed to point in the same direction.

So, let me try to avoid agreement, but say what I heard would possibly be common ground of the scientists. One of them was for instances that there maybe a better way of

using resources than doing pathogen load studies. So, I think

it is worth pursuing that idea. Is it really necessary to do

those studies or can we do without them and come up with an

acceptable solution.

Another one was, I heard it in several different

versions, that it may not be possible to design one study that

fits all antibiotics, whoever they would be considered, so it

might be better to say yes indeed some studies have to be done

but each product requires an individual design for one study,

packet of studies, whatever comes out. And it would have to

meet the characteristics of the products, if it is related or

not related, and so on.

And then the other element is even if we agree that

we only want to study a limited list of subjects in those

studies, perhaps it is not possible to come up with an ideal

study right now. But, it may be possible to come to a workable

solution to tide these things over, that FDA/CVM can make

decisions until the final package is ready so they don't have

to wait five years before everything has gone through the mills

that has to be done. In the interest of making decisions.

Because, my concern is that indecision is a problem

too. Not only making wrong decisions, indecision is a problem

and if it cannot help -- and I am sorry to say that -- but I

consider the people in CVM colleagues and I would like to help

1  them make decisions.

2        And, if we can do that with a workshop like this,

3  wonderful.  But decisions have to be made.  And this is my plea

4  to everybody in the room:  let's try to help make decisions.

5        MR. BOETTNER:  Alexander Boettner from Intervet

6  International.  I would briefly like to come back to the reason

7  why we are here and the reason discussing these pre-approval

8  studies as a basis, as a framework document.

9        The framework document classifies antimicrobials and

10  depending on their classification, the sponsor has to provide

11  data on pre-approval studies or not.  So that for us, from the

12  industry point of view, tells me that for certain types of

13  drugs these data are required to estimate the rate and extent

14  of resistance development in view of human health.

15        So this is what I believe the objective of the FDA,

16  why they are asking sponsors to do these studies.  From what I

17  have heard over the last couple of days from our discussions, I

18  think that it would be very difficult, if not impossible, to

19  determine the rate and extent of resistance development before

20  a drug is actually licensed and used in the field.

21        Of course I think what Mr. White pointed out, it

22  would be very important to address certain things in view of

23  the characteristics of the drug.  I probably wouldn't call this

24  pre-approval studies, but rather refer to this as to evaluate

pharmacodynamic properties of a drug during the development process.

Which I think is fine, but not with a view to regulate drugs in terms of resistance development and a possible ban of these drugs because there could be a negative impact on the human health.  So probably the wording on pre-approval studies per se is not really appropriate.

And coming back to the comments made by Bill Flynn when he just said that pre-approval studies are just one piece, or a little piece within the entire assessment, we have to keep this in mind as well.

And here it would be important for industry to know more about the real intentions of the regulator, how they would like to address these issues.  And again, I am emphasizing that this property can only be done once a drug is licensed and by means of post-approval surveillance, monitor the development of resistance and then make any assessments on the possible impact this resistance development can or possibly have on the human aspect, on the human medicine.

CO-CHAIRPERSON HESLIN:  I had a question.  You mentioned Bill's comment.  Do you see any application of the pre-market review process, you know it is a total process.  He was trying to identify what role could it play.  Do you see that it would have any role?

1          MR. BOETTNER:  Oh yes, yes.  I would see it as more

2   from a pharmacokinetic/pharmacodynamic point of view that these

3   types of studies or these types of data could probably give us

4   some basic information how to for this compound or for this

5   class of compounds, how this sort of -- how to design post-

6   approval surveillance.  Or their might be special things one

7   should look for once a drug is marketed and once post-approval

8   surveillance is done.

9          It would be just one piece of information or basis

10  and not necessarily the result of a study where the regulatory

11  authority would make a yes/no decision on the approval of the

12  drug.

13         DR. GOOTZ:  I guess I have to say my name every time

14  I get up, do I?  Tom Gootz, Pfizer.  Looking at the printout

15  that I brought of the proposed framework document, I guess just

16  updated in December of last year.  I highlighted, since I was

17  very new to the area, I highlighted this whole thing for things

18  that I thought were deserving of attention.

19         And it is all highlighted.  I have nothing that is

20  not highlighted.

21         DR. SHRYOCK:  --- another marker.

22         DR. GOOTZ:  Good idea.  Getting down to the bottom

23  line here, it would be dangerous to our health as

24  pharmaceutical company representatives if we brought, I think

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

 

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

 

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 25

## TO THE DECLARATION IN SUPPORT OF
## MERIAL LIMITED AND MERIAL SAS' BRIEF
## IN OPPOSITION TO THIRD PARTY DEFENDANT
## INTERVET INTERNATIONAL B.V.'S MOTION TO
## DISMISS FOR LACK OF PERSONAL JURISDICTION

Date:  04/07/2008                **Center for Veterinary Medicine Veterinary Master Files**                Page:  1
                                              **Sorted by Holder, File Type**

| Holder | File Type | VMF | Status | Chemical/Subject |
|--------|-----------|-----|--------|------------------|
| A B S CORP | III | 003884 | Inactive | PACKAGING OF PIPERAZINE PHOSPHATE MONOHYDRATE |
| ABBOTT LABORATORIES | II | 005243 | Inactive | LAIDLOMYCIN |
| ABBOTT LABORATORIES | II | 005347 | Inactive | ERYTHROMYCIN THIOCYANATE |
| ABBOTT LABORATORIES | II | 005413 | Active | SARAFLOXACIN |
| ABBOTT LABORATORIES | II | 005441 | Inactive | DIFLOXACIN HYDROCHLORIDE |
| ABBOTT LABORATORIES | II | 005452 | Inactive | SPECTINOMYCIN SULFATE TETRAHYDRATE |
| ABBOTT LABORATORIES | II | 005458 | Active | SPECTINOMYCIN DIHYDROCHLORIDE PENTAHYDRATE |
| ABBOTT LABORATORIES | II | 005460 | Active | SELENIUM SULFIDE |
| ABBOTT LABORATORIES | II | 005470 | Active | MELARSOMINE DIHYDROCHLORIDE |
| ABBOTT LABORATORIES | II | 005536 | Active | ERYTHROMYCIN THIOCYANATE |
| ABBOTT LABORATORIES | II | 005549 | Inactive | SARAFLOXACIN HYDROCHLORIDE |
| ABBOTT LABORATORIES | IV | 005270 | Inactive | BUFFERED SALINE SOLUTION |
| ACS DOBFAR SPA | II | 005319 | Active | AMPICILLIN TRIHYDRATE |
| ACS DOBFAR SPA | II | 005551 | Inactive | CEPHAPIRIN SODIUM |
| ACS DOBFAR SPA | II | 005595 | Active | AMOXICILLIN TRIHYDRATE |
| ACS DOBFAR SPA | II | 005596 | Active | CLOXACILLIN SODIUM |
| ACS DOBFAR SPA | II | 005598 | Active | CLOXACILLIN BENZATHINE |
| ACS DOBFAR SPA | II | 005700 | Active | CEPHAPIRIN BENZATHINE |
| ACS DOBFAR SPA | II | 005729 | Active | HETACILLIN POTASSIUM |
| ACS DOBFAR SPA | II | 005812 | Active | CEFTIOFUR SODIUM |
| ADM ALLIANCE NUTRITION INC | II | 005272 | Active | FENBENDAZOLE |
| ADM ALLIANCE NUTRITION INC | II | 005344 | Active | CHLORTETRACYCLINE |
| ADM ALLIANCE NUTRITION INC | II | 005355 | Active | MEDICATED FEED |
| ADM ALLIANCE NUTRITION INC | II | 005418 | Active | MEDICATED FEED |
| ADM ALLIANCE NUTRITION INC | II | 005567 | Active | MEDICATED FEED |
| ADM ALLIANCE NUTRITION INC | II | 005586 | Active | MEDICATED FEED |
| ADM ALLIANCE NUTRITION INC | II | 005631 | Inactive | BAMBERMYCINS |
| ADM ANIMAL HEALTH AND NUTRITION | II | 003896 | Inactive | MEDICATED FEED |
| ADVANCED CHEMTECH INC | II | 005585 | Inactive | GONADORELIN ACETATE |
| AINO CO LTD NORTH CHINA PHARMACEUTICAL G | II | 005774 | Active | IVERMECTIN |
| AKZO NOBEL CHEMICALS INC | II | 005531 | Inactive | PIPERAZINE DIHYDROCHLORIDE |
| AKZO NOBEL CHEMICALS INC | II | 005615 | Inactive | PIPERAZINE |
| AKZO NOBEL CHEMICALS INC | II | 005620 | Inactive | PIPERAZINE CITRATE |
| AKZO NOBEL CHEMICALS INC | II | 005620 | Inactive | PIPERAZINE DIHYDROCHLORIDE |

| Holder | File Type | VMF | Status | Chemical/Subject |
|---|---|---|---|---|
| AKZO NOBEL CHEMICALS INC | II | 005620 | Inactive | PIPERAZINE MONOHYDROCHLORIDE |
| AKZO PHARMA DIVISION | II | 005353 | Inactive | GONADORELIN ACETATE |
| ALCHYMARS SPA | II | 005656 | Active | LEVAMISOLE |
| ALCHYMARS SPA | II | 005792 | Active | CLORSULON |
| ALCHYMARS SPA | II | 005866 | Active | CLORSULON SODIUM |
| ALKERMES CONTROLLED THERAPEUTICS INC II | IV | 005339 | Active | POLY (LACTIDE-CO-GLYCOLIDE) |
| ALLIED ADHESIVE CORP | III | 005045 | Inactive | MANUFACTURE OF CH-35 |
| ALPHARMA INC | II | 003394 | Active | DECOQUINATE |
| ALPHARMA INC | II | 003561 | Active | ARSANILIC ACID |
| ALPHARMA INC | II | 003561 | Active | CHLORTETRACYCLINE HYDROCHLORIDE |
| ALPHARMA INC | II | 003561 | Active | PENICILLIN G PROCAINE |
| ALPHARMA INC | II | 003561 | Active | SULFAMETHAZINE |
| ALPHARMA INC | II | 003562 | Active | BACITRACIN ZINC |
| ALPHARMA INC | II | 003663 | Active | BACITRACIN METHYLENE DISALICYLATE |
| ALPHARMA INC | II | 003683 | Active | BACITRACIN METHYLENE DISALICYLATE |
| ALPHARMA INC | II | 003685 | Active | 3,5-DINITRO-O-TOLUAMIDE |
| ALPHARMA INC | II | 003771 | Active | BACITRACIN METHYLENE DISALICYLATE |
| ALPHARMA INC | II | 003816 | Active | MEDICATED FEED |
| ALPHARMA INC | II | 005255 | Active | LAIDLOMYCIN PROPIONATE POTASSIUM SALT |
| ALPHARMA INC | II | 005296 | Active | MEDICATED FEED |
| ALPHARMA INC | II | 005301 | Active | MEDICATED FEED |
| ALPHARMA INC | II | 005405 | Active | CHLORTETRACYCLINE |
| ALPHARMA INC | II | 005406 | Active | CHLORTETRACYCLINE |
| ALPHARMA INC | II | 005465 | Active | CHLORTETRACYCLINE [TYPE A MEDICATED ARTICLE] |
| ALPHARMA INC | II | 005472 | Active | CHLORTETRACYCLINE |
| ALPHARMA INC | II | 005759 | Active | LASALOCID SODIUM |
| ALPHARMA INC | V | 003618 | Active | STERILIZATION PROCESS VALIDATION |
| ALTANA INC | V | 005777 | Active | STERILIZATION PROCESS VALIDATION |
| AMEI RENSSELAER INC | II | 005727 | Active | PENTOBARBITAL SODIUM |
| AMERICAN CYANAMID CO TAIWAN CORP | II | 005277 | Inactive | CHLORTETRACYCLINE |
| AMERICAN FEED MANUFACTURERS ASSN INC | II | 003428 | Inactive | MONENSIN |
| AMERICAN VETERINARY PRODUCTS INC | II | 003715 | Inactive | SODIUM SULFAMETHAZINE |
| AMERICAN VETERINARY PRODUCTS INC | V | 005349 | Inactive | STERILIZATION PROCESS VALIDATION |
| AMGEN INC | II | 005131 | Inactive | PORCINE SOMATOTROPIN |

Date:  04/07/2008                    Center for Veterinary Medicine Veterinary Master Files                    Page:  3
                                                        Sorted by Holder, File Type

| Holder | File Type | VMF | Status | Chemical/Subject |
|---|---|---|---|---|
| AMVAC CHEMICAL CORP | II | 005649 | Active | DDVP |
| ANSA ANTIBIOTIK VE ILAC HAMMADDELERI SAN | II | 005115 | Inactive | OXYTETRACYCLINE |
| ANTHONY PRODUCTS CO | V | 005002 | Inactive | STERILIZATION PROCESS VALIDATION |
| ANTIBIOTIC CO | II | 005571 | Inactive | TYLOSIN |
| ANTIBIOTICOS INC | II | 005372 | Inactive | LAIDLOMYCIN SODIUM SALT |
| ANTIBIOTICOS INC | II | 005373 | Inactive | TYLOSIN PHOSPHATE |
| ANTIBOTICS DO BRASIL LTDA | V | 005827 | Active | STERILIZATION PROCESS VALIDATION |
| APPLIED SILICONE CORP | II | 005455 | Inactive | CHROMIUM PICOLINATE |
| ARCHIMICA LTD | II | 005885 | Active | CARBIMAZOLE |
| ARCHIMICA S.R.L. | II | 005414 | Active | SARAFLOXACIN HYDROCHLORIDE |
| ARCHIMICA SPA | II | 005489 | Inactive | CHLORODIFLUOROQUINOLONE (CDFQ) |
| ARCHMICA SRL | II | 005894 | Active | PROPOFOL |
| ASAHI CHEMICAL INDUSTRY CO LTD | II | 005698 | Active | THIOSTREPTON |
| ASSOCIATION OF AMERICAN FEED CONTROL INC | II | 005886 | Active | |
| ASSOCIATION OF AMERICAN FEED CONTROL INC | II | 005918 | Active | OXYTETRACYCLINE |
| ASSOCIATION OF AMERICAN FEED CONTROL INC | II | 005919 | Active | LASALOCID |
| ASSOCIATION OF AMERICAN FEED CONTROL INC | II | 005920 | Active | DECOQUINATE |
| ASTRA MERCK | II | 005629 | Active | OMEPRAZOLE |
| AUROBINDO PHARMA LTD | II | 005854 | Active | FLORFENICOL |
| AUROBINDO PHARMA LTD | II | 005868 | Active | CEPHAPIRIN BENZATHINE |
| AUROBINDO PHARMA LTD | II | 005891 | Active | AMPICILLIN TRIHYDRATE |
| AUROBINDO PHARMA LTD INC | II | 005815 | Active | CEFTIOFUR SODIUM |
| AUROBINDO PHARMA LTD INC | II | 005818 | Active | CEFTIOFUR SODIUM |
| AVENTIS  PHARMA SA | II | 005622 | Inactive | DEXAMETHASONE-21-ISO NICOTINATE |
| BACHEM AG | II | 005826 | Active | GONADORELIN ACETATE |
| BACHEM CALIFORNIA | II | 005787 | Active | DESLORELIN |
| BACHEM FEINCHEMIKALIEN AG | II | 005188 | Inactive | XYLAZINE HYDROCHLORIDE |
| BACHEM FEINCHEMIKALIEN AG | II | 005584 | Inactive | DESLORELIN ACETATE |
| BASF AKTIENGESELLSCHAFT | III | 005281 | Inactive | ULTRAMID A3K |
| BASF BIOCIDES LTD | II | 005745 | Inactive | BRONOPOL |
| BAXTER HEALTHCARE CORP | II | 003861 | Inactive | METHOXYFLURANE |
| BAYER AG | II | 005604 | Active | MARBOFLOXACIN |
| BAYER HEALTHCARE LLC ANIMAL HEALTH DIVIS | II | 005375 | Inactive | FENTHION |
| BAYER HEALTHCARE LLC ANIMAL HEALTH DIVIS | II | 005513 | Active | ENROFLOXACIN |

