UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Defendants*. <br><br> MERIAL LIMITED and MERIAL SAS <br><br> *Counterclaim Plaintiffs*, <br><br> v. <br><br> INTERVET INC., <br><br> *Counterclaim Defendant*, <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> *Third-Party Plaintiffs*, <br><br> v. <br><br> INTERVET INTERNATIONAL B.V., <br><br> *Third-Party Defendant*. | Civil Action No. 1:07-cv-00559 (HHK) |

**CONSENT MOTION TO EXTEND DEADLINE FOR
<u>INTERVET INTERNATIONAL B.V. TO FILE REPLY BRIEF</u>**

Pursuant to Fed. R. Civ. P. 6(b), Third-Party Defendant Intervet International B.V. ("Intervet International"), with the consent of Defendants/Third Party Plaintiffs Merial Limited and Merial SAS (collectively "Merial"), hereby moves to extend the upcoming deadline for Intervet International to file its reply brief in support of its *Motion to Dismiss for Lack of*

*Personal Jurisdiction* (D.I. 24).  Intervet International's reply brief is currently due on July 17, 2008.  Intervet International requests a one-week extension, giving it up to and including Thursday, July 24, 2008, to file its reply brief.  Merial does not oppose this Motion.  A proposed order is attached for the Court's consideration.

Date: July 15, 2008                                             Respectfully Submitted,


                                                                /s/  Yariv Waks
                                                                John R. Hutchins (DC Bar No. 456749)
                                                                William G. James, II (DC Bar No. 503162)
                                                                Yariv Waks (DC Bar No. 491729)
                                                                KENYON & KENYON LLP
                                                                1500 K Street, N.W.
                                                                Washington, DC 20005-1257

                                                                Richard L. DeLucia
                                                                Michael D. Loughnane
                                                                Patrice P. Jean, Ph.D. (DC Bar No. 482968)
                                                                KENYON & KENYON LLP
                                                                One Broadway
                                                                New York, NY 10004

                                                                *Counsel for Intervet International B.V.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff*, v. MERIAL LIMITED and MERIAL SAS *Defendants*. MERIAL LIMITED and MERIAL SAS *Counterclaim Plaintiffs*, v. INTERVET INC., *Counterclaim Defendant*, MERIAL LIMITED and MERIAL SAS, *Third-Party Plaintiffs*, v. INTERVET INTERNATIONAL B.V., *Third-Party Defendant*. | Civil Action No. 1:07-cv-00559 (HHK) |

**[PROPOSED] ORDER**

Now before the Court is Intervet International B.V.'s ("Intervet International") consent motion to extend the deadline for Intervet International to file its reply brief in support of its *Motion to Dismiss for Lack of Personal Jurisdiction* (D.I. 24). In light of this Motion, and the fact that it is unopposed, Intervet International's Motion is hereby

GRANTED.

Intervet International will have up to and including July 24, 2008, to file its reply brief in support of its Motion.

SO ORDERED.

Date: _____                              _____
                                                   United States District Judge