UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>    *Plaintiff,*<br><br>    v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    *Defendants.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    *Counterclaim Plaintiffs,*<br><br>    v.<br><br>INTERVET INC.,<br><br>    *Counterclaim Defendant.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>INTERVET INTERNATIONAL B.V.,<br><br>    *Third-Party Defendant.* | Civil Action No. 1:07-cv-559 (HHK) |

**MERIAL LIMITED AND MERIAL SAS' MOTION TO SEAL**

Pursuant to LCvR 5.1(j)(1), the August 4, 2008 stipulation of Plaintiff Intervet Inc. ("Intervet") and Defendants Merial Limited and Merial SAS (collectively, "Merial") regarding the use of evidence from a related case, Civil Action No. 1:06-cv-658 (HHK-JMF) ("Related Case") in this action (D.I. 30), and the April 24, 2007 Protective Order in the Related Case (Related Case D.I. 87), Merial hereby moves for this Court to seal the filings of the following papers:

- Merial Limited and Merial SAS' Motion for Leave to File a Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction;

- Merial Limited and Merial SAS' Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction; and

- Declaration of Kristen L. Melton in Support of Merial Limited and Merial SAS' Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction and supporting documents.

These papers contain, and rely on, evidence that has been designated as either "Confidential" or "Attorneys' Eyes Only" pursuant to the Protective Order entered by this Court in the Related Case. The Protective Order in the Related Case permits the parties to designate materials as "Confidential" or "Attorneys' Eyes Only" if they contain "trade secrets or other confidential research, development, commercial, or proprietary information" or "commercially sensitive, confidential or proprietary information

regarding: (i) USDA Outline of Production, (ii) scientific research or technical data, (iii) individual sales prices to specific customers (as distinguished from general price listings), (iv) customer lists or contact information, (v) sales by customer, (vi) methods and costs of production, (vii) strategic business plans (including financial and market analyses, forecasts and budgets), (vii) non-commercialized product composition, or (ix) profit information," respectively (Related Case D.I. 87 at ¶¶1(a) & (b)).

Pursuant to the Protective Order in the Related Case, if materials designated as either "Confidential" or "Attorneys' Eyes Only" are to be filed with the Court, such documents must be filed under seal (*see id.* at ¶5).  On August 4, 2008, the parties entered into a stipulation that permits the use of "documents and things produced in the [Related Case] . . . in this litigation . . . under the same terms and conditions . . . as they can be used in the [Related Case]" (D.I. 30).  Merial wishes to use certain evidence in this case that was designated as "Confidential" and "Attorneys' Eyes Only" in the Related Case. In particular, Merial wishes to use this evidence in support of its (i) Motion for Leave to File a Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction, and (ii) Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction, in this case.  Because the restrictions set forth in the Protective Order in the Related Case require that these documents be filed under seal, Merial hereby moves the Court to permit Merial to files these documents under seal in this case.

Therefore, for the foregoing reasons and for good cause shown, Merial respectfully requests that this Court grant its motion to seal.

Respectfully submitted, this 14th day of August, 2008.

*/s/ J. Patrick Elsevier*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial Limited and Merial SAS.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., *Plaintiff,* v. MERIAL LIMITED and MERIAL SAS, *Defendants.* MERIAL LIMITED and MERIAL SAS, *Counterclaim Plaintiffs,* v. INTERVET INC., *Counterclaim Defendant.* MERIAL LIMITED and MERIAL SAS, *Plaintiffs,* v. INTERVET INTERNATIONAL B.V., *Third-Party Defendant.* | Civil Action No. 1:07-cv-559 (HHK) |

**NOTICE REGARDING CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2008, I caused copies of the following documents to be served:

- Merial Limited and Merial SAS' Motion to Seal;

- [Proposed] Order;

- Notice of Filing Documents Under Seal in Support of Merial Limited and Merial SAS' Motion for Leave to File a Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction and Merial Limited and Merial SAS' Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction;

- Merial Limited and Merial SAS' Motion for Leave to File a Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction;

- [Proposed] Order;

- Merial Limited and Merial SAS' Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction; and

- Declaration of Kristen L. Melton in Support of Merial Limited and Merial SAS' Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction and supporting documents.

