UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS<br><br>*Defendants.*<br><br>MERIAL LIMITED and MERIAL SAS<br><br>*Counterclaim Plaintiffs,*<br><br>v.<br><br>INTERVET INC.,<br><br>*Counterclaim Defendant,*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>*Third-Party Plaintiffs,*<br><br>v.<br><br>INTERVET INTERNATIONAL B.V.,<br><br>*Third-Party Defendant.* | Civil Action No. 1:07-cv-00559 (HHK) |

## **MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2(d), Timothy A. Ngau, a member in good standing of the Bar of this Court and counsel of record for Defendants Merial Limited and Merial SAS, respectfully requests this Court to grant Kristen L. Melton, a non-member of this Court's Bar, leave to appear *pro hac vice* in this matter.

The declaration of Ms. Melton, setting forth the information required by LCvR 83.2(d), and a proposed order accompany this motion.

Dated: August 18, 2008                    Respectfully submitted,

                                          <u>*/s/ Timothy A. Ngau*</u>

                                          ALSTON & BIRD, LLP
                                          Timothy A. Ngau
                                          DC Bar No. 339333
                                          950 F Street, NW
                                          Washington, DC 20004
                                          Phone: 202-756-3300
                                          Fax: 202-756-3333

                                          Counsel for Merial Limited and
                                          Merial SAS

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MERIAL LIMITED and MERIAL SAS<br><br>*Defendants.*<br><br>MERIAL LIMITED and MERIAL SAS<br><br>*Counterclaim Plaintiffs,*<br><br>v.<br><br>INTERVET INC.,<br><br>*Counterclaim Defendant,*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>*Third-Party Plaintiffs,*<br><br>v.<br><br>INTERVET INTERNATIONAL B.V.,<br><br>*Third-Party Defendant* | Civil Action No. 1:07-cv-00559 (HHK) |

### DECLARATION OF KRISTEN MELTON
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Kristen L. Melton declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am counsel for Defendants Merial Limited and Merial SAS in this action.

2. I am an associate of Alston & Bird, LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3. I am a member in good standing of the Bars of the States of Georgia and New York. I am admitted to practice in the following courts:

- All Courts of the State of Georgia;
- All Courts of the State of New York;
- Eleventh Circuit Court of Appeals;
- Federal Circuit Court of Appeals;
- Northern District of Georgia
- Eastern District of New York; and
- Southern District of New York.

4. I hereby certify that I have never been disciplined by any bar; that I have been admitted once *pro hac vice* before this Honorable Court, which was in the related case, Civil Action No. 1:06-cv-00658 (HHK-JMF); that, although Alston & Bird has an office in the District of Columbia, I do not engage in the practice of law from that office, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: 8/11/08          _____
                        Kristen L. Melton

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERVET INC.,<br><br>   *Plaintiff,*<br><br>  v.<br><br>MERIAL LIMITED and MERIAL SAS<br><br>   *Defendants.*<br><br>MERIAL LIMITED and MERIAL SAS<br><br>   *Counterclaim Plaintiffs,*<br><br>  v.<br><br>INTERVET INC.,<br><br>   *Counterclaim Defendant,*<br><br>MERIAL LIMITED and MERIAL SAS,<br><br>   *Third-Party Plaintiffs,*<br><br>  v.<br><br>INTERVET INTERNATIONAL B.V.,<br><br>   *Third-Party Defendant.* | Civil Action No. 1:07-cv-00559 (HHK) |

## **ORDER TO ADMIT ATTORNEY *PRO HAC VICE***

Upon the motion for leave to have Kristen L. Melton appear *pro hac vice* and good cause having been shown, the motion is hereby GRANTED and Kristen L. Melton may appear *pro hac vice* in this matter.


Dated: August ____, 2008   _____
                                          United States District Court Judge