Date:  04/07/2008          Center for Veterinary Medicine Veterinary Master Files          Page:  4
                                     Sorted by Holder, File Type

| Holder | File Type | VMF | Status | Chemical/Subject |
|--------|-----------|-----|--------|------------------|
| BAYER HEALTHCARE LLC ANIMAL HEALTH DIVIS | II | 005626 | Active | FEBANTEL |
| BAYER HEALTHCARE LLC ANIMAL HEALTH DIVIS | II | 005663 | Inactive | TOLTRAZURIL SULFONE |
| BAYER HEALTHCARE LLC ANIMAL HEALTH DIVIS | II | 005664 | Active | IMIDACLOPRID |
| BAYER HEALTHCARE LLC ANIMAL HEALTH DIVIS | II | 005732 | Inactive | TANOMASTAT |
| BAYER HEALTHCARE LLC ANIMAL HEALTH DIVIS | II | 005785 | Active | EMODEPSIDE |
| BAYER HEALTHCARE LLC ANIMAL HEALTH DIVIS | II | 005834 | Active | PRADOFLOXACIN |
| BAYER HEALTHCARE LLC ANIMAL HEALTH DIVIS | II | 005899 | Active | IMIDACLOPRID |
| BAYER HEALTHCARE LLC ANIMAL HEALTH DIVIS | V | 003147 | Active | STERILIZATION PROCESS VALIDATION |
| BC BIOCHEMIE GMBH | II | 005771 | Active | PLEUROMULIN |
| BEIJING KEYIFENG BIOTECH DEVELOPMENT CO | II | 005734 | Active | MELENGESTROL ACETATE |
| BEIJING KEYIFENG BIOTECH DEVELOPMENT CO | II | 005900 | Active | TRENBOLONE ACETATE |
| BEIJING SECOND PHARMACEUTICAL FACTORY | II | 003866 | Active | SULFAMETHAZINE |
| BEIJING ZIZHU PHARMACEUTICAL CO LTD | II | 005880 | Active | TRENBOLONE ACETATE |
| BELCHER PHARMACEUTICALS INC | II | 005869 | Active | OMEPRAZOLE PELLETS |
| BIEGERT BROTHERS FERTILIZER AND FEED CO | II | 003855 | Inactive | MEDICATED FEED |
| BIO MINERALS NV | II | 005889 | Active | CHOLINE STABILIZED ORTHOSILICIC ACID |
| BIOCHEMIE DEUTSCHLAND GMBH | II | 005084 | Inactive | PENICILLIN G PROCAINE |
| BIOGAL PHARMACEUTICAL WORKS LTD | II | 005371 | Inactive | NEOMYCIN SULFATE |
| BIOTIKA | II | 005737 | Active | SALINOMYCIN |
| BIOVECTRA DIAGNOSTIC CHEMICALS LIMITED | II | 005750 | Active | AMITRAZ |
| BIOVET JOINT STOCK CO | II | 005690 | Active | TYLOSIN TARTRATE |
| BIOVET JOINT STOCK CO | II | 005799 | Active | TYLOSIN PHOSPHATE |
| BIOVET JOINT STOCK CO | II | 005800 | Active | TYLOSIN TARTRATE |
| BIOVET JOINT STOCK CO | II | 005802 | Active | TYLOSIN TARTRATE |
| BIOVET JOINT STOCK CO | II | 005817 | Active | TYLOSIN BASE |
| BIOVET JOINT STOCK CO | II | 005820 | Active | TIAMULIN HYDROGEN FUMARATE |
| BIOVET JOINT STOCK CO | II | 005887 | Active | BAMBERMYCIN |
| BIOVET JSC | II | 005712 | Active | TYLOSIN TARTRATE |
| BIOVET JSC | II | 005858 | Active | TILMICOSIN |
| BIOVET JSC | II | 005888 | Active | SALINOMYCIN MYCELIA |
| BOEHRINGER INGELHEIM CHEMICALS INC | II | 005689 | Active | CLENBUTEROL HYDROCHLORIDE |
| BOEHRINGER INGELHEIM ESPANA S A | II | 005897 | Active | PIMOBENDAN |
| BOEHRINGER INGELHEIM PHARMA GMBH AND CO | II | 005793 | Active | PIMOBENDAN |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 003677 | Inactive | NITROFURAZONE [OINTMENT] |

Center for Veterinary Medicine Veterinary Master Files
Sorted by Holder, File Type

| Holder | File Type | VMF | Status | Chemical/Subject |
|--------|-----------|-----|--------|------------------|
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 003678 | Inactive | DICHLOROPHENE TOLUENE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 003686 | Inactive | OXYTOCIN |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 003724 | Inactive | ACEPROMAZINE MALEATE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 003725 | Inactive | ACEPROMAZINE MALEATE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 003730 | Inactive | PRIMIDONE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 003754 | Inactive | CHLORHEXIDINE DIGLUCONATE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 003758 | Inactive | COPPER NAPHTHENATE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 003770 | Inactive | TYLOSIN [INJECTION] |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 003851 | Inactive | OXYTETRACYCLINE HYDROCHLORIDE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 005125 | Inactive | AMPICILLIN ANHYDROUS |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 005125 | Inactive | AMPICILLIN TRIHYDRATE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 005125 | Inactive | PENICILLIN PROCAINE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 005125 | Inactive | POTASSIUM PENICILLIN G |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 005125 | Inactive | POTASSIUM PENICILLIN V |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 005310 | Inactive | CLENBUTEROL HYDROCHLORIDE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 005340 | Inactive | TYLOSIN PHOSPHATE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 005601 | Active | CLENBUTEROL HYDROCHLORIDE |
| BOEHRINGER INGELHEIM VETMEDICA INC | II | 005654 | Active | ROMIFIDINE HYDROCHLORIDE |
| BOEHRINGER INGELHEIM VETMEDICA INC | V | 003786 | Active | STERILIZATION PROCESS VALIDATION |
| BOEHRINGER INGELHEIM VETMEDICA INC | V | 005164 | Inactive | STERILIZATION PROCESS VALIDATION |
| BRISTOL-EUROPE CEBRIS FACILITIES | II | 005044 | Inactive | CLOXACILLIN BENZATHINE |
| CALBIOCHEM NOVABIOCHEM INT | II | 005129 | Inactive | THIOSTREPTON |
| CALOR AGRICULTURAL RESEARCH INC | II | 003655 | Inactive | MEDICATED FEED |
| CAMBREX PROFARMACO MILANO SRL | II | 005807 | Active | CARPROFEN |
| CARGILL INC | II | 003843 | Inactive | MEDICATED FEED |
| CARGILL INC | II | 005283 | Inactive | LASALOCID |
| CARGILL INC | II | 005350 | Inactive | LASALOCID |
| CARGILL INC | II | 005363 | Inactive | LASALOCID |
| CARGILL INC | II | 005574 | Inactive | LASALOCID |
| CARGILL INC | III | 003736 | Inactive | ETHYLENEDIAMINE DIHYDROIODIDE |
| CARLBIOTECH LTD | II | 005411 | Inactive | OXYTOCIN |
| CAROLINA ANIMAL CHEMICALS CO | II | 005145 | Inactive | SODIUM SULFATHIAZOLE SESQUIHYDARATE |
| CAROLINA ANIMAL CHEMICALS CO | II | 005146 | Inactive | SODIUM SULFAMETHAZINE |
| CAROLINA ANIMAL CHEMICALS CO | II | 005147 | Inactive | SODIUM SULFAMERAZINE |

**Center for Veterinary Medicine Veterinary Master Files**
**Sorted by Holder, File Type**

| Holder | File Type | VMF | Status | Chemical/Subject |
|---|---|---|---|---|
| CAROLINA ANIMAL CHEMICALS CO | II | 005148 | Inactive | SODIUM SULFAQUINOXALINE |
| CAROLINA ANIMAL CHEMICALS CO | II | 005153 | Inactive | SODIUM SULFAQUINOXALINE |
| CATALENT PHARMA SOLUTIONS | V | 005877 | Active | STERILIZATION PROCESS VALIDATION |
| CATER CHEMICALS CORP | II | 005688 | Inactive | STRONTIUM CHLORIDE HEXAHYDRATE |
| CAYMAN PHARMA S.R.O. | II | 005641 | Active | CLOPROSTENOL SODIUM SALT |
| CENEX LAND O LAKES | II | 005594 | Active | LASALOCID |
| CENTRAL GLASS CO | II | 005223 | Inactive | 2-METHYL-3-TRIFLUOROMETHYL ANALINE |
| CENTRAL GLASS CO | II | 005512 | Inactive | SEVOFLURANE |
| CENTRAL SOYA CO INC | II | 005313 | Inactive | MEDICATED FEED |
| CEPHAZONE PHARMA LLC | V | 005809 | Active | STERILIZATION PROCESS VALIDATION |
| CHEMAGIS LTD | II | 005724 | Active | ZERANOL |
| CHEMAPOL LTD | II | 003615 | Active | CHLORTETRACYCLINE |
| CHEMDEX INC | II | 005215 | Inactive | IRON DEXTRAN |
| CHEMDEX INC SPARHAWK LABS | II | 000336 | Inactive | IRON HYDROGENATED DEXTRAN |
| CHEMI SPA | II | 005220 | Inactive | OXOLINIC ACID |
| CHEMSOURCE CORP | II | 005672 | Inactive | IVERMECTIN |
| CHEMSYN SCIENCE LABS | II | 005211 | Active | XYLAZINE |
| CHEMWERTH INC | II | 005718 | Active | NEOMYCIN SULFATE |
| CHIFENG PHARMACEUTICAL GROUP CO LTD | II | 005743 | Active | OXYTETRACYCLINE HYDROCHLORIDE |
| CHIFENG PHARMACEUTICAL GROUP CO LTD | II | 005744 | Active | OXYTETRACYCLINE |
| CHINOIN PHARMACEUTICAL AND CHEMICAL WORK | II | 005602 | Active | DINOPROST TROMETHAMINE |
| CHINOIN PHARMACEUTICAL AND CHEMICAL WORK | V | 005370 | Inactive | STERILIZATION PROCESS VALIDATION |
| CHR HANSEN INC | II | 005803 | Active | MUCOSAL STARTER CULTURE MICROFLORA |
| CIPLA LTD BOMBAY INDIA | II | 005274 | Inactive | FENBENDAZOLE |
| CIPLA LTD BOMBAY INDIA | II | 005282 | Inactive | ALBENDAZOLE |
| CLEMSON UNIV | II | 005648 | Active | TRENBOLONE ACETATE |
| CONTEMPORARY PRODUCTS INC | II | 005284 | Inactive | STREPTOMYCIN SULFATE |
| COSMA SPA | II | 005263 | Active | PYRANTEL PAMOATE |
| COSMA SPA | II | 005578 | Inactive | PYRANTEL TARTRATE |
| COSMA SPA | II | 005741 | Active | CARPROFEN |
| CROSS VETPHARM GROUP LTD | V | 005600 | Active | STERILIZATION PROCESS VALIDATION |
| CROSS VETPHARM GROUP LTD | V | 005861 | Active | STERILIZATION PROCESS VALIDATION |
| CRYSTAL PHARMA SA | II | 005784 | Active | MELENGESTROL ACETATE |
| DAIICHI SANKYO ALTKIRK SARL | II | 003864 | Active | GLYCOSAMINOGLYCAN POLYSULFURIC ACID ESTER |

Center for Veterinary Medicine Veterinary Master Files
Sorted by Holder, File Type

| Holder | File Type | VMF | Status | Chemical/Subject |
|--------|-----------|-----|--------|------------------|
| DANOCHEMO A/S | II | 005035 | Inactive | HALIFUGINONE HYDROBROMIDE |
| DEEPWATER INC | II | 005200 | Inactive | ETHYLENEDIAMINE DIHYDROIODIDE |
| DEGUSSA AG | II | 005769 | Inactive | FLUPIRTINE MALEATE |
| DEGUSSA CORP | II | 005716 | Active | CLORSULON PURE |
| DEGUSSA CORP | II | 005867 | Active | CLORSULON PURE |
| DELA CHEM INC | II | 005159 | Inactive | CHLORHEXIDINE ACETATE |
| DELA CHEM INC | II | 005159 | Inactive | CHORHEXIDINE GLUCONATE |
| DELA CHEM INC | II | 005159 | Inactive | CHORHEXIDINE HYDROCHLORIDE |
| DENKA CHEMIE BV | II | 005025 | Inactive | DICHLORVOS |
| DIAMOND SHAMROCK CORP | II | 003740 | Inactive | DICHLORVOS |
| DIASPA SPA | II | 003610 | Inactive | CHLORTETRACYCLINE |
| DIASPA SPA | II | 003611 | Inactive | CHLORTETRACYCLINE HYDROCHLORIDE |
| DIASPA SPA | II | 005527 | Active | SALINOMYCIN |
| DIASPA SPA | II | 005754 | Active | PLEUROMUTILIN |
| DIOSYNTH BV | II | 005782 | Active | SODIUM HYALURONATE |
| DIXIE CHEMICAL CO INC | II | 005587 | Active | FAMPHUR |
| DONG FENG PHARMACEUTICAL FACTORY | II | 005564 | Active | PENICILLIN G PROCAINE |
| DOW AGROSCIENCES LLC | II | 005791 | Active | SPINOSAD |
| DR REDDYS LABS LTD | II | 005603 | Active | DOMPERIDONE |
| DUMEX ALPHARMA AS | II | 005508 | Inactive | THIOSTREPTON |
| E R SQUIBB AND SONS INC | II | 003333 | Inactive | THIOSTREPTON |
| E R SQUIBB AND SONS INC | II | 003676 | Inactive | TRIAMCINOLONE ACETONIDE |
| E R SQUIBB AND SONS INC | II | 003763 | Inactive | PENICILLIN G PROCAINE |
| EAGLE PICHER INDUSTRIES INC | II | 005203 | Inactive | XYLAZINE |
| EASTERN MINERALS INC | II | 005606 | Inactive | MEDICATED FEED |
| EASTMAN KODAK CO | II | 005221 | Inactive | ETHYLENE DIAMINE TETRAACETIC ACID COPPER DISODIUM SAL |
| EGIS PHARMACEUTICALS | II | 005248 | Inactive | CARBADOX |
| EGIS PHARMACEUTICALS | II | 005717 | Inactive | S-METHOPRENE |
| ELANCO ANIMAL HEALTH CO | II | 000382 | Active | TYLOSIN |
| ELANCO ANIMAL HEALTH CO | II | 003745 | Active | MONENSIN |
| ELANCO ANIMAL HEALTH CO | II | 005008 | Active | SULFAMETHAZINE |
| ELANCO ANIMAL HEALTH CO | II | 005077 | Inactive | POLYLACTIC/POLYGLYCOLIC ACID COPOLYMER |
| ELANCO ANIMAL HEALTH CO | II | 005082 | Inactive | NICARBAZIN |
| ELANCO ANIMAL HEALTH CO | II | 005122 | Active | NARASIN |