The foregoing documents were served via Email and Overnight Courier on the following attorneys of record:

> John R. Hutchins, Esq.
> William G. James, Esq.
> Yariv Waks, Esq.
> Kenyon & Kenyon
> 1500 K Street, N.W., Suite 700
> Washington, DC 20005-1257
> Telephone: 202-220-4200
> Fax: 202-220-4201
>
> Richard L. DeLucia, Esq.
> Michael Loughnane, Esq.
> Patrice Jean, Esq.
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004
> Tel: 212-425-7200
> Fax: 212-425-5288
>
> Counsel of Plaintiff Intervet Inc. and Third-Party Defendant Intervet International B.V.

*/s/ Crystal Kelly*
ALSTON & BIRD, LLP
Crystal B. Kelly
Paralegal
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Fax: 404-881-7777

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br>   *Plaintiff,* <br><br>v. <br><br>MERIAL LIMITED and MERIAL SAS, <br><br>   *Defendants.* <br><br><br>MERIAL LIMITED and MERIAL SAS, <br><br>   *Counterclaim Plaintiffs,* <br><br>v. <br><br>INTERVET INC., <br><br>   *Counterclaim Defendant.* <br><br><br>MERIAL LIMITED and MERIAL SAS, <br><br>   *Plaintiffs,* <br><br>v. <br><br>INTERVET INTERNATIONAL B.V., <br><br>   *Third-Party Defendant.* | Civil Action No. 1:07-cv-559 (HHK) |

**NOTICE OF FILING DOCUMENTS UNDER SEAL IN SUPPORT OF
MERIAL LIMITED AND MERIAL SAS' MOTION FOR LEAVE TO FILE A
SURREPLY BRIEF IN OPPOSITION TO
THIRD PARTY DEFENDANT INTERVET INTERNATIONAL B.V.'S MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION
AND
MERIAL LIMITED AND MERIAL SAS' SURREPLY BRIEF IN OPPOSITION
TO THIRD PARTY DEFENDANT INTERVET INTERNATIONAL B.V.'S
<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

Defendants Merial Limited and Merial SAS hereby provide notice that the following documents are being filed under seal in support of Merial Limited and Merial SAS' Motion for Leave to File a Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction and Merial Limited and Merial SAS' Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction:

1. Merial Limited and Merial SAS' Motion for Leave to File a Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction;

2. Merial Limited and Merial SAS' Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction; and

3. Declaration of Kristen L. Melton in Support of Merial Limited and Merial SAS' Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction and supporting documents.

These documents have been filed in paper format with the Court and are not available for public viewing.

This 14th day of August, 2008.

/s/ *J. Patrick Elsevier*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Judy Jarecki-Black, Ph.D.
Merial Limited
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350

Thomas J. Kowalski
Steven M. Amundson
DC Bar No. 412196
Vicki Franks
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800
Fax: (212) 588-0500

Frank G. Smith, III
J. Patrick Elsevier, Ph.D.
Elizabeth K. Haynes
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Merial SAS and Merial Limited*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> *Defendants.* <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> *Counterclaim Plaintiffs,* <br><br> v. <br><br> INTERVET INC., <br><br> *Counterclaim Defendant.* <br><br> MERIAL LIMITED and MERIAL SAS, <br><br> *Plaintiffs,* <br><br> v. <br><br> INTERVET INTERNATIONAL B.V., <br><br> *Third-Party Defendant.* | Civil Action No. 1:07-cv-559 (HHK) |

**[PROPOSED] ORDER**

Upon consideration of Merial Limited and Merial SAS' Motion to Seal and for good cause shown, IT IS HEREBY ORDERED that Merial Limited and Merial SAS' Motion to Seal is GRANTED.

IT IS FURTHER ORDERED that the following papers shall be filed under seal:

- 2 -

- Merial Limited and Merial SAS' Motion for Leave to File a Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction;

- Merial Limited and Merial SAS' Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction; and

- Declaration of Kristen L. Melton in Support of Merial Limited and Merial SAS' Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction and supporting documents.

_____    _____
Date                                                                      United States District Court Judge

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>*Defendants.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>*Counterclaim Plaintiffs,*<br><br>v.<br><br>INTERVET INC.,<br><br>*Counterclaim Defendant.*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>*Plaintiffs,*<br><br>v.<br><br>INTERVET INTERNATIONAL B.V.,<br><br>*Third-Party Defendant.* | Civil Action No. 1:07-cv-559 (HHK) |

**[PROPOSED] ORDER**

Upon consideration of Merial Limited and Merial SAS' Motion for Leave to File a Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction and for good cause shown, IT IS HEREBY ORDERED that Merial Limited and Merial SAS' Motion for Leave to File a

- 2 -

Surreply Brief in Opposition to Third Party Defendant Intervet International B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED.

_____          _____
Date                                                                  United States District Court Judge