**Center for Veterinary Medicine Veterinary Master Files**
**Sorted by Holder, File Type**

| Holder | File Type | VMF | Status | Chemical/Subject |
|--------|-----------|-----|--------|------------------|
| ELANCO ANIMAL HEALTH CO | II | 005163 | Inactive | POLYLACTIC POLYGLYCOLIC ACID |
| ELANCO ANIMAL HEALTH CO | II | 005182 | Active | RACTOPAMINE HYDROCHLORIDE |
| ELANCO ANIMAL HEALTH CO | II | 005186 | Active | APRAMYCIN |
| ELANCO ANIMAL HEALTH CO | II | 005187 | Inactive | HYGROMYCIN |
| ELANCO ANIMAL HEALTH CO | II | 005210 | Inactive | APRAMYCIN |
| ELANCO ANIMAL HEALTH CO | II | 005242 | Active | TYLOSIN |
| ELANCO ANIMAL HEALTH CO | II | 005260 | Active | TILMICOSIN |
| ELANCO ANIMAL HEALTH CO | II | 005407 | Inactive | MONENSIN |
| ELANCO ANIMAL HEALTH CO | II | 005477 | Active | RACTOPAMINE HYDROCHLORIDE [TYPE A MEDICATED ARTICLE] |
| ELANCO ANIMAL HEALTH CO | II | 005558 | Active | NICARBAZIN |
| ELANCO ANIMAL HEALTH CO | II | 005588 | Active | MONENSIN |
| ELANCO ANIMAL HEALTH CO | II | 005680 | Inactive | MONENSIN SODIUM |
| ELANCO ANIMAL HEALTH CO | II | 005680 | Inactive | RACTOPAMINE HYDROCHLORIDE |
| ELANCO ANIMAL HEALTH CO | II | 005680 | Inactive | TYLOSIN PHOSPHATE |
| ELANCO ANIMAL HEALTH CO | II | 005723 | Inactive | RACTOPAMINE HYDROCHLORIDE |
| ELANCO ANIMAL HEALTH CO | IV | 005076 | Inactive | PLASTIC CAPSULE |
| ELANCO ANIMAL HEALTH CO | IV | 005101 | Inactive | PLASTIC CAPSULE |
| EURAND ITALIA | II | 003706 | Inactive | PHENYLBUTAZONE [MICROCAPS] |
| EVERGREEN MILLS INC | II | 005315 | Active | CHLORTETRACYCLINE |
| EVERLIGHT  CHEMICAL INDUSTRIAL CORPORATI | II | 005876 | Active | CLOPROSTENOL SODIUM |
| FABBRICA ITALIANA SINTETICI | II | 005685 | Active | MARBOFLOXACIN |
| FARMITALIA CARLO ERBA S P A | II | 003545 | Inactive | CHLORTETRACYCLINE |
| FARMLAND INDUSTRIES INC | II | 005034 | Inactive | MEDICATED FEED |
| FARMLAND INDUSTRIES INC | II | 005630 | Active | LASALOCID |
| FERMION OY | II | 005105 | Active | DETOMIDINE HYDROCHLORIDE |
| FERMION OY | II | 005150 | Active | MEDETOMIDINE HYDROCHLORIDE |
| FERMION OY | II | 005721 | Active | DEXMEDETOMIDINE HYDROCHLROIDE |
| FERMTEC INC | II | 005322 | Inactive | AMOXICILLIN TRIHYDRATE |
| FERRO CORP | II | 005710 | Active | SULFAMETHAZINE BISULFATE MONOHYDRATE |
| FERSINSA GB SA DE CV | II | 005194 | Active | PENICILLIN G PROCAINE |
| FIDIA PHARMACEUTICAL CORP | II | 005087 | Inactive | HYALURONIC SODIUM |
| FIDIA PHARMACEUTICAL CORP | V | 005427 | Inactive | STERILIZATION PROCESS VALIDATION |
| FIDIA S P A | V | 005079 | Active | STERILIZATION PROCESS VALIDATION |
| FINE ORGANICS | II | 005647 | Active | 3-(TRICHLOROETHENYL)ANILENE HYDROCHLORIDE |

Date:  04/07/2008          **Center for Veterinary Medicine Veterinary Master Files**          Page:  9
                                    **Sorted by Holder, File Type**

| Holder | File Type | VMF | Status | Chemical/Subject |
|--------|-----------|-----|--------|------------------|
| FIRST SOUTHWEST PHARMACEUTICAL FACTORY C | II | 005327 | Inactive | FURAZOLIDONE |
| FIRST SOUTHWEST PHARMACEUTICAL FACTORY C | II | 005516 | Inactive | LEVAMISOLE HYDROCHLORIDE |
| FIRST SOUTHWEST PHARMACEUTICAL FACTORY C | II | 005516 | Inactive | LEVAMISOLE PHOSPHATE |
| FLEMING LABORATORIES INC | II | 005021 | Inactive | ARSANILIC ACID |
| FLEMING LABORATORIES INC | II | 005227 | Inactive | PIPERAZINE DIHYDROCHLORIDE |
| FMC CORP | IV | 005052 | Inactive | CELLULOSE TRIACETATE |
| FMC CORP | IV | 005053 | Inactive | CELLULOSE ACETATE BUTYRATE |
| FMC CORP | IV | 005216 | Inactive | CELLULOSE ACETATE |
| FONTARME CHEMICAL INC | II | 005916 | Active | TRICAINE METHANESULFONATE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 003659 | Active | FLUMETHASONE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005442 | Active | ESTRADIOL BENZOATE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005443 | Active | TRENBOLONE ACETATE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005561 | Active | TESTOSTERONE PROPIONATE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005610 | Active | CHLORTETRACYCLINE BISULFATE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005633 | Inactive | CYPERMETHRIN |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005846 | Active | DIMETHYLSULFOXIDE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | V | 005473 | Active | STERILIZATION PROCESS VALIDATION |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | V | 005881 | Active | STERILIZATION PROCESS VALIDATION |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 003505 | Inactive | CHLORTETRACYCLINE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 003584 | Inactive | AUREOMYCIN CHLORTETRACYCLINE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 003636 | Inactive | LEVAMISOLE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 003764 | Inactive | SULFAMETHAZINE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005040 | Active | LEVAMISOLE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005276 | Inactive | CHLORTETRACYCLINE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005359 | Inactive | BOVINE SOMATOTROPIN |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005445 | Inactive | MOXIDECTIN (F-ALPHA) |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005446 | Inactive | MOXIDECTIN |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005451 | Inactive | MOXIDECTIN |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005491 | Active | SULFAMETHAZINE BISULFATE |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005519 | Active | MOXIDECTIN |
| FORT DODGE ANIMAL HEALTH DIVISION OF WYE | II | 005528 | Inactive | MOXIDECTIN |
| FOSTER COMMODITIES | II | 005036 | Inactive | MEDICATED FEED |
| FRESENIUS KABI NORGE AS | V | 005624 | Active | STERILIZATION PROCESS VALIDATION |
| FUJIAN PUCHENG BIOCHEMISTRY CO LTD | II | 005532 | Active | CHLORTETRACYCLINE |

| Holder | File Type | VMF | Status | Chemical/Subject |
|---|---|---|---|---|
| FUZHOU ANIBIOTIC GROUP CORP | II | 005634 | Active | CHLORTETRACYCLINE |
| G C HANFORD MFG CO | V | 003656 | Inactive | STERILIZATION PROCESS VALIDATION |
| GDL INTERNATIONAL | II | 005657 | Active | OXYTOCIN |
| GENESIS INDUSTRIES INC | II | 005478 | Inactive | DESLORELIN |
| GEORGIA PACIFIC CORP | II | 005304 | Inactive | FORMALIN |
| GIST BROCADES FOOD INGREDIENTS INC | V | 005374 | Inactive | STERILIZATION PROCESS VALIDATION |
| GIST BROCADES ITALY SPA OF CAPUA | II | 005388 | Inactive | TIAMULIN HYDROGEN FUMARATE |
| GIST BROCADES ITALY SPA OF CAPUA | II | 005632 | Active | NYSTATIN MYCELIUM |
| GLAXO WELLCOME INC | II | 005317 | Inactive | PENICILLIN G INTERMEDIATES |
| GREAT LAKES FINE CHEMICALS HOLYWELL | II | 005764 | Active | TOLAZINE HYDROCHLORIDE |
| GRINDEX PUBLIC JOINT STOCK COMPANY | II | 005865 | Active | DETOMIDINE HYDROCHLORIDE |
| GRINDEX PUBLIC JOINT STOCK COMPANY | II | 005873 | Active | XYLAZINE |
| GUANGDONG PHARMACEUTICAL FACTORY | II | 005161 | Inactive | SULFAMETHAZINE AND SULFAMETHAZINE SODIUM |
| GUANGDONG PHARMACEUTICAL FACTORY | II | 005177 | Inactive | TRIMETHOPRIM |
| GUANGDONG PHARMACEUTICAL FACTORY | II | 005565 | Inactive | SULFADIMETHOXINE |
| GUANGZHOU PHARMACEUTICAL FACTORY - CHINA | II | 005265 | Inactive | CHLORTETRACYCLINE HYDROCHLORIDE |
| GUILIN PHARMACEUTICAL CO LTD | II | 005560 | Inactive | ALBENDAZOLE |
| H AND S CHEMICAL CO INC | II | 005851 | Active | CHLORAMINE-T |
| HANGZHOU MINSHENG PHARMACEUTICAL GROUP C | II | 005116 | Active | PYRANTEL PAMOATE |
| HANGZHOU MINSHENG PHARMACEUTICAL GROUP C | II | 005675 | Active | PYRANTEL TARTRATE |
| HANGZHOU MINSHENG PHARMACEUTICAL GROUP C | II | 005770 | Active | PRAZIQUANTEL |
| HANJIANG PHARMACEUTICAL FACTORY | II | 005548 | Active | FENBENDAZOLE |
| HANJIANG PHARMACEUTICAL FACTORY | II | 005575 | Active | LEVAMISOLE HYDROCHLORIDE |
| HARDY SALT CO | II | 003732 | Inactive | MEDICATED FEED |
| HAUPT PHARMA WOLFRATSHAUSEN GMBH | V | 005908 | Active | STERILIZATION PROCESS VALIDATION |
| HCH UQUIFA | II | 005766 | Active | ROBENIDINE HYDROCHLORIDE |
| HEBEI HUARI PHARMACEUTICALS CO LTD | II | 005581 | Active | PENICILLIN G PROCAINE |
| HEBEI HUARI PHARMACEUTICALS CO LTD | II | 005650 | Inactive | PENICILLIN G PROCAINE |
| HEBEI VEYONG BIO CHEMICAL CO LTD | II | 005906 | Active | IVERMECTIN |
| HEBEI VEYONG BIO CHEMICAL CO LTD | II | 005907 | Active | AVERMECTIN |
| HELM NEW YORK CHEMICAL CORP | II | 003772 | Inactive | SULFATHIAZOLE SODIUM |
| HELM NEW YORK CHEMICAL CORP | II | 005545 | Inactive | PRAZIQUANTEL |
| HELSINN CHEMICALS SA | II | 005557 | Inactive | MELATONIN |
| HIKAL LTD | II | 005910 | Active | DECOQUINATE |

**Center for Veterinary Medicine Veterinary Master Files**
**Sorted by Holder, File Type**

| Holder | File Type | VMF | Status | Chemical/Subject |
|---|---|---|---|---|
| HOECHST ROUSSEL VET | II | 003753 | Inactive | FENBENDAZOLE |
| HOECHST ROUSSEL VET | II | 003880 | Inactive | PENICILLIN G PROCAINE |
| HOECHST ROUSSEL VET | II | 005066 | Inactive | BUSERELIN ACETATE |
| HOVIONE SOCIEDADE QUIMICA SA | II | 005636 | Active | IVERMECTIN |
| HUASHU PHARMACEUTICAL CORP | II | 005674 | Active | OXYTETRACYCLINE DIHYDRATE |
| HUASHU PHARMACEUTICAL CORP | II | 005914 | Active | IVERMECTIN |
| HYDRO MED SCIENCES DIV | II | 003567 | Inactive | ESTRADIOL VALERATE |
| HYDRO MED SCIENCES DIV | II | 003567 | Inactive | NORGESTOMET [IMPLANT] |
| I C I AMERICAS INC | IV | 003030 | Inactive | MANUFACTURING OF BRIJ 35 |
| INDUSTRIALE CHIMICA S R L | II | 005762 | Active | DL CLOPROSTENOL SODIUM |
| INDUSTRIALE CHIMICA S R L | II | 005776 | Active | ALTRENOGEST |
| INNOTECH INC | II | 005391 | Active | LEVAMISOLE HYDROCHLORIDE |
| INTERNATIONAL SPECIALTY PRODUCTS | IV | 000078 | Inactive | POLYVINYLPYRROLIDONE |
| INTERVET INC | II | 005627 | Active | FENBENDAZOLE |
| INTERVET INTERNATIONAL B V | V | 005415 | Active | STERILIZATION PROCESS VALIDATION |
| INTERVET INTERNATIONAL GMBH | V | 005742 | Active | STERILIZATION PROCESS VALIDATION |
| INTERVET INTERNATIONAL GMBH | V | 005794 | Active | STERILIZATION PROCESS VALIDATION |
| IPC INTERNATIONAL PHARMACEUTICALS AND CH | II | 005065 | Inactive | CHLORTETRACYCLINE |
| IPCA LABORATORIES LTD | II | 005428 | Inactive | PYRANTEL PAMOATE |
| IPCA LABORATORIES LTD | II | 005449 | Inactive | PYRANTEL TARTRATE |
| IROPHARM LTD | II | 005096 | Active | DIETHYLCARBAMAZINE CITRATE |
| ISOCHEM S.A. | II | 005892 | Active | ELTENAC |
| ISTEKA EHF | II | 005789 | Active | EQUINE CHORIONIC GONADOTROPIN |
| IVX ANIMAL HEALTH INC | V | 005385 | Active | STERILIZATION PROCESS VALIDATION |
| IVX ANIMAL HEALTH INC | V | 005726 | Active | STERILIZATION PROCESS VALIDATION |
| IVY LABORATORIES DIVISION OF IVY ANIMAL | II | 005271 | Active | ESTRADIOL |
| JANSSEN PHARMACEUTICA INC | II | 005123 | Inactive | CARMIDAZOLE |
| JANSSEN RESEARCH FOUNDATION | II | 005256 | Inactive | METOMIDATE HYDROCHLORIDE |
| JIANGXI GUOYAO PHARMACEUTICAL LLC | II | 005426 | Active | OXYTETRACYCLINE HYDROCHLORIDE |
| JIANGXI GUOYAO PHARMACEUTICAL LLC | II | 005819 | Active | LINCOMYCIN HYDROCHLORIDE |
| JIANGXI GUOYAO PHARMACEUTICAL LLC | II | 005822 | Active | OXYTETRACYCLINE HYDROCHLORIDE |
| JINAN ENPING PHARMACEUTICAL CO LTD | II | 005444 | Inactive | CHLORTETRACYCLINE CALCIUM |
| JINAN JINDA PHARMACEUTICAL CHEMISTRY CO | II | 005611 | Inactive | FURAZOLIDONE |
| JINAN JINDA PHARMACEUTICAL CHEMISTRY CO | II | 005749 | Active | CARPROFEN |

Center for Veterinary Medicine Veterinary Master Files
Sorted by Holder, File Type

| Holder | File Type | VMF | Status | Chemical/Subject |
|--------|-----------|-----|--------|------------------|
| JINHE GROUP INDUSTRY CO LTD | II | 005864 | Active | SALINOMYCIN SODIUM |
| JOHNS MANVILLE | IV | 003331 | Inactive | DIATOMACEOUS SILICA |
| JOHNSON MATTHEY CHEMICAL LTD | II | 005039 | Inactive | SODIUM SELENITE |
| JOKO PHARMACEUTICALS CO LTD | II | 005699 | Active | THIOSTREPTON |
| KAKEN PHARMACEUTICAL CO | II | 005337 | Active | SALINOMYCIN |
| KAKEN PHARMACEUTICAL CO | II | 005902 | Active | SALINOMYCIN SODIUM |
| KAYDEE FEED CO | II | 005099 | Inactive | MEDICATED FEED |
| KLENZADE SERVICE ECOLAB RESEARCH CENTER | II | 005390 | Inactive | BLOATENZ PLUS |
| KRKA PHARMACEUTICALS CO | II | 003699 | Active | BACITRACIN ZINC |
| KRKA PHARMACEUTICALS CO | II | 005151 | Inactive | CHLORTETRACYCLINE |
| KRKA PHARMACEUTICALS CO | II | 005401 | Active | SALINOMYCIN SODIUM |
| KRKA PHARMACEUTICALS CO | II | 005679 | Active | MONENSIN SODIUM |
| KRKA USA LLC | II | 005879 | Active | FLORFENICOL |
| KUN SHAN BIOCHEMICAL PROD FACTORY | II | 005336 | Inactive | CHLORTETRACYCLINE |
| KV PHARMACEUTICALS INC | II | 003768 | Inactive | PIPERAZINE CITRATE |
| LABORATORIO CHIMICO INTERNAZIONALE SPA | II | 005683 | Inactive | PROPENTOFYLLINE |
| LAKESHORE BIOMATERIAL INC | IV | 005857 | Active | POLYMER EXCIPIENTS |
| LAND O LAKES INC | II | 005642 | Active | LASALOCID |
| LAPORTE FINE CHEMICALS | II | 005725 | Active | CLOR VI |
| LEIRAS FINE CHEMICALS OY | II | 005520 | Active | CARBAZOLE ESTER |
| LEIRAS FINE CHEMICALS OY | II | 005521 | Active | CARPROFEN |
| LESLIE SALT CO | II | 003733 | Inactive | MEDICATED FEED |
| LIQUID FEED COMMODITIES INC | II | 005190 | Inactive | MEDICATED FEED |
| LOHMANN TIERERNAHRUNG GMBH | II | 003500 | Inactive | CHLORTETRACYCLINE CALCIUM COMPLEX |
| LONZA LTD | II | 005772 | Active | ZILPATEROL HYDROCHLORIDE |
| LOOMIX INC | II | 005196 | Inactive | MEDICATED FEED |
| LUCHEM PHARMACEUTICALS INC | II | 003892 | Inactive | DIATHIAZINE IODIDE [TABLETS] |
| LUKANG SHELILE HEZE PHARMACEUTICAL CO LT | II | 005832 | Active | SALINOMYCIN |
| LUPIN LIMITED INDIA | II | 005810 | Active | CEFTIOFUR SODIUM |
| LUPIN LIMITED INDIA | II | 005821 | Active | CEFTIOFUR SODIUM |
| MACFARLAN SMITH LTD | II | 005570 | Inactive | ETORPHINE HYDROCHLORIDE |
| MACLEOD PHARMACEUTICALS INC | II | 005760 | Active | SODIUM HYALURONATE |
| MALLINCKRODT VETERINARY INC | II | 005396 | Inactive | PORCINE SOMATOTROPIN |
| MALLINCKRODT VETERINARY INC | V | 003762 | Inactive | STERILIZATION PROCESS VALIDATION |

| Holder | File Type | VMF | Status | Chemical/Subject |
|---|---|---|---|---|
| MARUHA CORP | II | 005773 | Active | SODIUM  HYALURONATE |
| MASTI KURE PRODUCTS CO | II | 003716 | Inactive | PENICILLIN DIHYDROSTREPTOMYCIN |
| MED PHARMEX INC | V | 005778 | Active | STERILIZATION PROCESS VALIDATION |
| MEDIMPEX NORTH AMERICA INC | II | 003249 | Inactive | SULFAMETHAZINE |
| MEDIMPEX NORTH AMERICA INC | II | 005230 | Inactive | OXYTETRACYCLINE DODECYL QUATERNARY AMMONIUM SATL |
| MERCK AND CO INC | II | 005155 | Inactive | LUPROSTIOL |
| MERCK AND CO INC | II | 005476 | Active | IVERMECTIN |
| MERCK AND CO INC | V | 005566 | Active | STERILIZATION PROCESS VALIDATION |
| MERIAL LTD | V | 005840 | Active | STERILIZATION PROCESS VALIDATION |
| MFA INC | II | 005128 | Inactive | APRAMYCIN SULFATE |
| MICRO TRACERS INC | IV | 003139 | Active | STAINLESS STEEL GRIT PARTICULATES IRON & CHROMIUM |
| MIKART INC | II | 005006 | Active | PIPERAZINE PHOSPHATE MONOHYDRATE |
| MINSHENG GROUP SHAOXING PHARMACEUTICAL C | II | 005852 | Active | MORANTEL TARTRATE |
| MINSHENG GROUP SHAOXING PHARMACEUTICAL C | II | 005913 | Active | FLORFENICOL |
| MOEHS SA PRODUCTOS QUIMICOS | II | 005562 | Active | PYRANTEL PAMOATE |
| MONGOLIAN JIN HE | II | 005468 | Active | CHLORTETRACYCLINE |
| MONSANTO CO | II | 005030 | Active | BOVINE SOMATOTROPIN |
| MONSANTO CO | II | 005735 | Active | SOMETRIBOVE ZINC |
| MORTON SALT CO DIVISION OF MORTON NORWIC | II | 003734 | Inactive | ETHYLENEDIAMINE DIHYDROIODIDE |
| MTM CHEMICALS INC | II | 005354 | Active | FLUNIXIN MEGLUMINE |
| MUNNERSTADTER GLASWARENFABRIK GMBH | III | 005635 | Active | PACKAGING MATERIALS |
| N V ORGANON | II | 005912 | Active | HUMAN CHORIONIC GONADOTROPIN |
| N.V. ORGANON | II | 005767 | Active | TRENBOLONE ACETATE |
| N.V. ORGANON | II | 005768 | Active | ALTRENOGEST |
| N.V. ORGANON | II | 005839 | Active | PREGNANT MARE SERUM GONADOTROPHIN |
| N.V. ORGANON | II | 005875 | Active | ESTRADIOL ANHYDROUS |
| NANHAI BEISHA PHARMACEUTICAL | II | 005845 | Active | SULFAMETHAZINE |
| NANJING PHARMACEUTICAL FACTORY | II | 005713 | Active | PRAZIQUANTEL |
| NANTONG JINGHUA PHARMACEUTICAL CO | II | 005860 | Active | PHENYLBUTAZONE |
| NATIONAL PHARMACEUTICAL MFG CO | II | 003653 | Inactive | SELENIUM SULFIDE |
| NEWPORT SYNTHESIS LTD | II | 005496 | Inactive | PYRANTEL TARTRATE |
| NINGXIA PHARMACEUTICAL FACTORY | II | 005719 | Active | TETRACYCLINE HYDROCHLORIDE |
| NITROGENO INDUSTRIAL Y ALIMENTICIO | II | 005121 | Inactive | ARSANILIC ACID |
| NITROGENO INDUSTRIAL Y ALIMENTICIO | II | 005179 | Inactive | ROXARSONE |

| Holder | File Type | VMF | Status | Chemical/Subject |
|--------|-----------|-----|--------|------------------|
| NORBROOK LABORATORIES LTD | II | 005342 | Active | PENICILLIN G PROCAINE |
| NORBROOK LABORATORIES LTD | II | 005358 | Active | DIHYDROSTREPTOMYCIN SULFATE |
| NORBROOK LABORATORIES LTD | II | 005678 | Active | OXYTETRACYCLINE |
| NORBROOK LABORATORIES LTD | II | 005714 | Active | OXYTETRACYCLINE HYDROCHLORIDE |
| NORBROOK LABORATORIES LTD | II | 005730 | Active | FLUNIXIN MEGLUMINE |
| NORBROOK LABORATORIES LTD | II | 005843 | Active | CARPROFEN |
| NORBROOK LABORATORIES LTD | V | 005109 | Active | STERILIZATION PROCESS VALIDATION |
| NORBROOK LABORATORIES LTD | V | 005660 | Active | STERILIZATION PROCESS VALIDATION |
| NORBROOK LABORATORIES LTD | V | 005836 | Active | STERILIZATION PROCESS VALIDATION |
| NORBROOK LABORATORIES LTD | V | 005837 | Active | STERILIZATION PROCESS VALIDATION |
| NORCHIM | II | 005297 | Active | TILETAMINE HYDROCHLORIDE |
| NORCHIM | II | 005298 | Active | ZOLAZEPAM HYDROCHLORIDE |
| NORCHIM | II | 005368 | Inactive | KETAMINE HYDROCHLORIDE |
| NORTH CHINA PHARMACEUTICAL CO LTD | II | 005763 | Active | PENICILLIN G POTASSIUM |
| NORTH CHINA PHARMACEUTICAL CO LTD | II | 005895 | Active | OXYTETRACYCLINE |
| NORTH CHINA PHARMACEUTICAL CORP | II | 005257 | Inactive | OXYTETRACYCLINE |
| NORTH CHINA PHARMACEUTICAL GROUP CORP | II | 005747 | Active | OXYTETRACYCLINE |
| NORTH CHINA PHARMACEUTICAL HUASHENG CO L' | II | 005761 | Active | DIHYDROSTREPTOMYCIN SULFATE |
| NOVARTIS ANIMAL HEALTH K. K. | II | 005225 | Active | MILBEMYCIN OXIME |
| NOVARTIS PHARMACEUTICALS CORP | II | 005474 | Active | CYCLOSPORIN |
| NUSIL TECHNOLOGY | IV | 005811 | Active | MED11-6382 SILICONE ELASTOMER |
| OMG AMERICAS INC. | II | 003842 | Active | COPPER NAPHTHENATE |
| ORCHID CHEMICALS AND PHARMACEUTICALS LTD | II | 005814 | Active | CEFTIOFUR SODIUM |
| ORION CORP | II | 005205 | Inactive | PYRANTEL PAMOATE |
| ORION CORP | II | 005382 | Active | ATIPAMEZOLE HYDROCHLORIDE |
| ORION CORP | V | 005075 | Inactive | STERILIZATION PROCESS VALIDATION |
| ORION CORP | V | 005420 | Inactive | STERILIZATION PROCESS VALIDATION |
| ORION CORP | V | 005436 | Active | STERILIZATION PROCESS VALIDATION |
| PALMER RESEARCH | II | 005067 | Active | XYLAZINE |
| PENNFIELD OIL CO | II | 005658 | Active | CHLORTETRACYCLINE HYDROCHLORIDE |
| PENNFIELD OIL CO | II | 005696 | Active | OXYTETRACYCLINE HYDROCHLORIDE |
| PENNFIELD OIL CO | II | 005752 | Active | BACITRACIN METHYLENE DISALICYLATE |
| PEPTECH ANIMAL HEALTH PTY LTD | II | 005463 | Inactive | DESLORELIN |
| PFIZER INC | II | 000270 | Inactive | NEOMYCIN SULFATE |

Center for Veterinary Medicine Veterinary Master Files
Sorted by Holder, File Type

| Holder | File Type | VMF | Status | Chemical/Subject |
|---|---|---|---|---|
| PFIZER INC | II | 003590 | Inactive | OXYTETRACYCLINE |
| PFIZER INC | II | 003885 | Inactive | OXYTETRACYCLINE QUATERNARY SALT |
| PFIZER INC | II | 005004 | Inactive | DIHYDROSTREPTOMYCIN SULFATE |
| PFIZER INC | II | 005054 | Active | PYRANTEL PAMOATE |
| PFIZER INC | II | 005103 | Inactive | PYRANTEL PAMOATE |
| PFIZER INC | II | 005193 | Inactive | MORANTEL TARTRATE |
| PFIZER INC | II | 005318 | Inactive | MEDICATED FEED |
| PFIZER INC | II | 005332 | Inactive | MEDICATED FEED |
| PFIZER INC | II | 005434 | Inactive | AMOXICILLIN TRIHYDRATE |
| PFIZER INC | II | 005435 | Inactive | BENZATHINE CLOXACILLIN |
| PFIZER INC | II | 005438 | Inactive | CLOXACILLIN SODIUM |
| PFIZER INC | II | 005466 | Inactive | EPSIPRANTEL |
| PFIZER INC | II | 005824 | Active | OXYTETRACYCLINE DIHYDRATE |
| PFIZER INC | II | 005825 | Active | MAROPITANT CITRATE |
| PFIZER INC | II | 005833 | Active | OXYTETRACYCLINE HYDROCHLORIDE |
| PFIZER INC | II | 005847 | Active | CARPROFEN |
| PFIZER INC | V | 003576 | Inactive | STERILIZATION PROCESS VALIDATION |
| PFIZER INC | V | 003743 | Inactive | STERILIZATION PROCESS VALIDATION |
| PFIZER INC | V | 005848 | Active | STERILIZATION PROCESS VALIDATION |
| PHARMACAPS INC | IV | 003726 | Inactive | DICHLOROPHENE TOLUENE |
| PHARMACEUTICALS BASICS INC | V | 005110 | Inactive | STERILIZATION PROCESS VALIDATION |
| PHARMACHEM LABS | II | 003708 | Inactive | IRON DEXTRAN |
| PHARMACIA AND UPJOHN CO A DIVISION OF PF | II | 003759 | Active | SPECTINOMYCIN HYDROCHLORIDE |
| PHARMACIA AND UPJOHN CO A DIVISION OF PF | II | 003875 | Active | MELENGESTROL ACETATE |
| PHARMACIA AND UPJOHN CO A DIVISION OF PF | II | 005162 | Active | NEOMYCIN SULFATE |
| PHARMACIA AND UPJOHN CO A DIVISION OF PF | II | 005173 | Active | CEFTIOFUR HYDROCHLORIDE |
| PHARMACIA AND UPJOHN CO A DIVISION OF PF | II | 005495 | Active | ESTRADIOL BENZOATE |
| PHARMACIA AND UPJOHN CO A DIVISION OF PF | II | 005533 | Active | TRENBOLONE ACETATE |
| PHARMACIA AND UPJOHN CO A DIVISION OF PF | II | 005706 | Active | CEFTIOFUR |
| PHARMACIA AND UPJOHN CO A DIVISION OF PF | V | 003876 | Active | STERILIZATION PROCESS VALIDATION |
| PHARMACIA AND UPJOHN CO A DIVISION OF PF | V | 005705 | Active | STERILIZATION PROCESS VALIDATION |
| PHARMACOSMOS A/S | II | 003829 | Active | IRON DEXTRAN |
| PHARMACOSMOS A/S | II | 005022 | Active | IRON DEXTRAN |
| PHIBRO ANIMAL HEALTH | II | 005781 | Active | SEMDURAMICIN SODIUM |

| Holder | File Type | VMF | Status | Chemical/Subject |
|--------|-----------|-----|--------|------------------|
| PHIBRO ANIMAL HEALTH | II | 005808 | Active | SODIUM SALINOMYCIN |
| PHIBRO ANIMAL HEALTH | II | 005856 | Active | VIRGINIAMYCIN |
| PHIBRO ANIMAL HEALTH | II | 005882 | Active | VIRGINIAMYCIN |
| PHILIPP BROTHERS CHEMICALS INC | II | 005515 | Active | NICARBAZIN |
| PHILIPP BROTHERS CHEMICALS INC | II | 005529 | Active | AMPROLIUM |
| PLANALQUIMICA INDUSTRIAL LTDA OF BRAZIL | II | 005492 | Inactive | NICARBAZIN |
| PLIVA USA INC | II | 003620 | Inactive | SULFAMETHAZINE |
| PLIVA USA INC | V | 005462 | Inactive | STERILIZATION PROCESS VALIDATION |
| PM AG PRODUCTS INC | II | 005033 | Inactive | MEDICATED FEED |
| POLYPEPTIDE LABS INC | II | 005709 | Active | GONADORELIN ACETATE |
| POLYPEPTIDE LABS INC | II | 005722 | Active | GONADOTROPIN HYDROCHLORIDE |
| POLYPEPTIDE LABS INC | II | 005855 | Active | DESLORELIN ACETATE |
| PR PHARMACEUTICALS INC | II | 005293 | Active | ESTRADIOL BENZOATE |
| PROCAPS SA | II | 005708 | Active | DICHLOROPHENE |
| PROCAPS SA | II | 005708 | Active | TOLUENE |
| PROCOS SPA | II | 005625 | Active | CARPROFEN |
| PROCOS SPA | II | 005703 | Active | PRAZIQUANTEL |
| PROFARMACO NOBEL S R L | II | 005423 | Active | DIFLOXACIN HYDROCHLORIDE |
| PUCHENG CHIA TAI BIOCHEMISTRY CO LTD | II | 005903 | Active | CHLORTETRACYCLINE HYDROCHLORIDE |
| PUCHENG CHIA TAI BIOCHEMISTRY CO LTD | II | 005904 | Active | CHLORTETRACYCLINE FEED GRADE |
| PUCHENG LIFECOME BIOCHEMISTRY COMPANY LT | II | 005901 | Active | BACITRACIN METHYLENE DISALICYLATE |
| PURINA MILLS INC | II | 005086 | Inactive | MEDICATED FEED |
| PURINA MILLS INC | II | 005093 | Inactive | SULFAMETHAZINE |
| PURINA MILLS INC | II | 005094 | Inactive | TETRACYCLINE HYDROCHLORIDE [OBLETS] |
| PURINA MILLS INC | II | 005095 | Inactive | AUREOMYCIN |
| PURINA MILLS INC | II | 005098 | Inactive | CHLORTETRACYCLINE HYDROCHLORIDE [OBLETS] |
| PURINA MILLS INC | II | 005143 | Inactive | APRAMYCIN |
| PURINA MILLS INC | II | 005526 | Active | MEDICATED FEED |
| Q P CORP | II | 005219 | Inactive | SODIUM HYALURONATE |
| QILO PHARMACEUTICAL GENERAL FACTORY | II | 005720 | Active | IVERMECTIN |
| QUAKER OATS CO | II | 003744 | Inactive | PROPYLENE GLYCOL |
| QUIMICA SINTETICA SA | II | 005488 | Inactive | CHLORODIFLUOROQUINOLONE (CDFQ) |
| QUIMICA SINTETICA SA | II | 005614 | Inactive | SARAFLOXACIN HYDROCHLORIDE |
| QUIMICA SINTETICA SA | II | 005653 | Inactive | DIFLOXACIN HYDROCHLORIDE |

| Holder | File Type | VMF | Status | Chemical/Subject |
|---|---|---|---|---|
| R P SCHERER NORTH AMERICA | II | 003445 | Inactive | N-BUTYL CHLORIDE |
| RAGLAND MILLS INC | II | 005878 | Active | |
| RALSTON PURINA CO | II | 003749 | Inactive | MEDICATED FEED |
| RESEARCH INSTITUTE OF ANTIBIOTICS AND BI· | II | 005597 | Inactive | NYSTATIN |
| RETORTE ULRICH SCHARRER GMBH | II | 005655 | Active | SODIUM SELENITE |
| REXOLIN CHEMICALS AB | II | 003766 | Inactive | DIETHYLCARBAMAZINE CITRATE |
| REXOLIN CHEMICALS AB | II | 005009 | Inactive | PIPERAZINE DIHYDROCHLORIDE |
| REXOLIN CHEMICALS AB | II | 005250 | Inactive | PIPERAZINE ADIPATE |
| REXOLIN CHEMICALS AB | II | 005251 | Inactive | PIPERAZINE PHOSPHATE |
| RIDLEY US HOLDINGS INC | II | 005026 | Active | MEDICATED FEED |
| RIDLEY US HOLDINGS INC | II | 005583 | Active | BAMBERMYCINS |
| RIDLEY US HOLDINGS INC | II | 005605 | Active | MEDICATED FEED |
| ROBB CONTAINER CORP | III | 005070 | Inactive | PACKAGING MATERIALS |
| ROCHE VITAMINS INC | II | 005252 | Inactive | ADITOPRIM |
| ROCHE VITAMINS INC | II | 005395 | Inactive | CARBAZOLE ESTER |
| ROCHE VITAMINS INC | III | 003423 | Inactive | PACKAGING MATERIALS |
| ROCHE VITAMINS INC | IV | 003424 | Inactive | SPECIFICATIONS & DIRECTIONS FOR TESTING RAW MATERI |
| ROCHE VITAMINS INC | V | 003794 | Inactive | STERILIZATION PROCESS VALIDATION |
| ROFERM SPA | II | 005505 | Inactive | CLOXACILLIN BENZATHINE |
| RSR LABS | II | 005430 | Inactive | MILBEMYCIN OXIME |
| S B PENICK AND CO | II | 003369 | Inactive | NEOMYCIN SULFATE |
| SAFC ARKLOW LTD | II | 005684 | Active | ACEPROMAZINE MALEATE |
| SANDOZ GMBH | II | 003800 | Active | PLEUROMULIN |
| SANDOZ GMBH | II | 005394 | Inactive | DOXYCYCLINE HYCLATE |
| SANDOZ GMBH | II | 005691 | Active | VALNEMULIN |
| SANDOZ GMBH | V | 005841 | Active | STERILIZATION PROCESS VALIDATION |
| SANDOZ INDUSTRIAL PRODUCTS GMBH | II | 003791 | Active | SALINOMYCIN |
| SANDOZ INDUSTRIAL PRODUCTS SPA | II | 005681 | Active | TIAMULIN |
| SANDOZ INDUSTRIAL PRODUCTS SPA | II | 005715 | Active | TIAMULIN HYDROGEN FUMARATE |
| SCHERING PLOUGH ANIMAL HEALTH CORP | II | 005469 | Active | GENTAMICIN SULFATE |
| SCHERING PLOUGH ANIMAL HEALTH CORP | II | 005481 | Active | FLORFENICOL |
| SCHERING PLOUGH ANIMAL HEALTH CORP | II | 005539 | Inactive | DEXAMETHASONE |
| SCHERING PLOUGH ANIMAL HEALTH CORP | V | 005677 | Inactive | STERILIZATION PROCESS VALIDATION |
| SCHERING PLOUGH ANIMAL HEALTH CORP | V | 005687 | Active | STERILIZATION PROCESS VALIDATION |

| Holder | File Type | VMF | Status | Chemical/Subject |
|---|---|---|---|---|
| SCHUTZ AND CO | II | 005733 | Active | TRIPELENNAMINE HYDROCHLORIDE |
| SEAC CHIMIE FINE | II | 005701 | Active | TEPOXALIN |
| SEPPIC SA | II | 005682 | Active | MONTANIDE ISA 70 PHA |
| SHAANXI HANJIANG PHARMACEUTICAL LTD | II | 005612 | Active | LEVAMISOLE PHOSPHATE |
| SHAANXI HANJIANG PHARMACEUTICAL LTD | II | 005666 | Active | OXFENDAZOLE |
| SHANDONG LUKANG PHARMACEUTICAL CO LTD | II | 005579 | Inactive | SALINOMYCIN |
| SHANDONG LUKANG PHARMACEUTICAL CO LTD | II | 005580 | Inactive | STREPTOMYCIN SULFATE |
| SHANGHAI MEDICINAL CORP NO 15 PHAR FACT | II | 005510 | Active | PHENYLBUTAZONE |
| SHANGHAI SCHERING PLOUGH PHARMACEUTICAL | II | 005621 | Active | FLORFENICOL |
| SHANGHAI SUNVE PHARMACEUTICAL CO LTD | II | 005676 | Active | SULFAMERAZINE SODIUM |
| SHANGHAI SUNVE PHARMACEUTICAL CO LTD | II | 005756 | Active | SULFAQUINOXALINE |
| SHANGHAI SUNVE PHARMACEUTICAL CO LTD | II | 005757 | Active | SULFAQUINOXALINE SODIUM |
| SHANGHAI SUNVE PHARMACEUTICAL CO LTD | II | 005842 | Active | SULFATHIAZOLE |
| SHANGHAI SUNVE PHARMACEUTICAL CO LTD | II | 005862 | Active | SULFADIMETHOXINE SODIUM |
| SHANGHAI ZONGHUA PHARMACEUTICAL FACTORY | II | 005775 | Active | ZEARALENONE |
| SHARP CORP | IV | 000397 | Inactive | LASIX GRANULE PACKET PACKAGE |
| SHELL CHEMICAL CO | II | 000516 | Inactive | DICHLORVOS |
| SICHUAN LONG MARCH PHARMACEUTICAL CO LTD | II | 005189 | Active | DIHYDROSTREPTOMYCIN SULFATE |
| SICHUAN LONG MARCH PHARMACEUTICAL CO LTD | II | 005431 | Active | NEOMYCIN SULFATE |
| SICHUAN LONG MARCH PHARMACEUTICAL CO LTD | II | 005576 | Active | IVERMECTIN |
| SINTENOVO S.A. DE C.V. | II | 005736 | Active | PHENYLBUTAZONE |
| SMITHKLINE BEECHAM ANIMAL HEALTH | II | 003422 | Inactive | MEDICATED FEED |
| SMITHKLINE BEECHAM ANIMAL HEALTH | II | 005361 | Inactive | EPSIPRANTEL |
| SOUTHERN STATES COOP INC | II | 005623 | Inactive | LASALOCID |
| SOUTHWEST SYNTHETIC PHARMACEUTICAL GENER | II | 005113 | Active | SULFAMETHAZINE |
| SOUTHWEST SYNTHETIC PHARMACEUTICAL GENER | II | 005760 | Active | SULFAMETHAZINE SODIUM |
| SOUTHWEST SYNTHETIC PHARMACEUTICAL GENER | II | 005702 | Inactive | SULFADIAZINE |
| SPRAYON PRODUCTS | II | 005169 | Inactive | FURAZOLIDONE |
| STAUFFER CHEMICAL CO | IV | 005017 | Inactive | TRIBASIC CALCIUM PHOSPHATE GRANULAR MFG |
| STRIP PACK CO | III | 003890 | Inactive | STRIP PACKING OF TABLETS & CAPSULES |
| SUMITOMO CHEMICAL CO LTD | II | 005665 | Active | PYRIPROXYFEN |
| SWEETLIX | II | 005859 | Active | FENBENDAZOLE |
| SYNTEX ANIMAL HEALTH DIVISION OF SYNTEX . | II | 003573 | Inactive | NAPROXEN |
| SYNTEX ANIMAL HEALTH DIVISION OF SYNTEX . | II | 003579 | Inactive | FLUOCINOLONE ACETONIDE |

| Holder | File Type | VMF | Status | Chemical/Subject |
|--------|-----------|-----|--------|------------------|
| SYNTEX ANIMAL HEALTH DIVISION OF SYNTEX . | II | 005091 | Inactive | FENPROSTALENE |
| SYNTEX ANIMAL HEALTH DIVISION OF SYNTEX . | V | 003547 | Inactive | STERILIZATION PROCESS VALIDATION |
| TAYLOR PHARMACAL CO | V | 005338 | Inactive | STERILIZATION PROCESS VALIDATION |
| TRADE INDUSTRIAL CORP PHARMACHIM | II | 005037 | Active | TYLOSIN BASE |
| UNION CARBIDE CORP | II | 005518 | Active | PIPERAZINE |
| UNION QUIMICO FARMACEUTICA SA | II | 005788 | Active | SODIUM SULFACHLORPYRIDAZINE |
| UNIV OF ARIZONA | II | 003841 | Inactive | HISTOACRYL BLUE |
| URQUIMA S A | II | 005863 | Active | CIMICOXIB |
| VETERINARSKI ZAVOD ZEMUN | II | 005007 | Inactive | LEAD ACETATE |
| VETERINARSKI ZAVOD ZEMUN | II | 005007 | Inactive | POTASSIUM ALUM |
| VETERINARY LABORATORIES INC | V | 003797 | Active | STERILIZATION PROCESS VALIDATION |
| VIGORTONE AG PRODUCTS INC | II | 005302 | Inactive | FENBENDAZOLE |
| VIGORTONE AG PRODUCTS INC | II | 005493 | Inactive | MEDICATED FEED |
| VITRO ENVASES | III | 005552 | Inactive | PACKAGING MATERIALS |
| WEST AGRO INC | II | 003746 | Inactive | PHENOTHIAZINE |
| WEST PHARMACEUTICAL SERVICES | V | 005711 | Active | STERILIZATION PROCESS VALIDATION |
| WESTERN CHEMICAL INC | II | 005779 | Active | CALCEIN |
| WESTWAY TRADING CORP | II | 005540 | Inactive | MEDICATED FEED |
| WESTWAY TRADING CORP | II | 005591 | Inactive | MONENSIN |
| WESTWAY TRADING CORP | II | 005592 | Inactive | LASALOCID |
| WESTWAY TRADING CORP | II | 005668 | Inactive | TYLOSIN |
| WESTWAY TRADING CORP | II | 005669 | Inactive | MONENSIN |
| WESTWAY TRADING CORP | II | 005669 | Inactive | TYLOSIN |
| WINPAK TECHNOLOGIES INC | III | 005517 | Inactive | ELECTROLYTES |
| WORTHINGTON BICHEMICAL CORP | II | 003465 | Inactive | ORGOTEIN |
| XIAMEN MCHEM LABORATORIES LTD | II | 005844 | Active | FLUNIXIN MEGLUMINE |
| XIAN HENGTONG GUANGHUA PHARMACEUTICAL CO | II | 005801 | Active | TYLOSIN TARTRATE |
| XIAN LIJUN PHARMACEUTICAL CO LTD | II | 005870 | Active | ERYTHROMYCIN PHOSPHATE |
| YANG ZHOU PHARMACEUTICAL CO LTD | II | 005831 | Active | CHLORAMPHENICOL |
| ZENECA PHARMACEUTICALS | II | 005555 | Inactive | PROPOFOL |
| ZENECA PHARMACEUTICALS | II | 005619 | Inactive | CHLORHEXIDINE ACETATE |
| ZENECA PHARMACEUTICALS | II | 005619 | Inactive | CHLORHEXIDINE HYDROCHLORIDE |
| ZHEJIANG BIO KANGYU PHARMACEUTICAL CO LT | II | 005798 | Active | AVERMECTIN |
| ZHEJIANG HISOAR PHARMACEUTICAL CO LTD | II | 005828 | Active | FLUNIXIN MEGLUMINE |

Center for Veterinary Medicine Veterinary Master Files
Sorted by Holder, File Type

| Holder | File Type | VMF | Status | Chemical/Subject |
|--------|-----------|-----|--------|------------------|
| ZHEJIANG HISUN PHARMACEUTICAL CO LTD | II | 005553 | Active | IVERMECTIN |
| ZHEJIANG HISUN PHARMACEUTICAL CO LTD | II | 005746 | Inactive | AVERMECTIN |
| ZHEJIANG HISUN PHARMACEUTICAL CO LTD | II | 005748 | Active | PRAZIQUANTEL |
| ZHEJIANG HISUN PHARMACEUTICAL CO LTD | II | 005751 | Active | ZERANOL |
| ZHEJIANG HISUN PHARMACEUTICAL CO LTD | II | 005758 | Active | CLORSULON |
| ZHEJIANG HUANGYAN RONGYAO CHEMICAL FACTO | II | 005546 | Active | 4-NITROPHENYLARSONIC ACID |
| ZHEJIANG JINHUA CONBA BIO PHARM CO LTD | II | 005790 | Active | SPECTINOMYCIN SULFATE |
| ZHEJIANG JINHUA CONBA BIO PHARM CO LTD | II | 005884 | Active | SPECTINOMYCIN HCL |
| ZHEJIANG JIUZHOU PHARMACEUTCAL CO LTD | II | 005780 | Active | AMPROLIUM |
| ZHEJIANG KANGYU PHARMACEUTICAL CO LTD | II | 005797 | Active | IVERMECTIN |
| ZHEJIANG RONGYAO CHEMICAL CO LTD | II | 005849 | Active | NITARSONE |
| ZHEJIANG RONGYAO CHEMICAL CO LTD | II | 005871 | Active | ROXARSONE |
| ZHEJIANG SHENGHUA BIOK BIOLOGY CO LTD | II | 005898 | Active | MONENSIN |
| ZHUMADIAN HUAZHONG CHIA TAI CO LTD | II | 005661 | Active | CHLORTETRACYCLINE |

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

                        Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 26

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

 

**U.S. Food and Drug Administration**

**CENTER FOR VETERINARY MEDICINE**

FDA Home Page | CVM Home Page | CVM A-Z Index | Contact CVM | Site Map

Guideline No. 57

**MASTER FILES: GUIDANCE FOR INDUSTRY FOR THE PREPARATION AND SUBMISSION OF VETERINARY MASTER FILES**

Revised 1995

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
CENTER FOR VETERINARY MEDICINE

\1\This guidance has been prepared by the Office of New Animal Drug Evaluation, Division of Chemistry, Chemistry Manufacturing Controls review group of the Center for Veterinary Medicine (CVM), at the Food and Drug Administration. This guidance is an informal communication under 21 CFR 10.90(b)(9) that represents the best judgment of CVM employees at this time. This statement does not bind or otherwise obligate CVM employees at this time. This statement does not bind or otherwise obligate CVM to the views expressed. For further information about this guidance, contact William G. Marnane, Center for Veterinary Medicine, Office of New Animal Drug Evaluation, Division of Chemistry, HFV-143, 7500 Standish Place, Rockville MD 20855 (Phone: 301-594-0678; Fax: 301-594-2298)

1995

**I. INTRODUCTION**
**Purpose**

This document is intended to provide guidance for the preparation and submission of master files to the Center for Veterinary Medicine. This document discusses the types of master files, information needed, submission format, procedures governing the review of master files, and obligations of the master file holder.

A master file (MF) is a voluntary submission to the Food and Drug Administration (FDA) that may be used to provide confidential, detailed information about facilities, processes, or articles used in the manufacturing, processing, packaging, and storing of one or more veterinary drugs. We generally refer to master files on file with the Center for Veterinary Medicine as veterinary master files (VMF's). Whereas, those on file with the Center for Drug Evaluation and Research (CDER) are referred to as drug master files (DMF's). There are no real differences between DMF's and VMF's other than their filing location. The differences in designation are used only for document and filing purposes to avoid confusion in possible numbering systems between the Centers. The information contained in a VMF or DMF may be used to support an investigational new animal drug application, a new animal drug application, an abbreviated new animal drug application, another VMF or DMF, an export application, or amendments or supplements to any of these.

A master file is NOT a substitute for an INADA, NADA, ANADA, or Export Application. The master file is used to provide support information and data for an NADA, ANADA, INADA, Export Application, or other master files. It is not approved or disapproved. Rather, the submission is found acceptable or deficient in support of an INADA, NADA, ANADA, Export Application, or other master file.

The submission of a master file is not required by law or FDA regulation. Master files are generally created to allow a party other than the holder of the master file to reference material without disclosing to that party the contents of the file. When an applicant references its own material, the applicant should reference the information contained in its own INADA, NADA, or ANADA directly rather than establishing a master file.

A master file is submitted solely at the discretion of the holder. The contents of a master file are reviewed by the Center only in conjunction with the review of an INADA, NADA, ANADA, or Export Application. All information submitted in a master file is considered confidential in accordance with 21 CFR 514.11 and is reviewed only when the master file holder provides appropriate authorization permitting the FDA to refer to it on behalf of an applicant or sponsor.

The Center for Drug Evaluation and Research (CDER) has defined five distinct categories of master file submissions that it will accept and maintain, and has designated these as Type I through Type V drug master files (DMF's), 21 CFR 314.420(a)(5). The Center for Veterinary Medicine provided for the same five distinct categories of VMF's by referral to a guideline in Section 514.420(c) of the New Animal Drugs; Proposed Rule ("NADA Rewrite") published in the FEDERAL REGISTER on December 17, 1991. However, the NADA Rewrite has not been published as a Final Rule and the referenced guideline was not issued by the Center for Veterinary Medicine. Consequently, master files on file with the Center for Veterinary Medicine have not officially been designated as Type I through Type V Veterinary Master Files. Rather, these submissions have been accepted and maintained under the general category of Master Files.

The recently published proposed rule (60 FR 34486, July 3, 1995) amends the human drug regulations (21 CFR 314.420) and eliminates Type I drug master files for CDER. Prior to eliminating Type I master files the FDA evaluated the usefulness of these submission. The agency determined that its inspectors were not using Type I DMF's to plan inspections and that they could be eliminated without adversely affecting inspections of manufacturing facilities. FDA also determined that its review divisions do not rely on Type I DMF's. Although Type I DMF's are often incorporated by reference, the information that the agency requested to be submitted under Type I DMF's is not required for chemistry, manufacturing, and controls (CMC) review. Additionally, the basic information (e.g. name and location of facilities used in the manufacture of the drug substance or product) is on file as part of the application. Therefore, Type I DMF's could be eliminated without adversely affecting the CMC review.

The Center for Veterinary Medicine concurs with these decisions. This information is already evaluated on site by FDA field activities, and a master file containing Type I information is of very limited value to either our review staff or the FDA field investigator.

Accordingly, this guidance document recognizes five distinct types of Veterinary Master Files (Type I - V), as well as, public master files and eliminates Type I VMF's. The Center will no longer accept new Type I VMF's, or correspondence updating existing Type I VMF's. The information in Type I VMF's currently on file could no longer be incorporated by reference into new applications, amendments, or supplements, and the VMF's would be transferred to the Federal Records Center, Suitland, MD. Further comment regarding the mechanism by which this may be accomplished are provided below (see IV., A., I., - Remarks).

The veterinary industry was informed of CVM's intent to eliminate Type I Veterinary Master Files in a Policy Letter dated July 26, 1995. This informal guidance document is intended to provide further clarification of this Policy Letter.

## II. DEFINITIONS
For the purposes of this guidance document, the following definitions apply:

1.  Agency - means the Food and Drug Administration.
2.  Agent or representative - means any person who is appointed by a VMF holder to serve as the contact for the holder.
3.  Applicant - means any person who submits an application or abbreviated application or an amendment or supplement to obtain FDA approval.
4.  Drug product - means a finished dosage form, medicated article or medicated feed that contains a drug substance, generally, but not necessarily, in association with one or more other ingredients.
5.  Drug substance - means a material which is intended to furnish pharmacological activity or other direct effect in the diagnosis, cure, mitigation, treatment, or prevention of disease or to affect the structure and function of the human body of man or other animals. The substance may be administered independently or as a component of a finished dosage form, medicated article or medicated feed.
6.  Export application - means an application submitted under section 802 of the Federal Food, Drug, and Cosmetic Act to export a drug that is not approved for marketing in the United States.
7.  Holder - means a person who owns a VMF.
8.  Intermediate - means a pivotal, key or final intermediate whose process must be adequately controlled to assure the quality and purity of the drug substance.

    a. Pivotal intermediate - means an intermediate which may be prepared by more than one manufacturing process to provide material of suitable quality for use in the production of a drug substance.

    b. Key intermediate - means an intermediate in which an essential molecular characteristic(s) is first introduced into the structure and for which significant in-process controls are needed to ensure the purity of the drug substance.

    c. Final intermediate - means the last intermediate isolated and controlled during the manufacturing process; prior to the final step which provides the crude drug substance.

9.  Letter of authorization - means a written statement by the holder or designated agent or representative permitting FDA to refer to information in the VMF in support of another person's submission.
10. Medicated Article - means a Type A Medicated Article (21 CFR 558.3(b)(2) intended solely for use in the manufacture of another Type A medicated article or a Type B or Type C medicated feed. It consists of a new animal drug(s), with or without carrier (e.g., calcium carbonate, rice hulls, corn, gluten) with or without inactive ingredients.
11. Medicated Feeds - means Type B Medicated Feed or Type C Medicated Feed. A Type B Medicated Feed (21 CFR 558.3(b)(3) is intended solely for the manufacture of other medicated feeds (Type B or Type C). A Type C Medicated Feed (21 CFR 558.3(b)(4) is intended as the complete feed for the animal or may be fed "top dressed" or offered "free choice".

12. Person - includes individual, partnership, corporation, and association. (Section 201(e) of the Federal Food, Drug, and Cosmetic Act.)
13. Sponsor - means a person who takes responsibility for and initiates a clinical investigation. The sponsor may be an individual or pharmaceutical company, governmental agency, academic institution, private organization, or other organization.

### III. TYPES OF MASTER FILES

There are six types of master files recognized by the Center for Veterinary Medicine. These master files cover the following information and data categories:

A. Veterinary Master Files (VMF's)

1. Type I : Manufacturing Site, Facilities, Personnel and Operating Procedures.
2. Type II : Manufacturing Information for finished dosage forms, medicated articles or medicated feeds, or manufacturing information for bulk drug substances or intermediates used in the further manufacture of bulk drug substance.
3. Type III : Packaging Materials.
4. Type IV : Excipient, Colorant, Flavor, Essence or material used in their preparation.
5. Type V : FDA Accepted Reference Information.

Each VMF should contain only one type of information and all supporting data. Supporting information and data in a VMF may be cross-referenced to another VMF or DMF.

B. Public Master Files (PMF's)

These master files usually contain safety and efficacy data and information that has been generated with public funds.

### IV. MASTER FILE CONTENTS

A. Types of Veterinary Master Files

1. Type I: Manufacturing Site, Facilities, Operating Procedures, and Personnel

[As discussed in the Introduction to this guidance document, the Center is eliminating the need to submit and maintain a Type I Veterinary Master File. The Center currently has a number of these submissions on file and is only providing a description of this type of master file to aid holders of these master files in their determination that these are recognized by the Center as Type I master files and will no longer be accepted or maintained.]

Manufacturing Site and Facilities - This information consists of a diagram of the general layout of the site and buildings and includes the various sections of all operations. A diagram of the major production and processing areas is usually outlined and a list of the makes and models of major pieces of equipment are described in terms of application and location. Equipment that is specific for the operations performed at the facility is also normally provided. This list includes manufacturing and laboratory equipment.

Operating Procedures - Information, such as, general validation information, as well as, other general operating procedures are normally contained in this type of file. Sufficient information is normally provided in the master file to cover the significant operating areas.

Personnel - This information includes the major corporate organizational elements, such as, key manufacturing, quality control and quality assurance positions. A detailed flow chart illustrating the specific line of command is normally provided. Key personnel are identified with their role and qualifications in the specific operations designated in the file.

Remarks:

While some of CVM's master files contain only Type I information and may be easily eliminated, we do have many that contain additional information. This additional information includes: sterilization processes validation information, environmental assessment information, actual manufacturing information for finished dosage forms, medicated articles and medicated feeds, manufacturing information for bulk drug substances and intermediates, etc. These types of information are important for our chemistry/manufacturing/control (CMC) evaluation and must remain available for our review and comment (see below).

If a VMF holder believes that their master file, which contains some Type I information should be categorized as a specific type of VMF other than a Type I VMF, the VMF holder should submit a request to the Center for Veterinary Medicine, Office of New Animal Drug Evaluation, Division of Chemistry, HFV-140, 7500 Standish Place, Rockville MD. 20855. This request should be submitted by the responsible official or designated U.S. agent, should briefly identify the subject of the VMF, and should propose the VMF Type (e.g., Type II, III, IV, or V) to which the VMF, or components of, should be recategorized.

CVM would consider transferring an entire VMF containing type I information to another type only if the VMF contains substantive information other than information concerning manufacturing site, facilities,

operating procedures, and personnel.

CVM recognizes that some master files currently on file contain information concerning sterilization process validation and other information relevant to the review, evaluation, and assurance of sterility of sterile products. For sterile items that are not the subject of an INADA, NADA, ANADA, and that are sold to a second party (e.g., rubber closures that are sterilized by the manufacturer and sold to a second party), CVM would consider transferring product-specific and general information concerning sterilization process validation to the type VMF (e.g., II through IV) under which manufacturing information for the specific item is filed. Contract manufacturers of sterile finished drug products, contract sterilization firms (e.g., ethylene oxide, gamma radiation), and manufacturers of sterile finished drug products that are the subject of a drug product application could request a transfer to a Type V VMF of non-product-specific information and procedures that are submitted to support a claim of sterility. Where applicable, the content and format of such transferred information should follow FDA's guidance entitled, "Guidance for Industry for the Submission of Documentation for Sterilization Process Validation in Applications for Human and Veterinary Drug Products". The mechanism for requesting a transfer would be the same as the mechanism for recategorizing VMF's, as described above.

Likewise, manufacturing information for medicated articles, medicated feeds, finished dosage forms, bulk drug substance, and intermediates should be retained in Type II VMF's. In many cases, the master files on file with CVM contain the appropriate information. These master files simply need to be appropriately designated as Type II VMF's containing specific manufacturing information for finished dosage forms medicated articles or medicated feeds, or manufacturing information for bulk drug substances or intermediates used in the further manufacture of bulk drug substance.

2. Type II: Manufacturing Information for finished dosage forms, medicated articles or medicated feeds, or manufacturing information for bulk drug substances or intermediated used in the further manufacture of bulk drug substance.

A Type II VMF should, in general, be limited to a single drug intermediate, drug substance, finished dosage form, medicated article, medicated feed or type of material used in their preparation.

a. Drug Substance Intermediates, Drug Substances, and Material Used in Their Preparation

Summarize all significant steps in the manufacture and control of the drug intermediates or substance. Detailed guidance on what should be included in a Type II VMF for drug substances and intermediates may be found in the following guidelines:

> Guideline for Submitting Support Documentation in Drug Applications for the Manufacture of Drug Substances, Center for Drugs and Biologics, February, 1987.
>
> Center for Veterinary Medicine Stability Guidelines.

In part, this information includes:

○ Description, including physical and chemical characteristics and stability.

Names - Provide the chemical names and the generic and proprietary names, synonyms, chemical abstracts service registry number, and code number.

Structural formula - Provide the chemical structure (including stereochemistry), molecular formula, and molecular weight.

Physical and chemical characteristics - Describe physicochemical characteristics including, where applicable, such information as physical description, solid-state form, solubility profile, melting point, pH, specific rotation, and refractive index.

Elucidation of structure - Supply physical and chemical data collected to elucidate and confirm the chemical structure of the drug substance.

Stability - Describe fully the studies on the stability of the new animal drug substance and include the results. Reference to stability information from prior studies or the literature may be used, as appropriate, to meet some or all of these requirements. Also, stability-indicating analytical methods information should also be included.

○ Manufacturer(s) - Provide the name and address of each facility, excluding the applicant, that participates in manufacturing the drug substance (e.g., performs the synthesis, isolation, purification, micronization, testing, packaging, or labeling). Describe the operation(s) that each will perform.

○ Method(s) of Manufacture and Packaging - Provide a full description of the materials and method(s) used in the synthesis, isolation, and purification of the drug substance.

This description should include a list of starting materials, reagents, solvents, and auxiliary materials with specifications or a statement of the quality of each. The description should include a diagrammatic flow chart of the synthesis and a detailed description of each step. Any alternate methods or variations in the synthesis should be included with an explanation of the circumstances under which they would be used.

Process controls - Provide a full description of the control checks performed at various stages of the manufacture, processing, and packaging of the drug substance. The description should include the specifications and tests for pivotal and key/critical intermediates The description should include the impurity profile for the drug substance.

Container-closure system - Provide appropriate information about the characteristics of, and the test methods used for, the container, closure, or other component parts to assure their suitability for shipment and storage of the drug substance.

If the drug substance is prepared by fermentation or by extraction from natural sources (plant or animal), provide a full description of the process.

o Specifications and Analytical Methods for Drug Substance - Provide a full description of the acceptance specifications and test methods used to assure the identity, strength, quality, and purity of the drug substance. The methods and standards of acceptance should be sufficiently detailed to permit duplication and validation by FDA laboratories. Adequate documentation should be submitted to support the precision, accuracy, specificity, and sensitivity of the methodology and the integrity of the reference standard.

Where test methods and specifications are included in an official compendium or other public standard, the standard used should be cited.

b. Drug Product

Manufacturing procedures and controls for finished dosage forms, medicated articles or medicated feeds should ordinarily be submitted in an INADA, NADA, ANADA, or export application. If this information cannot be submitted in an INADA, NADA, ANADA or export application, it should be submitted in a Type II VMF. When a Type II VMF is submitted for a drug product, the applicant/holder should follow the following guidance:

Animal Drug Manufacturing Guidelines, 1994 (Revised) Center for Veterinary Medicine,
Drug Stability Guidelines,
Code of Federal Regulations (21 CFR 514.1(4)&(5)).

c. Environmental Assessment

An environmental assessment (EA) according to 21 CFR 25.31a which addresses the manufacture at each drug substance and drug product manufacturing site should be submitted, when applicable.

3. TYPE III: Packaging Material

Each packaging material should be identified by the intended use, components, composition, and controls for its release. The names of the suppliers or fabricators of the components used in preparing the packaging material and the acceptance specifications should also be given. Data supporting the acceptability of the packaging material for its intended use should also be submitted.

4. TYPE IV: Excipient, Colorant, Flavor, Essence or material used in their preparation.

Each additive should be identified and characterized by its method of manufacture, release specifications, and testing methods.

Toxicological data, where necessary, should be included under this type of VMF, if not otherwise available by cross-reference to another document.

Usually, the official compendia for excipients and FDA regulations for color additives (21 CFR Parts 70 through 82), direct food additives (21 CFR Parts 170 through 173), indirect food additives (21 CFR Parts 174 through 178), and food substances (21 CFR Parts 181 through 186) may be used as sources for release tests, specifications, and safety. The guidance documents suggested for the preparation of a Type II VMF may be helpful for preparing a Type IV VMF. The VMF should include any other supporting information and data that are not available by cross reference to another document.

5. TYPE V: FDA Accepted Reference Information.

This type of master file should include reference information that is not covered by Type II through Type IV VMF's. Some examples of these types of information may include:

a. Sterilization Processes Validation Information - Contract manufacturers of sterile finished drug products, contract sterilization firms (e.g., ethylene oxide, gamma radiation), and manufacturers of sterile finished drug products that are the subject of a drug product application could provide their non-product-specific information and procedures that are submitted to support a claim of sterility in this type of master file. Where applicable, the content and format of such information should follow FDA's guidance entitled, "Guidance for Industry for the Submission of Documentation for Sterilization Process Validation in Applications for Human and Veterinary Drug Products".

b. Environmental Studies - Environmental information that is not appropriate for submission in a Type II through Type IV VMF may be provided in this type of master file.

c. Animal Effectiveness, Safety, Residue and Metabolism or Toxicity Studies - Generally this information is contained in an INADA or NADA for a specific product under investigation. In instances where the information and data may be applicable to numerous submissions it may be advantageous to maintain the information in this type of master file.

d. List Master File - The reference list of feed mills for the manufacture of medicated feeds may be provided in this type of master file.

e. Other Reference Information - The Center discourages the use of Type V VMF's for miscellaneous information, duplicate information, or information that should be included in one of the other types of VMF's. If any holder wishes to submit information and supporting data in a Type V VMF that is not covered by a Types II through IV VMF, a holder should first submit a letter of intent to the Center for Veterinary Medicine, Division of Chemistry, HFV-140, 7500 Standish Place, Rockville, Maryland 20855. The Center will then contact the holder to discuss the proposed submission.

B. Public Master Files (PMF's)

These files usually contain safety and efficacy information and data that has been generated with public funds. This information is available to the public without the concern for trade secret and confidentiality associated with other types of master files. Public master files do not usually contain manufacturing information. The existence of a public master file is made known through a notice of availability in the Federal Register.

## V. SUBMISSIONS TO VETERINARY MASTER FILES

A. Format Assembly of Master File Documents The information in a master file may be used to support multiple applications (INADA's, NADA's, ANADA's, another VMF or DMF, an export application, or amendments or supplements to any of these).

Each veterinary master file submission should contain a transmittal letter, administrative information about the submission, and the specific information to be included in the VMF.

The master file should be written in the English language. Whenever a submission contains information in another language, an accurate certified English translation should also be included.

Each page of each copy of the VMF should be consecutively numbered. An updated table of contents should be included with each submission.

An original and duplicate are to be submitted for all VMF submissions.

Veterinary Master File holders and their agents/representatives should retain a complete reference copy that is identical to, and maintained in the same chronological order as, their submission to FDA.

The original and duplicate copies must be collated, fully assembled, and individually jacketed. Each volume of a VMF should, in general, be no more than 2 inches thick. For multivolume submissions, each volume should be numbered. For example, for a 3-volume submission, the volumes would be numbered 1 of 3, 2 of 3, 3 of 3. Additionally, U.S. standard paper size (8 1/2 by 11 inches) is preferred. Paper length should not be less than 10 inches nor more than 12 inches. However, it may occasionally be necessary to use individual pages larger than standard paper size to present a floor plan (for a facility manufacturing sterile drug products), synthesis diagram, etc.. Those pages should be folded and mounted to allow the page to be opened for review without disassembling the jacket and refolded without damage when the volume is shelved. The Center's system for filing VMF's provides for assembly on the left side of the page. The left margin should be at least three-fourths of an inch to assure that text is not obscured in the fastened area. The right margin should be at least one-half of an inch. The submitter should punch holes 8 1/2 inches apart in each page. Veterinary Master File submissions and correspondence should be addressed to:

Document Control Unit
HFV-199
Food and Drug Administration
Center for Veterinary Medicine
Metro Park North 2 - Room N 403
7500 Standish Place
Rockville, MD 20855

Delivery charges to the above address must be prepaid. The submission of an original master file will be acknowledged by letter with the designation of a document number, VMF-XXXX.

B. Transmittal Letter

1. Original Submission

The transmittal letter should contain the following: Identification of submission: Original, the type of VMF (II-V), and its subject.

Identification of the applications, if known, that the VMF is intended to support, including the name and address of each sponsor, and relevant document numbers.

Signature of the holder or the authorized representative.

Typewritten name and title of the signer.

2. Amendments

The transmittal letter should contain the following: Identification of submission: Amendment, the VMF number, Type of VMF, and the subject of the amendment.

A description of the purpose of the submission (e.g., update, revised formula, revised process, etc.).

Signature of the holder or the authorized representative.

Typewritten name and title of the signer.

C. Administrative Information

Administrative information should include the following:

1. Original Submissions: Administrative information for original submissions (Type II-V) should include the following names and addresses:
   - VMF holder
   - Corporate headquarters
   - Manufacturing/processing facility
   - Contact for FDA correspondence
   - Agents, if any
   - Statement of commitment – A signed statement by the holder certifying that the VMF is current and that the VMF holder will comply with the statements made in it.

2. Amendments: Administrative information for amendments (Type II-V) should include the following:
   - VMF holder
   - VMF number
   - Contact for FDA correspondence
   - Affected section and/or page numbers of the VMF
   - The name and address of each person whose INADA, NADA, ANADA, VMF or DMF, or Export application relies on the subject amendment.

## VI. MASTER FILE REVIEW HOLDER OBLIGATIONS

The contents of a master file (VMF or DMF) will be reviewed by the Center only when the master file holder provides appropriate authorization permitting the FDA to refer to it on behalf of the sponsor. Authorization must be in the form of a letter, a copy of which should be available in the application (INADA, NADA, ANADA, Export Application, or amendments and supplements to any of these).

Before making significant changes in processes covered in the master file (VMF or DMF), the master file holder must notify each sponsor. The sponsor is required by regulation to supplement or amend the affected application(s).

A Veterinary Master File will only be reviewed in conjunction with an application (INADA, NADA, ANADA, Export Application, or amendments and supplements to these applications). Previously, the Center routinely reviewed submissions (original and amendments to VMF's) that were not necessarily linked to a specific application, but for which authorization for FDA review were provided. In some instances, these master files were never referenced in support of a pending application. The Center has concluded that the routine review and evaluation of Veterinary Master Files not specifically referenced in applications may be a waste of resources. Therefore, the routine evaluation of updates and amendments to Veterinary Master Files will be discontinued. This change in the Center's review process only serves to emphasize that the affected applicants must be notified of significant changes in a Veterinary Master File that require the submission of an amendment or supplemental application. At that time, the Center (with appropriate authorization) will refer to the Veterinary Master File and evaluate the change in process, etc., and the impact of these changes on the affected application.

Acceptance of a master file is granted only upon the satisfactory review of the file contents. During the course of

the review of a master file, should the information be considered deficient, the holder will be notified by the Center. Communications relevant to the contents of the master file are made by the Center directly with the responsible holder of the master file. At the same time, the Center will notify the person who relies on the information in a deficient DMF or VMF that additional information is needed in the supporting master file, and that separate communication detailing the deficiencies has been sent to the master file holder. While the general subject of the deficiencies may be identified, the details of the master file deficiencies are disclosed only to the master file holder. When the holder submits the requested information to the master file in response to the Center's deficiency letter, the holder should also send a copy of the accompanying transmittal letter to the affected persons relying on the master file. The transmittal letter will provide notice that the deficiencies have been addressed.

The master file should be routinely updated on an annual basis to assure that operations are current and information correct. A current list of authorized users of the file should be maintained.

## VII. CONFIDENTIALITY OF INFORMATION
All information contained in a master file (DMF or VMF) is considered confidential. Further, it is Center policy not to make known the existence of specific master files. Rather, it is the responsibility of a sponsor to make sure that a master file (DMF or VMF) is available and request authorization for FDA referral.

## VIII. AUTHORIZATION TO REFER TO A MASTER FILE
Letter of Authorization

Before FDA can review VMF or DMF information in support of an application, the holder must submit in duplicate to the master file a letter of authorization permitting FDA to reference the master file.

The letter of authorization should include the following:

- Date of letter.
- Name of Veterinary Master File holder.
- VMF or DMF number.
- Name of persons authorized to incorporate information in the MF by reference.
- Specific products covered by the master file.
- Sections, volumes and page numbers to be referenced.
- Statement of commitment that the master file is current and that the holder will abide with the statements made in it.
- Signature of the authorizing official/agent.
- Typed name and title of the official authorizing reference to the file.

The holder should also send a copy of the letter of authorization to the affected applicant, sponsor or other holder who is authorized to incorporate by reference the specific information contained in the master file.

## IX. OWNERSHIP TRANSFER/NAME CHANGE
To transfer ownership of a VMF to another party, the holder should notify the Center for Veterinary Medicine and authorized persons in writing.

The letter should include the following information:

- Name of Holder/Transferee
- Address of Holder/Transferee
- Name of responsible official of the transferee
- Effective date of transfer
- Signature of the responsible transferring official
- Typewritten name and title of the transferring official

The new holder should submit a letter of acceptance indicating the acceptance of the document and all existing responsibilities. The holder should provide an update of the information in the file, where appropriate, as soon as possible to indicate if any changes (e.g., plant location and methods) have or will take place.

## X. REORGANIZATION OF THE VETERINARY MASTER FILE
A holder who plans a major reorganization of a VMF is encouraged to submit a detailed plan of the proposed changes and request its review and evaluation by the Division of Chemistry. All authorized users should also be notified when any changes are made in any operation that may affect the applicants products.

## XI. CLOSURE OF A VETERINARY MASTER FILE
A holder who wishes to close a master file should submit a request to the Center citing the reason for the closure. The letter should include a statement that the holder's obligations have been fulfilled and all users have been notified.

The Center may close a VMF that does not contain an annual update and a list of changes made since the previous annual update. The holder will be notified of FDA's intent to close the VMF.

CVM A-Z Index | Contact CVM | About CVM | Site Map
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*                 Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

# EXHIBIT 27

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

**MARKETING PEOPLE.(John Stewart president of Delta and Pine Land Co.)(Brief Article)**

Source: ➡Agri Marketing
Publication Date: 01-NOV-00

Intervet Inc., Millsboro, Del., has announced that its CEO and president Dr. Klaus Olbers has joined the Board of Management of Intervet International while retaining his current responsibilities as head of the company's North American operations. Olbers has indicated his expanded focus would necessitate a change in the company structure. Bryan Gathagan is promoted to vice president, information and control, Chris Ragland is promoted to vice president, sales and marketing, and Dr. Jim Hungerford is promoted to director, market development.

John Stewart is named president of Delta and Pine Land International, replacing Tom Luehder, who has retired. Stewart was previously D&PL's...

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

     *Plaintiff,*

     v.

MERIAL LIMITED and MERIAL SAS,

     *Defendants.*                  Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

     *Counterclaim Plaintiffs,*

     v.

INTERVET INC.,

     *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

     *Plaintiffs,*

     v.

INTERVET INTERNATIONAL B.V.,

     *Third-Party Defendant.*

# EXHIBIT 28(a)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jul 8 04:11:18 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP |

Logout    *Please logout when you are done to release system resources allocated for you.*

Start **List At:** [        ]   OR   Jump **to record:** [        ]    **96 Records(s) found (This page: 1 ~ 50)**

**Refine Search** [(Intervet International)[OW]        ]   Submit

**Current Search: S2: (Intervet International)[OW] docs: 96 occ: 198**

|   | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 79054309 | | O | TARR | LIVE |
| 2 | 79035344 | 3318854 | CIRCOSTAR | TARR | DEAD |
| 3 | 79052981 | | AFYA HEALTH FOR SERENGETI | TARR | LIVE |
| 4 | 79029482 | 3280220 | SCALIBOR | TARR | LIVE |
| 5 | 79040697 | 3376283 | SPHEREON | TARR | LIVE |
| 6 | 79019334 | | VIDALTA | TARR | LIVE |
| 7 | 79019168 | 3209373 | LEVENTA | TARR | LIVE |
| 8 | 79012947 | 3112229 | | TARR | LIVE |
| 9 | 79010375 | 3127100 | ACTIVYL | TARR | LIVE |
| 10 | 79005209 | 3133213 | DIFFUMAM | TARR | LIVE |
| 11 | 79002996 | 2998450 | VASOTOP | TARR | LIVE |
| 12 | 78826495 | 3415963 | ZILMAX | TARR | LIVE |
| 13 | 78874663 | 3413283 | Z | TARR | LIVE |
| 14 | 78842081 | 3327533 | PREVENILE | TARR | LIVE |
| 15 | 78651213 | 3210284 | INTERVET | TARR | LIVE |
| 16 | 78174022 | 2864806 | REPROZAN | TARR | LIVE |
| 17 | 77149694 | | EQUIESCE | TARR | DEAD |
| 18 | 77471677 | | NOBIVAC | TARR | LIVE |
| 19 | 77322146 | | CICADA | TARR | LIVE |
| 20 | 77318707 | | CICADA | TARR | LIVE |
| 21 | 77197038 | | ECHELON SOFT CHEW | TARR | LIVE |
| 22 | 77144954 | 3415351 | CIRCUMVENT | TARR | LIVE |
| 23 | 77419958 | | VETLEAD | TARR | LIVE |
| 24 | 77135716 | | BROILERCOX | TARR | LIVE |
| 25 | 77188455 | | ECHELON | TARR | LIVE |
| 26 | 77146457 | 3306418 | FERTAGYL | TARR | LIVE |
| 27 | 76463705 | | REPROZAN | TARR | DEAD |
| 28 | 76455904 | 2734668 | TAKTIC | TARR | LIVE |
| 29 | 76448288 | | VECTIN | TARR | DEAD |

| 30 | 76384207 | 2790335 | ZILMAX | TARR | LIVE |
| 31 | 76348064 | 2701994 | CARING FOR HORSES | TARR | LIVE |
| 32 | 76348054 | 2807804 | CARING FOR HORSES | TARR | LIVE |
| 33 | 76347700 | | EQUILIS PRESTIGE | TARR | DEAD |
| 34 | 76328696 | 3038747 | VETSTREAM | TARR | LIVE |
| 35 | 76287998 | 2671421 | PROSOLVIN | TARR | LIVE |
| 36 | 76239440 | 2706170 | GONAZON | TARR | LIVE |
| 37 | 76236201 | | REPROZAN | TARR | DEAD |
| 38 | 76198636 | 2661757 | RTUSPRINT | TARR | LIVE |
| 39 | 76193954 | | OVULEQUIN | TARR | DEAD |
| 40 | 76148461 | | PROGONAL | TARR | DEAD |
| 41 | 76138034 | 2577676 | MICROFLORA MANAGEMENT | TARR | LIVE |
| 42 | 76074178 | | EQUILIS | TARR | DEAD |
| 43 | 76071381 | | DIMAZON | TARR | DEAD |
| 44 | 76059431 | 2754862 | INTERVET | TARR | LIVE |
| 45 | 75624114 | | PROSTAPAR | TARR | DEAD |
| 46 | 75531610 | | QUADRISOL | TARR | DEAD |
| 47 | 75504114 | | DILUVAC | TARR | DEAD |
| 48 | 75473567 | | PROSOLVIN | TARR | DEAD |
| 49 | 75399161 | 2705641 | IBAQUIL | TARR | LIVE |
| 50 | 75399160 | 2710273 | IBAFLIN | TARR | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

INTERVET INC.,

     *Plaintiff,*

     v.

MERIAL LIMITED and MERIAL SAS,

     *Defendants.*                         Civil Action No. 1:07-cv-559 (HHK)

MERIAL LIMITED and MERIAL SAS,

     *Counterclaim Plaintiffs,*

     v.

INTERVET INC.,

     *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

     *Plaintiffs,*

     v.

INTERVET INTERNATIONAL B.V.,

     *Third-Party Defendant.*

# EXHIBIT 28(b)

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jul 8 04:11:18 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At: [          ] OR    Jump    to record: [          ]    **Record 15 out of 96**

| TARR Status | ASSIGN Status | TDR | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | INTERVET |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: pharmaceutical preparations for veterinary use, namely, for the treatment of livestock, domestic pets, fish and shellfish. FIRST USE: 20001231. FIRST USE IN COMMERCE: 20001231 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.21 - Circles that are totally or partially shaded. 26.03.03 - Incomplete ovals; Ovals, incomplete |
| **Serial Number** | 78651213 |
| **Filing Date** | June 15, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 5, 2006 |
| **Registration Number** | 3210284 |
| **Registration Date** | February 20, 2007 |
| **Owner** | (REGISTRANT) **Intervet International** B.V. CORPORATION NETHERLANDS Wim De Korverstraat Boxmeer NETHERLANDS 5831 AN |
| **Attorney of Record** | James E. Rosini, Esq. |
| **Prior Registrations** | 1218830;2754862;3011718 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| **.HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

INTERVET INC.,

    *Plaintiff,*

    v.

MERIAL LIMITED and MERIAL SAS,

    *Defendants.*

MERIAL LIMITED and MERIAL SAS,

    *Counterclaim Plaintiffs,*

    v.

INTERVET INC.,

    *Counterclaim Defendant.*

MERIAL LIMITED and MERIAL SAS,

    *Plaintiffs,*

    v.

INTERVET INTERNATIONAL B.V.,

    *Third-Party Defendant.*

Civil Action No. 1:07-cv-559 (HHK)

# EXHIBIT 28(c)

## TO THE DECLARATION IN SUPPORT OF
## MERIAL LIMITED AND MERIAL SAS' BRIEF
## IN OPPOSITION TO THIRD PARTY DEFENDANT
## INTERVET INTERNATIONAL B.V.'S MOTION TO
## DISMISS FOR LACK OF PERSONAL JURISDICTION

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jul 8 04:11:18 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [ ] OR   Jump   to record: [ ]   **Record 22 out of 96**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# CIRCUMVENT

| | |
|---|---|
| **Word Mark** | CIRCUMVENT |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: VETERINARY PRODUCTS, NAMELY, SWINE VACCINES. FIRST USE: 20071203. FIRST USE IN COMMERCE: 20071203 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77144954 |
| **Filing Date** | March 30, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 2, 2007 |
| **Registration Number** | 3415351 |
| **Registration Date** | April 22, 2008 |
| **Owner** | (REGISTRANT) **Intervet International** BV COMPANY NETHERLANDS Wim de Korverstraat 35 AN Boxmeer NETHERLANDS 5831 |
| **Attorney of Record** | James E. Rosini, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Case 1:07-cv-00559-HHK     Document 27-19     Filed 07/10/2008     Page 21 of 24

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERVET INC., | |
| *Plaintiff,* | |
| v. | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Defendants.* | Civil Action No. 1:07-cv-559 (HHK) |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Counterclaim Plaintiffs,* | |
| v. | |
| INTERVET INC., | |
| *Counterclaim Defendant.* | |
| | |
| MERIAL LIMITED and MERIAL SAS, | |
| *Plaintiffs,* | |
| v. | |
| INTERVET INTERNATIONAL B.V., | |
| *Third-Party Defendant.* | |

# EXHIBIT 29

**TO THE DECLARATION IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' BRIEF
IN OPPOSITION TO THIRD PARTY DEFENDANT
INTERVET INTERNATIONAL B.V.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**



**Home | News | Issues | My AVMA | Jobs | Animal Health | Public Health**

| Search AVMA |   Search Tips | Advanced Search



Search within News only. | Go

**News Archives**

**2008**
Jul 15 | Go

**2007**
Dec 15 | Go

**2006**
Dec 15 | Go

**2005**
Dec 15 | Go

**2004**
Dec 15 | Go

**2003**
Dec 15 | Go

**2002**
Dec 15 | Go

**2001**
Dec 15 | Go

**2000**
Dec 15 | Go

Search by **Headline Listing**

*JAVMA* News Express archive

**Other Sources**

Biosecurity

Public Health

 = AVMA/SAVMA Members Only



Some files on this page require Adobe Reader software. Click on the image above to download it for free from the Adobe site.



**Journal of the American Veterinary Medical Association**          **December 1, 2000**

AVMA Journals Home | *JAVMA* online

## TAKE NOTICE

# Veterinary companies expand operations

Intervet became one of the largest suppliers of veterinary vaccines in the United States when it recently purchased the North American Bayer Animal Health Biologicals Business. The company aspires to be a leading supplier for the US animal health market. In 1999, the company acquired Hoechst Roussel Vet, another animal biologicals business.

As a part of the agreement, Intervet will acquire a production facility in Worthington, Minn, and a research facility in De Soto, Kan. A contract with Bayer will allow Intervet to lease the current biological facilities. A total of 150 employees will be gained in the United States as a result of the acquisition. Intervet International, based in Boxmeer, Netherlands, is one of the leading animal health companies.

In October, Pfizer announced it will sell the feed-additive products of its Animal Health Group to Phibro Animal Health, a wholly owned subsidiary of Philipp Brothers Chemicals Inc. Phibro Animal Health, based in Fairfield, NJ, is a leading manufacturer and supplier of feed additives and other products to livestock and poultry producers. The transaction involves all Pfizer feed-additive product lines.

Another change that occurred in October was the merger of VetConnect Inc, a leading veterinary Internet portal, with IDEXX Informatics Inc, one of the largest suppliers of veterinary practice management software. The new company, VetConnect Systems Inc, will offer veterinarians a full line of in-office practice management systems as well as veterinary medical Internet applications. It will be headquartered in Portland, Maine.

Return to top

AVMA Home | Privacy Notice | About the AVMA | RSS feeds
AVMA Journals | *JAVMA* News | Discussion Groups | Professional Issues

American Veterinary Medical Association
Copyright © 2008

Case 1:07-cv-00559-HHK     Document 27-19     Filed 07/10/2008     Page 24 of 24